| **United States Bankruptcy Court**<br>**Western District of Washington** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TC Global, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Tully's Coffee Shops; DBA Tully's Coffee Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**7436** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3100 Airport Way South**<br>**Seattle, WA**<br>ZIP Code **98134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TC Global, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)             (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**TC Global, Inc.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Gayle E. Bush WSBA**
Signature of Attorney for Debtor(s)

**Gayle E. Bush WSBA #07318**
Printed Name of Attorney for Debtor(s)

**Bush Strout & Kornfeld LLP**
Firm Name

**601 Union Street #5000**
**Seattle, WA 98101-2373**
Address

**206-292-2110  Fax: 206-292-2104**
Telephone Number

**October 10, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Pearson**
Signature of Authorized Individual

**Scott Pearson**
Printed Name of Authorized Individual

**President & CEO**
Title of Authorized Individual

**October 10, 2012**
Date

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**                           Case No. _____

                                            Debtor(s)          Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AIM CONSULTING DBA AIM CONSULTING 40 LK BELLEVUE DR, SUITE 350 BELLEVUE, WA 98005** | **Zack Balser AIM CONSULTING DBA AIM CONSULTING 40 LK BELLEVUE DR, SUITE 350 BELLEVUE, WA 98005 fx: 206-624-6555** | | | **19,550.00** |
| **ARAMARK UNIFORM SERVICES PO BOX 101223 PASADENA, CA 91189-0005** | **Carla Mauseth ARAMARK UNIFORM SERVICES PO BOX 101223 PASADENA, CA 91189-0005 fx: 425-290-6519** | | | **31,461.34** |
| **BRYAN CAVE LLP PO BOX 503089 ST LOUIS, MO 63150-3089** | **Jonathan Solish BRYAN CAVE LLP PO BOX 503089 ST LOUIS, MO 63150-3089 fx: 310-434-2020** | | | **92,855.26** |
| **CARNEY BADLEY SMITH & SPELLMAN 701 5TH AVE SUITE 3600 SEATTLE, WA 98104-7010** | **Patrick Lamb CARNEY BADLEY SMITH & SPELLMAN 701 5TH AVE SUITE 3600 SEATTLE, WA 98104-7010 fx: 206-467-8215** | | | **28,441.67** |
| **CHOCKSTONE, INC ATTN: CHOCKSTONE ONE HEARTLAND WAY JEFFERSONVILLE, IN 47130** | **Derek Gannon CHOCKSTONE, INC ATTN: CHOCKSTONE ONE HEARTLAND WAY JEFFERSONVILLE, IN 47130 fx: 503-227-4324** | | | **219,828.06** |
| **DEPT OF LABOR & INDUSTRIES PO BOX 34022 SEATTLE, WA 98124-1022** | **DEPT OF LABOR & INDUSTRIES PO BOX 34022 SEATTLE, WA 98124-1022** | | | **74,792.84** |

In re __TC Global, Inc.__                                    Case No. _____
                                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **DPI SPECIALTY FOODS NORTHWEST, INC.** PO BOX 749431 LOS ANGELES, CA 90074-9431 | **Dustin Smith** **DPI SPECIALTY FOODS NORTHWEST, INC.** PO BOX 749431 LOS ANGELES, CA 90074-9431 fx: 503-692-4776 | | | 361,756.77 |
| **E.K. BEVERAGE** 22145 68TH AVE S KENT, WA 98032 | **Heather Lewis** **E.K. BEVERAGE** 22145 68TH AVE S KENT, WA 98032 fx: 425-251-8733 | | | 84,977.91 |
| **FINALES GOURMET DESSERTS** 2125 196TH ST SW SUITE 120 LYNNWOOD, WA 98036 | **Steve Mindemann** **FINALES GOURMET DESSERTS** 2125 196TH ST SW SUITE 120 LYNNWOOD, WA 98036 fx: 425-776-8954 | | | 113,486.19 |
| **FRANCHISE TAX BOARD STATE OF CALIFORNIA** P.O. BOX 942857 SACRAMENTO, CA 94257-0531 | **FRANCHISE TAX BOARD STATE OF CALIFORNIA** P.O. BOX 942857 SACRAMENTO, CA 94257-0531 | | | 31,000.00 |
| **GREEN MOUNTAIN COFFEE ROASTERS** PO BOX 414159 BOSTON, MA 02241-4159 | **Teika Endresen** **GREEN MOUNTAIN COFFEE ROASTERS** PO BOX 414159 BOSTON, MA 02241-4159 fx: 802-244-6767 | | | 346,722.80 |
| **GRETCHEN'S SHOEBOX EXPRESS DBA GRETCHEN'S SHOEBOX EXPRESS** 3922 6TH AVE S SEATTLE, WA 98108 | **Sophia Polyak** **GRETCHEN'S SHOEBOX EXPRESS DBA GRETCHEN'S SHOEBOX EXPRESS** 3922 6TH AVE S SEATTLE, WA 98108 fx: 206-689-7303 | | | 551,856.82 |
| **IGNITE USA, LLC** 954 W WASHINGTON CHICAGO, IL 60607 | **Tamara Ramirez** **IGNITE USA, LLC** 954 W WASHINGTON CHICAGO, IL 60607 | | | 26,524.00 |
| **ODWALLA, INC.** PO BOX 742456 LOS ANGELES, CA 90074-2456 | **Jerry Kourk** **ODWALLA, INC.** PO BOX 742456 LOS ANGELES, CA 90074-2456 fx: 650-726-4441 | | | 44,806.61 |

In re   **TC Global, Inc.**        Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| RAISON D'ETRE DBA RAISON D'ETRE 179 STARLITE ST S SAN FRANCISCO, CA 94080 | Daniel Howard RAISON D'ETRE DBA RAISON D'ETRE 179 STARLITE ST S SAN FRANCISCO, CA 94080 fx: 650-952-8890 | | | 26,488.37 |
| ROCKTENN CP, LLC PO BOX 18265 ST LOUIS, MO 63150-8265 | ROCKTENN CP, LLC PO BOX 18265 ST LOUIS, MO 63150-8265 | | | 19,230.37 |
| SEATTLE TIMES, THE (DELIVERIES PO BOX 70 SEATTLE, WA 98111-0070 | Penny Obrecht SEATTLE TIMES, THE (DELIVERIES PO BOX 70 SEATTLE, WA 98111-0070 | | | 22,597.66 |
| Shaun Genter 801 First Street N., Apt #D Seattle, WA 98109 | Shaun Genter 801 First Street N., Apt #D Seattle, WA 98109 | EEOC case settlement - Release Pending | Contingent | 100,000.00 |
| Spinelli PTE LTD c/o Intellectual Property Law Group, LLP 12 South First Street, Fl 12 San Jose, CA 95113 | Otto Lee, Esq. Spinelli PTE LTD c/o Intellecutal Property Law Group, LLP 12 South First Street, Fl 12 San Jose, CA 95113 fx: 408-286-8932 | | | 51,800.00 |
| TECTURA CORPORATION DEPT 890338 PO BOX 120338 DALLAS, TX 75312-0338 | Megan Reid TECTURA CORPORATION DEPT 890338 PO BOX 120338 DALLAS, TX 75312-0338 fx: 253-813-8619 | | Disputed | 80,845.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 10, 2012**      Signature   **/s/ Scott Pearson**
                                                         **Scott Pearson**
                                                         **President & CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re **TC Global, Inc.** ,
Debtor

Case No. _____

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 23 | 5,907,502.76 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 881,525.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 12 | | 209,392.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 2,617,731.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 76 | | | |
| Total Assets | | | 5,907,502.76 | | |
| Total Liabilities | | | | 3,708,649.30 | |

.

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**                                  ,      Case No. _____

Debtor

Chapter              **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **TC Global, Inc.**          Case No. _____

                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

**0** continuation sheets attached to the Schedule of Real Property

In re **TC Global, Inc.** , Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Each of the Debtor's store locations has a change fund from which to provie customers change for their purchases. The Debtor accounts for these on a monthly basis as a result of store accounting procedures. The amount reflected is as of September 30, 2012** | - | 66,849.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank 3033 - Washington Sales Tax Funding Account - $170,378.27 US Bank 2401 - Corporate Lockbox - Funds transferred Concentration Account Weekly - $46.77 US Bank 2993 - Concentration Account - $890,019.84 Bank of America - 0907 - 10 stores' cash deposits $22,117.31 Amounts are as of 10/5/12 an change daily** | - | 1,082,562.19 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **See Attached** | - | 224,426.93 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >     1,373,838.12
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re **TC Global, Inc.** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Economy Ins. Co (Liberty) - Property Ins. - Covg/Lmts: $24,942.508<br>American Economy Ins. Co (Liberty) - Gen. Liability - Covg/Lmt: $1,000,000/$2,000,000<br>American Economy Ins. Co (Liberty) - Vehicle Liability- Covg/Lmt: $1,000,000<br>American Economy Ins. Co (Liberty) - Umbrella - Covg/Lmt: $9,000,000<br>American Economy Ins. Co (Liberty) Workers Comp/Employer Liab - CA & ID: Stat Limits<br>Liberty Mutual - Crime - Covg/Lmt:  $500,000<br>Chartis Specialty Ins. Co - Franchise Errors & Omissions - Covg/Lmt: $1,000,000<br>Chartis (National Union) - Primary D&) - Covg/Lmt: $10,000,000<br>Navigators - 1st Excess D&O - Covg/Lmt: $5,000,000<br>Scottsdale - 2nd Excess D&O - Covg/Lmt: $5,000,000<br>Chubb - Side A XS/DIC D&O - Covg/Lmt: $5,000,000<br>Navigators - Employment Practices Liability: $1,000,000 | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | The Debtor owns 100% of Tully's Coffee Asia Pacific, Inc., a Nevada corporation | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | Tully's Coffee Asia Pacific, Inc., of which the Debtor is a 100% shareholder) is a 50% owner and Managing Partner of Tully's Coffee International Pte. Ltd. ("TCAPLP"), a Washington limited partnership.  TCAPLP is the 100% owner of Tully's Coffee International, a Singapore based corporation. | - | Unknown |

Sub-Total >  0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Case 12-20253-KAO    Doc 1    Filed 10/10/12    Ent. 10/10/12 11:49:17    Pg. 11 of 165

In re   **TC Global, Inc.**                                   ,       Case No. _____

                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **See Attached.  Subject to Collectability Additional A/R - Approximately $92,000.00** | - | **1,047,748.20** |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | **The Debtor is a licensee of Green Mountain Coffee Roasters with respect to the Tully's brand and is a licensor with respect to the licensees set forth in the attached** | - | **Unknown** |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                                                      Sub-Total >       **1,047,748.20**
                                                         (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **TC Global, Inc.**         ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attached.  Value is Blue Book.** | - | **54,700.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Included in response to B29 below.** | - | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Includes B28.  See attached for summary of equipment.  Further detail is voluminous and available upon request to Debtor's counsel.** | - | **2,674,816.06** |
| 30. Inventory. | | **As of September 2, 2012 - Store inventories $380,400.38**<br>**Non-retail store inventory - Approximately $140,000** | - | **520,400.38** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid Expenses** | - | **236,000.00** |

|  |  |
|---|---|
| Sub-Total > | **3,485,916.44** |
| (Total of this page) | |
| Total > | **5,907,502.76** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

**Attachment to Schedule B #3**

**TC Global Inc**
**Prepaid Rent (lease inception prepaid rent only) and Security Deposits**

| Account Description | Balance |
|---|---|
| Mercer Island Lease Security Deposit | $3,000.00 |
| Madison Park Lease Security Deposit | $3,000.00 |
| Bellevue Place Lease Security Deposit | $2,862.00 |
| Pickering Place Lease Security Deposit | $3,986.67 |
| Columbia Center Lease Security Deposit | $2,045.00 |
| Flagship Lease Security Deposit | $13,367.50 |
| Westlake Lease Security Deposit | $5,000.00 |
| Bridle Trails Lease Security Deposit | $3,450.00 |
| Wallingford Lease Security Deposit | $3,189.00 |
| Bella Bottega Lease Security Deposit | $5,862.00 |
| Englewood/Sahalee Lease Security Deposit | $2,606.50 |
| Hollywood Vineyard Lease Security Deposit | $4,370.00 |
| Marketplace Lease Security Deposit | $7,303.00 |
| Port Orchard Lease Security Deposit | $1,000.00 |
| Opus Center East Lease Security Deposit | $9,286.21 |
| Virginia Mason Lease Security Deposit | $1,500.00 |
| Lincoln Square Lease Security Deposit | $6,746.25 |
| Nickerson Lease Security Deposit | $5,002.08 |
| City Center Plaza Lease Security Deposit | $14,695.78 |
| Fillmore Lease Security Deposit | $2,500.00 |
| Cole Lease Security Deposit | $4,935.00 |
| Crocker Lease Security Deposit | $3,857.37 |
| Embarcadero Lease Security Deposit | $9,071.00 |
| 425 Market Lease Security Deposit | $19,112.00 |
| Newport North Lease Security Deposit | $7,750.00 |
| Woodbridge Center Lease Security Deposit | $4,488.00 |
| Rainier Commons (HQ) Lease Security Deposit | $22,066.57 |
| Security Deposit - PGE | $17,550.00 |
| Security Deposit - Farnam Street, POS Financing | $34,825.00 |
| | $224,426.93 |

TC Global, Inc.                                    Case No. _____

## Attachment to Schedule B #16

**TC Global, Inc.**
**Accounts Receivable as of 10/4/12**

| Customer Number | Customer Name | Customer Balance |
|---|---|---|
| 1130JH DISTRIB | SUB TENNANT - JH DISTRIBUTION | $286,690.06 |
| ALB199 | Albertsons/Supervalu Kiosk Royalties | ($1,441.85) |
| ALB203 | Albertson's #410 - Aurora | $69.30 |
| ALB204 | Albertson's #492 - Silverdale | $45.00 |
| ALB205 | Albertsons #162 - Boise | $69.86 |
| ALB209 | Albertsons #2010 - Missoula | $45.00 |
| ALB212 | Albertsons #471 - Marysville | $487.00 |
| ALB213 | Albertsons #491 - North Auburn | $45.00 |
| ALB216 | Albertsons #590 - Hillsboro | $24.86 |
| ALB217 | Albertsons #495 - Bonney Lake | $45.00 |
| ALB221 | Albertson's #503 - Clackamas | $45.00 |
| ALB400 | Albertson's National Account | $474.03 |
| AZM099 | AZM Enterprises Royalties | $1,718.99 |
| AZM100 | AZM Enterprises, Inc. | $398.89 |
| BOE1035 | BOEING | $8,190.00 |
| CAL106 | Cal State Royalties | $355.96 |
| CON104 | Concourse Consessions LLC | $30.00 |
| DAR101 | Joe Dar | ($8.25) |
| DPI002 | DPI West | $607.00 |
| FRE001 | Fred Meyer #460 Salmon Creek | $30.86 |
| FRE002 | Fred Meyer #111 Federal Way | $8.80 |
| FRE004 | Fred Meyer #457 Bothell | ($44.00) |
| FRE005 | Fred Meyer #458 Mill Creek | ($99.50) |
| FRE007 | Fred Meyer #163 Kennewick | $28.86 |
| FRE009 | Fred Meyer #198 Meridian | $6.00 |
| FRE010 | Fred Meyer #608 Ballard | $2.00 |
| FRE011 | Fred Meyer #439 Boise | $7.56 |
| FRE013 | Fred Meyer #127 Gresham | $24.86 |
| FRE014 | Fred Meyer #459 Renton | $26.30 |
| FRE015 | Fred Meyer #28 - Burien | $24.30 |
| FRE017 | Fred Meyer #601 - Gig Harbor | $5.56 |
| FRE018 | Fred Meyer #180 - Lynnwood | $24.30 |
| FRE100 | Fred Meyer - Royalties | ($6,603.32) |
| FRY009 | Fry's #673 | $5.72 |
| FRY012 | Fry's #120 | ($25.02) |
| FRY018 | Fry's #122 | ($2.00) |
| FRY100 | Fry's - Royalties | ($4,146.38) |
| GRE013 | Great Lakes Scrip Center | $2,640.00 |
| HIL001R | Hilton SF Royalties | $1,177.84 |
| HIL002 | Hilton Bellevue Hotel | $46.20 |
| HIL002R | Bellevue Hilton Royalties | $515.37 |
| HUR111 | Reddog Coffee | ($386.14) |

| | | |
|---|---|---:|
| INL099 | Inland Coffee Retailers - Royalities | $11,058.65 |
| JHD099 | JH Distribution Royalties | $71,850.18 |
| JHD100 | JH Distribution, Inc. | $537,928.16 |
| KIN001 | KING COUNTY METRO TRANSIT DIVISION | ($3.14) |
| KIN107 | KING COUNTY DEPT. OF TRANSPORTATION | $68.94 |
| KIN114 | KING COUNTY SOLID WASTE | $197.97 |
| KIN129 | KING COUNTY MWPAAC | $54.21 |
| KIN146 | KING COUNTY WATER & LAND DIVISION | $447.47 |
| KIN299 | King Soopers Royalties | ($3,227.70) |
| KIN300 | King Soopers #88 Parker | ($36.02) |
| KIN308 | King Soopers #71 - Castle Rock | ($39.44) |
| KIN400 | King Soopers National Account | ($43.36) |
| KIR200 | Kirkwood & Kirkwood- Hazel Dell | $128.92 |
| LAV002 | LAVOGUE, LLC | $225.85 |
| PAR001 | PARISIAN STAR DESSERTS | $600.00 |
| PIN099 | Pinnacle Coffee, LLC - Royalties | ($4,850.96) |
| RED097R | Riverside Residences Royalties | ($982.37) |
| RED098R | Red Lion Kelso Royalties | ($17.88) |
| RED099 | Red Lion Hotel - SeaTac - Hotel Kiosk | $39.68 |
| RED099R | Red Lion Sea Tac Royalties | ($92.69) |
| RES117 | XXX-RESIDENCE INN-REDMOND | $510.32 |
| SAF199 | Safeway Kiosk Royalties | $7,584.22 |
| SAF200 | Safeway Kiosk #1594 - Tacoma | $106.00 |
| SAF201 | Safeway #1571 - Belfair | $106.00 |
| SAF202 | Safeway #2821 - Glendale | $106.00 |
| SAF203 | Safeway #2619 - Missoula | $106.00 |
| SAF204 | Safeway #1528 - North Bend | $70.72 |
| SAF205 | Safeway #239 - Winslow | $106.00 |
| SAF206 | Safeway #366 - Renton Highlands | $106.00 |
| SAF207 | Safeway #2934 - San Jose | $106.00 |
| SAF208 | SAFEWAY #1514-MILL CREEK | $141.00 |
| TCAPP | Tully's Coffee International Pte Ltd | $25,914.87 |
| TCAPP02 | Tully's Coffee International Pte Ltd, Korea | $14,231.12 |
| TCAPP03 | Tully's Coffee International Pte, Ltd-Philippines | $1,057.04 |
| TCJ100 | Tully's Coffee Japan Co., Ltd. | $723.54 |
| TOS001 | TOSAN LLC | $307.88 |
| | | $955,748.20 |

**Attachment to Schedule B #23**

**TC Global, Inc.**
**Schedule B**
**23.  Licenses, franchises and other general intangibles.**

| | Description | Value |
|---|---|---|
| 1 | TC Global, Inc. is a licensee of the Tully's brand, such license granted by Green Mountain Coffee Roasters, who purchased the brand and licensed it back to the Company in March, 2009. | unknown |
| 2 | TC Global is the licensor to the following licensee locations: | unknown |

Burbank 1
2627 Hollywood Way
Alaska Con./Terminal A
Burbank, CA 91505

Burbank 2
2627 Hollywood Way
United Con./Terminal B
Burbank, CA 91505

Burbank 3
2627 Hollywood Way
Main Terminal
Burbank, CA 91505

Concourse
17801 Pacific Highway South
Concourse A
SeaTac, WA 98158

Hilton Bellevue
300 112th Ave SE
Bellevue, WA 98004

Red Lion SeaTac
18220 International Boulevard
Seattle, WA 98188

Red Lion Kelso
510 Kelso Drive
Kelso, WA 98626

Riverside Residences

11244 Tukwila International Blvd
Seattle, WA 98168

Cal State Dominguez Hills
1000 East Victoria
Carson, CA  90747

LA City College
855 N Vermont Ave
Los Angeles, CA 90029

Fry's Food & Drug #674
13982 W Waddell
Surprise, AZ 85379

Fry's Food & Drug #675
1300 Watson Rd
Buckeye, AZ 85326

Fry's Food & Drug #672
20797 N John Wayne Parkway
Maricopa, AZ 85239

Fry's Food & Drug #621
8900 Via Linda
Scottsdale, AZ 85258

Fry's Food & Drug #618
3246 E Bell Rd
Phoenix, AZ 85032

Fry's Food & Drug #628
3949 E Chandler Blvd
Phoenix, AZ 85044

Fry's Food & Drug #673
20427 N Hayden Rd
Scottsdale, AZ 85255

Fry's Food & Drug #627
9900 S Rural Rd
Tempe, AZ 85285

Fry's Food and Drug #617
2727 W Bell Rd
Phoenix, AZ 85023

Fry's Food and Drug #117
10450 N. La Canada Dr
Oro Valley, AZ 85737

Fry's Food and Drug #78
39508 N Daisy Mountain DR
Anthem, AZ 85086

Fry's Food and Drug #120
6321 E Greenway
Phoenix, AZ 85254

Fry's Food and Drug #474
29455 N. Cave Creek Rd.
Cave Creek, AZ 85331

Fry's Food & Drug #122
10660 NW Grand Ave
Sun City, AZ 85351

Fry's Food & Drug #22
1835 E. Guadelupe Rd
Tempe, AZ 85283

Fry's Food & Drug #69
2010 S. Alma School Rd
Chandler, AZ 85286

Fred Meyer #460 - Salmon Creek
800 NE Tenney RD
Vancouver, WA 98685

Fred Meyer #111 - Federal Way
33702 21st Ave SW
Federal Way, WA 98023

Fred Meyer #53 - Covington
16735 SE 272nd St
Kent, WA 98042

Fred Meyer #21 - Bend
61535 S. Highway 97
Bend, OR 97702

Fred Meyer #163 - Kennewick
2811 West 10th Ave
Kennewick, WA 99336

Fred Meyer #214 - Wandermere
12120 North Division
Spokane, WA 99208

Fred Meyer #457 - Bothell
21045 Bothell-Everett HWY
Bothell, WA 98021

Fred Meyer #198 - Meridian
1850 East Fairview Ave
Meridian, ID 83642

Fred Meyer #458 - Mill Creek
12906 Bothell-Everett Hwy
Everett, WA 98208

Fred Meyer #608 - Ballard
915 NW 45th St
Ballard, WA 98107

Fred Meyer #439 - Boise
10751 W Overland Rd
Boise, ID 83709

Fred Meyer #462 - Scappoose
51501 South Columbia River Hwy
Scappoose, OR 97056

Fred Meyer #127 - Gresham
2497 SE Burnside Rd
Gresham, OR 97080

Fred Meyer #459 - Renton
365 Renton Center Way SW
Renton, WA 98055

Fred Meyer #28 - Burien
14300 1st Ave S
Burien WA 98168

Fred Meyer #601 - Gig Harbor
5500 Olympic Drive #B
Gig Harbor, WA 98335

Fred Meyer #95 - Everett
8530 Evergreen way

Everett, WA 98204

Fred Meyer #180 - Lynnwood
4615 196th ST SW
Lynnwood, WA 98036

Safeway #1594 - Tacoma
707 South 56th
Tacoma, WA 98408

Safeway #1571 - Belfair
23961 NE State Route 3
Belfair, WA 98528

Safeway #2821 - Glendale
3800 W Happy Valley Rd
Glendale, AZ 85310

Safeway #2619 - Missoula
800 West Broadway ST
Missoula, MT 59802

Safeway #1528 - North Bend
460 SW Mt. Si Blvd
North Bend, WA 98045

Safeway #239 - Winslow
1601 North Park Drive
Winslow, AZ 86047

Safeway #366 - Renton
2725 NE Sunset Blvd
Renton, WA 98056

Safeway #2934 - San Jose
100 South 2nd ST
San Jose, CA 95113

Safeway #1514 - Mill Creek
13314 Bothell Everett Hwy
Mill Creek, WA 98012

King Soopers #405 - Glenwood Springs
1410 S. Grand AVE
Glenwood Springs, CO 81601

King Soopers #74 - Loveland

1275 Eagle Dr
Loveland CO, 80537

King Soopers #78 - Littleton
8126 S. Wadsworth Blvd.
Littleton, CO 80128

King Soopers #3 - Arvada
6350 Sheridan Blvd
Arvada, CO 80003

King Soopers #76 - Colorado Springs
3570 Hartsel Drive
Colorado Springs, CO 80920

King Soopers #71 - Castle Rock
100 Founders Parkway
Castle Rock, CO 80104

King Soopers #68 - Thornton
3801 E.120th AVE
Thornton, CO 80241

King Soopers #128 - Aurora
18211 E. Hampden AVE
Aurora, CO 80013

King Soopers #35 - Denver
890 S Monaco Parkway
Denver, CO 80222

King Soopers #11 - Greeley
2100 35th Ave
Greeley, CO 80634

King Soopers #102 - Longmont
1611 Pace ST
Longmont, Colorado 80504

King Soopers #62 - Westminster
10351 Federal Blvd
Westminster, CO 80260

Albertsons #410 - 130th & Aurora
13050 Aurora Avenue North
Seattle, WA 98133

Albertsons #492 - Silverdale
2222 NW Bucklin Hill Road
Silverdale, WA  98383

Albertsons #162 - Boise
5100 Overland Rd
Boise, ID 83705

Albertsons #2010 - Missoula
3800 Russell ST
Missoula, MT 59801

Albertsons #471 - Marysville
301 Marysville Mall # 60
Marysville, WA 98270

Albertsons #491 - North Auburn
1347 Auburn Way North
Auburn, WA 98002

Albertsons #495 - Bonney Lake
20025 State Hwy 410 East
Bonney Lake, WA 98390

Albertsons #503 - Clackamas
14800 SE Sunnyside RD
Clackamas, OR 97015

TC Global is a franchisor to the following franchise
3    locations:                                        unknown

Inland Coffee - 29th
2009 East 29th AVE
Suite 2005
Spokane, WA 99223

Inland Coffee - Brown's Addition
2001 West Pacific Ave
Spokane, WA 99201

Inland Coffee - Yakima
2529 Main Street Suite C5
Mailbox 118
Union Gap, WA 98903

Inland Coffee - Hayden/Coure D'Alene
97 West Prairie Shopping Center DR

Hayden, ID 83835

JH - Newport North #3023
1260 Bison St. Suite D-1
Newport Beach, CA 92660

JH - Wilshire Blvd
3435 Wilshire Blvd. Suite 141
Los Angeles, CA 90010

JH - Cal State Fullerton
2720 E Nutwood Ave Unit D
Fullerton, CA 92831

Kirkwood and Kirkwood - Hazel Dell
7710 NE 5th AVE
Suite 122
Vancouver, WA 98665

Kirkwood and Kirkwood - 164th
1801 SE 164th AVE
 Suite 111
Vancouver, WA 98683

LaVogue Hoquiam
617 Simpson Ave
Hoquiam, WA 98550

Tosan Kirkland Downtown
104 Lake Street South
Kirkland, WA 98033

Dada Hoquiam
1948 Riverside Ave
Hoquiam, WA 98550

TC Global, Inc.

## Attachment to Schedule B #25

**TC Global, Inc.**
**25. Automobiles, trucks, trailers and other vehicles.**

| NO. | Year | Vehicle | VIN | CLASS | State | GARAGE | COST NEW | | Blue Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2002 | Chevy Astro Van | 1GCDM19X32B126310 | 1499 | WA | Seattle, WA | 41,000 | $ | 5,500.00 |
| 2 | 2006 | Chevy Cargo Van Express | 1GCGG25VX61218654 | 3499 | WA | Seattle, WA | 22,445 | $ | 5,800.00 |
| 3 | 2006 | Chevy Cargo Van Express | 1GCGG25VX61217486 | 3499 | WA | Seattle, WA | 22,445 | $ | 5,800.00 |
| 4 | 1999 | Chevy Astro Van | 1GCDM19W3XB158978 | 3493 | WA | San Francisco | 19,673 | $ | 2,300.00 |
| 5 | 2008 | Vantage EXV1000 | 1V9E2SPA98C113160 | | WA | Everett, WA | 22,000 | $ | 6,500.00 |
| 6 | 2002 | 72 Volt ET5 74 | 152109 | | WA | Seattle, WA | 13,000 | $ | 3,000.00 |
| 7 | 2012 | Nissan Frontier | 1N6AD0CW3CC401759 | 1499 | WA | Seattle, WA | 29,112 | $ | 25,800.00 |
| | | | | | | | | $ | 54,700.00 |

TC Global, Inc.

Case No. _____

## Attachment to Schedule B #28 and #29

TC Global, Inc.
Schedule B, 28 & 29 - Office Equipment, retail equipment, furnishings, machinery, and fixtures.

| Sum of NETBOOKVALUE Row Labels | Hardware COMHW1 | Software COMSW1 | Equipment EQUIP1 | Furniture FURNF1 | Furniture LECOM1 | Lee Commission LHIMP1 | Leasehold Imp NOCOM1 | Leasehold Imp TRDMK1 | Misc VEHTK1 | Trademark (Grand Total) | Vehicles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Store 01003 | | | $ 2,068.36 | $ 2,613.07 | | $ 31,772.40 | | | | $ 36,453.83 | |
| Store 01004 | | | 1,770.89 | 6,858.99 | | 2,603.25 | | | | 11,233.13 | |
| Store 01005 | | | 4,301.40 | 11,713.96 | | 72,332.47 | | | | 88,347.83 | |
| Store 01007 | | | 9,356.81 | 596.37 | | 13,047.21 | | | | 23,000.39 | |
| Store 01010 | | | 896.08 | 1,242.70 | | 185.03 | | | | 2,323.81 | |
| Store 01011 | | | 4,052.35 | 728.68 $ | | 8,350.18 | | | | 13,131.21 | |
| Store 01017 | | | 4,160.95 | 11,598.91 | | 5,291.78 | | | | 21,151.64 | |
| Store 01019 | | | 4,068.21 | 122.75 | | 954.80 | | | | 5,145.76 | |
| Store 01024 | | | 12,584.06 | 21,012.70 | | 8,152.78 | | | | 41,749.54 | |
| Store 01027 | | | 1,215.39 | 16,633.16 | | 3,736.12 | | | | 21,584.67 | |
| Store 01029 | | | 1,744.08 | 3,021.20 | | 17,883.50 | | | | 22,648.78 | |
| Store 01030 | | | | 8,024.88 | | | | | | 8,024.88 | |
| Store 01031 | | | 527.71 | 1,413.77 | | 8,957.93 | | | | 1,941.48 | |
| Store 01032 | | | 251.15 | 467.18 | | 7,641.94 | | | | 9,696.26 | |
| Store 01034 | | | 2,632.80 | 8,614.29 $ | | 6,532.14 | | | | 18,889.03 | |
| Store 01035 | | | 3,434.46 | 9,039.00 | | 1,610.17 | | | | 19,005.60 | |
| Store 01037 | | | 527.71 | 8,442.51 $ | | 2,602.41 | | | | 10,580.39 | |
| Store 01039 | | | 400.82 | 2,750.85 $ | | 966.42 | | | | 5,754.08 | |
| Store 01042 | | | 3,584.14 | 6,809.33 | | | | | | 11,359.89 | |
| Store 01044 | | | | 4,107.28 | | | | | | 4,107.28 | |
| Store 01046 | | | 2,857.47 | 6,280.12 | | 8,926.65 | | | | 18,064.24 | |
| Store 01049 | | | 3,769.30 | 2,053.44 | | 23,707.67 | | | | 29,530.41 | |
| Store 01050 | | | 527.71 | 3,331.29 | | 475.67 | | | | 4,334.67 | |
| Store 01051 | | | 3,928.11 | 91.29 | | | | | | 4,019.40 | |
| Store 01052 | | | 2,886.75 | 2,337.24 | | 580.73 | | | | 5,814.72 | |
| Store 01053 | | | 2,804.59 | 2,278.17 | | 210.69 | | | | 5,293.45 | |
| Store 01056 | | | 5,935.74 | 9,488.76 | | 6,313.01 | | | | 21,737.51 | |
| Store 01066 | | | 7,315.79 | 2,714.55 | | 1,445.18 | | | | 11,475.52 | |
| Store 01073 | | | 931.74 | 91.29 $ | | 364.83 | | | | 1,387.86 | |
| Store 01075 | | | 2,586.29 | 6,507.36 | | 12,691.79 | | | | 21,785.44 | |
| Store 01076 | | | 1,192.80 | 2,277.79 | | 2,777.00 | | | | 6,247.59 | |
| Store 01077 | | | 1,563.06 | 3,085.19 | | | | | | 4,648.25 | |
| Store 01078 | | | | 1,513.68 | | | | | | 1,608.72 | |
| Store 01079 | | | 2,015.73 | 3,079.39 | | 295.04 | | | | 5,096.12 | |
| Store 01084 | | | 6,486.54 | 5,169.57 | | | | | | 11,656.11 | |
| Store 01087 | | | 969.25 | 3,558.57 | | | | | | 4,527.82 | |
| Store 01088 | | | | 4,242.23 | | | | | | 4,242.23 | |
| Store 01089 | | | 2,310.18 | 336.36 | | | | | | 2,646.54 | |
| Store 01093 | | | 4,983.85 | 6,710.66 | | 142,083.71 | | | | 153,778.22 | |
| Store 01094 | $ | | 3,504.00 | 91.29 | | 2,770.01 | | | | 6,365.30 | |
| Store 01095 | | | 1,404.02 | 12,310.95 | | 1,109.75 | | | | 14,824.72 | |
| Store 01097 | | | 7,642.96 | 6,078.91 | | 2,208.61 | | | | 15,930.48 | |
| Store 01098 | | | 10,441.64 | 18,890.12 | | 3,036.95 | | | | 32,388.71 | |
| Store 01099 | | | 8,056.43 | 3,442.59 | | 6,086.73 | | | | 17,558.75 | |
| Store 01100 | | | 2,610.90 | 947.04 | | 9,258.49 | | | | 12,816.43 | |
| Store 01101 | | | 17,919.90 | 1,354.46 | | | | | | 19,274.36 | |
| Store 01102 | | | 2,084.65 | 12,630.77 | | | | | | 14,715.42 | |
| Store 01103 | | | 10,191.03 | 2,473.09 | | 4,638.36 | | | | 17,302.48 | |
| Store 01104 | | | 25,701.47 | 2,084.65 | | | | | | 27,786.12 | |
| Store 01105 | | | 58,158.80 | 25,992.21 | | | | | | 84,151.01 | |
| Store 01106 | | | 9,089.23 | 8,036.51 | | | | | | 17,125.74 | |
| Store 01108 | | | 8,184.39 | | | 7,330.99 | | | | 15,515.38 | |
| Store 01109 | | | 8,010.69 | 729.59 | | | | | | 8,740.28 | |
| Store 01120 | | | 3,757.41 | 18,333.57 | | 62,425.62 | | | | 84,506.60 | |
| Store 01123 | | | 44,679.41 | 22,925.36 | | 238,262.91 | | | | 305,867.68 | |

| Sum of NETBOOKVALUE | Column Labels | | | | | | | | | |
| Row Labels | COMHW1 | COMSW1 | EQUIP1 | FURNF1 | LECOM1 | LHIMP1 | NOCOM1 | TRDMK1 | VEHTK1 | Grand Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Store 01124 | | | 3,818.49 | 16,374.69 | | | | | | 20,193.18 |
| Store 01125 | | | 2,324.44 | 18,760.69 | | | | | | 21,085.13 |
| Store 01400 | | | 1,671.60 | 4,471.75 | | 15,583.50 | | | | 21,726.85 |
| Store 01900 | | | 1,683.59 | 2,357.37 | | 243.24 | | | | 4,284.20 |
| Store 02001 | | | 4,264.34 | 3,812.78 | | 11,522.20 | | | | 19,599.32 |
| Store 02002 | | | 1,480.71 | 1,438.84 | | - | | | | 2,919.55 |
| Store 03003 | | | 765.20 | 1,831.71 | | | | | | 2,596.91 |
| Store 03009 | | | 1,238.13 | 730.78 | | 29,159.92 | | | | 31,128.83 |
| Store 03019 | | | | 8,357.03 | | 3,530.26 | | | | 11,887.29 |
| Store 03021 | | | 1,033.39 | 7,984.42 | | 78,567.15 | | | | 87,584.96 |
| Store 03034 | | | 3,041.20 | 6,980.11 | | 3,703.17 | | | | 13,724.48 |
| Franchise Ops 70000 | | | | 4,555.05 | | | | | | 4,555.05 |
| Corporate 99000 | | - | 2,173.18 | 712.81 | 3,745.92 | 809.53 | 116.07 | 1,817.27 | 33,151.14 | 42,525.92 |
| Corporate 99500 | | | | 2,649.30 | | - | | | | 2,649.30 |
| Corporate 99501 | | | 350.36 | | | | | | | 350.36 |
| Corporate 99502 | | 4,070.16 | 3,505.04 | | | | | | | 7,575.20 |
| Corporate 99503 | 83,007.29 | 59,225.65 | 34,679.94 | | | | | | | 176,912.88 |
| Corporate 99504 | 1,256.71 | | | 535.17 | | | | | | 1,791.88 |
| Corporate 99607 | 906.63 | - | 623.22 | | | | | | | 1,529.85 |
| Corporate 99615 | 570,683.89 | 1,954.29 | | 347.82 | | | | | | 572,986.00 |
| Corporate 99616 | | | 3,516.82 | 78.36 | | | | | | 3,595.18 |
| Corporate 99618 | | - | 28,130.45 | 46,457.91 | | 1,317.37 | | | | 75,905.73 |
| Corporate 99619 | | | 43,341.18 | 59,946.75 | | 53,226.21 | | | | 156,514.14 |
| Corporate 99620 | | | | 132.47 | | | | | | 132.47 |
| Corporate 99650 | | | | 1,961.64 | | | | | | 1,961.64 |
| Grand Total | 655,854.52 | 65,250.10 | 469,730.48 | 517,867.09 | 3,745.92 | 927,283.47 | 116.07 | 1,817.27 | 33,151.14 | 2,674,816.06 |

B6D (Official Form 6D) (12/07)

In re **TC Global, Inc.**                                    Case No. _____

_____ ,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **901-0033045-000** | | | | 6/17/2011 | | | | | |
| CIT Technology Financing Services, Inc. Attn: Customer Service PO Box 550599 Jacksonville, FL 32255-0599 | | - | | Certain computer network hardware and software | | | | | |
| | | | | Value $         **Unknown** | | | | 50,239.55 | **Unknown** |
| Account No. **TC020811** | | | | 2/8/2011 | | | | | |
| Farnam Street Financial 240 Pondview Plaza 5850 Opus Parkway Minnetonka, MN 55343 | | | | All Equipment purchased under the lease, which includes POS equipment, office eq | | | | | |
| | | | | Value $         **Unknown** | | | | 806,366.50 | **Unknown** |
| Account No. **0010-2472-5277-8000-1** | | | | 1/12/2012 | | | | | |
| Nissan Motor Acceptance Corp PO Box 660360 Dallas, TX 75266-0360 | | - | | 2012 Nissan Frontier King Cab | | | | | |
| | | | | Value $         **25,800.00** | | | | 24,919.26 | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 881,525.31 | 0.00 |
| Total (Report on Summary of Schedules) | 881,525.31 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **TC Global, Inc.**                         ,    Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                     **11**      continuation sheets attached

In re **TC Global, Inc.** _____,  Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/1/2012 | | | | | | |
| Catherine Campbell 4580 Klahanie Dr SE #413 Issaquah, WA 98029 | | - | Voluntarily deferred bonuses accrued for the fiscal period ending on April 1, 2012 | | | | 18,600.00 | 0.00 | 18,600.00 |
| Account No. | | | 4/1/2012 | | | | | | |
| Mark Dringenberg 11602 84th Ave Ct E Puyallup, WA 98373 | | - | Voluntarily deferred bonuses accrued for the fiscal period ending on April 1, 2012 | | | | 10,000.00 | 0.00 | 10,000.00 |
| Account No. | | | 4/1/2012 | | | | | | |
| Scott Pearson 4417 Forest Avenue SE MERCER ISLAND, WA 98040 | | - | Voluntarily deferred bonuses accrued for the fiscal period ending on April 1, 2012 | | | | 75,000.00 | 0.00 | 75,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **11** continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 103,600.00 | 0.00 / 103,600.00

In re __TC Global, Inc._____ ,   Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| ALAMEDA COUNTY TAX COLLECTOR ALAMEDA COUNTY 1221 OAK STREET OAKLAND, CA 94612-4286 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| BREMERTON-KITSAP COUNTY HEALTH DISTRICT 345 6TH ST SUITE 300 BREMERTON, WA 98337-1866 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CALIFORNIA DEPT. OF FOOD & AGRICULTURE PO BOX 942872 SACRAMENTO, CA 94271-2872 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CITY & COUNTY OF SAN FRANCISCO TREASURER & TAX COLLECTOR LICENSE UNIT PO BOX 7427 SAN FRANCISCO, CA 94120-7427 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CITY AND COUNTY OF SAN FRANCISCO TREASURER AND TAX COLLECTOR 1 DR. CARLTON B. GOODLETT PL CITY HALL, ROOM 140 SAN FRANCISCO, CA 94102-4639 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __2__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal            0.00
(Total of this page)   0.00      0.00

In re __TC Global, Inc._____ ,  Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | | |
| CITY CLERK BOX 2315 KETCHUM, ID 83340 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY CLERK'S OFFICE (AUBURN) 25 WEST MAIN ST AUBURN, WA 98001 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF BELLEVUE LOCKBOX PO BOX 34372 SEATTLE, WA 98124-1372 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF BERKELEY 2120 MILVIA STREET BERKELEY, CA 94704 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF BOTHELL (PERMITS) 18305 101ST AVE NE BOTHELL, WA 98011 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __3___ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00     0.00

In re **TC Global, Inc.**  , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| CITY OF CLYDE HILL C/O CLYDE HILL POLICE DEPT. 9605 NE 24TH ST. CLYDE HILL, WA 98004 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF EDMONDS BUSINESS LICENSE DIVISION 121 5TH AVE N. EDMONDS, WA 98020 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF EVERETT 2930 WETMORE AVE EVERETT, WA 98201 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF ISSAQUAH P O BOX 1307 ISSAQUAH, WA 98027-1307 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF KENMORE PO BOX 82607 KENMORE, WA 98028-0607 | - | | | | | | 0.00 | 0.00 / 0.00 |

Sheet __4__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00     0.00

In re    **TC Global, Inc.**                              ,    Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| CITY OF KETCHUM PO BOX 2315 KETCHUM, ID 83340 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF KIRKLAND OFFICE CITY CLERK/LICENSING 123 FIFTH AVENUE KIRKLAND, WA 98033-6189 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF MERCER ISLAND 9611 SE 36TH ST MERCER ISLAND, WA 98040 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF PLEASANTON P.O. BOX 520 200 OLD BERNAL AVE. ATTN:BUS. LICENSE COORD. PLEASANTON, CA 94566-0802 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF REDMOND PO BOX 3745 SEATTLE, WA 98124-3745 | - | | | | | | 0.00 | 0.00 / 0.00 |

Sheet __5__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal     0.00
(Total of this page)     0.00     0.00

In re **TC Global, Inc.** _____ , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | | |
| CITY OF RENTON (FIRE) FIRE PREVENTION BUREAU 1055 S. GRADY WAY RENTON, WA 98055 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF SEATTLE 99 YESLER WAY SEATTLE, WA 98104 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF SEATTLE-(SDOT) PO BOX 34996 SEATTLE, WA 98124-4996 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF SEATTLE-BUS.LIC.TAX BUSINESS LICENSE TAX P.O. BOX 34907 SEATTLE, WA 98124-1907 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | | |
| CITY OF SEATTLE-ESD TREASURY ESD TREASURY BIA 600 4TH AVE, ROOM 103 SEATTLE, WA 98104-1891 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __6__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 | |
|---|---|
| 0.00 | 0.00 |

In re **TC Global, Inc.** ,          Case No. _____
                          ———————————————————
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| CITY OF SEATTLE: DEPT FINANCE PO BOX 34214 SEATTLE, WA 98124-4214 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF TACOMA TAX & LICENSE DIVISION 733 MARKET ST ROOM 21 TACOMA, WA 98402-3770 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF TACOMA TREASURER PO BOX 11367 TACOMA, WA 98411-0367 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF TACOMA-DEPT OF FINANCE DEPT. OF FINANCE TAX & LICENSE P.O. BOX 11640 TACOMA, WA 98411-6640 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| CITY OF WOODINVILLE TREASURY OFFICE 17301 - 133RD AVE NE WOODINVILLE, WA 98072 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __7__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                     0.00
(Total of this page)    0.00    0.00

In re  **TC Global, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| **DEPARTMENT OF LICENSING STATE TREASURER PO BOX 9048 SEATTLE, WA 98507-9048** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Various | | | | | |
| **DEPT OF LABOR & INDUSTRIES PO BOX 34022 SEATTLE, WA 98124-1022** | - | | | | | | | 0.00 |
| | | | | | | | 74,792.84 | 74,792.84 |
| Account No. | | | | | | | | |
| **FRANCHISE TAX BOARD STATE OF CALIFORNIA P.O. BOX 942857 SACRAMENTO, CA 94257-0531** | - | | | | | | | 0.00 |
| | | | | | | | 31,000.00 | 31,000.00 |
| Account No. | | | notice only | | | | | |
| **IDAHO STATE TAX COMM PO BOX 76 BOISE, ID 83707-0076** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| **IDAHO STATE TAX COMMISSION (UNCLAIMED PR UNCLAIMED PROPERTY SECTION PO BOX 36 BOISE, ID 83722-0410** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __8__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 105,792.84 | 105,792.84 |

In re **TC Global, Inc.**          Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | | |
| **INTERNAL REVENUE SERVICE KANSAS CITY, MO 64999-0202** | | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | notice only | | | | | | |
| **INTERNAL REVENUE SERVICE (IRS) ODGEN, UT 84201-0039** | | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | notice only | | | | | | |
| **KING COUNTY TREASURY DIVISION KING COUNTY ADMINISTRATION BLD 500 FOURTH AVE. ROOM #600 SEATTLE, WA 98104-2387** | | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | notice only | | | | | | |
| **KING COUNTY/FINANCIAL MNGMT. 500 4TH AVE RM 620 MS ADM-FI-0620 SEATTLE, WA 98104-2387** | | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | notice only | | | | | | |
| **KITSAP COUNTY TREASURER PO BOX 299 BREMERTON, WA 98337** | | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __9__ of __11__ continuation sheets attached to      Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    0.00    0.00

In re     **TC Global, Inc.**                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| **PIERCE COUNTY BUDGET & FINANCE** **PO BOX 11621** **TACOMA, WA 98411-6621** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| **PUBLIC HEALTH** **SOUTH CENTRAL DISTRICT HEALTH** **1020 WASHINGTON ST NORTH** **TWIN FALLS, ID 83301-3156** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| **SAN FRANCISCO TAX COLLECTOR** **TAX COLLECTORS OFFICE** **P.O. BOX 7427** **SAN FRANCISCO, CA 94120-7427** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| **SEATTLE-KING COUNTY DEPT OF** **401 FIFTH AVENUE** **11TH FLOOR** **SEATTLE, WA 98104** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | notice only | | | | | |
| **SNOHOMISH COUNTY TREASURER** **PO BOX 34171** **SEATTLE, WA 98124-1171** | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

In re **TC Global, Inc.** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | | |
| STATE BOARD OF EQUALIZATION P.O. BOX 942879 SACRAMENTO, CA 94279-6001 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| TAX COLLECTOR,MULTNOMAH COUNTY P.O. BOX 2716 PORTLAND, OR 97208-2716 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| WASHINGTON DEPARTMENT OF REVENUE Executive Office PO Box 47450 Olympia, WA 98504-7450 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | notice only | | | | | |
| WHATCOM COUNTY TREASURER PO BOX 34873 SEATTLE, WA 98124-1873 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |

Sheet __11__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 209,392.84 | 0.00 / 209,392.84 |

In re **TC Global, Inc.**                                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| **3 WIRE RESTAURANT APPLIANCE SERVICE** **PO BOX 1450** **MINNEAPOLIS, MN 55485-7964** | - | | | | | | 1,872.35 |
| Account No. | | | Various | | | | |
| **7UP BOTTLING OF SAN FRANCISCO** **SEVEN UP BOTTLING CO OF S.F.** **PO BOX 742472** **LOS ANGELES, CA 90074-2472** | | | | | | | 531.18 |
| Account No. | | | Various | | | | |
| **AAA FIRE & SAFETY, INC.** **3013  3RD AVENUE NORTH** **SEATTLE, WA 98109-1602** | - | | | | | | 557.94 |
| Account No. | | | Various | | | | |
| **ABM JANITORIAL SERVICES** **DEPT 30874** **PO BOX 60000** **SAN FRANCISCO, CA 94160** | - | | | | | | 317.21 |
| | | | Subtotal (Total of this page) | | | | 3,278.68 |

_29_  continuation sheets attached

In re **TC Global, Inc.** _____,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| ADVANCED EQUIPMENT SERVICES ADVANCED EQUIPMENT SERVICES PO BOX 1548 LAFAYETTE, CA 94549 | - | | | | | | | 201.00 |
| Account No. | | Various | | | | | | |
| AIM CONSULTING DBA AIM CONSULTING 40 LK BELLEVUE DR, SUITE 350 BELLEVUE, WA 98005 | - | | | | | | | 19,550.00 |
| Account No. | | Various | | | | | | |
| AJAX ELECTRIC COMPANY, INC. 2911 FIRST AVE. S SEATTLE, WA 98134 | - | | | | | | | 134.55 |
| Account No. | | Various | | | | | | |
| AMERICAN LINEN (OAK,BERK) DBA AMERICAN LINEN 3391 LANATT STREET SACRAMENTO, CA 95819-1917 | - | | | | | | | 452.25 |
| Account No. | | Various | | | | | | |
| AMERICAN MECHANICAL CORPORATIO PO BOX 1136 MONROE, WA 98272 | - | | | | | | | 3,439.40 |

Sheet no. __1__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **23,777.20**

In re **TC Global, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | Various | | | | | | | |
| AMERIPRIDE LINEN & APPAREL 403 Main Ave. W. TWIN FALLS, ID 83301 | - | | | | | | | | 754.82 |
| Account No. | | Various | | | | | | | |
| ARAMARK UNIFORM SERVICES PO BOX 101223 PASADENA, CA 91189-0005 | - | | | | | | | | 31,461.34 |
| Account No. | | Various | | | | | | | |
| BALDY BISCUIT CO DBA BALDY BISCUIT CO PO BOX 1658 SUN VALLEY, ID 83353 | - | | | | | | | | 45.00 |
| Account No. | | Various | | | | | | | |
| BAY AREA NEWS GROUP DBA BAY AREA NEWS GROUP PO BOX 5006 SAN RAMON, CA 94583-0906 | - | | | | | | | | 215.73 |
| Account No. | | Various | | | | | | | |
| BIGWOOD BREAD, LLC PO BOX 6332 KETCHUM, ID 83340 | - | | | | | | | | 704.39 |

Sheet no. __2__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 33,181.28 |
|---|---|

Case 12-20253-KAO    Doc 1    Filed 10/10/12    Ent. 10/10/12 11:49:17    Pg. 48 of 165

In re   **TC Global, Inc.** _____,   Case No. _____
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BIZXCHANGE**<br>**3600 136TH AVE SE**<br>**SUITE 270**<br>**BELLEVUE, WA 98006** | - | | Various | | | | **15.00** |
| Account No.<br><br>**BODUM**<br>**PO BOX 51034**<br>**NEWARK, NJ 07101-5134** | - | | Various | | | | **5,437.24** |
| Account No.<br><br>**BOYT ENTERPRISES**<br>**432 LONG ST**<br>**PO BOX 81**<br>**WILKESON, WA 98396-0081** | - | | Various | | | | **1,994.30** |
| Account No.<br><br>**BROWER TINTING & GRAPHICS**<br>**284 SW 43RD ST**<br>**#11A**<br>**RENTON, WA 98057** | - | | Various | | | | **490.56** |
| Account No.<br><br>**BRYAN CAVE LLP**<br>**PO BOX 503089**<br>**ST LOUIS, MO 63150-3089** | - | | Various | | | | **92,855.26** |

Sheet no. __3__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **100,792.36**

In re   **TC Global, Inc.**                                ,     Case No. _____

                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| **BULGER SAFE & LOCK** **11502 LAKE CITY WAY N.E.** **SEATTLE, WA 98125** | - | | | | | | 10,617.42 |
| Account No. | | | Various | | | | |
| **CARNEY BADLEY SMITH & SPELLMAN** **701 5TH AVE** **SUITE 3600** **SEATTLE, WA 98104-7010** | - | | | | | | 28,441.67 |
| Account No. | | | Various | | | | |
| **CASE PARTS COMPANY** **877 MONTEREY PASS RD** **MONTEREY PARK, CA 91754** | - | | | | | | 449.00 |
| Account No. | | | Various | | | | |
| **CERIDIAN** **PO BOX 10989** **NEWARK, NJ 07193** | - | | | | | | 4,642.17 |
| Account No. | | | Various | | | | |
| **CHIN-LEY/RECHE ASSOCIATES** **1516 MELROSE SUITE 200** **SEATTLE, WA 98122** | - | | | | | | 4,284.37 |

Sheet no. __4__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,434.63

In re    **TC Global, Inc.**                          ,        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| **CHOCKSTONE, INC** **ATTN: CHOCKSTONE** **ONE HEARTLAND WAY** **JEFFERSONVILLE, IN 47130** | - | | | | | | 219,828.06 |
| Account No. | | | Various | | | | |
| **CHRIS PLUMBING** **1935 REPUBLIC AVE** **SAN LEANDRO, CA 94577** | - | | | | | | 1,346.00 |
| Account No. | | | Various | | | | |
| **CITY OF BERKELEY (BUS LICENSE)** **1947 CENTER STREET** **1ST FLOOR** **BERKELEY, CA 94704-1555** | - | | | | | | 259.08 |
| Account No. | | | Various | | | | |
| **CITY OF KETCHUM (WATER)** **PO BOX 2315** **KETCHUM, ID 83340** | - | | | | | | 1,933.68 |
| Account No. | | | Various | | | | |
| **CITY OF SEATTLE(GAS & LIGHT)** **ESD FINANCE DIVISION** **P.O. BOX 34017** **SEATTLE, WA 98124-1017** | - | | | | | | 3,722.07 |

Sheet no. __5__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
        (Total of this page)        **227,088.89**

In re **TC Global, Inc.** _____,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Various | | | | |
| CLOCKTOWER MEDIA INC PO BOX 3283 KIRKLAND, WA 98083 | - | | | | | | | | 1,195.00 |
| Account No. | | | | | Various | | | | |
| COCA-COLA REFRESHMENTS P.O BOX 53158 LOS ANGELES, CA 90074-3158 | - | | | | | | | | 16,357.68 |
| Account No. | | | | | Various | | | | |
| COFFEE MECHANICS, INC. 7083 COMMERCE CIRCLE, SUITE D PLEASANTON, CA 94588 | - | | | | | | | | 1,320.85 |
| Account No. | | | | | Various | | | | |
| COMPUTERSHARE INC COMPUTER SHAREOWNER SERVICES LLC PO BOX 360857 PITTSBURGH, PA 15251-6857 | - | | | | | | | | 12,033.59 |
| Account No. | | | | | Various | | | | |
| CONCOURSE CONCESSIONS 22518 MARINE VIEW DRIVE DES MOINES, WA 98198 | - | | | | | | | | 327.08 |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,234.20**

In re    **TC Global, Inc.**                              ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| CRYSTAL CLEAR WINDOW CLEANING CRYSTAL CLEAR WINDOW CLEANING 418 HAZEL PL ENUMCLAW, WA 98022 | - | | | | | | 1,345.00 |
| Account No. | | | Various | | | | |
| CRYSTAL SPRINGS WATER CO. DBA CRYSTAL SPRINGS WATER CO. PO BOX 660579 DALLAS, TX 75266-0579 | - | | | | | | 123.06 |
| Account No. | | | Various | | | | |
| CURB APPEAL PRESSURE WASHING CURB APPEAL PRESSURE WASHING PO BOX 821 BRISBANE, CA 94005 | - | | | | | | 375.00 |
| Account No. | | | Various | | | | |
| DARLING INTERNATIONAL, INC. PO BOX 552210 DETROIT, MI 48255-2210 | - | | | | | | 722.72 |
| Account No. | | | Various | | | | |
| DBI BEVERAGE DISTRIBUTORS DBA GOLDEN BRANDS BEVERAGE DISTRIBUTORS 245 SPRUCE AVE #900 S SAN FRANCISCO, CA 94080-4520 | - | | | | | | 242.90 |

Sheet no. __7__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal                             **2,808.68**
(Total of this page)

In re    **TC Global, Inc.**                                 ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Various | | | | |
| DELUXE BUSINESS FORMS & SPLYS P.O. BOX 742572 CINCINNATI, OH 45274-2572 | - | | | | | | | 494.01 |
| Account No. | | | | Various | | | | |
| DEROUX DESIGN LANDSCAPE LLC DBA DEROUX DESIGN LLC 10047 NE 31ST PLACE BELLEVUE, WA 98004 | - | | | | | | | 2,238.44 |
| Account No. | | | | Various | | | | |
| DMX MUSIC, INC PO BOX 660557 DALLAS, TX 75266-0557 | - | | | | | | | 3,282.62 |
| Account No. | | | | Various | | | | |
| DPI SPECIALTY FOODS NORTHWEST, INC. PO BOX 749431 LOS ANGELES, CA 90074-9431 | - | | | | | | | 361,756.77 |
| Account No. | | | | Various | | | | |
| DSL NORTHWEST INC. 21513 84TH AVE S KENT, WA 98032 | - | | | | | | | 612.04 |

Sheet no. __8__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)      **368,383.88**

In re   **TC Global, Inc.**                               ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DUANE MORRIS LLP**<br>**ATTN:PAYMENT PROCESSING**<br>**30 SOUTH 17TH STREET**<br>**PHILADELPHIA, PA 19103-4196** | - | | **Various** | | | | 1,900.50 |
| Account No.<br><br>**DUNBAR BANKPAK, INC.**<br>**PO BOX 333**<br>**BALTIMORE, MD 21203-0333** | - | | **Various** | | | | 2,631.89 |
| Account No.<br><br>**E.K. BEVERAGE**<br>**22145 68TH AVE S**<br>**KENT, WA 98032** | - | | **Various** | | | | 84,977.91 |
| Account No.<br><br>**ECOLAB (CLEANING SUPPLIES)**<br>**PO BOX 100512**<br>**PASADENA, CA 91189-0512** | - | | **Various** | | | | 2,046.83 |
| Account No.<br><br>**ESPRESSO SUPPLY INC.**<br>**1123 NW 51ST ST**<br>**SEATTLE, WA 98107** | - | | **Various** | | | | 1,023.63 |

Sheet no. __9__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal (Total of this page)      **92,580.76**

In re   **TC Global, Inc.**                            ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various | | | | |
| **FEDERAL EXPRESS CORPORATION** **PO BOX 94515** **PALATINE, IL 60094-4515** | - | | | | | | | 1,734.35 |
| Account No. | | | | Various | | | | |
| **FEDEX OFFICE** **CUSTOMER ADMIN SRVCS** **PO BOX 672085** **DALLAS, TX 75267-2085** | - | | | | | | | 594.49 |
| Account No. | | | | Various **Subject to setoff.** | | | | |
| **FETCO (FOOD EQUIP TECH CO INC)** **PO BOX 429** **LAKE ZURICH, IL 60047-0429** | - | | | | | | | 2,615.93 |
| Account No. | | | | Various | | | | |
| **FINALES GOURMET DESSERTS** **2125 196TH ST SW** **SUITE 120** **LYNNWOOD, WA 98036** | - | | | | | | | 113,486.19 |
| Account No. | | | | Various | | | | |
| **FIRMEX CORP** **110 SPADINA AVE #700** **TORONTO, ONTARIO, CA M5V2K4** **CANADA** | - | | | | | | | 2,000.00 |

Sheet no. __10__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal (Total of this page)     **120,430.96**

In re  **TC Global, Inc.** _____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| **FRANKE RESUPPLY SYSTEMS, INC.** **8007 INNOVATION WAY** **CHICAGO, IL 60682-0080** | - | | | | | | | 3,811.07 |
| Account No. | | Various | | | | | | |
| **GIESA COMMUNICATIONS INC.** **20566 NE 33RD COURT** **SAMMAMISH, WA 98074** | - | | | | | | | 598.00 |
| Account No. | | Various | | | | | | |
| **GLASS SCRATCH REMOVERS** **DBA GLASS SCRATCH REMOVERS** **PO BOX 69693** **SEATTLE, WA 98168-9693** | - | | | | | | | 318.65 |
| Account No. | | Various | | | | | | |
| **GORDON AND REES. LLP** **275 BATTERY ST** **20TH FLOOR** **SAN FRANCISCO, CA 94111** | - | | | | | | | 9,679.50 |
| Account No. | | Various | | | | | | |
| **GORILLA SCREEN PRINTING** **2232 1ST AVE S** **SUITE C** **SEATTLE, WA 98134** | - | | | | | | | 9,097.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **23,504.22**

In re    **TC Global, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Various | | | | |
| **GRAINGER** **DEPT 840749329** **PO BOX 419267** **KANSAS CITY, MO 64141-6267** | - | | | | | | | | 181.72 |
| Account No. | | | | | Various | | | | |
| **GREEN MOUNTAIN COFFEE ROASTERS** **PO BOX 414159** **BOSTON, MA 02241-4159** | - | | | | | | | | 346,722.80 |
| Account No. | | | | | Various | | | | |
| **GRETCHEN'S SHOEBOX EXPRESS** **DBA GRETCHEN'S SHOEBOX EXPRESS** **3922 6TH AVE S** **SEATTLE, WA 98108** | - | | | | | | | | 551,856.82 |
| Account No. | | | | | Various | | | | |
| **H&M DISTRIBUTORS, INC.** **167 EASTLAND DR** **PO BOX 314** **TWIN FALLS, ID 83303** | - | | | | | | | | 1,048.00 |
| Account No. | | | | | Various | | | | |
| **HEATHCO INTERNATIONAL** **2855 MITCHELL DR** **SUITE 210** **WALNUT CREEK, CA 94598** | - | | | | | | | | 1,328.24 |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**901,137.58**

In re  **TC Global, Inc.**                                                              ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | |
| HERALD, THE DBA THE HERALD (EVERETT) PO BOX 930 EVERETT, WA 98206-0930 | - | | | | | | | 388.01 |
| Account No. | | | Various | | | | | |
| HOBART CORPORATION-REDMOND 8661 154TH AVE NE REDMOND, WA 98052-3564 | - | | | | | | | 993.84 |
| Account No. | | | Various | | | | | |
| IDAHO MOUNTAIN EXPRESS DBA IDAHO MOUNTAIN EXPRESS P.O. BOX 1013 KETCHUM, ID 83340 | - | | | | | | | 29.00 |
| Account No. | | | Various | | | | | |
| IGNITE USA, LLC 954 W WASHINGTON CHICAGO, IL 60607 | - | | | | | | | 26,524.00 |
| Account No. | | | Various | | | | | |
| IMAGE WINDOW CLEANING DBA IMAGE WINDOW CLEANING 38166 EGGERS CT FREMONT, CA 94536 | - | | | | | | | 650.00 |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         28,584.85

In re __TC Global, Inc._____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**IN STORE SERVICES, INC.**<br>**625 SOUTH LANDER**<br>**SEATTLE, WA 98134** | | - | | Various | | | | 3,840.17 |
| Account No.<br><br>**IOS CAPITAL**<br>**C/O RICOH USA PROGRAM**<br>**PO BOX 650073**<br>**DALLAS, TX 75265-0073** | | - | | Various | | | | 2,527.50 |
| Account No.<br><br>**Irvine Retail Properties Co**<br>**The Irvine Company**<br>**550 Newport Center Drive**<br>**Newport Beach, CA 92660** | X | - | | notice only | | | | 0.00 |
| Account No.<br><br>**JEFF MINTZ WINDOW CLEANING**<br>**PO BOX 3482**<br>**KETCHUM, ID 83340** | | - | | Various | | | | 170.00 |
| Account No.<br><br>**KIECKHAFER, SCHIFFER &**<br>**COMPANY LLP**<br>**6201 OAK CANYON DR**<br>**SUITE 200**<br>**IRVINE, CA 92618** | | - | | Various | | | | 5,663.75 |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,201.42

In re   **TC Global, Inc.** _____,    Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various | | | | |
| **KING SOOPERS ROYALTIES SALES & CASH DEPARTMENT 65 TEJON ST DENVER, CO 80223** | - | | | | | | | 11,348.82 |
| Account No. | | | | Various | | | | |
| **KIRKWOOD & KIRKWOOD 2101 NE 129TH ST SUITE 200 VANCOUVER, WA 98686** | - | | | | | | | 622.66 |
| Account No. | | | | Various | | | | |
| **LA MARZOCCO USA 1553 N.W. BALLARD WAY SEATTLE, WA 98107** | - | | | | | | | 4,148.04 |
| Account No. | | | | Various | | | | |
| **LAWRENCE DISTRIBUTING PO BOX 223 BUHL, ID 83316** | - | | | | | | | 4,923.26 |
| Account No. | | | | Various | | | | |
| **LEFCO, INC. 698 E TAYLOR AVE SUNNYVALE, CA 94085-3814** | - | | | | | | | 5,975.07 |

Sheet no. __15__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **27,017.85**

In re __TC Global, Inc._____,  Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| LYNNDEE'S BAKERY PO BOX 1658 SUN VALLEY, ID 83353 | - | | | | | | 4,098.75 |
| Account No. | | | Various | | | | |
| M. BLOCK & SONS, INC. 135 S LASALLE DEPT 1079 CHICAGO, IL 60674-1079 | - | | | | | | 3,193.94 |
| Account No. | | | Various | | | | |
| M.M.HAYES COMPANY, INC 16 THE SAGE ESTATE ALBANY, NY 12204 | - | | | | | | 1,925.92 |
| Account No. | | | Various | | | | |
| MACDONALD-MILLER SERVICE, INC. P.O. BOX 47983 7717 DETROIT AVE SW SEATTLE, WA 98146-7983 | - | | | | | | 2,439.67 |
| Account No. | | | Various | | | | |
| MEADOW GOLD DAIRY PO BOX 710960 DENVER, CO 80271-0960 | - | | | | | | 2,662.20 |

Sheet no. __16__ of __29__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)    |  14,320.48

In re    **TC Global, Inc.**                                     ,      Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| MEDINA GARDENING & LANDSCAPING PO BOX 7 WOODINVILLE, WA 98072 | - | | | | | | | 735.28 |
| Account No. | | Various | | | | | | |
| METRO LINK SECURITY INTEGRATION INC. 914 164TH ST SUITE #450 MILL CREEK, WA 98012 | - | | | | | | | 757.59 |
| Account No. | | Various | | | | | | |
| MONTGOMERY PURDUE BLANKINSHIP & AUSTIN P 5500 COLUMBIA CENTER 701 5TH AVE SEATTLE, WA 98104-7096 | - | | | | | | | 11,177.00 |
| Account No. | | Various | | | | | | |
| MORRISON & FOERSTER LLP FILE #72497 PO BOX 6000 SAN FRANCISCO, CA 94160-2497 | - | | | | | | | 2,162.50 |
| Account No. | | Various | | | | | | |
| MOSS-ADAMS LLP 999 3RD AVE SUITE 2800 SEATTLE, WA 98104 | - | | | | | | | 5,156.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,988.37**

In re  **TC Global, Inc.** _____,  Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| MOUNTAIN ALARM DBA MOUNTAIN ALARM PO BOX 12487 ODGEN, UT 84412 | - | | | | | | 880.07 |
| Account No. | | | Various | | | | |
| MUNAYCO, VICTOR 5210 CLINTON AVE RICHMOND, CA 94805 | - | | | | | | 152.25 |
| Account No. | | | Various | | | | |
| NEWS TRIBUNE, THE DBA THE NEWS TRIBUNE P.O. BOX 11000 TACOMA, WA 98411-0008 | - | | | | | | 1,868.48 |
| Account No. | | | Various | | | | |
| NORTH COAST ELECTRIC COMPANY P.O. BOX 34399 SEATTLE, WA 98124-1399 | - | | | | | | 3,270.78 |
| Account No. | | | Various | | | | |
| NUOVA RICAMBI USA 4125 DEL MAR AVE SUITE 3 ROCKLIN, CA 95677 | - | | | | | | 1,032.77 |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,204.35**

In re   **TC Global, Inc.** _____,   Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| **ODWALLA, INC.** PO BOX 742456 LOS ANGELES, CA 90074-2456 | - | | | | | | 44,806.61 |
| Account No. | | | Various | | | | |
| **ONESOURCE JANITORIAL** 19125 NORTHCREEK PKWY SUITE 120 BOTHELL, WA 98011 | - | | | | | | 3,600.00 |
| Account No. | | | Various | | | | |
| **ORR FLOOR CARE INC.** PO BOX 2612 HAILEY, ID 83333 | - | | | | | | 375.00 |
| Account No. | | | Various | | | | |
| **PART WORKS, THE** PO BOX 3605 SEATTLE, WA 98124 | - | | | | | | 49.28 |
| Account No. | | | Various | | | | |
| **PASSPORT UNLIMITED** PO BOX 727 KIRKLAND, WA 98083 | - | | | | | | 7,549.80 |

Sheet no. __19__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **56,380.69**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re   **TC Global, Inc.**                       ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| PBCC SERVICES LLC PO BOX 371887 PITTSBURGH, PA 15250-7887 | - | | | | | | | 1,179.32 |
| Account No. | | Various | | | | | | |
| PRINT NW DBA PRINT NW 9914 32ND AVE S TACOMA, WA 98499 | - | | | | | | | 11,571.16 |
| Account No. | | Various | | | | | | |
| PRINTCO DBA PRINTCO 32 G STREET NW SUITE A AUBURN, WA 98001 | - | | | | | | | 584.73 |
| Account No. | | Various | | | | | | |
| PRUDENTIAL OVERALL SUPPLY P.O. BOX 11210 SANTA ANA, CA 92711 | - | | | | | | | 1,401.91 |
| Account No. | | Various | | | | | | |
| QUESINBERRY AND ASSOCIATES, INC. 1517 12TH AVE #207 SEATTLE, WA 98122 | - | | | | | | | 6,517.18 |

Sheet no. \_\_**20**\_\_ of \_\_**29**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,254.30**

In re    **TC Global, Inc.**                                 ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | Various | | | | | | |
| **RAISON D'ETRE** **DBA RAISON D'ETRE** **179 STARLITE ST** **S SAN FRANCISCO, CA 94080** | - | | | | | | | 26,488.37 |
| Account No. | | Various | | | | | | |
| **RED BULL DISTRIBUTION CO.** **3975 MONACO PARKWAY** **UNIT A** **DENVER, CO 80207** | - | | | | | | | 485.80 |
| Account No. | | Various | | | | | | |
| **REDDY ICE CORPORATION** **8750 N CENTRAL EXPWY** **DALLAS, TX 75231** | - | | | | | | | 114.00 |
| Account No. | | Various | | | | | | |
| **RESCUE ROOTER** **175A ROY RD SW** **SUITE 101** **PACIFIC, WA 98047** | - | | | | | | | 1,337.81 |
| Account No. | | Various | | | | | | |
| **RESCUE ROOTER (SAN LEANDRO)** **1618 DOOLITTLE DR** **SAN LEANDRO, CA 94577** | - | | | | | | | 250.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     28,675.98

B6F (Official Form 6F) (12/07) - Cont.

In re __TC Global, Inc.__ , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| ROCKTENN CP, LLC PO BOX 18265 ST LOUIS, MO 63150-8265 | - | | | | | | 19,230.37 |
| Account No. | | | Various | | | | |
| SAN FRANCISCO CHRONICLE PO BOX 7228 SAN FRANCISCO, CA 94120-7228 | - | | | | | | 2,428.18 |
| Account No. | | | Various | | | | |
| SEA-AIRE, INC 340 UPLAND DR TUKWILA, WA 98188 | - | | | | | | 13,953.09 |
| Account No. | | | Various | | | | |
| SEATTLE TIMES, THE (DELIVERIES PO BOX 70 SEATTLE, WA 98111-0070 | - | | | | | | 22,597.66 |
| Account No. | | | Various | | | | |
| SEATTLE WEEKLY - CLASSIFIED 1008 WESTERN AVE SUITE 300 SEATTLE, WA 98104 | - | | | | | | 7,876.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __66,085.30__

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

Case 12-20253-KAO   Doc 1   Filed 10/10/12   Ent. 10/10/12 11:49:17   Pg. 68 of 165

In re __TC Global, Inc._____,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br> SEED INTELLECTUAL PROPERTY LAW GROUP PLLC <br> 701 FIFTH AVE, SUITE 5400 <br> SEATTLE, WA 98104-7092 | - | | Various | | | | 337.50 |
| Account No.  <br><br> SERVICE COMMUNICATIONS INC. <br> 10675 WILLOWS RD NE <br> SUITE 100 <br> REDMOND, WA 98052 | - | | Various | | | | 8,133.46 |
| Account No.  <br><br> Shaun Genter <br> 801 First Street N., Apt #D <br> Seattle, WA 98109 | - | | tbd <br> EEOC case settlement - Release Pending | X | | | 100,000.00 |
| Account No.  <br><br> SHERWIN WILLIAMS <br> 2940 6TH AVE S <br> SEATTLE, WA 98134-2104 | - | | Various | | | | 73.00 |
| Account No.  <br><br> SIGNS OF SEATTLE INC. <br> 6263 ELLIS AVE S <br> SEATTLE, WA 98108 | - | | Various | | | | 49.28 |

Sheet no. __23__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     108,593.24

In re     **TC Global, Inc.** _____ ,     Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| SMITH & GREENE COMPANY 19015 66TH AVE. S KENT, WA 98032 | - | | | | | | 6,315.39 |
| Account No. | | | Various | | | | |
| SOCIAL CREATURE MEDIA LLC DBA PROJECT BIONIC 6031 AIRPORT WAY S SEATTLE, WA 98108 | - | | | | | | 4,737.50 |
| Account No. | | | Various | | | | |
| SOUND MASTERS INC. 4009 STONE WAY N P.O. BOX 31728 SEATTLE, WA 98103 | - | | | | | | 326.16 |
| Account No. | | | | | | | |
| Spinelli PTE LTD c/o Intellecutal Property Law Group, LLP 12 South First Street, Fl 12 San Jose, CA 95113 | - | | | | | | 51,800.00 |
| Account No. | | | Various | | | | |
| STAPLES BUSINESS ADVANTAGE DEPT LA PO BOX 83689 CHICAGO, IL 60696-3689 | - | | | | | | 10,259.97 |

Sheet no. __24__ of __29__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)       **73,439.02**

In re __TC Global, Inc._____,   Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various | | | | |
| STAPLES PRINT SOLUTIONS DBA STAPLES PRINT SOLUTIONS PO BOX 95074 CHICAGO, IL 60694-5074 | - | | | | | | | 1,749.66 |
| Account No. | | | | Various | | | | |
| STOEL RIVES LLP 900 SW 5TH AVE SUITE 2600 PORTLAND, OR 97204 | - | | | | | | | 17,181.92 |
| Account No. | | | | Various | | | | |
| SWIRE COCA-COLA, USA PO BOX 1259 DRAPER, UT 84020 | - | | | | | | | 70.44 |
| Account No. | | | | Various | | | | |
| TALX CORPORATION 4076 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | | | 2,369.17 |
| Account No. | | | | Various | | | | |
| TAMARACK LODGE, THE DBA THE TAMARACK LODGE PO BOX 7120 KETCHUM, ID 83340 | - | | | | | | | 362.25 |

| | | |
|---|---|---|
| Sheet no. __25__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 21,733.44 |

In re    **TC Global, Inc.**                       ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| **TECTURA CORPORATION DEPT 890338 PO BOX 120338 DALLAS, TX 75312-0338** | - | | | | | | X | 80,845.00 |
| Account No. | | Various | | | | | | |
| **TERMINIX (SEATTLE) 6830 S 220TH ST KENT, WA 98032** | - | | | | | | | 5,259.61 |
| Account No. | | Various | | | | | | |
| **THE BOX LUNCH CO. DBA PANINI TIME PO BOX 131 S SAN FRANCISCO, CA 94080** | - | | | | | | | 4,211.10 |
| Account No. | | Various | | | | | | |
| **THERMO-SERV PO BOX 671316 DALLAS, TX 75267** | - | | | | | | | 5,000.00 |
| Account No. | | Various | | | | | | |
| **UNIMARK CONSTRUCTION GROUP LLC 1221 FOURTH AVE SEATTLE, WA 98101** | - | | | | | | | 6,827.33 |

Sheet no. __26__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **102,143.04**

In re    **TC Global, Inc.**                          ,     Case No. _____

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| **UNITED PARCEL SERVICE (UPS)** **PO BOX 894820** **LOS ANGELES, CA 90189-4820** | - | | | | | | | 142.76 |
| Account No. | | Various | | | | | | |
| **US MAINTENANCE** **PO BOX 8500-1076** **PHILADELPHIA, PA 19178-1076** | - | | | | | | | 15,084.05 |
| Account No. | | Various | | | | | | |
| **USA TODAY-IDAHO** **PO BOX 677446** **DALLAS, TX 75267-7446** | - | | | | | | | 707.23 |
| Account No. | | Various | | | | | | |
| **USA TODAY/SEATTLE** **PO BOX 677446** **DALLAS, TX 75267-7446** | - | | | | | | | 1,263.98 |
| Account No. | | Various | | | | | | |
| **VISIONS ESPRESSO SRVC** **2737 1ST AVE S** **SEATTLE, WA 98134** | - | | | | | | | 106.00 |

Sheet no. \_\_27\_\_ of \_29\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
(Total of this page)        17,304.02

In re   **TC Global, Inc.**                              ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Various | | | | | | |
| **WAKEFIELD GLASS** **11014 - 1ST AVE. SOUTH** **SEATTLE, WA 98168** | - | | | | | | | 3,898.20 |
| Account No. | | Various | | | | | | |
| **WASHINGTON CORP SERVICES INC** **701 5TH AVE** **SUITE 3600** **SEATTLE, WA 98104-7010** | - | | | | | | | 250.00 |
| Account No. | | Various | | | | | | |
| **WASHINGTON FOOD INDUSTRY** **PO BOX 706** **OLYMPIA, WA 98507** | - | | | | | | | 7,670.05 |
| Account No. | | Various | | | | | | |
| **WASTE MANAGEMENT SNO-KING** **PO BOX 78251** **PHOENIX, AZ 85062-8251** | - | | | | | | | 580.06 |
| Account No. | | Various | | | | | | |
| **WEB FILINGS LLC** **2625 N LOOP DRIVE** **SUITE 2105** **AMES, IA 50010** | - | | | | | | X | 9,851.88 |

Sheet no. __28__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,250.19

In re __**TC Global, Inc.**_____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | Various | | | | | | |
| **WELLS MEDINA NURSERY, INC.** **8300 NE 24TH ST** **MEDINA, WA 98039** | - | | | | | | | 313.44 |
| Account No. | | Various | | | | | | |
| **WEST SEATTLE HEARLD** **DBA ROBINSON COMM., INC** **14006 1ST AVE. S. SUITE B** **BURIEN, WA 98168** | - | | | | | | | 26.00 |
| Account No. | | Various | | | | | | |
| **WESTERN NEON** **2904 4TH AVE S** **SEATTLE, WA 98134** | - | | | | | | | 5,080.42 |
| Account No. | | Various | | | | | | |
| **WHITMAN ENVIRONMENTAL SCIENCES** **WHITMAN ENVIRONMENTAL SCIENCES** **5508 35TH AVE NE SUITE 108** **SEATTLE, WA 98105** | - | | | | | | | 2,170.86 |
| Account No. | | Various | | | | | | |
| **ZONES, INC.** **PO BOX 34740** **SEATTLE, WA 98124-1740** | - | | | | | | | 6,330.57 |

Sheet no. __**29**__ of __**29**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,921.29**

Total
(Report on Summary of Schedules)    **2,617,731.15**

In re    **TC Global, Inc.**                             ,        Case No.

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **4 the Boys, LLC**<br>**16 N Tacoma Ave**<br>**Tacoma, WA 98403** | **Store Lease 1073** |
| **425 Street Condo Project**<br>**425 Market St Ste 955**<br>**San Francisco, CA 94105** | **Store Lease 3021** |
| **78th Ave Mercer Island LLC**<br>**40 Lake Bellevue Dr Ste 210**<br>**Bellevue, WA 98005** | **Store Lease 1007** |
| **Auburn Regional Medical Center**<br>**2106 Pacific Ave Ste 400**<br>**Tacoma, WA 98042** | **Store Lease 1094** |
| **Bella Bottega Partners**<br>**9125 10th Ave S**<br>**Seattle, WA 98108** | **Store Lease 1039** |
| **Bellevue Place Office Bldg,LLP (Kemper D**<br>**575 Bellevue Square**<br>**Bellevue, WA 98004** | **Store Lease 1005** |
| **Bellevue Square Managers, Inc. (Kemper D**<br>**575 Bellevue Square**<br>**Bellevue, WA 98004** | **Store Lease 1053** |
| **Beneson Capital Partners, LLC**<br>**7087 3rd Ave 28th FL**<br>**New York, NY 10017** | **Store Lease 1078** |
| **Bush, Strout & Kornfeld LLP**<br>**5000 Two Union Square**<br>**601 Union Street**<br>**Seattle, WA 98101** | **Debtor-side bankruptcy attorney--subject to court approval** |
| **BUTY Limited Ptrshp**<br>**10519 Exeter Ave NE**<br>**Seattle, WA 98125** | **Store Lease 1003** |
| **Christine Collison**<br>**2401 NW 65th**<br>**Seattle, WA 98127** | **Store Lease 1034** |

**5**

       continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re __TC Global, Inc._____,                Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Cole REIT III Operating Partnership, LP**<br>**1200 12th Ave Qtrs 1**<br>**Seattle, WA 98144** | **Store Lease 1123** |
| **Columbia Center Properties, LLC**<br>**999 3rd Ave Ste 1550**<br>**Seattle, WA 98104** | **Store Lease 1019** |
| **CP Management I, LLC**<br>**605 5th Ave S Ste 110**<br>**Seattle, WA 98104** | **Store Lease 1077** |
| **D/R Tacoma Apt. Investors, LLC**<br>**10520 Gravelly Lake Dr SW**<br>**Lakewood, WA 98496** | **Store Lease 1075** |
| **Deloitte Financial Advisory Services LLP**<br>**2200 Ross Avenue**<br>**Dallas, TX 75201** | **Advisory/consulting financial services for**<br>**bankruptcy process--subject to court approval** |
| **DPI Speciality Foods**<br>**601 Rockefeller Ave.**<br>**Ontario, CA 91761** | **Distribution Agreement - products/supplies into**<br>**our stores** |
| **Embarcadero Associates (Boston Propertie**<br>**Four Embarcadero Center**<br>**San Francisco, CA 94111** | **Store Lease 3011** |
| **Exchange Building VAF, LLC**<br>**8210 2nd Ave**<br>**Seattle, WA 98104** | **Store Lease 1088** |
| **Firmex Corporation**<br>**110 Spadina Avenue, Suite 700**<br>**Toronto, ON M5V2K4**<br>**CANADA** | **Virtual Deal Room Technology for Due Diligence**<br>**Repository by DIP, Stalking Horse and Bidders** |
| **First Shattuck, LLC**<br>**2150 Shattuck Ave Ste B100**<br>**Berkeley, CA 94704** | **Store Lease 3034** |
| **Frank J. Tonkin, JR.**<br>**3300 Maple Valley HWY**<br>**Renton, WA 98058** | **Store Lease 1056** |
| **Friendly Fuels, Inc.**<br>**1190 NE Sunset Blvd Ste F**<br>**Renton, WA 98056** | **Store Lease 1076** |
| **Green Mountain Coffee Roasters**<br>**33 Coffee Lane**<br>**Waterbury, VT 05676** | **Supply Agreement - Coffee beans and related**<br>**products; License agreement for use of Tully's**<br>**tradenames and brand marks** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re __TC Global, Inc._____, Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Haggen, Inc.**<br>2211 Rimland Dr Ste 300<br>Bellingham, WA 98226 | **2 in-store leases 1124 & 1125** |
| **Harbor Properties, Inc.**<br>1411 4th Ave Ste 501<br>Seattle, WA 98101 | **Store Lease 1024** |
| **Heartland Payment Systems**<br>One Heartland Way<br>Jefferson, IN 47130 | **Merchant Services - Credit Card Processor** |
| **Heartland Payment Systems dba Chockstone**<br>One Heartland Way<br>Jefferson, IN 47130 | **Gift & Loyalty Card Transaction Processor** |
| **Hollywood Vineyards, LP**<br>13306 SE 30th St<br>Bellevue, WA 98005 | **Store Lease 1044** |
| **Horizon Holdings 1, LLC**<br>2125 Commerce St Ste 200<br>Tacoma, WA 98402 | **Store Lease 1051** |
| **Huntley, Mullaney, Spargo & Sullivan, In**<br>3001 Douglas Blvd #330<br>Roseville, CA 95661 | **Real Estate Advisory Services and Negotiation during Bankruptcy process** |
| **Irvine Retail Properties Company**<br>The Irvine Company<br>550 Newport Center Drive<br>Newport Beach, CA 92660 | **Lease Guarantee for a Franchise Location - Woodbridge Village Center** |
| **Irvine Retail Properties Company**<br>The Irvine Company<br>550 Newport Center Drive<br>Newport Beach, CA 92660 | **Lease Guarantee for a Franchise Location - Newport North Shopping Center** |
| **J. Michael Steele**<br>35000 HWY 1<br>Gualala, CA 95445 | **Store Lease 3002** |
| **Jack and P.A. Solowoniuk**<br>1320 E Pike St<br>Seattle, WA 98122 | **Store Lease 1066** |
| **King County**<br>1200 12th Ave Qtrs 1<br>Seattle, WA 98144 | **Store Lease 1052** |
| **Landlord Management, Inc.**<br>5248 California Ave SW<br>Seattle, WA 98136 | **Store Lease 1035** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **TC Global, Inc.**                                ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lieu, Hoa**<br>**4623 Anza St**<br>**San Francisco, CA 94121** | **Store Lease 3003** |
| **Lincoln Square Merchants, Assn. (Kemper**<br>**575 Bellevue Square**<br>**Bellevue, WA 98004** | **Store Lease 1093** |
| **Main Street Pleasanton**<br>**3569 Mt Diablo Blvd Ste 200**<br>**Lafayette, CA 94549** | **Store Lease 3019** |
| **MJ Enterprises Int'l, LLC**<br>**2312 N 30th St Ste 201**<br>**Tacoma, WA 98403** | **Store Lease 1050** |
| **MPN Office, LP Trust Account**<br>**2003 Western Ave Ste 200**<br>**Seattle, WA 98121** | **Store Lease 1046** |
| **Noble House Seattle, LLC**<br>**4507 Brooklyn Ave NE**<br>**Seattle, WA 98105** | **Store Lease 1087** |
| **Patricia McDougall**<br>**2819 SW 324th Pl**<br>**Federal Way, WA 98023** | **Store Lease 1011** |
| **Plateau Properties, LLC**<br>**7107 NE Vancouver Mall Dr #A**<br>**Vancouver, WA 98661** | **Store Lease 1042** |
| **Points Drive Corporation**<br>**1809 7th Ave Ste 300**<br>**Seattle, WA 98101** | **Store Lease 1029** |
| **Post-Montgomery Associates**<br>**1 Montgomery St Ste 3220**<br>**San Francisco, CA 94101** | **Store Lease 3009** |
| **PPR Redmond Retail, LLC (Macerich)**<br>**7525 166th Ave NE Ste D-210**<br>**Redmond, WA 98052** | **Store Lease 1049** |
| **Rainier Commons, LLC**<br>**270 S Hanford St Ste 205**<br>**Seattle, WA 98134** | **Store Lease 1095** |
| **Rainier Commons, LLC**<br>**270 S Hanford St Ste 205**<br>**Seattle, WA 98134** | **TCG Headquarters Lease** |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **TC Global, Inc.** _____ ,  Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **ROIC**<br>**8905 Towne Centre Dr**<br>**San Diego, CA 98122** | **Store Lease 1027** |
| **Rust Consulting, Inc.**<br>**625 Marquette Avenue #880**<br>**Minneapolis, MN 55402** | **Bankruptcy Noticing Agent** |
| **S P Partners III, LLC**<br>**2505 3rd Ave Ste 150**<br>**Seattle, WA 98121** | **Store Lease 1120** |
| **Seawest Associates**<br>**13120 NE 70th Pl Ste A**<br>**Kirkland, WA 98033** | **Store Lease 1032** |
| **Skymatt Properties, LLC**<br>**330 112 Ave NE**<br>**Bellevue, WA 98009** | **Store Lease 1037** |
| **Strickland Trust**<br>**330 112 Ave NE**<br>**Bellevue, WA 98009** | **Store Lease 1004** |
| **Sun Valley Associates**<br>**675 E Sun Valley Rd Ste L**<br>**Ketchum, ID 83340** | **Store Lease 2001** |
| **The Boeing Company**<br>**Shared Srvcs Grp-Supplier Mgmt**<br>**5000 E McDowell Rd M/C M541-F118**<br>**Mesa, AZ 85215** | **To sell coffee and coffee related products from coffee kiosks within Boeing premises** |
| **The Fearey Group**<br>**1809 7th Avenue, Suite 1111**<br>**Seattle, WA 98101** | **Public & Press Relations through Bankruptcy filing process** |
| **The Wilsonian, LLC**<br>**1873 S Bellaire St Ste 1210**<br>**Denver, CO 80222** | **Store Lease 1084** |
| **Tovah Corporation**<br>**18021 12th Ave NW**<br>**Issaquah, WA 98027** | **Store Lease 1017** |
| **Union Labor Life Ins. Company**<br>**1000 2nd Ave Ste 1800**<br>**Seattle, WA 98104** | **Store Lease 1079** |
| **Union Square Limited**<br>**600 University St Ste 2820**<br>**Seattle, WA 98101** | **Store Lease 1031** |

Sheet __4__ of __5__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **TC Global, Inc.**                                      ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Virginia Mason Medical Center**<br>**1006 Spring St**<br>**Seattle, WA 98104** | **Store Lease 1089** |
| **Washington State Convention Center**<br>**800 Convention Center Pl**<br>**Seattle, WA 98101** | **Store Lease 1400** |
| **Westlake Center Associates**<br>**1601 5th Ave Ste 400**<br>**Seattle, WA 98101** | **Store Lease 1030** |
| **William Guimont, Trustee**<br>**PO Box 1173**<br>**Lynnwood, WA 98046** | **Store Lease 1010** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re    **TC Global, Inc.**                              ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JH Development LLC**<br>**6281 Beach Blvd #156**<br>**Buena Park, CA 90621-4265**<br>  **Property:  Woodbridge Village Center 4610**<br>**Barranca Pkwy, Irvine, CA 92604 and Newport**<br>**North Shopping Center, 1280 Bison Street, Suite**<br>**D-1, Newport Beach, CA  92660** | **Irvine Retail Properties Co**<br>**The Irvine Company**<br>**550 Newport Center Drive**<br>**Newport Beach, CA 92660** |
| **Young III Hwang & Chun Ae Lee**<br>**707 Union Ave**<br>**Fullerton, CA 92832**<br>  **Property:  Woodbridge Village Center 4610**<br>**Barranca Pkwy, Irvine, CA 92604 and Newport**<br>**North Shopping Center, 1280 Bison Street, Suite**<br>**D-1, Newport Beach, CA  92660** | **Irvine Retail Properties Co**<br>**The Irvine Company**<br>**550 Newport Center Drive**<br>**Newport Beach, CA 92660** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

In re **TC Global, Inc.** _____  Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re __TC Global, Inc.__ _____ Case No. _____
                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?     Yes ___    No **X** | | |
|    b. Is property insurance included?     Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 0.00 |
|             b. Water and sewer | $ | 0.00 |
|             c. Telephone | $ | 0.00 |
|             d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 0.00 |
|             e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other _____ | $ | 0.00 |
|             c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|      Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 0.00 |
| c.   Monthly net income (a. minus b.) | $ | 0.00 |

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**                                Case No. _____

                                            Debtor(s)        Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President & CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ **78** ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 10, 2012**                  Signature    **/s/ Scott Pearson** _____

                                                   **Scott Pearson**
                                                   **President & CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**                             Case No. _____

                                     Debtor(s)               Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$36,368,000.00** | **Net Sales Fiscal Year 2011 - 3/29/10 - 4/3/11** |
| **$37,302,000.00** | **Net Sales Fiscal Year 2012 - 4/4/11 - 4/1/12** |
| **$15,381,000.00** | **YTD Fiscal Year 2013 - 4/2/12 - 9/2/12 (5 fiscal periods)** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                       SOURCE

**3. Payments to creditors**

None
☑ *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$5,220,194.91** | **$0.00** |

None
☐     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$679,821.74** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Spinelli Pte, Ltd. v. TC Global, Inc. et al., Case No. CV 11-05047** | **Breach of Contract** | **United States District Court, Northern District of California** | **Settled** |
| **The Irvine Company LLC v. Tully's Coffee Corporation, Case No. 30-2011 00520532** | **Breach of Contract** | **Orange County Superior Court, California** | **Settlement Pending** |
| **JH Development, LLC v. Tully's Coffee Corp., 30-2011-00475754** | **Breach of Contract** | **Orange County Superior Court, California** | **Pending** |
| **Council for Education and Research on Toxics v. Brad Berry Company, Ltd. et al., BC 461182** | **Violation of Prop. 65 (Health & Safety Code 25249.6)** | **Los Angeles County Superior Court, California** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Various** | | **The Debtor accepts returns of retail merchandise in the ordinary course of business but does not readily have detailed records of the same.** |

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Various - See Attached** | | | **$8,907.38** |

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$9,806.73** | **See attached** | **Various - See attached** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **9/17/12 (payment to invoice from trust account funds)** | **25,000** |
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **10/9/12 (payment to invoice from trust account funds)** | **$45,265.58** |
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **10/9/12 (payment to invoice from trust account funds)** | **$21,752.63** |
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **8/14/12 (deposit to trust account)** | **$25,000** |
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **9/21/12 (deposit to trust accout)** | **34,648.58** |
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **10/1/12 (deposit to trust account)** | **$10,617.00** |
| **Bush Strout & Kornfeld 601 Union St., #5000 Seattle, WA 98101-2373** | **10/9/12 (deposit to trust account)** | **$71,752.63** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See Attached** | | |

None **■**    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

### 11. Closed financial accounts

None **☐**    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **See Attached** | **All accounts are swept to a zero balance daily and each had a zero balance upon closing.** | |

---

### 12. Safe deposit boxes

None **■**    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13. Setoffs

None **☐**    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **DPI Specialty Foods, Inc.** **PO Box 749431** **Los Angeles, CA 90074-9431** | **9/12/12** | **$822,651.71** |
| **DPI Specialty Foods** **PO Box 749431** **Los Angeles, CA 90074-9431** | **9/21/12** | **$117,873.33** |

---

### 14. Property held for another person

None **☐**    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Various** | **Occasionally one or more of the Debtor's locations will feature art of a third party artist. The Debtor does not have specific records relating to the same.** | |

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **N/A** | | | **California Proposition 65 - See SOFA 4 Council for Education and Research on Toxics v. Brad Berry Company, Ltd. et al., BC 461182 - Pending lawsuit relating to byproduct of roasting coffee beans** |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Spinelli Coffee Co., Inc.** | **68-0085930** | | **Acquisition of Spinelli brand and use of existing store leases until assignment was finalized** | **1998 - 5/17/2010** |
| **Tully's Bellaccino, LLC** | **20-4811456** | | **Outsourced manufacture and distribution of trademarked bottled beverage** | **5/2006 - 9/1/2011** |
| **Tully's Coffee Asia Pacific, Inc.** | **26-0723129** | | **Licensing of trademark in Asia** | **7/13/10 - present** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Controller/CFO**                                      **2 years +**
**TC Global, Inc.**
**3100 Airort Way South**
**Seattle, WA 98134**

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Moss Adams LLP** | **999 Third Ave, Suite 2800**<br>**Seattle, WA 98104** | **2 years +** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Catherine Campbell, CFO** | **3100 Airport Way South**<br>**Seattle, WA 98134** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Securities & Exchange Comm**<br>**Attn Bankruptcy Counsel**<br>**44 Montgomery St #2600**<br>**San Francisco, CA 94104** | **Quarterly. The Debtor is a publicly reporting**<br>**company so its quarterly and annual SEC**<br>**reports are public upon filing with the SEC.** |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 9/2/12 | **Each store manager supervised his/her store's inventory** | **$451,386.00** |
| 9/30/12 | **Each store manager supervised his/her store's inventory** | **$380,400.38** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 9/2/12 | **Catherine Campbell, CFO**<br>**TC Global, Inc.**<br>**3100 Airport Way South**<br>**Seattle, WA 98134** |
| 9/30/12 | **Catherine Campbell**<br>**TC Global, Inc.**<br>**3100 Airport Way South**<br>**Seattle, WA 98134** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Catherine Campbell**<br>**4580 Klahanie Dr SE #413**<br>**Issaquah, WA 98029** | **CFO** | **N/A** |
| **Janet Hendrickson**<br>**1191 2nd Ave, Suite 1500**<br>**Seattle, WA 98101** | **Director** | **9,864 of exercisable options to purchase shares of common stock (less than 5% of Debtor's common stock)** |
| **Gregory A. Hubert**<br>**3111 Hunts Point Circle**<br>**Bellevue, WA 98004** | **Director** | **35,891 of exercisable options to purchase common stock (less than 5% of Debtor's common stock)** |
| **Stephen B. Loeb**<br>**1917 Sunset Ave SW**<br>**Seattle, WA 98116** | **Director** | **N/A** |
| **Scott Pearson**<br>**4417 Forest Ave SE**<br>**Mercer Island, WA 98040** | **CEO and Director** | **N/A** |
| **The Estate of Keith McCaw**<br>**2365 Carillon Point**<br>**Kirkland, WA 98033-7445** | | **Shareholder - greater than 5%. 173,484 shares of common stock (4.9% of common stock of Debtor); 2,000,000 shares of Series A Preferred Stock (15.6% of preferred stock of Debtor)** |
| **Tom O'Keefe**<br>**2021 Evergreen Point Road**<br>**Medina, WA 98039-2324** | | **Shareholder greater than 5%. Owns and/or controls 524,662 shares of common stock (14.75% of Debtor's common stock)** |
| **Scott I. Anderson**<br>**9234 NE 25th Street**<br>**Bellevue, WA 98004** | **Director** | **N/A** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **John M. Fluke, Jr.**<br>**11400 SE 6th St, Suite 230**<br>**Bellevue, WA 98004** | **Director** | **12/15/11** |
| **Ronald G. Neubauer**<br>**2033 6th Ave, Suite 925**<br>**Seattle, WA 98121** | **Director** | **9/9/12** |
| **Paul Reed**<br>**308 36th Ave E**<br>**Seattle, WA 98112** | **Director** | **October 8, 2012** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Response to SOFA 3c** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND **Tully's Coffee 401(k) Savings Plan** | TAXPAYER IDENTIFICATION NUMBER (EIN) **91-1557436** |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 10, 2012**          Signature   **/s/ Scott Pearson**

**Scott Pearson**
**President & CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

TC Global, Inc.                                    Case No. _____

## Attachment to Statement of Financial Affairs #3b

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| ABA001 | ABADILLA, WIL | Payment | 7/27/2012 | 141054 | $229.97 |
| ABA001 | ABADILLA, WIL | Payment | 7/31/2012 | 141172 | $8,806.02 |
| ABA001 | ABADILLA, WIL | Payment | 9/4/2012 | 141448 | $122.17 |
| ABA001 | ABADILLA, WIL | Payment | 9/12/2012 | 141531 | $748.37 |
| ABA001 | ABADILLA, WIL | Payment | 9/28/2012 | 141642 | $202.00 |
| ABA001 | ABADILLA, WIL | Payment | 10/4/2012 | 141696 | $652.88 |
| ABA001 | ABADILLA, WIL | Payment | 10/9/2012 | 141787 | $69.57 |
| | ABADILLA, WIL Total | | | | $10,830.98 |
| AIM002 | AIM CONSULTING | Payment | 7/20/2012 | 141006 | $7,650.00 |
| AIM002 | AIM CONSULTING | Payment | 8/13/2012 | 141287 | $6,800.00 |
| AIM002 | AIM CONSULTING | Payment | 8/17/2012 | 141327 | $6,120.00 |
| AIM002 | AIM CONSULTING | Payment | 9/20/2012 | 141584 | $7,990.00 |
| | AIM CONSULTING Total | | | | $28,560.00 |
| ALA007 | ALAMEDA COUNTY TAX COLLECTOR | Payment | 7/31/2012 | 141155 | $6,332.20 |
| | ALAMEDA COUNTY TAX COLLECTOR Total | | | | $6,332.20 |
| AND011 | ANDERSON, SCOTT I. | Payment | 7/27/2012 | 141059 | $751.51 |
| AND011 | ANDERSON, SCOTT I. | Payment | 8/7/2012 | 141229 | $3,750.00 |
| AND011 | ANDERSON, SCOTT I. | Payment | 9/12/2012 | 141533 | $3,750.00 |
| AND011 | ANDERSON, SCOTT I. | Payment | 10/9/2012 | 141769 | $3,750.00 |
| | ANDERSON, SCOTT I. Total | | | | $12,001.51 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 7/13/2012 | 140948 | $2,852.41 |
| ARA007 | ARAMARK UNIFORM SERVICES | Payment | 7/13/2012 | 140949 | $4,327.75 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 7/20/2012 | 141007 | $3,383.45 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 7/27/2012 | 141060 | $3,323.86 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 8/7/2012 | 141230 | $3,277.11 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 8/17/2012 | 141329 | $3,753.50 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 9/12/2012 | 141534 | $3,375.44 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 9/20/2012 | 141585 | $3,120.95 |
| ARA012 | ARAMARK UNIFORM SERVICES | Payment | 10/4/2012 | 141700 | $3,231.68 |
| | ARAMARK UNIFORM SERVICES Total | | | | $30,646.15 |
| AUB002 | AUBURN REGIONAL MEDICAL CENTER, INC. | Payment | 7/27/2012 | 141062 | $2,479.94 |
| AUB002 | AUBURN REGIONAL MEDICAL CENTER, INC. | Payment | 8/27/2012 | 141389 | $2,517.64 |
| AUB002 | AUBURN REGIONAL MEDICAL CENTER, INC. | Payment | 10/4/2012 | 141703 | $2,824.80 |
| | AUBURN REGIONAL MEDICAL CENTER, INC. Total | | | | $7,822.38 |
| BEL001 | BELLA BOTTEGA PARTNERS | Payment | 8/1/2012 | 141177 | $9,704.50 |
| BEL001 | BELLA BOTTEGA PARTNERS | Payment | 9/4/2012 | 141488 | $9,704.50 |
| | BELLA BOTTEGA PARTNERS Total | | | | $19,409.00 |
| BEL008 | BELLEVUE PL OFFICE BLDG 1 LP | Payment | 7/27/2012 | 141063 | $2,766.04 |
| BEL008 | BELLEVUE PL OFFICE BLDG 1 LP | Payment | 8/1/2012 | 141178 | $4,494.10 |
| BEL008 | BELLEVUE PL OFFICE BLDG 1 LP | Payment | 8/27/2012 | 141391 | $2,257.29 |
| BEL008 | BELLEVUE PL OFFICE BLDG 1 LP | Payment | 8/27/2012 | 141444 | $2,257.29 |
| BEL008 | BELLEVUE PL OFFICE BLDG 1 LP | Payment | 9/4/2012 | 141489 | $4,470.72 |
| BEL008 | BELLEVUE PL OFFICE BLDG 1 LP | Payment | 10/4/2012 | 141705 | $6,687.94 |
| | BELLEVUE PL OFFICE BLDG 1 LP Total | | | | $22,933.38 |
| BEL010 | BELLEVUE SQUARE MANAGERS, INC | Payment | 8/1/2012 | 141179 | $9,940.11 |

1

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| BEL010 | BELLEVUE SQUARE MANAGERS, INC | Payment | 9/4/2012 | 141490 | $9,361.29 |
| BEL010 | BELLEVUE SQUARE MANAGERS, INC | Payment | 10/4/2012 | 141707 | $9,940.11 |
| | BELLEVUE SQUARE MANAGERS, INC Total | | | | $29,241.51 |
| BEN007 | BENENSON CAPITAL PARTNERS, LLC | Payment | 8/1/2012 | 141181 | $7,139.41 |
| BEN007 | BENENSON CAPITAL PARTNERS, LLC | Payment | 9/4/2012 | 141492 | $7,139.41 |
| | BENENSON CAPITAL PARTNERS, LLC Total | | | | $14,278.82 |
| BOS003 | BOSTWICK LLC. | Payment | 8/1/2012 | 141182 | $3,213.75 |
| BOS003 | BOSTWICK LLC. | Payment | 9/4/2012 | 141493 | $3,213.75 |
| | BOSTWICK LLC. Total | | | | $6,427.50 |
| BRY002 | BRYAN CAVE LLP | Payment | 7/20/2012 | 141008 | $5,000.00 |
| BRY002 | BRYAN CAVE LLP | Payment | 8/27/2012 | 141392 | $5,000.00 |
| | BRYAN CAVE LLP Total | | | | $10,000.00 |
| BUS008 | BUSH STROUT & KORNFELD LLP | Payment | 8/24/2012 | 65938133 | $25,000.00 |
| BUS008 | BUSH STROUT & KORNFELD LLP | Payment | 9/21/2012 | 66361114 | $34,648.58 |
| BUS008 | BUSH STROUT & KORNFELD LLP | Payment | 10/1/2012 | 66493702 | $10,617.00 |
| BUS008 | BUSH STROUT & KORNFELD LLP | Payment | 10/9/2012 | 66655966 | $71,752.63 |
| | BUSH STROUT & KORNFELD LLP Total | | | | $142,018.21 |
| BUT001 | BUTY LIMITED PARTNERSHIP | Payment | 8/1/2012 | 141183 | $4,021.73 |
| BUT001 | BUTY LIMITED PARTNERSHIP | Payment | 9/4/2012 | 141494 | $4,021.73 |
| | BUTY LIMITED PARTNERSHIP Total | | | | $8,043.46 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 7/16/2012 | 141045 | $19,343.00 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 7/20/2012 | 141009 | $5,000.00 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 7/27/2012 | 141153 | $20,955.00 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 8/17/2012 | 141331 | $20,901.00 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 9/4/2012 | 141452 | $37,150.80 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 9/20/2012 | 141589 | $15,626.57 |
| CAR002 | CARNEY BADLEY SMITH & SPELLMAN | Payment | 9/26/2012 | 141640 | $20,617.00 |
| | CARNEY BADLEY SMITH & SPELLMAN Total | | | | $139,593.37 |
| CER001 | CERIDIAN | Payment | 7/13/2012 | 140955 | $3,087.20 |
| CER001 | CERIDIAN | Payment | 7/27/2012 | 141072 | $3,072.20 |
| CER001 | CERIDIAN | Payment | 8/7/2012 | 141234 | $1,994.69 |
| CER001 | CERIDIAN | Payment | 8/17/2012 | 141333 | $2,882.21 |
| CER001 | CERIDIAN | Payment | 8/27/2012 | 141395 | $2,946.58 |
| CER001 | CERIDIAN | Payment | 9/20/2012 | 141591 | $4,941.51 |
| CER001 | CERIDIAN | Payment | 10/4/2012 | 141711 | $2,924.49 |
| | CERIDIAN Total | | | | $21,848.88 |
| CHO003 | CHOCKSTONE, INC | Payment | 7/20/2012 | 141010 | $35,384.60 |
| | CHOCKSTONE, INC Total | | | | $35,384.60 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 7/27/2012 | 141078 | $2,758.49 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 8/7/2012 | 141236 | $2,058.55 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 8/17/2012 | 141337 | $651.36 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 8/27/2012 | 141396 | $1,715.68 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 9/12/2012 | 141538 | $2,773.67 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 9/20/2012 | 141594 | $2,970.65 |
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 9/28/2012 | 141654 | $1,123.11 |

2

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| SEA002 | CITY OF SEATTLE(GAS & LIGHT) | Payment | 10/4/2012 | 141713 | $2,062.13 |
| | **CITY OF SEATTLE(GAS & LIGHT) Total** | | | | $16,113.64 |
| CIT020 | CITY OF SEATTLE-BUS.LIC.TAX | Payment | 7/31/2012 | 141162 | $6,521.94 |
| | **CITY OF SEATTLE-BUS.LIC.TAX Total** | | | | $6,521.94 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 7/13/2012 | 140958 | $1,553.00 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 7/20/2012 | 141011 | $4,060.32 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 7/27/2012 | 141079 | $2,036.32 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 8/7/2012 | 141237 | $3,442.68 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 8/27/2012 | 141397 | $3,714.44 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 9/4/2012 | 141457 | $2,972.64 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 9/12/2012 | 141540 | $3,978.24 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 9/20/2012 | 141597 | $6,245.88 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 9/27/2012 | 141641 | $5,047.44 |
| COC001 | COCA-COLA REFRESHMENTS | Payment | 10/4/2012 | 141715 | $5,996.40 |
| | **COCA-COLA REFRESHMENTS Total** | | | | $39,047.36 |
| CRA007 | CRAVENER, BETH | Payment | 7/19/2012 | 141049 | $1,858.50 |
| CRA007 | CRAVENER, BETH | Payment | 7/27/2012 | 141084 | $1,050.00 |
| CRA007 | CRAVENER, BETH | Payment | 8/13/2012 | 141292 | $2,683.80 |
| CRA007 | CRAVENER, BETH | Payment | 8/17/2012 | 141342 | $978.60 |
| CRA007 | CRAVENER, BETH | Payment | 8/27/2012 | 141380 | $1,045.80 |
| CRA007 | CRAVENER, BETH | Payment | 9/4/2012 | 141460 | $1,029.00 |
| CRA007 | CRAVENER, BETH | Payment | 9/12/2012 | 141543 | $1,223.25 |
| CRA007 | CRAVENER, BETH | Payment | 9/20/2012 | 141600 | $724.50 |
| CRA007 | CRAVENER, BETH | Payment | 9/28/2012 | 141657 | $870.45 |
| CRA007 | CRAVENER, BETH | Payment | 10/4/2012 | 141717 | $1,684.20 |
| CRA007 | CRAVENER, BETH | Payment | 10/9/2012 | 141772 | $827.40 |
| | **CRAVENER, BETH Total** | | | | $13,975.50 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 8/14/2012 | 65759175 | $30,000.00 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 8/21/2012 | 65867990 | $30,000.00 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 8/28/2012 | 65965185 | $11,591.01 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 9/6/2012 | 66117694 | $19,575.61 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 9/11/2012 | 66185538 | $28,764.38 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 9/20/2012 | 66354660 | $40,063.79 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 9/28/2012 | 66493599 | $46,175.10 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 10/5/2012 | 66622155 | $19,741.19 |
| DEL010 | DELOITTE FINANCIAL ADVISORY SERVICES LLP | Payment | 10/9/2012 | 66655879 | $69,314.91 |
| | **DELOITTE FINANCIAL ADVISORY SERVICES LLP Total** | | | | $295,225.99 |
| DEP002 | DEPT OF LABOR & INDUSTRIES | Payment | 7/31/2012 | 141165 | $87,014.24 |
| | **DEPT OF LABOR & INDUSTRIES Total** | | | | $87,014.24 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 7/13/2012 | 140965 | $52,146.68 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 7/20/2012 | 141012 | $60,000.00 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 7/31/2012 | 141166 | $95,971.51 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 8/13/2012 | 141294 | $107,766.73 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 8/17/2012 | 141343 | $71,435.08 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 8/27/2012 | 141405 | $70,000.00 |

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 9/4/2012 | 141462 | $99,314.02 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 9/12/2012 | 141544 | $100,000.00 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 9/20/2012 | 141602 | $100,000.00 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 9/28/2012 | 141659 | $71,385.31 |
| DPI001 | DPI SPECIALTY FOODS NORTHWEST, INC. | Payment | 10/4/2012 | 141722 | $30,703.90 |
| **DPI001** | **DPI SPECIALTY FOODS NORTHWEST, INC. Total** | | | | **$858,723.23** |
| DPI002 | DPI SPECIALTY FOODS WEST, INC. | Payment | 7/13/2012 | 140966 | $11,809.18 |
| DPI002 | DPI SPECIALTY FOODS WEST, INC. | Payment | 7/31/2012 | 141167 | $8,140.83 |
| DPI002 | DPI SPECIALTY FOODS WEST, INC. | Payment | 8/27/2012 | 141406 | $7,549.57 |
| DPI002 | DPI SPECIALTY FOODS WEST, INC. | Payment | 9/4/2012 | 141463 | $17,767.93 |
| DPI002 | DPI SPECIALTY FOODS WEST, INC. | Payment | 9/20/2012 | 141603 | $3,739.91 |
| DPI002 | DPI SPECIALTY FOODS WEST, INC. | Payment | 9/28/2012 | 141660 | $11,816.53 |
| **DPI002** | **DPI SPECIALTY FOODS WEST, INC. Total** | | | | **$60,823.95** |
| DRI002 | DRINGENBERG, MARK | Payment | 8/7/2012 | 141238 | $1,346.39 |
| DRI002 | DRINGENBERG, MARK | Payment | 8/17/2012 | 141344 | $1,607.24 |
| DRI002 | DRINGENBERG, MARK | Payment | 9/20/2012 | 141604 | $99.85 |
| DRI002 | DRINGENBERG, MARK | Payment | 9/28/2012 | 141661 | $2,854.17 |
| **DRI002** | **DRINGENBERG, MARK Total** | | | | **$5,907.65** |
| EKB001 | E.K. BEVERAGE | Payment | 7/13/2012 | 140968 | $10,002.79 |
| EKB001 | E.K. BEVERAGE | Payment | 7/20/2012 | 141013 | $10,862.40 |
| EKB001 | E.K. BEVERAGE | Payment | 7/27/2012 | 141087 | $9,043.15 |
| EKB001 | E.K. BEVERAGE | Payment | 8/7/2012 | 141239 | $9,002.54 |
| EKB001 | E.K. BEVERAGE | Payment | 8/27/2012 | 141408 | $7,864.10 |
| EKB001 | E.K. BEVERAGE | Payment | 9/4/2012 | 141464 | $8,688.49 |
| EKB001 | E.K. BEVERAGE | Payment | 9/12/2012 | 141545 | $6,163.75 |
| EKB001 | E.K. BEVERAGE | Payment | 9/20/2012 | 141605 | $9,871.60 |
| **EKB001** | **E.K. BEVERAGE Total** | | | | **$71,498.82** |
| EXC002 | EXCHANGE BUILDING VAF, LLC | Payment | 7/27/2012 | 141090 | $314.72 |
| EXC002 | EXCHANGE BUILDING VAF, LLC | Payment | 8/1/2012 | 141191 | $4,763.62 |
| EXC002 | EXCHANGE BUILDING VAF, LLC | Payment | 9/4/2012 | 141498 | $3,630.83 |
| **EXC002** | **EXCHANGE BUILDING VAF, LLC Total** | | | | **$8,709.17** |
| FAR003 | FARNAM STREET FINANCIAL | Payment | 8/7/2012 | 141241 | $37,506.92 |
| FAR003 | FARNAM STREET FINANCIAL | Payment | 8/22/2012 | 141378 | $37,506.92 |
| **FAR003** | **FARNAM STREET FINANCIAL Total** | | | | **$75,013.84** |
| FEA001 | FEARY GROUP, THE | Payment | 10/4/2012 | 141724 | $8,545.00 |
| **FEA001** | **FEARY GROUP, THE Total** | | | | **$8,545.00** |
| FED001 | FEDERAL EXPRESS CORPORATION | Payment | 7/13/2012 | 140969 | $2,780.67 |
| FED001 | FEDERAL EXPRESS CORPORATION | Payment | 8/17/2012 | 141345 | $1,247.75 |
| FED001 | FEDERAL EXPRESS CORPORATION | Payment | 9/12/2012 | 141547 | $1,954.64 |
| FED001 | FEDERAL EXPRESS CORPORATION | Payment | 9/28/2012 | 141663 | $1,265.23 |
| FED001 | FEDERAL EXPRESS CORPORATION | Payment | 10/4/2012 | 141725 | $1,562.12 |
| **FED001** | **FEDERAL EXPRESS CORPORATION Total** | | | | **$8,810.41** |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 7/13/2012 | 140970 | $15,386.89 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 7/20/2012 | 141014 | $10,720.53 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 7/27/2012 | 141092 | $14,684.15 |

4

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| FIN001 | FINALES GOURMET DESSERTS | Payment | 8/7/2012 | 141243 | $15,274.59 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 8/13/2012 | 141297 | $13,918.96 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 8/27/2012 | 141410 | $14,182.35 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 9/4/2012 | 141466 | $15,574.47 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 9/20/2012 | 141606 | $12,752.67 |
| FIN001 | FINALES GOURMET DESSERTS | Payment | 10/4/2012 | 141727 | $12,615.23 |
| | **FINALES GOURMET DESSERTS Total** | | | | **$125,109.84** |
| TON001 | FRANK J TONKIN, JR | Payment | 8/1/2012 | 141192 | $4,374.00 |
| TON001 | FRANK J TONKIN, JR | Payment | 9/4/2012 | 141499 | $4,374.00 |
| | **FRANK J TONKIN, JR Total** | | | | **$8,748.00** |
| FRA013 | FRANKE RESUPPLY SYSTEMS, INC. | Payment | 7/13/2012 | 140971 | $2,406.24 |
| FRA013 | FRANKE RESUPPLY SYSTEMS, INC. | Payment | 8/7/2012 | 141244 | $6,503.76 |
| FRA013 | FRANKE RESUPPLY SYSTEMS, INC. | Payment | 8/13/2012 | 141301 | $5,750.01 |
| | **FRANKE RESUPPLY SYSTEMS, INC. Total** | | | | **$14,660.01** |
| FRO003 | FRONTIER | Payment | 7/27/2012 | 141096 | $2,222.58 |
| FRO003 | FRONTIER | Payment | 8/7/2012 | 141245 | $400.89 |
| FRO003 | FRONTIER | Payment | 9/20/2012 | 141608 | $2,200.64 |
| FRO003 | FRONTIER | Payment | 10/4/2012 | 141729 | $2,140.35 |
| | **FRONTIER Total** | | | | **$6,964.46** |
| GBS001 | GBS ADMINISTRATORS, INC. | Payment | 8/7/2012 | 141246 | $38,086.06 |
| GBS001 | GBS ADMINISTRATORS, INC. | Payment | 9/12/2012 | 141551 | $51,466.03 |
| GBS001 | GBS ADMINISTRATORS, INC. | Payment | 10/9/2012 | 141776 | $53,337.23 |
| | **GBS ADMINISTRATORS, INC. Total** | | | | **$142,889.32** |
| GRA019 | GRANITE MARKET PLACE, LLC | Payment | 8/1/2012 | 141193 | $8,834.37 |
| | **GRANITE MARKET PLACE, LLC Total** | | | | **$8,834.37** |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 7/13/2012 | 140972 | $152,858.20 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 7/20/2012 | 141015 | $149,807.84 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 7/27/2012 | 141097 | $154,225.30 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 8/6/2012 | 141227 | $142,310.71 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 8/13/2012 | 141302 | $74,266.24 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 8/17/2012 | 141348 | $75,297.37 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 8/27/2012 | 141412 | $83,950.45 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 9/4/2012 | 141469 | $50,000.00 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 9/12/2012 | 141552 | $30,000.00 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 9/20/2012 | 141610 | $64,871.07 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 9/25/2012 | 141638 | $62,736.48 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 10/1/2012 | 66535607 | $36,183.54 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 10/3/2012 | 66576784 | $12,016.44 |
| GRE020 | GREEN MOUNTAIN COFFEE ROASTERS | Payment | 10/9/2012 | 66655899 | $54,526.24 |
| | **GREEN MOUNTAIN COFFEE ROASTERS Total** | | | | **$1,143,049.88** |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 7/13/2012 | 140973 | $60,579.60 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 7/20/2012 | 141016 | $62,195.86 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 7/27/2012 | 141098 | $54,103.77 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 8/7/2012 | 141248 | $61,432.32 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 8/13/2012 | 141303 | $62,531.22 |

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 8/17/2012 | 141349 | $61,709.03 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 8/27/2012 | 141413 | $61,286.38 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 9/4/2012 | 141470 | $58,091.80 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 9/12/2012 | 141553 | $46,627.89 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 9/28/2012 | 141667 | $66,709.57 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 10/3/2012 | 66576870 | $65,000.00 |
| GRE015 | GRETCHEN'S SHOEBOX EXPRESS | Payment | 10/9/2012 | 66623380 | $65,000.00 |
| | GRETCHEN'S SHOEBOX EXPRESS Total | | | | $725,267.44 |
| HAR003 | HARBOR PROPERTIES INC. (01024) | Payment | 7/27/2012 | 141100 | $440.79 |
| HAR003 | HARBOR PROPERTIES INC. (01024) | Payment | 7/27/2012 | 141101 | $16,228.95 |
| | HARBOR PROPERTIES INC. (01024) Total | | | | $16,669.74 |
| HEN003 | HENDRICKSON, JANET | Payment | 8/7/2012 | 141249 | $3,750.00 |
| HEN003 | HENDRICKSON, JANET | Payment | 9/12/2012 | 141554 | $4,003.62 |
| HEN003 | HENDRICKSON, JANET | Payment | 10/9/2012 | 141778 | $3,750.00 |
| | HENDRICKSON, JANET Total | | | | $11,503.62 |
| HOL001 | HOLLYWOOD VINEYARD | Payment | 8/1/2012 | 141194 | $6,793.98 |
| | HOLLYWOOD VINEYARD Total | | | | $6,793.98 |
| HUB001 | HUBERT, GREGORY A. | Payment | 8/7/2012 | 141250 | $2,083.00 |
| HUB001 | HUBERT, GREGORY A. | Payment | 9/12/2012 | 141556 | $2,083.00 |
| HUB001 | HUBERT, GREGORY A. | Payment | 10/9/2012 | 141779 | $2,084.00 |
| | HUBERT, GREGORY A. Total | | | | $6,250.00 |
| HUN005 | HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC | Payment | 10/1/2012 | 66535818 | $7,500.00 |
| | HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC Total | | | | $7,500.00 |
| IDA003 | IDAHO STATE TAX COMM | Payment | 7/10/2012 | 141036 | $30.00 |
| IDA003 | IDAHO STATE TAX COMM | Payment | 7/16/2012 | 141043 | $1,832.46 |
| IDA003 | IDAHO STATE TAX COMM | Payment | 8/17/2012 | 141353 | $2,980.41 |
| IDA003 | IDAHO STATE TAX COMM | Payment | 9/20/2012 | 141611 | $3,627.24 |
| | IDAHO STATE TAX COMM Total | | | | $8,470.11 |
| INT030 | INTEGRA TELECOM OF WASHINGTON | Payment | 8/7/2012 | 141251 | $2,489.04 |
| INT030 | INTEGRA TELECOM OF WASHINGTON | Payment | 8/13/2012 | 141304 | $6,791.64 |
| INT030 | INTEGRA TELECOM OF WASHINGTON | Payment | 8/27/2012 | 141416 | $9,305.04 |
| INT030 | INTEGRA TELECOM OF WASHINGTON | Payment | 10/4/2012 | 141735 | $9,051.72 |
| | INTEGRA TELECOM OF WASHINGTON Total | | | | $27,637.44 |
| STE301 | J. MICHAEL STEELE | Payment | 8/1/2012 | 141197 | $6,350.00 |
| STE301 | J. MICHAEL STEELE | Payment | 9/4/2012 | 141502 | $6,350.00 |
| | J. MICHAEL STEELE Total | | | | $12,700.00 |
| LAM006 | LA MARZOCCO USA | Payment | 7/13/2012 | 140979 | $2,773.38 |
| LAM006 | LA MARZOCCO USA | Payment | 7/27/2012 | 141109 | $2,382.89 |
| LAM006 | LA MARZOCCO USA | Payment | 8/7/2012 | 141255 | $2,233.04 |
| | LA MARZOCCO USA Total | | | | $7,389.31 |
| LAN001 | LANDLORD MANAGEMENT, INC. | Payment | 8/1/2012 | 141200 | $4,407.20 |
| LAN001 | LANDLORD MANAGEMENT, INC. | Payment | 9/24/2012 | 141632 | $3,563.94 |
| | LANDLORD MANAGEMENT, INC. Total | | | | $7,971.14 |
| LBP001 | LBP MANUFACTURING CO, INC. | Payment | 8/7/2012 | 141256 | $3,600.00 |
| LBP001 | LBP MANUFACTURING CO, INC. | Payment | 8/13/2012 | 141306 | $3,760.50 |

6

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| | LBP MANUFACTURING CO, INC. Total | | | | $7,360.50 |
| LIE003 | LIEU, HOA | Payment | 9/5/2012 | 141523 | $7,923.85 |
| | LIEU, HOA Total | | | | $7,923.85 |
| LIN005 | LINCOLN SQUARE RETAIL, LLC | Payment | 8/1/2012 | 141202 | $10,921.88 |
| LIN005 | LINCOLN SQUARE RETAIL, LLC | Payment | 9/4/2012 | 141505 | $10,695.21 |
| LIN005 | LINCOLN SQUARE RETAIL, LLC | Payment | 10/4/2012 | 141741 | $10,358.17 |
| | LINCOLN SQUARE RETAIL, LLC Total | | | | $31,975.26 |
| LOE001 | LOEB, STEPHEN B. | Payment | 8/7/2012 | 141257 | $2,500.00 |
| LOE001 | LOEB, STEPHEN B. | Payment | 9/12/2012 | 141560 | $2,500.00 |
| LOE001 | LOEB, STEPHEN B. | Payment | 10/9/2012 | 141783 | $2,500.00 |
| | LOEB, STEPHEN B. Total | | | | $7,500.00 |
| MAI004 | MAIN STREET PLEASANTON, LLC. | Payment | 8/1/2012 | 141203 | $7,565.96 |
| MAI004 | MAIN STREET PLEASANTON, LLC. | Payment | 9/4/2012 | 141506 | $7,565.96 |
| | MAIN STREET PLEASANTON, LLC. Total | | | | $15,131.92 |
| MON016 | MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC | Payment | 7/27/2012 | 141114 | $1,668.00 |
| MON016 | MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC | Payment | 8/7/2012 | 141261 | $6,898.80 |
| | MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC Total | | | | $8,566.80 |
| NET002 | NET NEAR U | Payment | 8/7/2012 | 141264 | $4,107.51 |
| NET002 | NET NEAR U | Payment | 8/27/2012 | 141421 | $4,107.51 |
| | NET NEAR U Total | | | | $8,215.02 |
| NOB001 | NOBLE HOUSE SEATTLE, LLC | Payment | 7/27/2012 | 141116 | $470.81 |
| NOB001 | NOBLE HOUSE SEATTLE, LLC | Payment | 8/1/2012 | 141208 | $2,985.71 |
| NOB001 | NOBLE HOUSE SEATTLE, LLC | Payment | 9/4/2012 | 141509 | $3,570.82 |
| | NOBLE HOUSE SEATTLE, LLC Total | | | | $7,027.34 |
| ODW301 | ODWALLA, INC. | Payment | 7/13/2012 | 140983 | $6,345.77 |
| ODW301 | ODWALLA, INC. | Payment | 7/20/2012 | 141017 | $4,656.95 |
| ODW301 | ODWALLA, INC. | Payment | 7/27/2012 | 141118 | $5,537.99 |
| ODW301 | ODWALLA, INC. | Payment | 8/7/2012 | 141266 | $6,856.30 |
| ODW301 | ODWALLA, INC. | Payment | 8/13/2012 | 141312 | $6,056.76 |
| ODW301 | ODWALLA, INC. | Payment | 8/27/2012 | 141424 | $6,173.62 |
| ODW301 | ODWALLA, INC. | Payment | 9/4/2012 | 141477 | $4,607.92 |
| ODW301 | ODWALLA, INC. | Payment | 9/20/2012 | 141618 | $6,538.78 |
| ODW301 | ODWALLA, INC. | Payment | 9/28/2012 | 141676 | $5,478.63 |
| ODW301 | ODWALLA, INC. | Payment | 10/4/2012 | 141745 | $5,752.77 |
| | ODWALLA, INC. Total | | | | $58,005.49 |
| PGE301 | PACIFIC GAS & ELECTRIC COMPANY | Payment | 7/27/2012 | 141121 | $5,199.32 |
| PGE301 | PACIFIC GAS & ELECTRIC COMPANY | Payment | 8/7/2012 | 141269 | $18.82 |
| PGE301 | PACIFIC GAS & ELECTRIC COMPANY | Payment | 8/17/2012 | 141358 | $5,522.56 |
| PGE301 | PACIFIC GAS & ELECTRIC COMPANY | Payment | 9/28/2012 | 141678 | $3,527.57 |
| | PACIFIC GAS & ELECTRIC COMPANY Total | | | | $14,268.27 |
| PAC041 | PACIFIC MARKET INTERNATIONAL, LLC | Payment | 7/13/2012 | 140985 | $5,000.00 |
| PAC041 | PACIFIC MARKET INTERNATIONAL, LLC | Payment | 7/20/2012 | 141019 | $5,000.00 |
| PAC041 | PACIFIC MARKET INTERNATIONAL, LLC | Payment | 7/27/2012 | 141122 | $7,180.00 |
| | PACIFIC MARKET INTERNATIONAL, LLC Total | | | | $17,180.00 |
| PLA006 | PLATEAU EQUITIES, LLC | Payment | 8/1/2012 | 141211 | $4,175.62 |

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| PLA006 | PLATEAU EQUITIES, LLC | Payment | 9/6/2012 | 141528 | $4,175.62 |
| | **PLATEAU EQUITIES, LLC Total** | | | | $8,351.24 |
| POI001 | POINTS DRIVE CORPORATION | Payment | 7/27/2012 | 141125 | $8,416.67 |
| POI001 | POINTS DRIVE CORPORATION | Payment | 8/31/2012 | 141445 | $8,416.67 |
| POI001 | POINTS DRIVE CORPORATION | Payment | 9/25/2012 | 141634 | $8,416.67 |
| | **POINTS DRIVE CORPORATION Total** | | | | $25,250.01 |
| POS301 | POST-MONTGOMERY ASSOCIATES | Payment | 7/27/2012 | 141126 | $869.71 |
| POS301 | POST-MONTGOMERY ASSOCIATES | Payment | 7/27/2012 | 141127 | $6,314.52 |
| | **POST-MONTGOMERY ASSOCIATES Total** | | | | $7,184.23 |
| PRE019 | PREMIUM ASSIGNMENT CORPORATION | Payment | 7/20/2012 | 141020 | $13,578.95 |
| PRE019 | PREMIUM ASSIGNMENT CORPORATION | Payment | 8/27/2012 | 141426 | $13,578.95 |
| PRE019 | PREMIUM ASSIGNMENT CORPORATION | Payment | 10/4/2012 | 141749 | $13,578.95 |
| | **PREMIUM ASSIGNMENT CORPORATION Total** | | | | $40,736.85 |
| PRI013 | PRINT NW | Payment | 7/13/2012 | 140987 | $3,127.90 |
| PRI013 | PRINT NW | Payment | 7/19/2012 | 141051 | $6,963.99 |
| PRI013 | PRINT NW | Payment | 7/20/2012 | 141021 | $3,317.65 |
| PRI013 | PRINT NW | Payment | 8/17/2012 | 141361 | $3,502.35 |
| PRI013 | PRINT NW | Payment | 8/27/2012 | 141427 | $2,711.44 |
| PRI013 | PRINT NW | Payment | 9/12/2012 | 141569 | $7,565.63 |
| PRI013 | PRINT NW | Payment | 9/20/2012 | 141619 | $3,803.35 |
| PRI013 | PRINT NW | Payment | 9/28/2012 | 141682 | $1,266.42 |
| PRI013 | PRINT NW | Payment | 10/4/2012 | 141750 | $1,762.10 |
| | **PRINT NW Total** | | | | $34,020.83 |
| PUG002 | PUGET SOUND ENERGY | Payment | 7/13/2012 | 140988 | $12,663.03 |
| PUG002 | PUGET SOUND ENERGY | Payment | 8/17/2012 | 141363 | $12,936.72 |
| PUG002 | PUGET SOUND ENERGY | Payment | 9/28/2012 | 141684 | $13,502.59 |
| | **PUGET SOUND ENERGY Total** | | | | $39,102.34 |
| RAI004 | RAINIER COMMONS, LLC | Payment | 7/27/2012 | 141129 | $723.58 |
| RAI004 | RAINIER COMMONS, LLC | Payment | 8/1/2012 | 141212 | $25,451.21 |
| RAI004 | RAINIER COMMONS, LLC | Payment | 9/4/2012 | 141511 | $25,048.15 |
| | **RAINIER COMMONS, LLC Total** | | | | $51,222.94 |
| RAI301 | RAISON D'ETRE | Payment | 7/13/2012 | 140989 | $4,356.30 |
| RAI301 | RAISON D'ETRE | Payment | 7/20/2012 | 141022 | $3,949.35 |
| RAI301 | RAISON D'ETRE | Payment | 7/27/2012 | 141130 | $4,401.63 |
| RAI301 | RAISON D'ETRE | Payment | 8/7/2012 | 141274 | $4,432.69 |
| RAI301 | RAISON D'ETRE | Payment | 8/13/2012 | 141314 | $4,417.33 |
| RAI301 | RAISON D'ETRE | Payment | 8/17/2012 | 141364 | $4,685.74 |
| RAI301 | RAISON D'ETRE | Payment | 8/27/2012 | 141428 | $4,116.84 |
| RAI301 | RAISON D'ETRE | Payment | 9/4/2012 | 141480 | $3,852.70 |
| RAI301 | RAISON D'ETRE | Payment | 9/20/2012 | 141621 | $4,056.14 |
| RAI301 | RAISON D'ETRE | Payment | 10/4/2012 | 141751 | $3,624.70 |
| | **RAISON D'ETRE Total** | | | | $41,893.42 |
| REE005 | REED, PAUL | Payment | 8/7/2012 | 141275 | $2,917.00 |
| REE005 | REED, PAUL | Payment | 9/12/2012 | 141571 | $2,917.00 |
| REE005 | REED, PAUL | Payment | 10/9/2012 | 141785 | $2,916.00 |

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| ROC010 | REED, PAUL Total | | | | $8,750.00 |
| ROC010 | ROCKTENN CP, LLC | Payment | 8/17/2012 | 141366 | $13,779.26 |
| | ROCKTENN CP, LLC Total | | | | $13,779.26 |
| ROI001 | ROIC WASHINGTON, LLC | Payment | 8/1/2012 | 141213 | $5,478.50 |
| ROI001 | ROIC WASHINGTON, LLC | Payment | 9/4/2012 | 141512 | $6,768.61 |
| | ROIC WASHINGTON, LLC Total | | | | $12,247.11 |
| SAN301 | SAN FRANCISCO TAX COLLECTOR | Payment | 7/31/2012 | 141168 | $11,274.21 |
| | SAN FRANCISCO TAX COLLECTOR Total | | | | $11,274.21 |
| SAN016 | SAN FRANCISCO TAX COLLECTOR (BUS) | Payment | 7/31/2012 | 141169 | $7,088.12 |
| | SAN FRANCISCO TAX COLLECTOR (BUS) Total | | | | $7,088.12 |
| SEA041 | SEA-AIRE, INC | Payment | 7/20/2012 | 141023 | $4,459.40 |
| SEA041 | SEA-AIRE, INC | Payment | 8/17/2012 | 141367 | $417.04 |
| SEA041 | SEA-AIRE, INC | Payment | 8/27/2012 | 141429 | $2,114.09 |
| SEA041 | SEA-AIRE, INC | Payment | 9/4/2012 | 141483 | $407.44 |
| SEA041 | SEA-AIRE, INC | Payment | 9/12/2012 | 141572 | $3,961.70 |
| SEA041 | SEA-AIRE, INC | Payment | 10/4/2012 | 141753 | $1,432.70 |
| | SEA-AIRE, INC Total | | | | $12,792.37 |
| SEA014 | SEATTLE TIMES, THE (DELIVERIES | Payment | 7/13/2012 | 140992 | $6,908.83 |
| SEA014 | SEATTLE TIMES, THE (DELIVERIES | Payment | 8/27/2012 | 141431 | $6,805.93 |
| | SEATTLE TIMES, THE (DELIVERIES Total | | | | $13,714.76 |
| SEA044 | SEATTLE UNION STATION, LLC | Payment | 7/27/2012 | 141134 | $4,339.83 |
| SEA044 | SEATTLE UNION STATION, LLC | Payment | 8/31/2012 | 141447 | $4,339.83 |
| SEA044 | SEATTLE UNION STATION, LLC | Payment | 9/25/2012 | 141636 | $5,143.33 |
| | SEATTLE UNION STATION, LLC Total | | | | $13,822.99 |
| SKY001 | SKYMATT PROPERTIES, LLC | Payment | 7/27/2012 | 141135 | $7,429.24 |
| SKY001 | SKYMATT PROPERTIES, LLC | Payment | 8/31/2012 | 141446 | $7,429.24 |
| SKY001 | SKYMATT PROPERTIES, LLC | Payment | 9/25/2012 | 141635 | $7,429.24 |
| | SKYMATT PROPERTIES, LLC Total | | | | $22,287.72 |
| SOC002 | SOCIAL CREATURE MEDIA LLC | Payment | 8/7/2012 | 141277 | $2,250.00 |
| SOC002 | SOCIAL CREATURE MEDIA LLC | Payment | 9/4/2012 | 141484 | $2,250.00 |
| SOC002 | SOCIAL CREATURE MEDIA LLC | Payment | 10/4/2012 | 141754 | $4,512.50 |
| | SOCIAL CREATURE MEDIA LLC Total | | | | $9,012.50 |
| SPR006 | SP REAL ESTATE PARTNERS 3, LLC | Payment | 8/1/2012 | 141216 | $7,071.85 |
| SPR006 | SP REAL ESTATE PARTNERS 3, LLC | Payment | 9/6/2012 | 141529 | $11,188.63 |
| | SP REAL ESTATE PARTNERS 3, LLC Total | | | | $18,260.48 |
| STA042 | STAPLES BUSINESS ADVANTAGE | Payment | 7/27/2012 | 141138 | $10,649.81 |
| STA042 | STAPLES BUSINESS ADVANTAGE | Payment | 8/17/2012 | 141369 | $11,401.84 |
| STA042 | STAPLES BUSINESS ADVANTAGE | Payment | 9/25/2012 | 141639 | $5,122.94 |
| STA042 | STAPLES BUSINESS ADVANTAGE | Payment | 10/4/2012 | 141756 | $6,144.65 |
| | STAPLES BUSINESS ADVANTAGE Total | | | | $33,319.24 |
| STA301 | STATE BOARD OF EQUALIZATION | Payment | 7/31/2012 | 141170 | $69,950.00 |
| STA301 | STATE BOARD OF EQUALIZATION | Payment | 9/24/2012 | 1226809051169 | $30,500.00 |
| | STATE BOARD OF EQUALIZATION Total | | | | $100,450.00 |
| STO002 | STOEL RIVES LLP | Payment | 8/21/2012 | 141377 | $5,000.00 |
| STO002 | STOEL RIVES LLP | Payment | 8/22/2012 | 141379 | $1,977.00 |

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| STO002 | STOEL RIVES LLP | Payment | 10/4/2012 | 141758 | $2,303.50 |
| | **STOEL RIVES LLP Total** | | | | $9,280.50 |
| STR002 | STRICKLAND TRUST | Payment | 8/1/2012 | 141218 | $4,993.39 |
| STR002 | STRICKLAND TRUST | Payment | 9/4/2012 | 141514 | $4,993.39 |
| | **STRICKLAND TRUST Total** | | | | $9,986.78 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 7/27/2012 | 141143 | $3,332.41 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 8/13/2012 | 141321 | $973.65 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 8/17/2012 | 141372 | $850.34 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 8/27/2012 | 141437 | $567.92 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 9/12/2012 | 141575 | $667.24 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 9/28/2012 | 141689 | $1,859.57 |
| TAC004 | TACOMA PUBLIC UTILITIES | Payment | 10/4/2012 | 141759 | $889.66 |
| | **TACOMA PUBLIC UTILITIES Total** | | | | $9,140.79 |
| PAN003 | THE BOX LUNCH CO. | Payment | 7/13/2012 | 140997 | $838.75 |
| PAN003 | THE BOX LUNCH CO. | Payment | 7/20/2012 | 141025 | $818.90 |
| PAN003 | THE BOX LUNCH CO. | Payment | 7/27/2012 | 141145 | $820.90 |
| PAN003 | THE BOX LUNCH CO. | Payment | 8/7/2012 | 141279 | $818.90 |
| PAN003 | THE BOX LUNCH CO. | Payment | 8/13/2012 | 141323 | $528.25 |
| PAN003 | THE BOX LUNCH CO. | Payment | 9/4/2012 | 141485 | $815.10 |
| PAN003 | THE BOX LUNCH CO. | Payment | 9/28/2012 | 141691 | $818.90 |
| PAN003 | THE BOX LUNCH CO. | Payment | 10/4/2012 | 141760 | $818.90 |
| | **THE BOX LUNCH CO. Total** | | | | $6,278.60 |
| TOV001 | TOVAH CORPORATION | Payment | 8/1/2012 | 141220 | $886.67 |
| TOV001 | TOVAH CORPORATION | Payment | 9/4/2012 | 141516 | $5,286.67 |
| | **TOVAH CORPORATION Total** | | | | $6,173.34 |
| UNI001 | UNION SQUARE LLC | Payment | 7/27/2012 | 141146 | $846.80 |
| UNI001 | UNION SQUARE LLC | Payment | 8/1/2012 | 141222 | $3,087.30 |
| UNI001 | UNION SQUARE LLC | Payment | 8/27/2012 | 141439 | $703.77 |
| UNI001 | UNION SQUARE LLC | Payment | 9/4/2012 | 141518 | $3,087.30 |
| UNI001 | UNION SQUARE LLC | Payment | 10/4/2012 | 141761 | $1,149.25 |
| | **UNION SQUARE LLC Total** | | | | $8,874.42 |
| VIR002 | VIRGINIA MASON MEDICAL CENTER | Payment | 7/27/2012 | 141148 | $9,948.10 |
| VIR002 | VIRGINIA MASON MEDICAL CENTER | Payment | 8/27/2012 | 141442 | $9,449.41 |
| VIR002 | VIRGINIA MASON MEDICAL CENTER | Payment | 10/4/2012 | 141763 | $12,851.65 |
| | **VIRGINIA MASON MEDICAL CENTER Total** | | | | $32,249.16 |
| WAT005 | WATSON, JOHN | Payment | 7/27/2012 | 141150 | $1,354.03 |
| WAT005 | WATSON, JOHN | Payment | 8/17/2012 | 141375 | $1,366.68 |
| WAT005 | WATSON, JOHN | Payment | 8/27/2012 | 141387 | $190.00 |
| WAT005 | WATSON, JOHN | Payment | 9/4/2012 | 141486 | $1,174.98 |
| WAT005 | WATSON, JOHN | Payment | 9/20/2012 | 141630 | $1,591.61 |
| WAT005 | WATSON, JOHN | Payment | 9/28/2012 | 141694 | $272.55 |
| WAT005 | WATSON, JOHN | Payment | 10/9/2012 | 141790 | $2,730.73 |
| | **WATSON, JOHN Total** | | | | $8,680.58 |
| WEB003 | WEB FILINGS LLC | Payment | 7/13/2012 | 141001 | $6,851.88 |
| WEB003 | WEB FILINGS LLC | Payment | 7/20/2012 | 141027 | $3,500.00 |

10

| Vendor ID | Vendor Name | Document Type | Document Date | Document Number | Document Amount |
|---|---|---|---|---|---|
| | WEB FILINGS LLC Total | | | | $10,351.88 |
| GUI002 | WILLIAM P. GUIMONT, TRUSTEE | Payment | 8/1/2012 | 141224 | $1,595.06 |
| GUI003 | WILLIAM P. GUIMONT, TRUSTEE | Payment | 8/1/2012 | 141225 | $1,595.06 |
| GUI001 | WILLIAM P. GUIMONT, TRUSTEE | Payment | 8/1/2012 | 141223 | $3,190.10 |
| GUI002 | WILLIAM P. GUIMONT, TRUSTEE | Payment | 9/4/2012 | 141520 | $1,595.06 |
| GUI003 | WILLIAM P. GUIMONT, TRUSTEE | Payment | 9/4/2012 | 141521 | $1,595.06 |
| GUI001 | WILLIAM P. GUIMONT, TRUSTEE | Payment | 9/4/2012 | 141519 | $3,190.10 |
| | WILLIAM P. GUIMONT, TRUSTEE Total | | | | $12,760.44 |
| WIL024 | WILSONIAN-UCAL, LLC. | Payment | 8/1/2012 | 141226 | $4,496.00 |
| WIL024 | WILSONIAN-UCAL, LLC. | Payment | 9/5/2012 | 141524 | $4,496.00 |
| | WILSONIAN-UCAL, LLC. Total | | | | $8,992.00 |
| | Grand Total | | | | 5220194.91 |

11

TC Global, Inc.

## Attachment to Statement of Financial Affairs #3c

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Check Number | Check Date | Document Amount | Relationship to Debtor | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 137130 | 9/23/2011 | $5,000.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 137432 | 10/13/2011 | $11,250.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 137766 | 11/3/2011 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 138184 | 12/5/2011 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 138607 | 1/3/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 139007 | 2/2/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 139287 | 2/23/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 139930 | 4/10/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 140236 | 5/11/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 140548 | 6/8/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 140803 | 7/5/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 141059 | 7/27/2012 | $751.51 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 141229 | 8/7/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 141533 | 9/12/2012 | $3,750.00 | Director | Board Fees |
| ANDERSON, SCOTT L. | 9234 NE 25TH ST | | | CLYDE HILL | WA | 98004 | 141769 | 10/9/2012 | $3,750.00 | Director | Board Fees |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000256929 R | 9/2/2011 | $5,446.36 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000257591 R | 9/19/2011 | $5,446.36 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000258234 R | 10/3/2011 | $5,446.36 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 137365 | 10/5/2011 | $71.84 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000258869 R | 10/17/2011 | $5,446.37 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000259528 R | 10/31/2011 | $5,318.59 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000260176 R | 11/14/2011 | $5,446.36 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 138052 | 11/23/2011 | $260.44 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000260823 R | 11/28/2011 | $5,446.37 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000261469 R | 12/12/2011 | $5,446.36 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000262113 R | 12/23/2011 | $5,446.36 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000262742 R | 1/9/2012 | $5,158.53 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 138842 | 1/20/2012 | $232.09 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000263364 R | 1/23/2012 | $5,158.55 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000263980 R | 2/6/2012 | $5,158.53 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000264626 R | 2/17/2012 | $5,158.54 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 139292 | 2/23/2012 | $143.88 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000265260 R | 3/5/2012 | $5,158.54 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000265903 R | 3/19/2012 | $5,158.53 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 139795 | 4/2/2012 | $100.16 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000266539 R | 4/2/2012 | $5,269.80 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000267177 R | 4/16/2012 | $5,124.02 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000267830 R | 4/30/2012 | $4,919.80 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 304345 Q | 5/14/2012 | $5,084.62 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000269108 R | 5/25/2012 | $5,124.01 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 140406 | 5/31/2012 | $310.00 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000269743 R | 6/11/2012 | $5,124.00 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000270377 R | 6/25/2012 | $5,124.02 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000271018 R | 7/9/2012 | $5,124.00 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000271640 R | 7/23/2012 | $5,348.27 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000272299 R | 8/6/2012 | $5,124.01 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000272926 R | 8/20/2012 | $5,426.90 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000273542 R | 8/31/2012 | $5,426.89 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000274161 R | 9/17/2012 | $5,658.85 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 000274763 R | 10/1/2012 | $5,446.22 | Chief Financial Officer | Payroll |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 141588 | 9/20/2012 | $129.88 | Chief Financial Officer | Expense Reimbursement |
| CAMPBELL, CATHERINE | 4580 Klahanie Dr SE #413 | | | ISSAQUAH | WA | 98029 | 141770 | 10/9/2012 | $97.31 | Chief Financial Officer | Expense Reimbursement |
| FLUKE, JOHN M. JR | 11400 SE 6TH ST | SUITE 230 | | BELLEVUE | WA | 98004 | 137162 | 9/23/2011 | $2,000.00 | Director | Board Fees |
| FLUKE, JOHN M. JR | 11400 SE 6TH ST | SUITE 230 | | BELLEVUE | WA | 98004 | 137456 | 10/13/2011 | $500.00 | Director | Board Fees |
| FLUKE, JOHN M. JR | 11400 SE 6TH ST | SUITE 230 | | BELLEVUE | WA | 98004 | 137805 | 11/3/2011 | $1,667.00 | Director | Board Fees |
| FLUKE, JOHN M. JR | 11400 SE 6TH ST | SUITE 230 | | BELLEVUE | WA | 98004 | 138224 | 12/5/2011 | $833.00 | Director | Board Fees |

1

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Check Date | Check Number | Document Amount | Relationship to Debtor | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 9/23/2011 | 137169 | $2,000.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 10/13/2011 | 137461 | $6,250.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 11/3/2011 | 137814 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 12/5/2011 | 138231 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 1/3/2012 | 138646 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 2/2/2012 | 139039 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 2/23/2012 | 139332 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 4/10/2012 | 139931 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 5/11/2012 | 140257 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 6/8/2012 | 140570 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 7/5/2012 | 140920 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 8/7/2012 | 141249 | $3,750.00 | Director | Board Fees |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 9/12/2012 | 141554 | $4,003.62 | Director | Board Fees/ Exp Reimb |
| HENDRICKSON, JANET | DBA JANET L HENDRICKSON | 1191 2ND AVE | SUITE 1500 | SEATTLE | WA | 98101 | 10/9/2012 | 141778 | $3,750.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 10/13/2011 | 137463 | $1,250.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 11/3/2011 | 137815 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 12/5/2011 | 138233 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 1/3/2012 | 138647 | $2,084.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 2/2/2012 | 139041 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 2/23/2012 | 139334 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 4/10/2012 | 139932 | $2,084.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 5/11/2012 | 140259 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 6/8/2012 | 140571 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 7/5/2012 | 140921 | $2,084.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 8/7/2012 | 141250 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 9/12/2012 | 141556 | $2,083.00 | Director | Board Fees |
| HUBERT, GREGORY A. | 3111 HUNTS POINT CIRCLE | | | HUNTS POINT | WA | 98004 | 10/9/2012 | 141779 | $2,084.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 10/13/2011 | 137468 | $7,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 11/3/2011 | 137823 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 12/5/2011 | 138234 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 1/3/2012 | 138651 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 2/2/2012 | 139047 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 2/23/2012 | 139339 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 4/10/2012 | 139933 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 5/11/2012 | 140266 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 6/8/2012 | 140577 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 7/5/2012 | 140925 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 8/7/2012 | 141257 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 9/12/2012 | 141560 | $2,500.00 | Director | Board Fees |
| LOEB, STEPHEN B. | 1917 SUNSET AVE SW | | | SEATTLE | WA | 98116 | 10/9/2012 | 141783 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 9/23/2011 | 137181 | $2,000.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 10/13/2011 | 137473 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 11/3/2011 | 137827 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 12/5/2011 | 138240 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 1/3/2012 | 138658 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 2/2/2012 | 139053 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 2/23/2012 | 139348 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 4/10/2012 | 139934 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 5/11/2012 | 140271 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 6/8/2012 | 140581 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 7/5/2012 | 140927 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 8/7/2012 | 141265 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 9/12/2012 | 141564 | $2,500.00 | Director | Board Fees |
| NEUBAUER, RONALD G. | DBA NEUBAUER CAPITAL, LLC | 2033 6TH AVE | SUITE 925 | SEATTLE | WA | 98121 | 10/9/2012 | 141784 | $750.00 | Director | Board Fees |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/2/2011 | 0002505938 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/19/2011 | 0002576000 R | $9,846.53 | Chief Executive Officer | Payroll |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Check Date | Check Number | Document Amount | Relationship to Debtor | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/23/2011 | 137185 | $596.35 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/23/2011 | 000258243 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/3/2011 | 137405 | $2,688.96 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/5/2011 | 000258878 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/17/2011 | 137574 | $346.48 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/20/2011 | 000259537 R | $9,475.88 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/31/2011 | 137835 | $1,904.70 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 11/3/2011 | 000260184 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 11/14/2011 | 138090 | $1,048.49 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 11/23/2011 | 000260831 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 11/28/2011 | 000261477 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 12/12/2011 | 138481 | $1,750.33 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 12/22/2011 | 000261211 R | $9,846.53 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 12/23/2011 | 000262750 R | $9,429.86 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 1/9/2012 | 138812 | $75.53 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 1/12/2012 | 000263374 R | $9,429.86 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 1/23/2012 | 138964 | $2,166.28 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 1/30/2012 | 000263990 R | $9,429.86 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 2/6/2012 | 139263 | $267.00 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 2/17/2012 | 000264636 R | $9,429.86 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 2/17/2012 | 139492 | $457.30 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 3/5/2012 | 000265270 R | $9,429.87 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 3/5/2012 | 139709 | $7,148.80 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 3/19/2012 | 000265913 R | $1,269.65 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 3/26/2012 | 139709 | $7,148.80 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 4/2/2012 | 000266549 R | $786.16 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 4/6/2012 | 139890 | $7,148.80 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 4/16/2012 | 000267187 R | $509.93 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 4/27/2012 | 140091 | $6,889.75 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 4/30/2012 | 000267840 R | $7,148.80 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 5/14/2012 | 000268484 R | $289.12 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 5/25/2012 | 140375 | $7,148.80 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 5/25/2012 | 000269119 R | $7,512.03 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 6/11/2012 | 000269752 R | $439.97 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 6/22/2012 | 140731 | $7,565.47 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 6/25/2012 | 000270386 R | $1,027.41 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 7/1/2012 | 140872 | $7,565.47 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 7/9/2012 | 000271027 R | $7,565.47 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 7/23/2012 | 000271649 R | $538.72 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 7/27/2012 | 141124 | $7,565.47 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 8/6/2012 | 000272308 R | $539.42 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 8/17/2012 | 141359 | $7,565.47 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 8/20/2012 | 000272935 R | $7,565.47 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 8/31/2012 | 000273551 R | $540.80 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/12/2012 | 141568 | $7,565.47 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/17/2012 | 000274170 R | $315.14 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 9/28/2012 | 141679 | $7,565.47 | Chief Executive Officer | Payroll |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/4/2012 | unknown | $2,180.18 | Chief Executive Officer | Expense Reimbursement |
| PEARSON, SCOTT | 4417 Forest Avenue SE | | | MERCER ISLAND | WA | 98040 | 10/4/2012 | 141748 | $7,500.00 | Chief Executive Officer | Director |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 10/13/2011 | 137479 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 11/3/2011 | 137840 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 12/5/2011 | 138250 | $2,916.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 1/3/2012 | 138665 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 2/2/2012 | 139063 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 2/23/2012 | 139355 | $2,916.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 4/10/2012 | 139935 | $2,916.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 5/11/2012 | 140278 | $2,917.00 | Director | Board Fees |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Check Date | Check Number | Document Amount | Relationship to Debtor | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 6/8/2012 | 140589 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 7/5/2012 | 140933 | $2,916.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 8/7/2012 | 141275 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 9/12/2012 | 141571 | $2,917.00 | Director | Board Fees |
| REED, PAUL | 308 36TH AVE E | | | SEATTLE | WA | 98112 | 10/9/2012 | 141785 | $2,916.00 | Director | Board Fees |
| | | | | | | | | TOTAL | $679,821.74 | | |

4

TC Global, Inc.                                          Case No. _____

## Attachment to Statement of Financial Affairs #4

1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  KEVIN VIAU, SBN 275556
   kviau@iplg.com
3  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, 12th Floor
4  San Jose, California 95113
   Telephone: (408) 286-8933
5  Facsimile: (408) 286-8932

6  Attorneys for Plaintiff SPINELLI PTE. LTD.

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    CV 11-05047 SI

11 SPINELLI PTE. LTD., a Singapore private    Case No.:
   limited company,
12                                            COMPLAINT FOR BREACH OF
                  Plaintiff,                  CONTRACT, DECLARATORY RELIEF,
13                                            AND FRAUDULENT PROCUREMENT
             v.
14                                            DEMAND FOR JURY TRIAL
   TC GLOBAL, INC. f/k/a Tully's Coffee
15 Corporation, a Washington corporation, GREEN
   MOUNTAIN COFFEE ROASTERS, INC., a
16 Delaware corporation, and DOES 1 through 10,

17                Defendants.

18

19      Plaintiff Spinelli Pte. Ltd. ("SPL"), for its complaint against TC Global, Inc. f/k/a Tully's

20 Coffee Corporation ("TC Global"), and Green Mountain Coffee Roasters, Inc. ("Green Mountain"),

21 alleges as follows:

22                              PARTIES

23      1.      Plaintiff SPL is a Singapore private limited company with its principal place of

24 business at 5 Coleman Street #04-01, Excelsior Hotel Shopping Centre, Singapore 179805.

25      2.      On information and belief, TC Global is a Washington corporation with its principal

26 place of business at 3100 Airport Way South, Seattle, Washington 98134. TC Global is doing

27 business under the trade name "Tully's Coffee." TC Global formerly went by the corporate name

28 Tully's Coffee Corporation ("Tully's"), but changed names effective on or about March 27, 2009.

Complaint for Breach of Contract, Declaratory Relief, and Fraudulent Procurement

1

# SUMMONS
## (CITACIÓN JUDICIAL)

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** TULLY'S COFFEE CORPORATION, a
*(AVISO AL DEMANDADO):* Washington corporation, dba
TULLY'S COFFEE; JH DEVELOPMENT, LLC, a California
limited liability company, dba TULLY'S COFFEE; DOES 1
THROUGH 20, INCLUSIVE



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

NOV 04 2011

ALAN CARLSON, Clerk of the Court
L. Fuentes
BY L. FUENTES

**YOU ARE BEING SUED BY PLAINTIFF:** THE IRVINE COMPANY LLC,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* a Delaware limited
liability company

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|
| ORANGE COUNTY SUPERIOR COURT<br>700 Civic Center Drive West<br>Same<br>Santa Ana, CA 92702-1994 | 30-2011<br><br>**00 520532** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ernie Zachary Park, State Bar No. 082616     (562) 698-9771  (562) 696-6357
BEWLEY, LASSLEBEN & MILLER, LLP
13215 East Penn Street, Suite 510
Whittier, CA 90602-1797

| DATE:<br>*(Fecha)* NOV 04 2011 | ALAN CARLSON | Clerk, by<br>*(Secretario)* L. Fuentes | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

  under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
         ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | SUMMONS | Legal<br>Solutions | Code of Civil Procedure §§ 412.20, 465 |

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

DEPT. C12

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ernie Zachary Park, State Bar No. 082616<br>BEWLEY, LASSLEBEN & MILLER, LLP<br>13215 East Penn Street, Suite 510<br>13215 East Penn Street, Suite 510<br>Whittier, CA 90602-1797<br>TELEPHONE NO.: (562) 698-9771 FAX NO.: (562) 696-6357<br>ATTORNEY FOR (Name): Plaintiff | *FILED*<br>SUPERIOR COURT OF CALIFO<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br>NOV 04 2011<br>ALAN CARLSON, Clerk of the Co.<br>BY I. FUENTES<br>I. FUENTES |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Same
CITY AND ZIP CODE: Santa Ana, CA 92702-1994
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME: THE IRVINE COMPANY V. TULLY'S COFFEE

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 30-2011 00520532<br>JUDGE JAMOA A. MOBERLY<br>DEPT: C12 |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action (specify): One

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 3, 2011

Ernie Zachary Park, State Bar No. 082616
(TYPE OR PRINT NAME)                                     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Legal<br>Solutions<br>☐ Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** TC GLOBAL, INC. fka TULLY'S
*(AVISO AL DEMANDADO):* COFFEE CORP. dba TULLY'S COFFEE;
and DOES 1 through 50, inclusive

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**MAY 17 2011**

ALAN CARLSON, Clerk of the Court

BY _____ B. LEA _____ ,DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** JH DEVELOPMENT, LLC
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92702 | CASE NUMBER:<br>*(Número del Caso):*<br>30-2011<br>00475754 |

JUDGE GREGORY MUNOZ
DEPT. C14

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Laura C. Hess, SBN 198284            949.261.7700        949.261.8800
KRING & CHUNG, LLP
38 Corporate Park
Irvine, CA 92606-5105

DATE:            ALAN CARLSON      Clerk, by      BRITTNEY LEA        , Deputy
*(Fecha)* MAY 17 2011            *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* TC Global, INC. FKA Tullys Coffee Corp. dba Tullys Coffee
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
®Plus

Code of Civil Procedure §§ 412.20, 465

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Laura C. Hess, SBN 198284<br>KRING & CHUNG, LLP<br>38 Corporate Park<br>Irvine, CA 92606-5105 | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>MAY 17 2011<br><br>ALAN CARLSON, Clerk of the Court<br>BY ___B. LEA___ DEPUTY |

TELEPHONE NO.: 949.261.7700    FAX NO.: 949.261.8800
ATTORNEY FOR *(Name)*: Pltf. JH DEVELOPMENT, LLC
SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
  STREET ADDRESS: 700 Civic Center Drive West
  MAILING ADDRESS:
  CITY AND ZIP CODE: Santa Ana, CA 92702
  BRANCH NAME: Central Justice Center
CASE NAME: JH Development, LLC v. TC Global, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2011 |
|---|---|---|
| [X] Unlimited   [ ] Limited<br>(Amount    (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* | 00477575<br>JUDGE: JUDGE GREGORY MUNOZ<br>DEPT: C13 |

*Items 1-6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [X] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) |     condemnation (14) |    above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) |    types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

**2.** This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
  b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve          in other counties, states, or countries, or in a federal court
  c. [ ] Substantial amount of documentary evidence      f. [ ] Substantial postjudgment judicial supervision
**3.** Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [X] punitive
**4.** Number of causes of action *(specify)*: THREE
**5.** This case [ ] is   [X] is not   a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: May 17, 2011
Laura C. Hess, SBN 198284
      (TYPE OR PRINT NAME)                       ►            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

                                                               Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|---|

# SUMMONS
## (CITACIÓN JUDICIAL)

**NOTICE TO DEFENDANT:** BRAD BERRY COMPANY, LTD., a
*(AVISO AL DEMANDADO):* California corporation; BRISTOL
FARMS, a California corporation; CARIBOU COFFEE
COMPANY, INC., a Minnesota corporation; COSTCO
WHOLESALE CORPORATION, a Washington corporation; DD
IP HOLDER LLC, a Delaware corporation; DUNKIN'

SEE ATTACHED FOR ADDITIONAL DEFENDANTS

**YOU ARE BEING SUED BY PLAINTIFF:** COUNCIL FOR EDUCATION
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* AND RESEARCH ON
TOXICS, a California corporation, acting as a private
attorney general in the public interest;

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

MAY 09 2011

John A. Clarke Executive Officer/Clerk
By _____, Deputy
SHAUNYA WESLEY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* BC461182 |
|---|---|

Los Angeles County Superior Court
111 N. Hill Street

Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Raphael Metzger, Esq.          (562) 437-4499   (562) 436-1561
Metzger Law Group
401 E. Ocean Blvd., Suite 800
Long Beach, CA 90802

DATE: MAY 09 2011
*(Fecha)*          Clerk, by _____, Deputy
          *(Secretario)*          *(Adjunto)*

Shaunya Wesley

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): TC GLOBAL, INC., A WASHINGTON CORPORATION

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)
☐ other (specify):

4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

| SHORT TITLE: CERT vs. BRAD BERRY | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☒ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

BRANDS, INC., a Delaware corporation; DUNKIN' DONUTS LLC, a Delaware corporation; F. GAVINA & SONS, INC., a California corporation; THE FOLGERS COFFEE COMPANY, a Delaware corporation; FOOD 4 LESS OF CALIFORNIA, INC., a California corporation; FOOD 4 LESS HOLDINGS, INC., a Delaware corporation; FOOD 4 LESS MERCHANDISING, INC., a California corporation; FOOD 4 LESS OF SOUTHERN CALIFORNIA, INC., a California corporation; GODIVA CHOCOLATIER, INC., a New Jersey corporation; GREEN MOUNTAIN COFFEE ROASTERS, INC., a Delaware corporation; ILLY CAFFE NORTH AMERICA, INC., a Delaware corporation; INTERNATIONAL COFFEE & TEA, LLC, a Delaware corporation; THE J.M. SMUCKER COMPANY, an Ohio corporation; KRAFT FOODS INC., a Virginia corporation; THE KROEGER CO., an Ohio corporation; MASSIMO ZANETTI BEVERAGE USA, INC., a Delaware corporation; MELITTA U.S.A., INC., a New Jersey corporation; NESTLE USA, INC., a Delaware corporation; NEWMAN'S OWN ORGANICS - THE SECOND GENERATION, INC., a California corporation; PEET'S COFFEE & TEA, INC., a Washington corporation; RALPHS GROCERY COMPANY, an Ohio corporation; ROWLAND COFFEE ROASTERS, INC., a Florida corporation; SAFEWAY INC., a Delaware corporation; SAM'S WEST, INC., an Arkansas corporation; SARA LEE CORPORATION, a Maryland corporation; SEATTLE'S BEST COFFEE LLC, a Washington corporation; SMUCKER FOODSERVICE, INC., a Delaware corporation; SPROUTS FARMERS MARKETS, LLC, an Arizona corporation; STARBUCKS CORPORATION, a Washington corporation; STARBUCKS HOLDING COMPANY, a Washington corporation; STATER BROS. MARKETS, a California corporation; SUPERVALU INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; TC GLOBAL, INC., a Washington corporation; TRADER JOE'S COMPANY, a California corporation; TRADER JOE'S EAST INC., a Massachusetts corporation; VILORE FOODS COMPANY, INC., a Texas corporation; WAL-MART STORES, INC., a Delaware corporation; WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation;  WHOLE FOODS MARKET, INC., a Texas corporation; and DOES 1 through 100, INCLUSIVE,

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Legal
Solutions
Plus

```
 1   METZGER LAW GROUP
     A PROFESSIONAL LAW CORPORATION
 2   RAPHAEL METZGER, ESQ., SBN 116020
     KATHRYN A. SALDANA, ESQ., SBN 251364
 3   401 E. OCEAN BLVD., SUITE 800
     LONG BEACH, CA 90802-4966
 4   TELEPHONE: (562) 437-4499
     TELECOPIER: (562) 436-1561
 5   WEBSITE: www.toxictorts.com

 6   Attorneys for Plaintiff,
     Council for Education and
 7   Research on Toxics ("CERT")
```

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

MAY 09 2011

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
SHAUNYA WESLEY

```
 8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 9          FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

10   COUNCIL   FOR   EDUCATION   AND )   CASE NO.   BC461182
     RESEARCH ON TOXICS, a California )
11   corporation, acting as a private )   COMPLAINT ASSERTING CAUSES OF
     attorney general in the public )     ACTION FOR:
12   interest;                        )
                    Plaintiff,        )   (1)  VIOLATIONS OF PROP.  65
13                                    )   (HEALTH & SAFETY CODE §25249.6)
                vs.                   )
14                                    )   (2)  DECLARATORY RELIEF
     BRAD BERRY COMPANY, LTD., a )
15   California corporation; BRISTOL )    [INJUNCTIVE    RELIEF    AND
     FARMS, a California corporation; )   PENALTIES SOUGHT]
16   CARIBOU COFFEE COMPANY, INC., a )
     Minnesota  corporation;  COSTCO )
17   WHOLESALE   CORPORATION,     a )
     Washington corporation; DD IP )
18   HOLDER   LLC,    a    Delaware )
     corporation;  DUNKIN'  BRANDS, )
19   INC., a Delaware corporation; )
     DUNKIN' DONUTS LLC, a Delaware )
20   corporation; F. GAVINA & SONS, )
     INC., a California corporation; )
21   THE FOLGERS COFFEE COMPANY, a )
     Delaware  corporation;  FOOD  4 )
22   LESS  OF  CALIFORNIA,  INC.,  a )
     California corporation; FOOD 4 )
23   LESS HOLDINGS, INC., a Delaware )
     corporation;   FOOD   4   LESS )
24   MERCHANDISING,    INC.,    a )
     California corporation; FOOD 4 )
25   LESS  OF  SOUTHERN  CALIFORNIA, )
     INC., a California corporation; )
26   GODIVA CHOCOLATIER, INC., a New )
     Jersey    corporation;   GREEN )
27   MOUNTAIN COFFEE ROASTERS, INC., )
     a  Delaware  corporation;  ILLY )
28   CAFFE NORTH AMERICA, INC., a )
```

---

COMPLAINT FOR VIOLATIONS OF PROPOSITION 65

TELEPHONE (562) 437-4499
TOLL-FREE (877) TOX-TORT
TELECOPIER (562) 436-1561
WWW.TOXICTORTS.COM

LAW OFFICES OF
RAPHAEL METZGER
A PROFESSIONAL LAW CORPORATION
401 EAST OCEAN BOULEVARD, SUITE 800
LONG BEACH, CALIFORNIA 90802-4966

PRACTICE CONCENTRATED IN TOXIC
TORT & ENVIRONMENTAL LITIGATION
OCCUPATIONAL & ENVIRONMENTAL LUNG
DISEASE, CANCER, AND TOXIC INJURIES

| | |
|---|---|
| 1 | Delaware corporation; ) |
| 2 | INTERNATIONAL COFFEE & TEA, LLC, ) a Delaware corporation; THE J.M. ) |
| 3 | SMUCKER COMPANY, an Ohio ) corporation; KRAFT FOODS INC., a ) |
| 4 | Virginia corporation; THE ) KROEGER CO., an Ohio ) |
| 5 | corporation; MASSIMO ZANETTI ) BEVERAGE USA, INC., a Delaware ) |
| 6 | corporation; MELITTA U.S.A., ) INC., a New Jersey corporation; ) |
| 7 | NESTLE USA, INC., a Delaware ) corporation; NEWMAN'S OWN ) |
| 8 | ORGANICS - THE SECOND ) GENERATION, INC., a California ) |
| 9 | corporation; PEET'S COFFEE & ) TEA, INC., a Washington ) |
| 10 | corporation; RALPHS GROCERY ) COMPANY, an Ohio corporation; ) |
| 11 | ROWLAND COFFEE ROASTERS, INC., a ) Florida corporation; SAFEWAY ) |
| 12 | INC., a Delaware corporation; ) SAM'S WEST, INC., an Arkansas ) |
| 13 | corporation; SARA LEE ) CORPORATION, a Maryland ) |
| 14 | corporation; SEATTLE'S BEST ) COFFEE LLC, a Washington ) |
| 15 | corporation; SMUCKER ) FOODSERVICE, INC., a Delaware ) |
| 16 | corporation; SPROUTS FARMERS ) MARKETS, LLC, an Arizona ) |
| 17 | corporation; STARBUCKS ) CORPORATION, a Washington ) |
| 18 | corporation; STARBUCKS HOLDING ) COMPANY, a Washington ) |
| 19 | corporation; STATER BROS. ) MARKETS, a California ) |
| 20 | corporation; SUPERVALU INC., a ) Delaware corporation; TARGET ) |
| 21 | CORPORATION, a Minnesota ) corporation; TC GLOBAL, INC., a ) |
| 22 | Washington corporation; TRADER ) JOE'S COMPANY, a California ) |
| 23 | corporation; TRADER JOE'S EAST ) INC., a Massachusetts ) |
| 24 | corporation; VILORE FOODS ) COMPANY, INC., a Texas ) |
| 25 | corporation; WAL-MART STORES, ) INC., a Delaware corporation; ) |
| 26 | WHOLE FOODS MARKET CALIFORNIA, ) INC., a California corporation; ) |
| 27 | WHOLE FOODS MARKET, INC., a ) Texas corporation; and DOES 1 ) |
| 28 | through 100, INCLUSIVE, ) Defendants. ) |

COMPLAINT FOR VIOLATIONS OF PROPOSITION 65

TC Global, Inc.                                    Case No. _____

**Attachment to Statement of Financial Affairs #7**

| TRX Date | History Year | Account Description | Donation Amount | Name of Organization Receiving | Description of Contribution |
|---|---|---|---|---|---|
| 10/30/2011 | 2012 | Donations - Marketing - SEA | $593.00 | Susan G. Komen | P07 PINK BREAST CARE PROMO |
| 11/20/2011 | 2012 | Donations - Marketing - SEA | $814.85 | unknown | Product |
| 12/4/2011 | 2012 | Donations - Airport Way | $134.45 | Hope Link | Product |
| 12/4/2011 | 2012 | Donations - Aloha | $127.35 | Steven's Elementary School | Product/Coffee |
| 1/1/2012 | 2012 | Donations - Bridle Trails | $193.81 | LNWHS Drill Team International | Coffee/Pastry |
| 3/4/2012 | 2012 | Donations - Bellevue Place | $279.56 | St. John's School and Wintergrass | Coffee/Product |
| 4/1/2012 | 2012 | Donations - Hollywood Vineyard | $401.58 | Woodinville High-Care of Marty | Product |
| 4/1/2012 | 2012 | Donations - WA Convention Ctr | $349.56 | Seattle Union Gospel Mission | Food/Pastry |
| 11/6/2011 | 2012 | Donations - Operations - Corp | $250.00 | Woodinville High School | 1/4 pg ad in program-high volume customer |
| 12/30/2011 | 2012 | Donations - Operations - Corp | $1,385.07 | Food Lifeline | expired product |
| 1/28/2012 | 2012 | Donations - Marketing - SEA | $200.00 | Clyde Hill Elementary School | 4 $50 gift cards |
| 2/22/2012 | 2012 | Donations - Marketing - SEA | $1,000.00 | JDRF Dream Gala | $1000 gift card |
| 3/6/2012 | 2012 | Donations - Marketing - SEA | $500.00 | Costco | $500 gift card |
| 6/3/2012 | 2013 | Donations - Points Drive | $124.35 | Bellevue Christian, Sharon's PTSA, and Jim Mora Foundation | Coffee/Product |
| 7/22/2012 | 2013 | Donations - Marketing - SEA | $1,023.99 | Camp Agape Cancer Camp | product |
| 7/29/2012 | 2013 | Donations - Sun Valley | $139.63 | Sun Valley Arts and Crafts Fair | Coffee/Product |
| 9/2/2012 | 2013 | Donations - Sun Valley | $228.00 | Sun Valley Summer Symphany and Sun Valley Championships | Coffee/Product |
| 5/13/2012 | 2013 | Donations - Marketing - SEA | $162.18 | Circa 2011 | private cupping sold at auction |
| 5/21/2012 | 2013 | Donations - Marketing - SEA | $500.00 | Lenny Wilkins Foundation | $500 gift card |
| 6/21/2012 | 2013 | Donations - Marketing - SEA | $500.00 | Jim Mora Foundation | $500 gift card |

**TC Global, Inc.**

# Attachment to Statement of Financial Affairs #8

TC Global, Inc.
8. Losses

| Week Ending Date | Fiscal Year | Account Description | Value | Description |
|---|---|---|---|---|
| 12/4/2011 | 2012 | Theft - Oakland | $165.32 | Stolen Merchandise during Occupy Oakland Movement, store break-in |
| 12/4/2011 | 2012 | Theft - Aloha | $1,168.48 | Everyone was interviewed that was working that day, we weren't able to determine who was at fault. The Manager and Assistant that were working at the time were both written up. The manager was recently terminated for cash handling. |
| 12/4/2011 | 2012 | Theft - Hollywood Vineyard | $548.33 | Missing/Stolen Deposits - Termed Manager due to poor performance 12/4 was last day. Deposit slip was completed but not validated by bank - last day manager worked and before new manager took over. Did not find out deposit was missing until sales audit notified DM almost a month later and previous manager's employment had already been termed. As a result, updated company policy to require a validated copy of deposit slip to be kept in store for DM review to prevent this scenario going forward. |
| 12/4/2011 | 2012 | Theft - Virginia Mason | $1,098.62 | The manager was terminated for misconduct, during that conversation he told both Dan Brown and myself that he had been mugged the day before and both deposits were stolen. |
| 12/4/2011 | 2012 | Theft - Virginia Mason | $1,061.90 | The manager was terminated for misconduct, during that conversation he told both Dan Brown and myself that he had been mugged the day before and both deposits were stolen. |
| 1/29/2012 | 2012 | Theft - Pleasanton | $1,315.85 | Store theft on 1/14/12 - Missing Deposit manager had given notice and was Cash Controller responsible for making deposit. |
| 1/29/2012 | 2012 | Theft - WestGate City Center | $4.78 | Stolen Merchandise |
| 3/4/2012 | 2012 | Theft - Berkeley | $280.00 | Stolen Merchandise |
| 3/4/2012 | 2012 | Theft - WestGate City Center | $1.85 | Stolen Merchandise |
| 4/1/2012 | 2012 | Theft - Oakland | $485.00 | The Manager was terminated on 3/9. She continued to hang out at the store and it was discovered after this deposit went missing that the staff had allowed her access to the back room. |
| 7/1/2012 | 2013 | Theft - Cole | $150.00 | Store was broken into during the night and the deposit was stolen. This was the day after the manager at Embarcadero was terminated for misconduct. |
| 7/1/2012 | 2013 | Theft - Lakeshore | $2,221.36 | Store was broken into during the night and the deposit was stolen. This was the day after the manager at Embarcadero was terminated for misconduct. |
| 7/1/2012 | 2013 | Theft - Embarcadero | $1,250.00 | Store was broken into during the night and the deposit was stolen. This was the day after the manager was terminated for misconduct. |
| 7/1/2012 | 2013 | Theft - Pickering Place | $6.10 | Stolen Merchandise |
| 7/1/2012 | 2013 | Theft - Berkeley | $28.50 | Stolen Merchandise |
| 9/2/2012 | 2013 | Theft - Berkeley | $20.64 | Stolen Merchandise |

TC Global, Inc.                                    Case No. _____

## Attachment to Statement of Financial Affairs #10

**TC Global, Inc.**
**SOFA 10. Other Non-Ordinary-Course Transfers**

| Name & Address of Transferee | Date | Property Transferred & Value Rec'd |
|---|---|---|
| Peet's Operating Company, Inc.<br>1400 Park Avenue<br>Emeryville, CA 94608-3520 | 8/1/2012 | 3 Months' Early Termination of Location at Lakeshore Plaza, Space #1509, San Francisco, CA<br>For Value Received of $25,000 |
| The Woods Coffee<br>191 18th Street<br>Lynden, WA 98264 | 3/29/2011 | Assignment of Lease and Sale of Equipment/Assets for the drive-thru space at 102 West Stuart Rd,<br>Bellingham, WA<br>For Value Received of $95,000 |
| Kilroy Realty 303, LLC<br>433 California Street, Sixth Floor<br>San Francisco, CA 94104 | 9/8/2011 | Landlord's Early Termination of Lease at 303 2nd Street, San Francisco, CA<br>For Value Received of $130,000 |

TC Global, Inc.                                    Case No. _____

## Attachment to Statement of Financial Affairs #11

**CLOSED BANK ACCOUNT INFORMATION**
ACCTS CLOSED WITHIN THE PAST YEAR

| BANK | ABA# | Depository Acct # | Store # | Account Name | Depository Location | State | Closed Acct Date | Ref for Close |
|---|---|---|---|---|---|---|---|---|
| US BANK | 123000848 | 1-539-1027-4882 | 1018 | Magnolia | Magnolia | WA | 9/13/2011 | AEJ-018590 |
| US BANK | 123000848 | 1-539-1027-5566 | 3019 | Pleasanton | Pleasanton | CA | 9/19/2011 | AEJ-018610 |
| US BANK | 123000848 | 1-539-1027-4908 | 1021 | Ballard | Ballard | WA | 9/21/2011 | AEJ-018652 |
| US BANK | 123000848 | 1-539-1066-4108 | 1121 | Bellevue Square 2 | Bellevue | WA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1069-7918 | 1124 | Edmonds Top Foods | Edmonds | WA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5442 | 3002 | Fillmore | Fillmore | WA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5459 | 3003 | Cole | Cole | CA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5475 | 3006 | Lakeshore | Lakeshore | CA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5483 | 3007 | Corte Madera | Corte Madera | CA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5517 | 3014 | Oakland | Oakland | CA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5616 | 3032 | 303 2nd Street | 303 2nd Street | CA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-5624 | 3034 | Berkeley | Berkeley | WA | 9/27/2011 | |
| US BANK | 123000848 | 1-539-1027-4858 | 1013 | 1st & Virginia | 1st & Virginia | WA | 7/13/2012 | AJE-021054 |
| US BANK | 123000848 | 1-539-1027-5509 | 3011 | Embarcadero | Embarcadero | CA | 8/24/2012 | AEJ-021271 |
| US BANK | 123000848 | 1-539-1027-5202 | 1069 | Edmonds | Edmonds | WA | 8/30/2012 | AEJ-021324 |
| US BANK | 123000848 | 1-539-1027-4866 | 1015 | Queen Anne | Queen Anne | WA | 9/19/2012 | |
| US BANK | 123000848 | 1-539-1027-4916 | 1022 | Harbor Steps | Harbor Steps | WA | 3/7/2012 | |
| US BANK | 123000848 | 1-539-1027-5186 | 1066 | 824 Pike Street | 824 Pike Street | WA | Will close 9/28/2012 | |
| US BANK | 123000848 | 1-539-1027-5285 | 1083 | Genesee | Genesee | WA | 9/19/2012 | |
| US BANK | 123000848 | 1-539-1027-5293 | 1084 | 47th & University | 47th & University | WA | Will close 9/28/2012 | |
| US BANK | 123000848 | 1-539-1027-5491 | 3009 | Crocker | Crocker | CA | 9/25/2012 | AEJ-021531 |
| US BANK | 123000848 | 1-539-1027-5574 | 3021 | 425 Market | 425 Market | CA | 9/25/2012 | AEJ-021531 |

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**                                           Case No.

                                                 Debtor(s)           Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **0.00** |
   | Prior to the filing of this statement I have received | $ | **0.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 10, 2012**                      **/s/ Gayle E. Bush WSBA**
                                                **Gayle E. Bush WSBA #07318**
                                                **Bush Strout & Kornfeld LLP**
                                                **601 Union Street #5000**
                                                **Seattle, WA 98101-2373**
                                                **206-292-2110 Fax: 206-292-2104**

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**            Case No. _____

                         Debtor(s)        Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Unknown |
| Prior to the filing of this statement I have received | $ | $92,018.21 |
| Balance Due | $ | Unknown |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:     October 10, 2012 _____      /s/ Gayle E. Bush _____

                                      **Gayle E. Bush WSBA #07318**
                                      **Bush Strout & Kornfeld LLP**
                                      **601 Union Street #5000**
                                      **Seattle, WA 98101-2373**
                                      **206-292-2110   Fax: 206-292-2104**

# United States Bankruptcy Court

## Western District of Washington

In re      **TC Global, Inc.**                                          ,          Case No. _____

                                                        Debtor

                                                              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **See Attached** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October 10, 2012**_____          Signature  **/s/ Scott Pearson**_____
                                                                                  **Scott Pearson**
                                                                                  **President & CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

**TC Global, Inc.**                                    Case No. _____

## Attachment to List of Equity Security Holders

      The Debtor has over 5,000 equity security holders.  Due to the large number, they have not been set forth on this schedule and the matrix.  These entities will receive required notice of the bankruptcy through a third party notice provider with whom the Debtor has contracted.  Further information, if needed, may be obtained from Debtor's counsel.

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**               Case No.

                         Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 10, 2012**              **/s/ Scott Pearson**

                                         **Scott Pearson**/**President & CEO**
                                         Signer/Title

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

```
US ATTORNEY
ATN  BANKRUPTCY ASSISTANT
US COURTHOUSE
700 STEWART ST  RM 5220
SEATTLE, WA 98101


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST  NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN  BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE  #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046
```

WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


GAYLE E. BUSH WSBA
BUSH STROUT & KORNFELD LLP
601 UNION STREET #5000
SEATTLE, WA 98101-2373


TC GLOBAL, INC.
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98134


3 WIRE RESTAURANT APPLIANCE SERVICE
PO BOX 1450
MINNEAPOLIS, MN 55485-7964


4 THE BOYS, LLC
16 N TACOMA AVE
TACOMA, WA 98403


425 STREET CONDO PROJECT
425 MARKET ST STE 955
SAN FRANCISCO, CA 94105


78TH AVE MERCER ISLAND LLC
40 LAKE BELLEVUE DR STE 210
BELLEVUE, WA 98005


7UP BOTTLING OF SAN FRANCISCO
SEVEN UP BOTTLING CO OF S.F.
PO BOX 742472
LOS ANGELES, CA 90074-2472


AAA FIRE & SAFETY, INC.
3013 3RD AVENUE NORTH
SEATTLE, WA 98109-1602

ABM JANITORIAL SERVICES
DEPT 30874
PO BOX 60000
SAN FRANCISCO, CA 94160


ADVANCED EQUIPMENT SERVICES
ADVANCED EQUIPMENT SERVICES
PO BOX 1548
LAFAYETTE, CA 94549


AIM CONSULTING
DBA AIM CONSULTING
40 LK BELLEVUE DR, SUITE 350
BELLEVUE, WA 98005


AJAX ELECTRIC COMPANY, INC.
2911 FIRST AVE. S
SEATTLE, WA 98134


ALAMEDA COUNTY TAX COLLECTOR
ALAMEDA COUNTY
1221 OAK STREET
OAKLAND, CA 94612-4286


AMERICAN LINEN (OAK,BERK)
DBA AMERICAN LINEN
3391 LANATT STREET
SACRAMENTO, CA 95819-1917


AMERICAN MECHANICAL CORPORATIO
PO BOX 1136
MONROE, WA 98272


AMERIPRIDE LINEN & APPAREL
403 MAIN AVE. W.
TWIN FALLS, ID 83301


ARAMARK UNIFORM SERVICES
PO BOX 101223
PASADENA, CA 91189-0005


AUBURN REGIONAL MEDICAL CENTER
2106 PACIFIC AVE STE 400
TACOMA, WA 98042

```
BALDY BISCUIT CO
DBA BALDY BISCUIT CO
PO BOX 1658
SUN VALLEY, ID 83353


BAY AREA NEWS GROUP
DBA BAY AREA NEWS GROUP
PO BOX 5006
SAN RAMON, CA 94583-0906


BELLA BOTTEGA PARTNERS
9125 10TH AVE S
SEATTLE, WA 98108


BELLEVUE PLACE OFFICE BLDG,LLP (KEMPER D
575 BELLEVUE SQUARE
BELLEVUE, WA 98004


BELLEVUE SQUARE MANAGERS, INC. (KEMPER D
575 BELLEVUE SQUARE
BELLEVUE, WA 98004


BENESON CAPITAL PARTNERS, LLC
7087 3RD AVE 28TH FL
NEW YORK, NY 10017


BIGWOOD BREAD, LLC
PO BOX 6332
KETCHUM, ID 83340


BIZXCHANGE
3600 136TH AVE SE
SUITE 270
BELLEVUE, WA 98006


BODUM
PO BOX 51034
NEWARK, NJ 07101-5134


BOYT ENTERPRISES
432 LONG ST
PO BOX 81
WILKESON, WA 98396-0081
```

BREMERTON-KITSAP COUNTY
HEALTH DISTRICT
345 6TH ST
SUITE 300
BREMERTON, WA 98337-1866


BROWER TINTING & GRAPHICS
284 SW 43RD ST
#11A
RENTON, WA 98057


BRYAN CAVE LLP
PO BOX 503089
ST LOUIS, MO 63150-3089


BULGER SAFE & LOCK
11502 LAKE CITY WAY N.E.
SEATTLE, WA 98125


BUSH, STROUT & KORNFELD LLP
5000 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101


BUTY LIMITED PTRSHP
10519 EXETER AVE NE
SEATTLE, WA 98125


CALIFORNIA DEPT. OF FOOD & AGRICULTURE
PO BOX 942872
SACRAMENTO, CA 94271-2872


CARNEY BADLEY SMITH & SPELLMAN
701 5TH AVE
SUITE 3600
SEATTLE, WA 98104-7010


CASE PARTS COMPANY
877 MONTEREY PASS RD
MONTEREY PARK, CA 91754


CATHERINE CAMPBELL
4580 KLAHANIE DR SE #413
ISSAQUAH, WA 98029

CERIDIAN
PO BOX 10989
NEWARK, NJ 07193


CHIN-LEY/RECHE ASSOCIATES
1516 MELROSE SUITE 200
SEATTLE, WA 98122


CHOCKSTONE, INC
ATTN: CHOCKSTONE
ONE HEARTLAND WAY
JEFFERSONVILLE, IN 47130


CHRIS PLUMBING
1935 REPUBLIC AVE
SAN LEANDRO, CA 94577


CHRISTINE COLLISON
2401 NW 65TH
SEATTLE, WA 98127


CIT TECHNOLOGY FINANCING
  SERVICES, INC.
ATTN: CUSTOMER SERVICE
PO BOX 550599
JACKSONVILLE, FL 32255-0599


CITY & COUNTY OF SAN FRANCISCO
TREASURER & TAX COLLECTOR
LICENSE UNIT
PO BOX 7427
SAN FRANCISCO, CA 94120-7427


CITY AND COUNTY OF SAN FRANCISCO
TREASURER AND TAX COLLECTOR
1 DR. CARLTON B. GOODLETT PL
CITY HALL, ROOM 140
SAN FRANCISCO, CA 94102-4639


CITY CLERK
BOX 2315
KETCHUM, ID 83340


CITY CLERK'S OFFICE (AUBURN)
25 WEST MAIN ST
AUBURN, WA 98001

```
CITY OF BELLEVUE
LOCKBOX
PO BOX 34372
SEATTLE, WA 98124-1372


CITY OF BERKELEY
2120 MILVIA STREET
BERKELEY, CA 94704


CITY OF BERKELEY (BUS LICENSE)
1947 CENTER STREET
1ST FLOOR
BERKELEY, CA 94704-1555


CITY OF BOTHELL (PERMITS)
18305 101ST AVE NE
BOTHELL, WA 98011


CITY OF CLYDE HILL
C/O CLYDE HILL POLICE DEPT.
9605 NE 24TH ST.
CLYDE HILL, WA 98004


CITY OF EDMONDS
BUSINESS LICENSE DIVISION
121 5TH AVE N.
EDMONDS, WA 98020


CITY OF EVERETT
2930 WETMORE AVE
EVERETT, WA 98201


CITY OF ISSAQUAH
P O BOX 1307
ISSAQUAH, WA 98027-1307


CITY OF KENMORE
PO BOX 82607
KENMORE, WA 98028-0607


CITY OF KETCHUM
PO BOX 2315
KETCHUM, ID 83340
```

```
CITY OF KETCHUM (WATER)
PO BOX 2315
KETCHUM, ID 83340


CITY OF KIRKLAND
OFFICE CITY CLERK/LICENSING
123 FIFTH AVENUE
KIRKLAND, WA 98033-6189


CITY OF MERCER ISLAND
9611 SE 36TH ST
MERCER ISLAND, WA 98040


CITY OF PLEASANTON
P.O. BOX 520
200 OLD BERNAL AVE.
ATTN:BUS. LICENSE COORD.
PLEASANTON, CA 94566-0802


CITY OF REDMOND
PO BOX 3745
SEATTLE, WA 98124-3745


CITY OF RENTON (FIRE)
FIRE PREVENTION BUREAU
1055 S. GRADY WAY
RENTON, WA 98055


CITY OF SEATTLE
99 YESLER WAY
SEATTLE, WA 98104


CITY OF SEATTLE(GAS & LIGHT)
ESD FINANCE DIVISION
P.O. BOX 34017
SEATTLE, WA 98124-1017


CITY OF SEATTLE-(SDOT)
PO BOX 34996
SEATTLE, WA 98124-4996


CITY OF SEATTLE-BUS.LIC.TAX
BUSINESS LICENSE TAX
P.O. BOX 34907
SEATTLE, WA 98124-1907
```

```
CITY OF SEATTLE-ESD TREASURY
ESD TREASURY BIA
600 4TH AVE, ROOM 103
SEATTLE, WA 98104-1891


CITY OF SEATTLE: DEPT FINANCE
PO BOX 34214
SEATTLE, WA 98124-4214


CITY OF TACOMA
TAX & LICENSE DIVISION
733 MARKET ST
ROOM 21
TACOMA, WA 98402-3770


CITY OF TACOMA TREASURER
PO BOX 11367
TACOMA, WA 98411-0367


CITY OF TACOMA-DEPT OF FINANCE
DEPT. OF FINANCE TAX & LICENSE
P.O. BOX 11640
TACOMA, WA 98411-6640


CITY OF WOODINVILLE
TREASURY OFFICE
17301 - 133RD AVE NE
WOODINVILLE, WA 98072


CLOCKTOWER MEDIA INC
PO BOX 3283
KIRKLAND, WA 98083


COCA-COLA REFRESHMENTS
P.O BOX 53158
LOS ANGELES, CA 90074-3158


COFFEE MECHANICS, INC.
7083 COMMERCE CIRCLE, SUITE D
PLEASANTON, CA 94588


COLE REIT III OPERATING PARTNERSHIP, LP
1200 12TH AVE QTRS 1
SEATTLE, WA 98144
```

COLUMBIA CENTER PROPERTIES, LLC
999 3RD AVE STE 1550
SEATTLE, WA 98104


COMPUTERSHARE INC
COMPUTER SHAREOWNER
 SERVICES LLC
PO BOX 360857
PITTSBURGH, PA 15251-6857


CONCOURSE CONCESSIONS
22518 MARINE VIEW DRIVE
DES MOINES, WA 98198


CP MANAGEMENT I, LLC
605 5TH AVE S STE 110
SEATTLE, WA 98104


CRYSTAL CLEAR WINDOW CLEANING
CRYSTAL CLEAR WINDOW CLEANING
418 HAZEL PL
ENUMCLAW, WA 98022


CRYSTAL SPRINGS WATER CO.
DBA CRYSTAL SPRINGS WATER CO.
PO BOX 660579
DALLAS, TX 75266-0579


CURB APPEAL PRESSURE WASHING
CURB APPEAL PRESSURE WASHING
PO BOX 821
BRISBANE, CA 94005


D/R TACOMA APT. INVESTORS, LLC
10520 GRAVELLY LAKE DR SW
LAKEWOOD, WA 98496


DARLING INTERNATIONAL, INC.
PO BOX 552210
DETROIT, MI 48255-2210


DBI BEVERAGE DISTRIBUTORS
DBA GOLDEN BRANDS BEVERAGE
DISTRIBUTORS
245 SPRUCE AVE #900
S SAN FRANCISCO, CA 94080-4520

DELOITTE FINANCIAL ADVISORY SERVICES LLP
2200 ROSS AVENUE
DALLAS, TX 75201


DELUXE BUSINESS FORMS & SPLYS
P.O. BOX 742572
CINCINNATI, OH 45274-2572


DEPARTMENT OF LICENSING
STATE TREASURER
PO BOX 9048
SEATTLE, WA 98507-9048


DEPT OF LABOR & INDUSTRIES
PO BOX 34022
SEATTLE, WA 98124-1022


DEROUX DESIGN LANDSCAPE LLC
DBA DEROUX DESIGN LLC
10047 NE 31ST PLACE
BELLEVUE, WA 98004


DMX MUSIC, INC
PO BOX 660557
DALLAS, TX 75266-0557


DPI SPECIALITY FOODS
601 ROCKEFELLER AVE.
ONTARIO, CA 91761


DPI SPECIALTY FOODS NORTHWEST, INC.
PO BOX 749431
LOS ANGELES, CA 90074-9431


DSL NORTHWEST INC.
21513 84TH AVE S
KENT, WA 98032


DUANE MORRIS LLP
ATTN:PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

DUNBAR BANKPAK, INC.
PO BOX 333
BALTIMORE, MD 21203-0333


E.K. BEVERAGE
22145 68TH AVE S
KENT, WA 98032


ECOLAB (CLEANING SUPPLIES)
PO BOX 100512
PASADENA, CA 91189-0512


EMBARCADERO ASSOCIATES (BOSTON PROPERTIE
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111


ESPRESSO SUPPLY INC.
1123 NW 51ST ST
SEATTLE, WA 98107


EXCHANGE BUILDING VAF, LLC
8210 2ND AVE
SEATTLE, WA 98104


FARNAM STREET FINANCIAL
240 PONDVIEW PLAZA
5850 OPUS PARKWAY
MINNETONKA, MN 55343


FEDERAL EXPRESS CORPORATION
PO BOX 94515
PALATINE, IL 60094-4515


FEDEX OFFICE
CUSTOMER ADMIN SRVCS
PO BOX 672085
DALLAS, TX 75267-2085


FETCO (FOOD EQUIP TECH CO INC)
PO BOX 429
LAKE ZURICH, IL 60047-0429

FINALES GOURMET DESSERTS
2125 196TH ST SW
SUITE 120
LYNNWOOD, WA 98036


FIRMEX CORP
110 SPADINA AVE #700
TORONTO, ONTARIO, CA M5V2K4
CANADA


FIRMEX CORPORATION
110 SPADINA AVENUE, SUITE 700
TORONTO, ON M5V2K4
CANADA


FIRST SHATTUCK, LLC
2150 SHATTUCK AVE STE B100
BERKELEY, CA 94704


FRANCHISE TAX BOARD
STATE OF CALIFORNIA
P.O. BOX 942857
SACRAMENTO, CA 94257-0531


FRANK J. TONKIN, JR.
3300 MAPLE VALLEY HWY
RENTON, WA 98058


FRANKE RESUPPLY SYSTEMS, INC.
8007 INNOVATION WAY
CHICAGO, IL 60682-0080


FRIENDLY FUELS, INC.
1190 NE SUNSET BLVD STE F
RENTON, WA 98056


GIESA COMMUNICATIONS INC.
20566 NE 33RD COURT
SAMMAMISH, WA 98074


GLASS SCRATCH REMOVERS
DBA GLASS SCRATCH REMOVERS
PO BOX 69693
SEATTLE, WA 98168-9693

GORDON AND REES. LLP
275 BATTERY ST
20TH FLOOR
SAN FRANCISCO, CA 94111


GORILLA SCREEN PRINTING
2232 1ST AVE S
SUITE C
SEATTLE, WA 98134


GRAINGER
DEPT 840749329
PO BOX 419267
KANSAS CITY, MO 64141-6267


GREEN MOUNTAIN COFFEE ROASTERS
PO BOX 414159
BOSTON, MA 02241-4159


GREEN MOUNTAIN COFFEE ROASTERS
33 COFFEE LANE
WATERBURY, VT 05676


GRETCHEN'S SHOEBOX EXPRESS
DBA GRETCHEN'S SHOEBOX EXPRESS
3922 6TH AVE S
SEATTLE, WA 98108


H&M DISTRIBUTORS, INC.
167 EASTLAND DR
PO BOX 314
TWIN FALLS, ID 83303


HAGGEN, INC.
2211 RIMLAND DR STE 300
BELLINGHAM, WA 98226


HARBOR PROPERTIES, INC.
1411 4TH AVE STE 501
SEATTLE, WA 98101


HEARTLAND PAYMENT SYSTEMS
ONE HEARTLAND WAY
JEFFERSON, IN 47130

HEARTLAND PAYMENT SYSTEMS DBA CHOCKSTONE
ONE HEARTLAND WAY
JEFFERSON, IN 47130


HEATHCO INTERNATIONAL
2855 MITCHELL DR
SUITE 210
WALNUT CREEK, CA 94598


HERALD, THE
DBA THE HERALD (EVERETT)
PO BOX 930
EVERETT, WA 98206-0930


HOBART CORPORATION-REDMOND
8661 154TH AVE NE
REDMOND, WA 98052-3564


HOLLYWOOD VINEYARDS, LP
13306 SE 30TH ST
BELLEVUE, WA 98005


HORIZON HOLDINGS 1, LLC
2125 COMMERCE ST STE 200
TACOMA, WA 98402


HUNTLEY, MULLANEY, SPARGO & SULLIVAN, IN
3001 DOUGLAS BLVD #330
ROSEVILLE, CA 95661


IDAHO MOUNTAIN EXPRESS
DBA IDAHO MOUNTAIN EXPRESS
P.O. BOX 1013
KETCHUM, ID 83340


IDAHO STATE TAX COMM
PO BOX 76
BOISE, ID 83707-0076


IDAHO STATE TAX COMMISSION (UNCLAIMED PR
UNCLAIMED PROPERTY SECTION
PO BOX 36
BOISE, ID 83722-0410

IGNITE USA, LLC
954 W WASHINGTON
CHICAGO, IL 60607


IMAGE WINDOW CLEANING
DBA IMAGE WINDOW CLEANING
38166 EGGERS CT
FREMONT, CA 94536


IN STORE SERVICES, INC.
625 SOUTH LANDER
SEATTLE, WA 98134


INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0202


INTERNAL REVENUE SERVICE (IRS)
ODGEN, UT 84201-0039


IOS CAPITAL
C/O RICOH USA PROGRAM
PO BOX 650073
DALLAS, TX 75265-0073


IRVINE RETAIL PROPERTIES CO
THE IRVINE COMPANY
550 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660


IRVINE RETAIL PROPERTIES COMPANY
THE IRVINE COMPANY
550 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660


J. MICHAEL STEELE
35000 HWY 1
GUALALA, CA 95445


JACK AND P.A. SOLOWONIUK
1320 E PIKE ST
SEATTLE, WA 98122

JEFF MINTZ WINDOW CLEANING
PO BOX 3482
KETCHUM, ID 83340


JH DEVELOPMENT LLC
6281 BEACH BLVD #156
BUENA PARK, CA 90621-4265


KIECKHAFER, SCHIFFER & COMPANY LLP
6201 OAK CANYON DR
SUITE 200
IRVINE, CA 92618


KING COUNTY
1200 12TH AVE QTRS 1
SEATTLE, WA 98144


KING COUNTY TREASURY DIVISION
KING COUNTY ADMINISTRATION BLD
500 FOURTH AVE.
ROOM #600
SEATTLE, WA 98104-2387


KING COUNTY/FINANCIAL MNGMT.
500 4TH AVE
RM 620
MS ADM-FI-0620
SEATTLE, WA 98104-2387


KING SOOPERS ROYALTIES
SALES & CASH DEPARTMENT
65 TEJON ST
DENVER, CO 80223


KIRKWOOD & KIRKWOOD
2101 NE 129TH ST
SUITE 200
VANCOUVER, WA 98686


KITSAP COUNTY TREASURER
PO BOX 299
BREMERTON, WA 98337


LA MARZOCCO USA
1553 N.W. BALLARD WAY
SEATTLE, WA 98107

LANDLORD MANAGEMENT, INC.
5248 CALIFORNIA AVE SW
SEATTLE, WA 98136


LAWRENCE DISTRIBUTING
PO BOX 223
BUHL, ID 83316


LEFCO, INC.
698 E TAYLOR AVE
SUNNYVALE, CA 94085-3814


LIEU, HOA
4623 ANZA ST
SAN FRANCISCO, CA 94121


LINCOLN SQUARE MERCHANTS, ASSN. (KEMPER
575 BELLEVUE SQUARE
BELLEVUE, WA 98004


LYNNDEE'S BAKERY
PO BOX 1658
SUN VALLEY, ID 83353


M. BLOCK & SONS, INC.
135 S LASALLE
DEPT 1079
CHICAGO, IL 60674-1079


M.M.HAYES COMPANY, INC
16 THE SAGE ESTATE
ALBANY, NY 12204


MACDONALD-MILLER SERVICE, INC.
P.O. BOX 47983
7717 DETROIT AVE SW
SEATTLE, WA 98146-7983


MAIN STREET PLEASANTON
3569 MT DIABLO BLVD STE 200
LAFAYETTE, CA 94549


MARK DRINGENBERG
11602 84TH AVE CT E
PUYALLUP, WA 98373

MEADOW GOLD DAIRY
PO BOX 710960
DENVER, CO 80271-0960


MEDINA GARDENING & LANDSCAPING
PO BOX 7
WOODINVILLE, WA 98072


METRO LINK SECURITY INTEGRATION INC.
914 164TH ST
SUITE #450
MILL CREEK, WA 98012


MJ ENTERPRISES INT'L, LLC
2312 N 30TH ST STE 201
TACOMA, WA 98403


MONTGOMERY PURDUE BLANKINSHIP & AUSTIN P
5500 COLUMBIA CENTER
701 5TH AVE
SEATTLE, WA 98104-7096


MORRISON & FOERSTER LLP
FILE #72497
PO BOX 6000
SAN FRANCISCO, CA 94160-2497


MOSS-ADAMS LLP
999 3RD AVE
SUITE 2800
SEATTLE, WA 98104


MOUNTAIN ALARM
DBA MOUNTAIN ALARM
PO BOX 12487
ODGEN, UT 84412


MPN OFFICE, LP TRUST ACCOUNT
2003 WESTERN AVE STE 200
SEATTLE, WA 98121


MUNAYCO, VICTOR
5210 CLINTON AVE
RICHMOND, CA 94805

NEWS TRIBUNE, THE
DBA THE NEWS TRIBUNE
P.O. BOX 11000
TACOMA, WA 98411-0008


NISSAN MOTOR ACCEPTANCE CORP
PO BOX 660360
DALLAS, TX 75266-0360


NOBLE HOUSE SEATTLE, LLC
4507 BROOKLYN AVE NE
SEATTLE, WA 98105


NORTH COAST ELECTRIC COMPANY
P.O. BOX 34399
SEATTLE, WA 98124-1399


NUOVA RICAMBI USA
4125 DEL MAR AVE
SUITE 3
ROCKLIN, CA 95677


ODWALLA, INC.
PO BOX 742456
LOS ANGELES, CA 90074-2456


ONESOURCE JANITORIAL
19125 NORTHCREEK PKWY
SUITE 120
BOTHELL, WA 98011


ORR FLOOR CARE INC.
PO BOX 2612
HAILEY, ID 83333


PART WORKS, THE
PO BOX 3605
SEATTLE, WA 98124


PASSPORT UNLIMITED
PO BOX 727
KIRKLAND, WA 98083

PATRICIA MCDOUGALL
2819 SW 324TH PL
FEDERAL WAY, WA 98023


PBCC
SERVICES LLC
PO BOX 371887
PITTSBURGH, PA 15250-7887


PIERCE COUNTY BUDGET & FINANCE
PO BOX 11621
TACOMA, WA 98411-6621


PLATEAU PROPERTIES, LLC
7107 NE VANCOUVER MALL DR #A
VANCOUVER, WA 98661


POINTS DRIVE CORPORATION
1809 7TH AVE STE 300
SEATTLE, WA 98101


POST-MONTGOMERY ASSOCIATES
1 MONTGOMERY ST STE 3220
SAN FRANCISCO, CA 94101


PPR REDMOND RETAIL, LLC (MACERICH)
7525 166TH AVE NE STE D-210
REDMOND, WA 98052


PRINT NW
DBA  PRINT NW
9914 32ND AVE S
TACOMA, WA 98499


PRINTCO
DBA PRINTCO
32 G STREET NW
SUITE A
AUBURN, WA 98001


PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA, CA 92711

PUBLIC HEALTH
SOUTH CENTRAL DISTRICT HEALTH
1020 WASHINGTON ST NORTH
TWIN FALLS, ID 83301-3156


QUESINBERRY AND ASSOCIATES, INC.
1517 12TH AVE
#207
SEATTLE, WA 98122


RAINIER COMMONS, LLC
270 S HANFORD ST STE 205
SEATTLE, WA 98134


RAISON D'ETRE
DBA RAISON D'ETRE
179 STARLITE ST
S SAN FRANCISCO, CA 94080


RED BULL DISTRIBUTION CO.
3975 MONACO PARKWAY
UNIT A
DENVER, CO 80207


REDDY ICE CORPORATION
8750 N CENTRAL EXPWY
DALLAS, TX 75231


RESCUE ROOTER
175A ROY RD SW
SUITE 101
PACIFIC, WA 98047


RESCUE ROOTER (SAN LEANDRO)
1618 DOOLITTLE DR
SAN LEANDRO, CA 94577


ROCKTENN CP, LLC
PO BOX 18265
ST LOUIS, MO 63150-8265


ROIC
8905 TOWNE CENTRE DR
SAN DIEGO, CA 98122

RUST CONSULTING, INC.
625 MARQUETTE AVENUE #880
MINNEAPOLIS, MN 55402


S P PARTNERS III, LLC
2505 3RD AVE STE 150
SEATTLE, WA 98121


SAN FRANCISCO CHRONICLE
PO BOX 7228
SAN FRANCISCO, CA 94120-7228


SAN FRANCISCO TAX COLLECTOR
TAX COLLECTORS OFFICE
P.O. BOX 7427
SAN FRANCISCO, CA 94120-7427


SCOTT PEARSON
4417 FOREST AVENUE SE
MERCER ISLAND, WA 98040


SEA-AIRE, INC
340 UPLAND DR
TUKWILA, WA 98188


SEATTLE TIMES, THE (DELIVERIES
PO BOX 70
SEATTLE, WA 98111-0070


SEATTLE WEEKLY - CLASSIFIED
1008 WESTERN AVE
SUITE 300
SEATTLE, WA 98104


SEATTLE-KING COUNTY DEPT OF
401 FIFTH AVENUE
11TH FLOOR
SEATTLE, WA 98104


SEAWEST ASSOCIATES
13120 NE 70TH PL STE A
KIRKLAND, WA 98033

SEED INTELLECTUAL PROPERTY
LAW GROUP PLLC
701 FIFTH AVE, SUITE 5400
SEATTLE, WA 98104-7092


SERVICE COMMUNICATIONS INC.
10675 WILLOWS RD NE
SUITE 100
REDMOND, WA 98052


SHAUN GENTER
801 FIRST STREET N., APT #D
SEATTLE, WA 98109


SHERWIN WILLIAMS
2940 6TH AVE S
SEATTLE, WA 98134-2104


SIGNS OF SEATTLE INC.
6263 ELLIS AVE S
SEATTLE, WA 98108


SKYMATT PROPERTIES, LLC
330 112 AVE NE
BELLEVUE, WA 98009


SMITH & GREENE COMPANY
19015 66TH AVE. S
KENT, WA 98032


SNOHOMISH COUNTY TREASURER
PO BOX 34171
SEATTLE, WA 98124-1171


SOCIAL CREATURE MEDIA LLC
DBA PROJECT BIONIC
6031 AIRPORT WAY S
SEATTLE, WA 98108


SOUND MASTERS INC.
4009 STONE WAY N
P.O. BOX 31728
SEATTLE, WA 98103

```
SPINELLI PTE LTD
C/O INTELLECUTAL PROPERTY LAW
  GROUP, LLP
12 SOUTH FIRST STREET, FL 12
SAN JOSE, CA 95113


STAPLES BUSINESS ADVANTAGE
DEPT LA
PO BOX 83689
CHICAGO, IL 60696-3689


STAPLES PRINT SOLUTIONS
DBA STAPLES PRINT SOLUTIONS
PO BOX 95074
CHICAGO, IL 60694-5074


STATE BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-6001


STOEL RIVES LLP
900 SW 5TH AVE
SUITE 2600
PORTLAND, OR 97204


STRICKLAND TRUST
330 112 AVE NE
BELLEVUE, WA 98009


SUN VALLEY ASSOCIATES
675 E SUN VALLEY RD STE L
KETCHUM, ID 83340


SWIRE COCA-COLA, USA
PO BOX 1259
DRAPER, UT 84020


TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674


TAMARACK LODGE, THE
DBA THE TAMARACK LODGE
PO BOX 7120
KETCHUM, ID 83340
```

TAX COLLECTOR,MULTNOMAH COUNTY
P.O. BOX 2716
PORTLAND, OR 97208-2716


TECTURA CORPORATION
DEPT 890338
PO BOX 120338
DALLAS, TX 75312-0338


TERMINIX (SEATTLE)
6830 S 220TH ST
KENT, WA 98032


THE BOEING COMPANY
SHARED SRVCS GRP-SUPPLIER MGMT
5000 E MCDOWELL RD M/C M541-F118
MESA, AZ 85215


THE BOX LUNCH CO.
DBA PANINI TIME
PO BOX 131
S SAN FRANCISCO, CA 94080


THE FEAREY GROUP
1809 7TH AVENUE, SUITE 1111
SEATTLE, WA 98101


THE WILSONIAN, LLC
1873 S BELLAIRE ST STE 1210
DENVER, CO 80222


THERMO-SERV
PO BOX 671316
DALLAS, TX 75267


TOVAH CORPORATION
18021 12TH AVE NW
ISSAQUAH, WA 98027


UNIMARK CONSTRUCTION GROUP LLC
1221 FOURTH AVE
SEATTLE, WA 98101

UNION LABOR LIFE INS. COMPANY
1000 2ND AVE STE 1800
SEATTLE, WA 98104


UNION SQUARE LIMITED
600 UNIVERSITY ST STE 2820
SEATTLE, WA 98101


UNITED PARCEL SERVICE (UPS)
PO BOX 894820
LOS ANGELES, CA 90189-4820


US MAINTENANCE
PO BOX 8500-1076
PHILADELPHIA, PA 19178-1076


USA TODAY-IDAHO
PO BOX 677446
DALLAS, TX 75267-7446


USA TODAY/SEATTLE
PO BOX 677446
DALLAS, TX 75267-7446


VIRGINIA MASON MEDICAL CENTER
1006 SPRING ST
SEATTLE, WA 98104


VISIONS ESPRESSO SRVC
2737 1ST AVE S
SEATTLE, WA 98134


WAKEFIELD GLASS
11014 - 1ST AVE. SOUTH
SEATTLE, WA 98168


WASHINGTON CORP SERVICES INC
701 5TH AVE
SUITE 3600
SEATTLE, WA 98104-7010


WASHINGTON DEPARTMENT OF REVENUE
EXECUTIVE OFFICE
PO BOX 47450
OLYMPIA, WA 98504-7450

WASHINGTON FOOD INDUSTRY
PO BOX 706
OLYMPIA, WA 98507


WASHINGTON STATE CONVENTION CENTER
800 CONVENTION CENTER PL
SEATTLE, WA 98101


WASTE MANAGEMENT SNO-KING
PO BOX 78251
PHOENIX, AZ 85062-8251


WEB FILINGS LLC
2625 N LOOP DRIVE
SUITE 2105
AMES, IA 50010


WELLS MEDINA NURSERY, INC.
8300 NE 24TH ST
MEDINA, WA 98039


WEST SEATTLE HEARLD
DBA ROBINSON COMM., INC
14006 1ST AVE. S. SUITE B
BURIEN, WA 98168


WESTERN NEON
2904 4TH AVE S
SEATTLE, WA 98134


WESTLAKE CENTER ASSOCIATES
1601 5TH AVE STE 400
SEATTLE, WA 98101


WHATCOM COUNTY TREASURER
PO BOX 34873
SEATTLE, WA 98124-1873


WHITMAN ENVIRONMENTAL SCIENCES
WHITMAN ENVIRONMENTAL SCIENCES
5508 35TH AVE NE  SUITE 108
SEATTLE, WA 98105

WILLIAM GUIMONT, TRUSTEE
PO BOX 1173
LYNNWOOD, WA 98046


YOUNG III HWANG & CHUN AE LEE
707 UNION AVE
FULLERTON, CA 92832


ZONES, INC.
PO BOX 34740
SEATTLE, WA 98124-1740

# United States Bankruptcy Court
## Western District of Washington

In re    **TC Global, Inc.**            Case No. _____
                         Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TC Global, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 10, 2012** | **/s/ Gayle E. Bush WSBA** |
| Date | **Gayle E. Bush WSBA #07318** |
| | Signature of Attorney or Litigant |
| | Counsel for   **TC Global, Inc.** |
| | **Bush Strout & Kornfeld LLP** |
| | **601 Union Street #5000** |
| | **Seattle, WA 98101-2373** |
| | **206-292-2110 Fax:206-292-2104** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy