HONORABLE KAREN A. OVERSTREET

HEARING DATE: WEDNESDAY, OCTOBER 10, 2012
**BEFORE THE HONORABLE TIMOTHY W. DORE**
HEARING TIME: 3:30 P.M.
LOCATION: SEATTLE, COURTROOM 8106
**SUBJECT TO ENTRY OF ORDER SHORTENING TIME FOR HEARING**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

TC GLOBAL, INC.,

        Debtor.

No. 12-20253

NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTIONS:

EMERGENCY MOTION RE: CASH MANAGEMENT, CONTINUED USE OF PREPETITION BANK ACCOUNTS AND CHECKS AND PREPETITION GIFT CARDS; AND

EMERGENCY MOTION RE: PREPETITION WAGES

TO: THE CLERK OF THE COURT
AND TO: THE HONORABLE KAREN A. OVERSTREET
AND TO: ALL PARTIES-IN-INTEREST
HEARING DATE & TIME: WEDNESDAY, OCTOBER 10, 2012 AT 3:30 P.M. **SUBJECT TO ENTRY OF ORDER SHORTENING TIME FOR HEARING**
RESPONSE DUE: AT TIME OF HEARING
LOCATION: UNITED STATES BANKRUPTCY COURT, COURTROOM 8106 **(JUDGE DORE'S COURTROOM)**, U.S. COURTHOUSE, 700 STEWART STREET, SEATTLE, WASHINGTON 98101

NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTIONS: – Page 1

Bush Strout & Kornfeld LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xj10cs06x2

Case 12-20253-KAO   Doc 4   Filed 10/10/12   Ent. 10/10/12 13:07:42   Pg. 1 of 2

PLEASE TAKE NOTICE that TC Global, Inc. dba Tully's ("Debtor"), debtor-in-possession herein, has filed the following motions with the court seeking the relief indicated:

1. <u>Emergency Motion for Order Authorizing Debtor to Continue Use of Existing Cash Management System and Prepetition Business Banking Accounts and Checks, and to Honor Pre-Petition Gift Cards.</u> This motion seeks authority for the Debtor to continue use of its Court enter an order authorizing it to continue use of its existing cash management system, continue use of its prepetition bank accounts and checks, and continue to honor prepetition gift cards in the ordinary course of business.

2. <u>Emergency Motion for Order Authorizing Debtor to Pay Prepetition Wages, Benefits and Associated Costs.</u> This Motion seeks authority for the Debtor to pay prepetition wages, benefits and associated costs, including those associated with the payroll scheduled to be paid on October 15, 2012.

The motions are on file with the above-captioned Court, together with supporting documents. Any party desiring information as to the details may request same from the Clerk of the Court or from the undersigned counsel.

IF YOU OPPOSE the motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is at the time of the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 10th day of October, 2012.

BUSH STROUT & KORNFELD LLP

By /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for TC Global, Inc..

NOTICE OF HEARING ON DEBTOR'S EMERGENCY
MOTIONS: – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xj10cs06x2
Case 12-20253-KAO    Doc 4    Filed 10/10/12    Ent. 10/10/12 13:07:42    Pg. 2 of 2