UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>TC GLOBAL, INC.,<br><br>                Debtor. | No. 12-20253<br><br><u>EX</u> <u>PARTE</u> MOTION FOR ORDER SHORTENING TIME FOR HEARING ON THE DEBTOR'S EMERGENCY MOTIONS AND LIMITING NOTICE WITH RESPECT TO THE SAME:<br><br>EMERGENCY MOTION RE: CASH MANAGEMENT, BANK ACCOUNTS AND GIFT CARDS<br><br>EMERGENCY MOTION RE: BANKRUPCY CODE § 366 (INTERIM)<br><br>EMERGENCY MOTION RE: PREPETITION WAGES<br><br>EMERGENCY MOTION TO REJECT NON-RESIDENTIAL REAL PROPERTY LEASES<br><br>EMERGENCY CASE MANAGEMENT MOTION |

EX PARTE MOTION FOR ORDER SHORTENING TIME
FOR HEARING AND LIMITING NOTICE – Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xi11cf069c
Case 12-20253-KAO    Doc 5    Filed 10/10/12    Ent. 10/10/12 13:51:53    Pg. 1 of 4

TC Global, Inc., doing business as Tully's Coffee, ("Debtor"), debtor-in-possession herein, moves the Court on an ex parte basis for an order shortening the time for hearing on the following emergency motions filed contemporaneously herewith ("Emergency Motions") and limiting notice with respect to the same:

1. Emergency Motion for Order Authorizing Debtor to Continue Use of Existing Cash Management System and Prepetition Business Banking Accounts and Checks, and to Honor Pre-Petition Gift Cards ("Cash Management Motion");

2. Emergency Motion for Order Approving Proposed Adequate Assurance Under Bankruptcy Code § 366 on an Interim Basis ("Adequate Assurance Motion");

3. Emergency Motion for Order Authorizing Debtor to Pay Prepetition Wages, Benefits and Associated Costs ("Wage Motion");

4. Emergency Motion to Reject Non-Residential Real Property Leases ("Lease Rejection Motion"); and

5. Emergency Motion for Entry of Case Management Order ("Case Management Motion").

A. **Proposed Shortened Time and Limited Notice on Wage Motion and Cash Management Motion**

The Debtor will be required to pay prepetition wages on October 15, 2012 as described in the Wage Motion. The Debtor will need to continue usage of its current cash management system, prepetition bank accounts and checks, and to continue to honor prepetition gift cards as set forth in the Cash Management Motion. Because of the need for immediate relief as to these matters, the Debtor requests that the Court shorten the time for hearing on the Wage Motion and the Cash Management Motion to **Wednesday, October 10, 2012 at 3:30 p.m.**

The Debtor further requests that notice requirements be limited to the Top 20 unsecured creditors, the United States Trustee, the United States Attorney's Office, the Office of the Attorney General, IRS Special Procedures and the Washington State Department of Labor and Industries

EX PARTE MOTION FOR ORDER SHORTENING TIME
FOR HEARING AND LIMITING NOTICE – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xi11cf069c
Case 12-20253-KAO    Doc 5    Filed 10/10/12    Ent. 10/10/12 13:51:53    Pg. 2 of 4

("Notice Parties"). The Debtor has no secured lender(s) with the exception of two equipment financers secured in the equipment and a lender with respect to one vehicle.

B. **Proposed Shortened Time and Limited Notice on Case Management Motion, Adequate Assurance Motion and Leae Rejection Motion**

The Debtor needs assurance that the utility service to its numerous locations will continue uninterrupted through the protection of the interim adequate assurance order. The interim adequate assurance order contains procedures by which a utility provider has until October 31, 2012 to object to the proposed adequate assurance in which case, the Debtor will set the matter for hearing.

The Debtor is also seeking approval of the rejection of numerous leases effective immediately in order to avoid incurring unnecessary administrative expenses as set forth in the Lease Rejection Motion.

Finally, the Debtor anticipates filing a number of pleadings in the next two weeks. There are close to 6,000 creditors and equity holders. The Debtor's Case Management Motion seeks authority to limit future notices to certain parties, as well as those who opt in after receiving notice of the Case Management Order in order to conserve estate resources. Additionally, the Debtor has created a website at which any party may view all pleadings in the case at any time.

The Debtor requests that the Court shorten the time for hearing on the Adequate Assurance Motion, the Lease Rejection Motion and the Case Management Motion to **Friday, October 12, 2012 at 9:30 a.m.** with responses due at the time of the hearing.

The Debtor further requests that notice requirements with respect to the Case Management Motion, the Adequate Assurance Motion and the Lease Rejection Motion be limited to the Notice

///

///

EX PARTE MOTION FOR ORDER SHORTENING TIME
FOR HEARING AND LIMITING NOTICE – Page 3

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xi11cf069c

Case 12-20253-KAO    Doc 5    Filed 10/10/12    Ent. 10/10/12 13:51:53    Pg. 3 of 4

1 | Parties and, in the case of the Lease Rejection Motion, the counterparties to the leases proposed to be
2 | rejected.
3 | DATED this 10th day of October, 2012.
4 | BUSH STROUT & KORNFELD LLP
6 | By /s/ Christine M. Tobin-Presser
   | Christine M. Tobin-Presser, WSBA #27628
   | Attorneys for TC Global, Inc.

EX PARTE MOTION FOR ORDER SHORTENING TIME
FOR HEARING AND LIMITING NOTICE – Page 4

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xi11cf069c
Case 12-20253-KAO    Doc 5    Filed 10/10/12    Ent. 10/10/12 13:51:53    Pg. 4 of 4