HONORABLE KAREN A. OVERSTREET

**HEARING DATE: FRIDAY, OCTOBER 12, 2012
**HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 7206
**RESPONSES DUE: AT TIME OF HEARING
**SUBJECT TO ENTRY OF ORDER SHORTENING TIME FOR HEARING**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

TC GLOBAL, INC.,

           Debtor.

No. 12-20253

NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION TO REJECT NON-RESIDENTIAL REAL PROPERTY LEASES

TO: THE CLERK OF THE COURT
AND TO: THE HONORABLE KAREN A. OVERSTREET
AND TO: ALL PARTIES-IN-INTEREST
HEARING DATE: FRIDAY, OCTOBER 12, 2012
HEARING TIME: 9:30 A.M. (SUBJECT TO ENTRY OF ORDER SHORTENING TIME)
RESPONSE DUE: TIME OF HEARING
LOCATION: UNITED STATES BANKRUPTCY COURT, COURTROOM 7206, U.S. COURTHOUSE, 700 STEWART STREET, SEATTLE, WASHINGTON 98101

PLEASE TAKE NOTICE that TC Global, Inc. ("Debtor") dba Tully's Coffee, debtor-in-possession herein, has filed a motion with the court seeking to reject the following non-residential real property leases pursuant to Bankruptcy Code § 365 with such rejection effective as of the dates indicated:

| Non-Debtor Party to Lease | Store No. | Leased Premises | Rejection Date |
|---|---|---|---|
| Strickland Trust<br>330 112 Ave NE<br>Bellevue, WA 98009 | 1004 | 4036 E. Madison Avenue<br>Seattle, WA 98112 | October 19, 2012 |

NOTICE OF HEARING ON DEBTOR'S EMERGENCY
MOTION TO REJECT NON-RESIDENTIAL REAL
PROPERTY LEASES – Page 1

1977 20121 xj04dj060v

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| Non-Debtor Party to Lease | Store No. | Leased Premises | Rejection Date |
|---|---|---|---|
| Columbia Center Properties, LLC<br>999 3rd Avenue Ste 1550<br>Seattle, WA 98104 | 1019 | Columbia Center<br>701 Fifth Ave<br>Seattle, WA 98104 | October 19, 2012 |
| Harbor Properties, Inc.<br>1411 4th Ave Sute 501<br>Seattle, WA 98101 | 1024 | 1401 4th Avenue<br>Seattle, WA 98101 | October 19, 2012 |
| Seawest Associates<br>13120 NE 70th Place, Suite A<br>Kirkland, WA 98033 | 1032 | 13100 NE 70th Place<br>Kirkland, WA 98033 | October 19, 2012 |
| Landlord Management, Inc.<br>5248 California Ave SW<br>Seattle, WA 98136 | 1035 | 2100 North 45th Street<br>Seattle, WA 98134 | October 19, 2012 |
| Bella Bottega Partners<br>9125 10th Ave S<br>Seattle, WA 98108 | 1039 | 8862 161st Ave NE<br>Redmond, WA 98052 | October 19, 2012 |
| Hollywood Vineyards, LP<br>13306 SE 30th Street<br>Bellevue, WA 98005 | 1044 | 14481 Woodinville Redmond Rd.<br>Woodinville, WA 98072 | October 19, 2012 |
| PPR Redmond Retail, LLC (Macerich)<br>7525 166th Ave NE, Suite D-210<br>Redmond, WA 98052 | 1049 | 16349 NE 74th Place<br>Redmond Town Square<br>Redmond, WA 98052 | October 10, 2012 (Petition Date) |
| MJ Enterprises International, LLC<br>2312 N 30th St, Suite 201<br>Tacoma, WA 98403 | 1050 | 2312 North 30th Street<br>Tacoma, WA 98403 | October 10, 2012 (Petition Date) |
| Horizon Holdings 1, LLC<br>2125 Commerce St, Suite 200<br>Tacoma, WA 98402 | 1051 | 1427 Pacific Avenue<br>Tacoma, WA 98402 | October 19, 2012 |
| Broadway State LLC<br>c/o Redside Partners LLC<br>1320 E. Pike St<br>Seattle, WA 98122 | 1066 | 824 East Pike Street<br>Seattle, WA 98122 | October 10, 2012 (Petition Date) |
| Friendly Fuels, Inc.<br>1190 NE Sunset Blvd, Suite F<br>Renton, WA 98056 | 1076 | 4800 Jackson Rd.<br>Port Orchard, WA 98366 | October 19, 2012 |
| The Wilsonian, LLC<br>1873 S Bellaire St., Suite 1210<br>Denver, CO 80222 | 1084 | 4700 University Way NE<br>Seattle, WA 98105 | October 10, 2012 (Petition Date) |

NOTICE OF HEARING ON DEBTOR'S EMERGENCY
MOTION TO REJECT NON-RESIDENTIAL REAL
PROPERTY LEASES – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xj04dj060v
Case 12-20253-KAO    Doc 10    Filed 10/10/12    Ent. 10/10/12 14:28:36    Pg. 2 of 3

| Non-Debtor Party to Lease | Store No. | Leased Premises | Rejection Date |
|---|---|---|---|
| Sun Valley Associates<br>675 E Sun Valley Rd, Suite L<br>Ketchum, ID 83340 | 2001 | 601 Sun Valley Road<br>Ketchum, ID 83340 | October 10, 2012<br>(Petition Date) |
| Hoa Lieu<br>4623 Anza St.<br>San Francisco, CA 94121 | 3003 | 919 Cole Street<br>San Francisco, CA 94117 | October 10, 2012<br>(Petition Date) |
| Post-Montgomery Associates<br>1 Montgomery St, Suite 3220<br>San Francisco, CA 94101 | 3009 | 50 Post Street<br>San Francisco, CA 94104 | October 10, 2012<br>(Petition Date) |
| Embarcadero Associates<br>(Boston Properties)<br>Four Embarcadero Center<br>San Francisco, CA 94111 | 3011 | 2 Embarcadero Center<br>San Francisco, CA 94111 | October 10, 2012<br>(Petition Date) |
| 425 Street Condo Project<br>425 Market St, Suite 955<br>San Francisco, CA 94105 | 3021 | 425 Market Street<br>San Francisco, CA 94105 | October 10, 2012<br>(Petition Date) |
| First Shattuck, LLC<br>2150 Shattuck Ave, Suite B100<br>Berkeley, CA 94704 | 3034 | 2150 Shattuck Ave.<br>Berkeley, CA 94704 | October 10, 2012<br>(Petition Date) |

The motion is on file with the above-captioned Court, together with supporting documents. Any party desiring information as to the details may request same from the Clerk of the Court or from the undersigned counsel.

IF YOU OPPOSE the motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is at the time of the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 10th day of October, 2012.

BUSH STROUT & KORNFELD LLP

By     /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for TC Global, Inc., Debtor-in-Possession

NOTICE OF HEARING ON DEBTOR'S EMERGENCY
MOTION TO REJECT NON-RESIDENTIAL REAL
PROPERTY LEASES – Page 3

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xj04dj060v
Case 12-20253-KAO    Doc 10    Filed 10/10/12    Ent. 10/10/12 14:28:36    Pg. 3 of 3