HONORABLE KAREN A. OVERSTREET

\*\*HEARING DATE: FRIDAY, OCTOBER 12, 2012
\*\*HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 7206
\*\*RESPONSES DUE: AT TIME OF HEARING
**\*\*SUBJECT TO ENTRY OF ORDER SHORTENING TIME FOR HEARING**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>TC GLOBAL, INC.,<br><br>        Debtor. | No. 12-20253<br><br>NOTICE OF HEARING ON DEBTOR'S 1) EMERGENCY MOTION FOR INTERIM ORDER APPROVING PROPOSED ADEQUATE ASSURANCE TO UTILITIES PURSUANT TO BANKRUPTCY CODE SECTION 366 and 2) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF CASE MANAGEMENT ORDER |

TO:             THE CLERK OF THE COURT
AND TO:         THE HONORABLE KAREN A. OVERSTREET
AND TO:         ALL PARTIES-IN-INTEREST
HEARING DATE:   FRIDAY, OCTOBER 12, 2012 **SUBJECT TO ENTRY OF ORDER SHORTENING TIME FOR HEARING**
HEARING TIME:   9:30 A.M.
RESPONSE DUE:   AT TIME OF HEARING
LOCATION:       UNITED STATES BANKRUPTCY COURT, COURTROOM 7206, U.S. COURTHOUSE, 700 STEWART STREET, SEATTLE, WASHINGTON 98101

    PLEASE TAKE NOTICE that TC Global, Inc. dba Tully's ("Debtor"), debtor-in-possession herein, has filed an Emergency Motion for Order Approving Proposed Adequate Assurance Under

NOTICE OF HEARING ON DEBTOR'S EMERGENCY
MOTION RE: ADEQUATE ASSURANCE TO UTILITIES –
Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xi12cg06nz
Case 12-20253-KAO    Doc 13    Filed 10/10/12    Ent. 10/10/12 14:49:39    Pg. 1 of 2

1 | Bankruptcy Code § 366 on an Interim Basis. This Motion seeks interim approval of the Debtor's proposed adequate assurance to utilities of a deposit equal to two weeks average utility usage and further seeks to establish a date by which a utility may object to the proposed adequate assurance.

The Debtor has also filed a Motion for Entry of Case Management Order seeking to limit future notices in the case to certain specified parties as well as any party that opts to receive notices pursuant to the procedures the Debtor will provide within seven days of entry of the Case Management Order.

The motions are on file with the above-captioned Court, together with supporting documents. Any party desiring information as to the details may request same from the Clerk of the Court or from the undersigned counsel.

IF YOU OPPOSE the motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is at the time of the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 10th day of October, 2012.

BUSH STROUT & KORNFELD LLP

By /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for TC Global, Inc..

NOTICE OF HEARING ON DEBTOR'S EMERGENCY
MOTION RE: ADEQUATE ASSURANCE TO UTILITIES –
Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1977 20121 xi12cg06nz
Case 12-20253-KAO    Doc 13    Filed 10/10/12    Ent. 10/10/12 14:49:39    Pg. 2 of 2