HONORABLE KAREN A. OVERSTREET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

TC GLOBAL, INC.,

           Debtor.

No. 12-20253

<u>EX PARTE</u> MOTION FOR ORDER SHORTENING TIME FOR HEARING ON THE DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO PREMIUM FINANCING AGREEMENT

    TC Global, Inc. ("Debtor" or "Company") dba Tully's Coffee, debtor-in-possession herein, moves the Court on an <u>ex parte</u> basis for an order shortening time for hearing on the Debtor's motion for authority to enter into premium financing agreement filed contemporaneously herewith ("Insurance Motion").

    The Debtor's insurance policies, including, but not limited to, property, equipment, inventory, workers compensation, automobile, and umbrella coverage expire this month, October 2012, and are due for renewal by October 27, 2012. The Debtor was able to secure insurance premium financing from Premium Assignment Corporation ("PAC") conditioned upon, among other things, the Court's approval of the Insurance Motion prior to the disbursement of any funds from PAC.

<u>EX PARTE</u> MOTION FOR ORDER SHORTENING TIME FOR HEARING ON THE DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO PREMIUM FINANCING AGREEMENT – Page 1
1977 20121 xj189m02y3

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 12-20253-KAO    Doc 55    Filed 10/19/12    Ent. 10/19/12 15:46:39    Pg. 1 of 2

1     The Debtor respectfully requests that the Court shorten the time for hearing on the Insurance

2 Motion to Friday, November 2, 2012, at 9:30 a.m. with responses due at the time of the hearing.

3     DATED this 19th day of October, 2012.

                                              BUSH STROUT & KORNFELD LLP

                                              By   /s/ Arthur A. Shwab
                                                  Arthur A. Shwab, WSBA #44250
                                              Attorneys for TC Global, Inc.

EX PARTE MOTION FOR ORDER SHORTENING TIME
FOR HEARING ON THE DEBTOR'S MOTION FOR
AUTHORITY TO ENTER INTO PREMIUM FINANCING
AGREEMENT – Page 2
1977 20121 xj189m02y3

BUSH STROUT & KORNFELD LLP
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 12-20253-KAO    Doc 55    Filed 10/19/12    Ent. 10/19/12 15:46:39    Pg. 2 of 2