# Exhibit B

**Professional Expenses for the Period
October 10, 2012 through December 31, 2012**

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Farrell, Matt | 10/15/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $923.42 |
| Baldwin, Gene | 10/21/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $855.36 |
| Farrell, Matt | 10/22/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $879.10 |
| Baldwin, Gene | 10/23/2012 | Flight change fee from Seattle, WA to Kansas City, MO. | $264.68 |
| Farrell, Matt | 10/29/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $1,379.51 |
| Farrell, Matt | 11/05/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $869.30 |
| Farrell, Matt | 11/12/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $1,162.76 |
| Farrell, Matt | 11/26/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $877.88 |
| Farrell, Matt | 11/29/2012 | Flight change fee from Seattle, WA to Dallas, TX. | $493.59 |
| Farrell, Matt | 12/03/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $733.08 |
| Baldwin, Gene | 12/26/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $1,114.40 |
| Farrell, Matt | 12/27/2012 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $801.68 |
| Subtotal for Airfare: | | | $10,354.76 |
| *Auto Rental - Travel* | | | |
| Farrell, Matt | 10/12/2012 | Rental car expense for M. Farrell - 4 days. | $225.24 |
| Farrell, Matt | 10/19/2012 | Rental car expense for M. Farrell - 4 days. | $243.44 |
| Farrell, Matt | 10/26/2012 | Rental car expense for M. Farrell - 4 days. | $243.44 |
| Farrell, Matt | 11/02/2012 | Rental car expense for M. Farrell - 4 days. | $243.44 |
| Farrell, Matt | 11/09/2012 | Rental car expense for M. Farrell - 4 days. | $243.44 |
| Farrell, Matt | 11/16/2012 | Rental car expense for M. Farrell - 4 days. | $243.44 |
| Farrell, Matt | 11/29/2012 | Rental car expense for M. Farrell - 4 days. | $187.15 |
| Farrell, Matt | 12/07/2012 | Car rental in Seattle, WA - 4 days. | $243.44 |
| Subtotal for Auto Rental - Travel: | | | $1,873.03 |
| *Hotel* | | | |
| Farrell, Matt | 10/10/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 10/11/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 10/15/2012 | Hotel accommodation in Seattle, WA. | $208.01 |
| Farrell, Matt | 10/16/2012 | Hotel accommodation in Seattle, WA. | $208.01 |
| Farrell, Matt | 10/17/2012 | Hotel accommodation in Seattle, WA. | $208.01 |
| Farrell, Matt | 10/18/2012 | Hotel accommodation in Seattle, WA. | $208.01 |
| Baldwin, Gene | 10/21/2012 | Hotel accommodation in Seattle, WA. | $174.24 |
| Baldwin, Gene | 10/22/2012 | Hotel accommodation in Seattle, WA. | $174.24 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| **Hotel** | | | |
| Farrell, Matt | 10/22/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Baldwin, Gene | 10/23/2012 | Hotel accommodation in Seattle, WA. | $174.24 |
| Farrell, Matt | 10/23/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 10/24/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 10/25/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 10/29/2012 | Hotel accommodation in Seattle, WA. | $174.24 |
| Farrell, Matt | 10/30/2012 | Hotel accommodation in Seattle, WA. | $174.24 |
| Farrell, Matt | 10/31/2012 | Hotel accommodation in Seattle, WA. | $174.24 |
| Farrell, Matt | 11/01/2012 | Hotel accommodation in Seattle, WA. | $174.24 |
| Farrell, Matt | 11/05/2012 | Hotel accommodation in Seattle, WA. | $167.55 |
| Farrell, Matt | 11/06/2012 | Hotel accommodation in Seattle, WA. | $167.55 |
| Farrell, Matt | 11/07/2012 | Hotel accommodation in Seattle, WA. | $167.55 |
| Farrell, Matt | 11/08/2012 | Hotel accommodation in Seattle, WA. | $167.55 |
| Farrell, Matt | 11/12/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 11/13/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 11/14/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 11/15/2012 | Hotel accommodation in Seattle, WA. | $211.24 |
| Farrell, Matt | 11/26/2012 | Hotel accommodation in Seattle, WA. | $217.19 |
| Farrell, Matt | 11/27/2012 | Hotel accommodation in Seattle, WA. | $217.19 |
| Farrell, Matt | 11/28/2012 | Hotel accommodation in Seattle, WA. | $217.19 |
| Farrell, Matt | 12/03/2012 | Hotel accommodation in Seattle, WA. | $188.12 |
| Farrell, Matt | 12/04/2012 | Hotel accommodation in Seattle, WA. | $188.12 |
| Farrell, Matt | 12/05/2012 | Hotel accommodation in Seattle, WA. | $188.12 |
| Farrell, Matt | 12/06/2012 | Hotel accommodation in Seattle, WA. | $188.12 |
| Subtotal for Hotel: | | | $6,238.37 |
| **Meals - Travel** | | | |
| Farrell, Matt | 10/10/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/10/2012 | Dinner for M. Farrell in Seattle, WA. | $28.83 |
| Farrell, Matt | 10/10/2012 | Lunch for M. Farrell in Seattle, WA. | $6.30 |
| Farrell, Matt | 10/11/2012 | Dinner for M. Farrell in Seattle, WA. | $6.12 |
| Farrell, Matt | 10/11/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/11/2012 | Lunch for M. Farrell in Seattle, WA. | $11.07 |
| Farrell, Matt | 10/12/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/15/2012 | Dinner for M. Farrell in Seattle, WA. | $30.19 |
| Farrell, Matt | 10/16/2012 | Lunch for M. Farrell in Seattle, WA. | $7.40 |
| Farrell, Matt | 10/16/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/16/2012 | Dinner for M. Farrell in Seattle, WA. | $20.28 |

# TC Global, Inc.

# Deloitte Financial Advisory Services LLP

# Expenses Sorted by Category for the Fee Period

# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| **Meals - Travel** | | | |
| Farrell, Matt | 10/17/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/17/2012 | Lunch for M. Farrell in Seattle, WA. | $7.40 |
| Farrell, Matt | 10/17/2012 | Dinner for M. Farrell in Seattle, WA. | $16.41 |
| Farrell, Matt | 10/18/2012 | Lunch for M. Farrell in Seattle, WA. | $7.67 |
| Farrell, Matt | 10/18/2012 | Breakfast for M. Farrell in Seattle, WA. | $5.95 |
| Farrell, Matt | 10/18/2012 | Dinner for M. Farrell in Seattle, WA. | $27.03 |
| Farrell, Matt | 10/19/2012 | Lunch for M. Farrell in Seattle, WA. | $12.33 |
| Farrell, Matt | 10/19/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Baldwin, Gene | 10/21/2012 | Dinner for G. Baldwin in Seattle, WA. | $29.95 |
| Farrell, Matt | 10/22/2012 | Dinner for M. Farrell and G. Baldwin in Seattle, WA. | $72.77 |
| Farrell, Matt | 10/23/2012 | Breakfast for M. Farrell in Seattle, WA. | $15.09 |
| Farrell, Matt | 10/23/2012 | Dinner for M. Farrell and G. Baldwin in Seattle, WA. | $100.00 |
| Farrell, Matt | 10/23/2012 | Lunch for M. Farrell in Seattle, WA. | $12.02 |
| Farrell, Matt | 10/24/2012 | Dinner for M. Farrell in Seattle, WA. | $41.75 |
| Farrell, Matt | 10/24/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/25/2012 | Dinner for M. Farrell in Seattle, WA. | $30.81 |
| Farrell, Matt | 10/25/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 10/25/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/26/2012 | Breakfast for M. Farrell in Seattle, WA. | $9.56 |
| Farrell, Matt | 10/26/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 10/29/2012 | Dinner for M. Farrell in Seattle, WA. | $15.27 |
| Farrell, Matt | 10/30/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 10/30/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/30/2012 | Dinner for M. Farrell in Seattle, WA. | $41.75 |
| Farrell, Matt | 10/31/2012 | Dinner for M. Farrell in Seattle, WA. | $41.75 |
| Farrell, Matt | 10/31/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 10/31/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 11/01/2012 | Dinner for M. Farrell in Seattle, WA. | $13.91 |
| Farrell, Matt | 11/01/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/01/2012 | Lunch for M. Farrell in Seattle, WA. | $6.02 |
| Farrell, Matt | 11/02/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/02/2012 | Dinner for M. Farrell in Seattle, WA. | $12.11 |
| Farrell, Matt | 11/06/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/06/2012 | Dinner for M. Farrell in Seattle, WA. | $36.21 |
| Farrell, Matt | 11/06/2012 | Lunch for M. Farrell in Seattle, WA. | $9.47 |
| Farrell, Matt | 11/07/2012 | Lunch for M. Farrell in Seattle, WA. | $11.26 |
| Farrell, Matt | 11/07/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| **_Meals - Travel_** | | | |
| Farrell, Matt | 11/07/2012 | Dinner for M. Farrell in Seattle, WA. | $22.86 |
| Farrell, Matt | 11/08/2012 | Dinner for M. Farrell in Seattle, WA. | $44.23 |
| Farrell, Matt | 11/08/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/08/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 11/09/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/09/2012 | Lunch for M. Farrell in Seattle, WA. | $7.40 |
| Farrell, Matt | 11/12/2012 | Dinner for M. Farrell in Seattle, WA. | $15.27 |
| Farrell, Matt | 11/13/2012 | Dinner for M. Farrell in Seattle, WA. | $41.75 |
| Farrell, Matt | 11/13/2012 | Lunch for M. Farrell in Seattle, WA. | $12.17 |
| Farrell, Matt | 11/13/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/14/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/14/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 11/14/2012 | Dinner for M. Farrell in Seattle, WA. | $22.59 |
| Farrell, Matt | 11/15/2012 | Dinner for M. Farrell in Seattle, WA. | $26.34 |
| Farrell, Matt | 11/15/2012 | Lunch for M. Farrell in Seattle, WA. | $6.02 |
| Farrell, Matt | 11/15/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/16/2012 | Lunch for M. Farrell in Seattle, WA. | $9.11 |
| Farrell, Matt | 11/16/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/27/2012 | Dinner for M. Farrell in Seattle, WA. | $29.63 |
| Farrell, Matt | 11/27/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/27/2012 | Lunch for M. Farrell in Seattle, WA. | $7.95 |
| Farrell, Matt | 11/28/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 11/28/2012 | Lunch for M. Farrell in Seattle, WA. | $10.45 |
| Farrell, Matt | 11/28/2012 | Dinner for M. Farrell in Seattle, WA. | $29.63 |
| Farrell, Matt | 11/29/2012 | Breakfast for M. Farrell in Seattle, WA. | $8.85 |
| Farrell, Matt | 12/03/2012 | Dinner in Seattle, WA. | $15.27 |
| Farrell, Matt | 12/04/2012 | Dinner in Seattle, WA. | $25.43 |
| Farrell, Matt | 12/04/2012 | Breakfast in Seattle, WA. | $5.95 |
| Farrell, Matt | 12/04/2012 | Lunch in Seattle, WA. | $11.26 |
| Farrell, Matt | 12/05/2012 | Breakfast in Seattle, WA. | $8.85 |
| Farrell, Matt | 12/05/2012 | Lunch in Seattle, WA. | $9.36 |
| Farrell, Matt | 12/05/2012 | Dinner in Seattle, WA. | $41.75 |
| Farrell, Matt | 12/06/2012 | Dinner in Seattle, WA. | $33.09 |
| Farrell, Matt | 12/06/2012 | Breakfast in Seattle, WA. | $5.95 |
| Farrell, Matt | 12/06/2012 | Lunch in Seattle, WA. | $6.55 |
| Farrell, Matt | 12/07/2012 | Dinner in Seattle, WA. | $13.99 |
| Farrell, Matt | 12/07/2012 | Breakfast in Seattle, WA. | $19.97 |
| Subtotal for Meals - Travel: | | | $1,420.75 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| *Miscellaneous Expenses* | | | |
| Farrell, Matt | 10/15/2012 | In-flight internet charge to review DIP. | $9.95 |
| Farrell, Matt | 10/22/2012 | In-flight internet charge to respond to client emails. | $14.02 |
| Farrell, Matt | 11/02/2012 | In-flight internet charge to respond to client emails. | $12.95 |
| Farrell, Matt | 11/09/2012 | In-flight internet charge to respond to client emails. | $6.00 |
| Farrell, Matt | 11/26/2012 | In-flight internet charge to respond to client emails. | $6.50 |
| Farrell, Matt | 11/29/2012 | In-flight internet charge to respond to client emails. | $6.00 |
| Farrell, Matt | 12/07/2012 | Internet access while on flight for client use. | $6.00 |
| Subtotal for Miscellaneous Expenses: | | | $61.42 |
| *Parking - Travel* | | | |
| Farrell, Matt | 10/10/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Farrell, Matt | 10/15/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $141.29 |
| Farrell, Matt | 10/15/2012 | Hotel parking expense for M. Farrell. | $43.88 |
| Farrell, Matt | 10/16/2012 | Hotel parking expense for M. Farrell. | $43.88 |
| Farrell, Matt | 10/17/2012 | Hotel parking expense for M. Farrell. | $43.88 |
| Farrell, Matt | 10/18/2012 | Hotel parking expense for M. Farrell. | $43.88 |
| Farrell, Matt | 10/22/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $141.29 |
| Farrell, Matt | 10/22/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Farrell, Matt | 10/23/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Baldwin, Gene | 10/24/2012 | Airport parking in Kansas City, MO - 3 days. | $69.00 |
| Farrell, Matt | 10/24/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Farrell, Matt | 10/25/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Farrell, Matt | 10/29/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $141.29 |
| Farrell, Matt | 10/29/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Farrell, Matt | 10/30/2012 | Hotel parking expense for M. Farrell. | $43.00 |
| Farrell, Matt | 10/31/2012 | Hotel parking expense for M. Farrell. | $41.00 |
| Farrell, Matt | 11/01/2012 | Hotel parking expense for M. Farrell. | $41.00 |
| Farrell, Matt | 11/05/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $141.29 |
| Farrell, Matt | 11/05/2012 | Hotel parking expense for M. Farrell - 4 days. | $175.52 |
| Farrell, Matt | 11/12/2012 | Hotel parking expense for M. Farrell - 4 days. | $172.00 |
| Farrell, Matt | 11/12/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $141.29 |
| Farrell, Matt | 11/19/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $141.29 |
| Farrell, Matt | 11/26/2012 | Hotel parking expense for M. Farrell - 3 days. | $135.45 |
| Farrell, Matt | 11/30/2012 | Airport parking charges for M. Farrell at DFW airport - 4 days. | $115.03 |
| Farrell, Matt | 12/03/2012 | Hotel parking in Seattle, WA. | $172.00 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| **_Parking - Travel_** | | | |
| Farrell, Matt | 12/04/2012 | Parking in Seattle, WA, for meeting. | $19.00 |
| Farrell, Matt | 12/10/2012 | Airport parking in Dallas, TX - 4 days. | $141.29 |
| Subtotal for Parking - Travel: | | | $2,405.55 |
| **_Taxi_** | | | |
| Baldwin, Gene | 10/21/2012 | Taxi from Seattle Airport to TCG headquarters. | $56.10 |
| Baldwin, Gene | 10/24/2012 | Taxi from hotel to Seattle Airport. | $51.60 |
| Subtotal for Taxi: | | | $107.70 |
| **_Telephone, Conference_** | | | |
| Farrell, Matt | 10/10/2012 | Conference call expense related to Tully's for M. Farrell. | $1.90 |
| Farrell, Matt | 10/11/2012 | Conference call expense related to Tully's for M. Farrell. | $0.52 |
| Farrell, Matt | 10/20/2012 | Conference call expense related to Tully's for M. Farrell. | $5.55 |
| Farrell, Matt | 10/23/2012 | Conference call expense related to Tully's for M. Farrell. | $1.40 |
| Farrell, Matt | 10/31/2012 | Conference call expense related to Tully's for M. Farrell. | $1.11 |
| Farrell, Matt | 11/05/2012 | Conference call expense related to Tully's for M. Farrell. | $1.76 |
| Farrell, Matt | 11/07/2012 | Conference call expense related to Tully's for M. Farrell. | $1.01 |
| Farrell, Matt | 11/11/2012 | Conference call expense related to Tully's for M. Farrell. | $0.90 |
| Farrell, Matt | 11/13/2012 | Conference call expense related to Tully's for M. Farrell. | $3.25 |
| Farrell, Matt | 11/14/2012 | Conference call expense related to Tully's for M. Farrell. | $6.04 |
| Farrell, Matt | 11/19/2012 | Conference call expense related to Tully's for M. Farrell. | $2.28 |
| Farrell, Matt | 11/19/2012 | Conference call expense related to Tully's for M. Farrell. | $2.03 |
| Farrell, Matt | 11/19/2012 | Conference call expense related to Tully's for M. Farrell. | $3.78 |
| Farrell, Matt | 11/20/2012 | Conference call expense related to Tully's for M. Farrell. | $10.06 |
| Farrell, Matt | 11/21/2012 | Conference call expense related to Tully's for M. Farrell. | $1.54 |
| Farrell, Matt | 11/27/2012 | Conference call expense related to Tully's for M. Farrell. | $0.62 |
| Farrell, Matt | 11/30/2012 | Conference call expense related to Tully's for M. Farrell. | $1.20 |
| Farrell, Matt | 12/04/2012 | Conference call expense related to Tully's for M. Farrell. | $2.62 |
| Farrell, Matt | 12/10/2012 | Conference call expense related to Tully's for M. Farrell. | $6.98 |
| Farrell, Matt | 12/12/2012 | Conference call expense related to Tully's for M. Farrell. | $13.61 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# October 10, 2012 - December 31, 2012

| Category | Date | Description | Amount |
|---|---|---|---|
| *Telephone, Conference* | | | |
| Farrell, Matt | 12/12/2012 | Conference call expense related to Tully's for M. Farrell. | $8.77 |
| Farrell, Matt | 12/14/2012 | Conference call expense related to Tully's for M. Farrell. | $3.58 |
| Farrell, Matt | 12/19/2012 | Conference call expense related to Tully's for M. Farrell. | $2.36 |
| Farrell, Matt | 12/21/2012 | Conference call expense related to Tully's for M. Farrell. | $0.21 |
| Farrell, Matt | 12/21/2012 | Conference call expense related to Tully's for M. Farrell. | $3.57 |
| Farrell, Matt | 12/21/2012 | Conference call expense related to Tully's for M. Farrell. | $7.48 |
| Farrell, Matt | 12/24/2012 | Conference call expense related to Tully's for M. Farrell. | $2.01 |
| Farrell, Matt | 12/27/2012 | Conference call expense related to Tully's for M. Farrell. | $6.31 |
| Farrell, Matt | 12/28/2012 | Conference call expense related to Tully's for M. Farrell. | $8.96 |
| Farrell, Matt | 12/28/2012 | Conference call expense related to Tully's for M. Farrell. | $2.82 |
| Farrell, Matt | 12/28/2012 | Conference call expense related to Tully's for M. Farrell. | $8.01 |
| Farrell, Matt | 12/28/2012 | Conference call expense related to Tully's for M. Farrell. | $1.73 |
| Subtotal for Telephone, Conference: | | | $123.97 |
| Total | | | $22,585.55 |

## Recapitulation

| Category | Amount |
|---|---|
| Airfare | $10,354.76 |
| Hotel | $6,238.37 |
| Parking - Travel | $2,405.55 |
| Auto Rental - Travel | $1,873.03 |
| Meals - Travel | $1,420.75 |
| Telephone, Conference | $123.97 |
| Taxi | $107.70 |
| Miscellaneous Expenses | $61.42 |