# Exhibit A

**Professional Fees for the Period
January 1, 2013 through January 31, 2013**

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Fees Summary by Category
# January 01, 2013 - January 31, 2013

| Categories | Hours | Fees |
|---|---:|---:|
| Asset Disposition | 175.7 | $87,559.50 |
| Cash Flow Projections | 6.1 | $2,723.50 |
| Claims | 0.6 | $261.00 |
| Creditor Interaction | 1.6 | $696.00 |
| Non-Working Travel | 96.0 | $23,505.00 |
| Preparation of Fee Applications | 28.0 | $6,939.50 |
| Fee's Category Subtotal : | 308.0 | $121,684.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| *Asset Disposition* | | | | | |
| 01/01/2013 | | | | | |
| | Baldwin, Gene | Call with M. Farrell (CRG) regarding absolute priority schedule, auction and Boeing. | $575.00 | 0.3 | $172.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) regarding follow-up and process. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Call with G. Baldwin (CRG) regarding absolute priority schedule, auction and Boeing. | $435.00 | 0.3 | $130.50 |
| 01/02/2013 | | | | | |
| | Baldwin, Gene | Participate in board call with M. Farrell (CRG), S. Pearson (TCG) and board members regarding sale process and auction update. | $575.00 | 0.8 | $460.00 |
| | Baldwin, Gene | Review bid procedures in preparation for auction. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Call with S. Pearson on sale auction management. | $575.00 | 0.4 | $230.00 |
| | Carringer, Rob | Call with G. Bush on sale auction management. | $575.00 | 0.4 | $230.00 |
| | Carringer, Rob | Call with M. Farrell (CRG) regarding auction process. | $575.00 | 0.2 | $115.00 |
| | Carringer, Rob | Correspond via email with team and company on pending auction. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Prepare for auction - review all submitted bids, bid options, procedures and develop the bid process overview. | $575.00 | 1.5 | $862.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) regarding auction issues. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Respond to vendor requests regarding bidder information and request additional information from certain bidders. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Analyze equipment leases in relation to bidding and auction value. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Call with R. Carringer (CRG) regarding auction process. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Analyze gift card analysis, value and treatment of gift cards in asset purchase agreement. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Draft and finalize absolute priority schedule with all support and bid model. | $435.00 | 2.1 | $913.50 |
| | Farrell, Matt | Calls with interested parties regarding last-minute process questions. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Participate in board call with G. Baldwin (CRG), S. Pearson (TCG) and board members regarding sale process and auction update. | $435.00 | 0.8 | $348.00 |
| 01/03/2013 | | | | | |
| | Baldwin, Gene | Participate in another round of bidding with auction participants and analyze results. | $575.00 | 1.0 | $575.00 |
| | Baldwin, Gene | Speak with bidders regarding questions and concerns. | $575.00 | 1.5 | $862.50 |
| | Baldwin, Gene | Participate in another round of bidding and analyze results. | $575.00 | 1.0 | $575.00 |
| | Baldwin, Gene | Participate in auction, analyze bids and ask questions of bidders. | $575.00 | 2.5 | $1,437.50 |
| | Baldwin, Gene | Participate in preparation meetings and answering questions and concerns with all bidders. | $575.00 | 2.0 | $1,150.00 |
| | Baldwin, Gene | Participate in final rounds of bidding among auction participants. | $575.00 | 2.0 | $1,150.00 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

*Asset Disposition*

01/03/2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| | Baldwin, Gene | Participate in other rounds of bidding among auction participants. | $575.00 | 1.0 | $575.00 |
| | Baldwin, Gene | Participate in discussions with bidders regarding process issues, concerns and questions. | $575.00 | 2.0 | $1,150.00 |
| | Baldwin, Gene | Meet with M. Farrell (CRG), R. Carringer (CRG), G. Bush (BSK), J. Day (BSK), S. Pearson (TCG) and C. Campbell (TCG) to prepare for auction. | $575.00 | 1.5 | $862.50 |
| | Baldwin, Gene | Prepare for meeting with M. Farrell (CRG) and R. Carringer (CRG) regarding open items and issues for auction. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Participate in auction, analyze bids and ask questions of bidders. | $575.00 | 2.5 | $1,437.50 |
| | Carringer, Rob | Participate in another round of bidding and analyze results. | $575.00 | 1.0 | $575.00 |
| | Carringer, Rob | Speak with bidders regarding questions and concerns. | $575.00 | 1.5 | $862.50 |
| | Carringer, Rob | Participate in another round of bidding with auction participants and analyze results. | $575.00 | 1.0 | $575.00 |
| | Carringer, Rob | Prepare for meeting with M. Farrell (CRG) and G. Baldwin (CRG) regarding open items and issues for auction. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Meet with M. Farrell (CRG), G. Baldwin (CRG), G. Bush (BSK), J. Day (BSK), S. Pearson (TCG) and C. Campbell (TCG) to prepare for auction. | $575.00 | 1.5 | $862.50 |
| | Carringer, Rob | Participate in discussions with bidders regarding process issues, concerns and questions. | $575.00 | 2.0 | $1,150.00 |
| | Carringer, Rob | Participate in other rounds of bidding among auction participants. | $575.00 | 1.0 | $575.00 |
| | Carringer, Rob | Participate in final rounds of bidding among auction participants. | $575.00 | 2.0 | $1,150.00 |
| | Carringer, Rob | Participate in preparation meetings and answering questions and concerns with all bidders. | $575.00 | 2.0 | $1,150.00 |
| | Farrell, Matt | Participate in discussions with bidders regarding process issues, concerns and questions. | $435.00 | 2.0 | $870.00 |
| | Farrell, Matt | Participate in other rounds of bidding among auction participants. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Participate in another round of bidding with auction participants and analyze results. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Meet with G. Baldwin (CRG), R. Carringer (CRG), G. Bush (BSK), J. Day (BSK), S. Pearson (TCG) and C. Campbell (TCG) to prepare for auction. | $435.00 | 1.5 | $652.50 |
| | Farrell, Matt | Prepare for meeting with G. Baldwin (CRG) and R. Carringer (CRG) regarding open items and issues for auction. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Participate in final rounds of bidding among auction participants. | $435.00 | 2.0 | $870.00 |
| | Farrell, Matt | Continue working on absolute priority schedule with all support and bid model. | $435.00 | 1.7 | $739.50 |
| | Farrell, Matt | Participate in preparation meetings and answering questions and concerns with all bidders. | $435.00 | 2.0 | $870.00 |
| | Farrell, Matt | Participate in auction, analyze bids and ask questions of bidders. | $435.00 | 2.5 | $1,087.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Asset Disposition* | | | | |
| 01/03/2013 | | | | |
| Farrell, Matt | Participate in another round of bidding and analyze results. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Speak with bidders regarding questions and concerns. | $435.00 | 1.5 | $652.50 |
| 01/04/2013 | | | | |
| Carringer, Rob | Call with G. Bush on auction summary and issues. | $575.00 | 0.3 | $172.50 |
| Carringer, Rob | Develop summary notes on auction. | $575.00 | 1.0 | $575.00 |
| Farrell, Matt | Call with successful bidder regarding questions on bidding. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Create cash covenant and updated cash flow forecast. | $435.00 | 0.3 | $130.50 |
| 01/05/2013 | | | | |
| Carringer, Rob | Read and respond to email from G. Bush on bidding. | $575.00 | 0.3 | $172.50 |
| Carringer, Rob | Call with G. Bush on Starbucks position. | $575.00 | 0.5 | $287.50 |
| 01/06/2013 | | | | |
| Farrell, Matt | Call with S. Pearson (TCG) regarding process issues and preparation for court hearing. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Call with G. Bush (BSK) regarding asset purchase agreement issues. | $435.00 | 0.2 | $87.00 |
| 01/07/2013 | | | | |
| Baldwin, Gene | Prepare report of the activities at the auction. | $575.00 | 1.4 | $805.00 |
| Baldwin, Gene | Call with M. Farrell regarding engagement status. | $575.00 | 0.6 | $345.00 |
| Carringer, Rob | Prepare for sale hearing regarding auction process. | $575.00 | 1.1 | $632.50 |
| Farrell, Matt | Participate in board call with G. Bush (BSK) and S. Pearson (TCG) regarding auction update. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Create bid summary package for G. Bush (BSK). | $435.00 | 1.9 | $826.50 |
| Farrell, Matt | Call with G. Baldwin regarding engagement status. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Create SBUX bid package with bids from auction and asset purchase agreement sent to G. Bush (BSK). | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Revise auction / bid memo from G. Bush (BSK). | $435.00 | 1.0 | $435.00 |
| 01/08/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding engagement status. | $575.00 | 0.5 | $287.50 |
| Carringer, Rob | Prepare Tully's bid summaries. | $575.00 | 1.0 | $575.00 |
| Farrell, Matt | Call with G. Baldwin regarding engagement status. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Revise adequate assurance data site for revised documents. | $435.00 | 0.3 | $130.50 |
| 01/09/2013 | | | | |
| Carringer, Rob | Meet with M. Farrell (CRG), G. Bush (BSK) and J. Day (BSK) regarding open items and issues pending sale hearing. | $575.00 | 1.0 | $575.00 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2013 - January 31, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Asset Disposition* | | | | | |
| 01/09/2013 | | | | | |
| | Carringer, Rob | Finalize draft of affidavit for auction process. | $575.00 | 0.8 | $460.00 |
| | Carringer, Rob | Draft affidavit on the auction process. | $575.00 | 1.5 | $862.50 |
| | Carringer, Rob | Revise the auction description for the court affidavit. | $575.00 | 1.5 | $862.50 |
| | Carringer, Rob | Review while noting explanation on various filed objections. | $575.00 | 1.1 | $632.50 |
| | Carringer, Rob | Review and provide mark up to G. Bush on the overall memo draft for the court. | $575.00 | 1.5 | $862.50 |
| | Carringer, Rob | Meet with G. Bush and C. Tobin on affidavits and court memo to be filed. | $575.00 | 1.5 | $862.50 |
| | Farrell, Matt | Reconcile bid confirmations to larger summary of bids produced at auction. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) and C. Campbell (TCG) regarding objection questions. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Download data room listing and count documents for declaration, send to bankruptcy attorneys. | $435.00 | 0.1 | $43.50 |
| | Farrell, Matt | Read and provide comments on declarations for sale hearing. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Create absolute priority schedule with supporting documents and footnotes, to be filed with Declaration. | $435.00 | 1.9 | $826.50 |
| | Farrell, Matt | Revise bid analysis for comments from R. Carringer (CRG) and G. Bush (BSK). | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Research and draft notes and discussion for declaration in support of sale, including sale process, liquidity and absolute priority schedule. | $435.00 | 1.5 | $652.50 |
| | Farrell, Matt | Research cure and sale objections filed by various parties. | $435.00 | 2.0 | $870.00 |
| | Farrell, Matt | Call with S. Pearson (TCG) and C. Campbell (TCG) regarding short-term cash issues. | $435.00 | 0.7 | $304.50 |
| | Farrell, Matt | Meet with R. Carringer (CRG), G. Bush (BSK) and J. Day (BSK) regarding open items and issues pending sale hearing. | $435.00 | 1.0 | $435.00 |
| 01/10/2013 | | | | | |
| | Carringer, Rob | Review the attorney edits to RAC affidavit. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Meet with G. Bush, J. Day on actions to cover today. | $575.00 | 0.2 | $115.00 |
| | Carringer, Rob | Final review and edits on the court ready affidavits for M. Farrell and S. Pearson. | $575.00 | 1.3 | $747.50 |
| | Carringer, Rob | Create an alternative auction process in the event it is required by the court. | $575.00 | 0.8 | $460.00 |
| | Carringer, Rob | Meet with M. Farrell (CRG) to discuss potential arguments and responses from objecting parties. | $575.00 | 1.0 | $575.00 |
| | Carringer, Rob | Review and revise S. Pearson affidavit. | $575.00 | 0.8 | $460.00 |
| | Carringer, Rob | Prepare for sale hearing including review UCC statement, Debtor declaration and asset purchase agreement review. | $575.00 | 1.0 | $575.00 |
| | Carringer, Rob | Meet with G. Bush to prepare for opening testimony and oral arguments. | $575.00 | 1.0 | $575.00 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Asset Disposition* | | | | |
| 01/10/2013 | | | | |
| Carringer, Rob | Meet with S. Pearson (TCG), C. Campbell (TCG) and M. Farrell (CRG) regarding process issues, open items and gift card transaction detail in preparation for sale hearing. | $575.00 | 2.5 | $1,437.50 |
| Farrell, Matt | Finalize declaration for sale hearing. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Meet with R. Carringer (CRG) to discuss potential arguments and responses from objecting parties. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Read Global Baristas revised asset purchase agreement blackline and provide comments to G. Bush (BSK). | $435.00 | 1.3 | $565.50 |
| Farrell, Matt | Reconcile bid summary to bid model from auction to ensure consistency. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Update absolute priority schedule to be consistent with changes in declaration. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Meet with S. Pearson (TCG), C. Campbell (TCG) and R. Carringer (CRG) regarding process issues, open items and gift card transaction detail in preparation for sale hearing. | $435.00 | 2.5 | $1,087.50 |
| Farrell, Matt | Analyze and provide further comments to declarations for sale hearing. | $435.00 | 1.3 | $565.50 |
| 01/11/2013 | | | | |
| Baldwin, Gene | Review filings for hearing. | $575.00 | 1.0 | $575.00 |
| Carringer, Rob | Attend sale hearing at courthouse with Judge Overstreet. | $575.00 | 4.3 | $2,472.50 |
| Carringer, Rob | Prepare for sale hearing with Tully's management team and debtor counsels. | $575.00 | 2.5 | $1,437.50 |
| Carringer, Rob | Meet with M. Farrell (CRG) and G. Bush (BSK) regarding strategy for sale hearing. | $575.00 | 1.5 | $862.50 |
| Farrell, Matt | Meet with R. Carringer (CRG) and G. Bush (BSK) regarding strategy for sale hearing. | $435.00 | 1.5 | $652.50 |
| Farrell, Matt | Attend sale hearing at courthouse with Judge Overstreet. | $435.00 | 4.3 | $1,870.50 |
| Farrell, Matt | Prepare for sale hearing. | $435.00 | 1.0 | $435.00 |
| 01/12/2013 | | | | |
| Carringer, Rob | Summarize notes and actions coming out of sale hearing. | $575.00 | 1.0 | $575.00 |
| 01/14/2013 | | | | |
| Baldwin, Gene | Discuss closing issues with M. Farrell. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Discuss closing issues with G. Baldwin. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Draft close listing and post-close list for estate. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with Omni regarding post-close claims work. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Call with G. Bush (BSK) regarding post-close thoughts. | $435.00 | 0.5 | $217.50 |
| 01/15/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell (CRG) regarding close items and issues. | $575.00 | 0.4 | $230.00 |
| Farrell, Matt | Analyze and provide comments to Investor questions regarding sale outcome and process. | $435.00 | 0.2 | $87.00 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|

*Asset Disposition*

| Date | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| 01/15/2013 | | | | |
| Farrell, Matt | Complete transaction closing items. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Update absolute priority schedule and recoveries from updated cash flow forecast. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Prioritize list of closing items and send to S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding close items and issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Meet with C. Campbell (TCG) and S. Pearson (TCG) regarding close and process questions as well as items to complete for close. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Reconcile executed non disclosure agreement's and process remaining non disclosure agreement's that need executed by Debtor. | $435.00 | 1.2 | $522.00 |
| Farrell, Matt | Prepare and send debtor in possession lender covenant and cash flow forecast with summary of results and next steps. | $435.00 | 0.5 | $217.50 |
| 01/16/2013 | | | | |
| Baldwin, Gene | Update the closing process. | $575.00 | 0.6 | $345.00 |
| Carringer, Rob | Call with M. Farrell on sales closing issues. | $575.00 | 0.3 | $172.50 |
| Farrell, Matt | Call with R. Carringer on sales closing issues. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Revise closing checklist, send to group. | $435.00 | 1.2 | $522.00 |
| Farrell, Matt | Call with G. Bush (BSK) regarding close issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Resolve close issues related to items prepared by Debtor versus buyer. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Meet with G. Bush (BSK), S. Pearson (TCG), C. Campbell (TCG) and buyer regarding close. | $435.00 | 2.0 | $870.00 |
| 01/17/2013 | | | | |
| Baldwin, Gene | Review cure costs and other matters. | $575.00 | 1.0 | $575.00 |
| Baldwin, Gene | Call with M. Farrell regarding engagement status update. | $575.00 | 0.4 | $230.00 |
| Farrell, Matt | Call with G. Baldwin regarding engagement status update. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Speak with G. Bush (BSK) regarding sale order and cash issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Follow-up on sale closing open items. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update close checklist for meeting with buyer. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Review draft sales order and provide comments. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Speak to S. Pearson (TCG) regarding sale and close open items and issues. | $435.00 | 0.9 | $391.50 |
| 01/18/2013 | | | | |
| Farrell, Matt | Read sale motion language regarding GMCR. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Call with G. Bush (BSK) regarding cash and sale issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Finalize and send out sale checklist and resolve sale issues. | $435.00 | 0.5 | $217.50 |

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Asset Disposition*

01/18/2013
| | Farrell, Matt | Speak with S. Pearson (TCG) regarding cash and sale issues. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Draft and send termination letter to S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.2 | $87.00 |

01/22/2013
| | Baldwin, Gene | Call with M. Farrell (CRG) regarding close progress and issues. | $575.00 | 1.0 | $575.00 |
| | Farrell, Matt | Call with G. Baldwin (CRG) regarding close progress and issues. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | All-hands call regarding closing checklist and progress. | $435.00 | 0.7 | $304.50 |
| | Farrell, Matt | Follow-up meeting with S. Pearson (TCG) and C. Campbell (TCG) regarding close issues. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Call with debtor in possession lender regarding close update. | $435.00 | 0.3 | $130.50 |

01/23/2013
| | Baldwin, Gene | Status call with M. Farrell regarding close issues. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Call with M. Farrell on process and issues with closing date. | $575.00 | 0.4 | $230.00 |
| | Farrell, Matt | Continue to follow-up on open items to close with team. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close issues. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Call with R. Carringer on process and issues with closing date. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Meet with C. Campbell (TCG) and S. Pearson (TCG) regarding close open items. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Call with buyer regarding certain open items. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Edit close checklist and send to group. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Call with G. Bush (TCG) regarding close issues and open items. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Follow-up on closing open items with team. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Update absolute priority schedule for new assumptions and new close date. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Call with G. Baldwin (CRG) regarding close issues. | $435.00 | 0.5 | $217.50 |

01/24/2013
| | Baldwin, Gene | Status call with M. Farrell regarding international licensee. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Update call with M. Farrell (CRG) regarding close status. | $575.00 | 0.2 | $115.00 |
| | Carringer, Rob | Subsequent analysis regarding closing independence issue. | $575.00 | 1.0 | $575.00 |
| | Farrell, Matt | Status call with G. Baldwin regarding international licensee. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Analyze vacation and sick pay policy as well as balances by person. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Call with G. Bush (BSK) and S. Pearson (TCG) regarding closing date issues, resolutions and next steps. | $435.00 | 0.7 | $304.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Asset Disposition* | | | | | |
| 01/24/2013 | | | | | |
| | Farrell, Matt | Speak with C. Campbell (TCG) regarding timing of close and potential issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with P. Lamb (CBS) regarding open items to close and Asian joint venture issue. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Update call with R. Carringer (CRG) regarding close status. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Follow-up on open items. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Create and send covenant and cash flow to debtor in possession lender. | $435.00 | 0.4 | $174.00 |
| 01/25/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell regarding sale process. | $575.00 | 0.5 | $287.50 |
| | Carringer, Rob | Call with interested party regarding Tully's opportunity and process. | $575.00 | 0.6 | $345.00 |
| | Farrell, Matt | Update call with G. Baldwin regarding sale process. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Participate in closing checklist call. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Revise gift card aging and send to buyer group. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Analyze data room file access from sale process. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Revise closing checklist from update call and send to group. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Read and respond to email regarding closing process and issues from TCG management and buyer. | $435.00 | 0.5 | $217.50 |
| 01/28/2013 | | | | | |
| | Farrell, Matt | Call with buyer regarding open items and timing for close. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with G. Bush (BSK), P. Lamb (CBS) and S. Pearson (TCG) regarding international issues and closing. | $435.00 | 1.2 | $522.00 |
| | Farrell, Matt | Draft consent letter for key relationship and send to S. Pearson (TCG) and G. Bush (BSK) for review and comment. | $435.00 | 0.3 | $130.50 |
| 01/29/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell regarding sale process issues. | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Update call with G. Baldwin regarding sale process issues. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Resolve and follow-up on open items related to close. | $435.00 | 1.8 | $783.00 |
| 01/30/2013 | | | | | |
| | Baldwin, Gene | Participate in board call regarding close process, post-close items and other. | $575.00 | 1.0 | $575.00 |
| | Farrell, Matt | Call with Heartland regarding process to close and open items. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Participate in board call regarding close process, post-close items and other. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Analyze stalking horse motion for payment of break-up fee. | $435.00 | 0.2 | $87.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Asset Disposition*

| | | | | | |
|---|---|---|---|---|---|
| 01/30/2013 | | | | | |
| | Farrell, Matt | Call with G. Bush (BSK) regarding closing issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Read and respond to emails from C. Campbell (TCG) regarding cures. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with Global Baristas, S. Pearson (TCG), C. Campbell (TCG) and G. Bush (BSK) regarding closing list. | $435.00 | 1.2 | $522.00 |
| | Farrell, Matt | Resolve certain consent and communication issues regarding close. | $435.00 | 0.7 | $304.50 |
| | Farrell, Matt | Call with G. Bush (BSK) and S. Pearson (TCG) regarding Boeing issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with Global Baristas, S. Pearson (TCG) and G. Bush (BSK) regarding Boeing open items. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Resolve close issues and follow-up on open items. | $435.00 | 0.4 | $174.00 |
| 01/31/2013 | | | | | |
| | Baldwin, Gene | Sale process update call with M. Farrell (CRG). | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Update closing checklist from update call and follow-up on open items. | $435.00 | 2.0 | $870.00 |
| | Farrell, Matt | Begin drafting prorations file and calculations. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Sale process update call with G. Baldwin (CRG). | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) and C. Campbell (TCG) regarding close issues and open items. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Create funds flow spreadsheet and send to group for review. | $435.00 | 1.5 | $652.50 |
| | Farrell, Matt | Create covenant test, cash flow and send via email with summary to DIP lender. | $435.00 | 0.5 | $217.50 |
| | Subtotal for Asset Disposition: | | | 175.7 | $87,559.50 |

*Cash Flow Projections*

| | | | | | |
|---|---|---|---|---|---|
| 01/08/2013 | | | | | |
| | Carringer, Rob | Review cash flow projection. | $575.00 | 0.5 | $287.50 |
| 01/09/2013 | | | | | |
| | Farrell, Matt | Revise cash flow forecast, update for actual information and add additional week. | $435.00 | 0.7 | $304.50 |
| 01/10/2013 | | | | | |
| | Farrell, Matt | Revise cash flow forecast to change in receipt assumptions. | $435.00 | 0.4 | $174.00 |
| 01/11/2013 | | | | | |
| | Farrell, Matt | Create debtor in possession covenants and prior two weeks of actual receipt and disbursement activity. | $435.00 | 0.6 | $261.00 |
| 01/14/2013 | | | | | |
| | Farrell, Matt | Create updated cash flow forecast, covenant test and actual receipts and disbursements file. | $435.00 | 0.6 | $261.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Cash Flow Projections*

| | | | | |
|---|---|---:|---:|---:|
| 01/15/2013 | | | | |
| Farrell, Matt | Analyze actual cash receipts and product costs for cash flow projections. | $435.00 | 0.3 | $130.50 |
| 01/17/2013 | | | | |
| Farrell, Matt | Revise weekly and daily cash flow projections for changes in receipt assumptions. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Speak with C. Campbell (TCG) regarding cash flow assumptions. | $435.00 | 0.3 | $130.50 |
| 01/21/2013 | | | | |
| Farrell, Matt | Update cash flow files for ending week balance and prior week activity. | $435.00 | 0.3 | $130.50 |
| 01/22/2013 | | | | |
| Farrell, Matt | Draft and send email regarding cash flow forecast and assumptions to buyer. | $435.00 | 0.4 | $174.00 |
| 01/23/2013 | | | | |
| Farrell, Matt | Create analysis of prior week receipts and disbursements. | $435.00 | 0.4 | $174.00 |
| 01/24/2013 | | | | |
| Farrell, Matt | Revise cash flow forecast to changes to rent timing. | $435.00 | 0.4 | $174.00 |
| 01/31/2013 | | | | |
| Farrell, Matt | Analyze projected vendor payments and daily cash receipts and disbursements in order to revise and send to C. Campbell (TCG). | $435.00 | 0.6 | $261.00 |
| Subtotal for Cash Flow Projections: | | | 6.1 | $2,723.50 |

### *Claims*

| | | | | |
|---|---|---:|---:|---:|
| 01/15/2013 | | | | |
| Farrell, Matt | Begin building process with Omni regarding claims reconciliation. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Respond to emails regarding claims reconciliation. | $435.00 | 0.3 | $130.50 |
| Subtotal for Claims: | | | 0.6 | $261.00 |

### *Creditor Interaction*

| | | | | |
|---|---|---:|---:|---:|
| 01/15/2013 | | | | |
| Farrell, Matt | Put together list of vendor requests and research Debtor rights in preparation for call. | $435.00 | 0.3 | $130.50 |
| 01/16/2013 | | | | |
| Farrell, Matt | Call with vendor regarding deposit refund, transition requirements for close and terms. | $435.00 | 1.1 | $478.50 |
| 01/17/2013 | | | | |
| Farrell, Matt | Analyze vendor refund potential from prior reserve. | $435.00 | 0.2 | $87.00 |
| Subtotal for Creditor Interaction: | | | 1.6 | $696.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Non-Working Travel* | | | | |
| 01/02/2013 | | | | |
| Baldwin, Gene | Travel time from Dallas to Seattle for Tully's. | $287.50 | 6.0 | $1,725.00 |
| Carringer, Rob | Travel time from Dallas to Seattle for sale auction. | $287.50 | 7.0 | $2,012.50 |
| Farrell, Matt | Travel time from Dallas to Seattle. | $217.50 | 6.5 | $1,413.75 |
| 01/04/2013 | | | | |
| Baldwin, Gene | Travel time from Seattle to Dallas. | $287.50 | 6.0 | $1,725.00 |
| Carringer, Rob | Travel time from Seattle to Dallas. | $287.50 | 6.5 | $1,868.75 |
| Farrell, Matt | Travel time from Seattle to Dallas. | $217.50 | 6.5 | $1,413.75 |
| 01/08/2013 | | | | |
| Carringer, Rob | Travel time from Dallas to Seattle. | $287.50 | 6.0 | $1,725.00 |
| Farrell, Matt | Travel time from Dallas to Seattle. | $217.50 | 6.5 | $1,413.75 |
| 01/12/2013 | | | | |
| Carringer, Rob | Travel time from Seattle to Dallas. | $287.50 | 6.0 | $1,725.00 |
| Farrell, Matt | Travel time from Seattle to Dallas. | $217.50 | 6.5 | $1,413.75 |
| 01/14/2013 | | | | |
| Farrell, Matt | Travel time from Dallas to Seattle. | $217.50 | 6.5 | $1,413.75 |
| 01/17/2013 | | | | |
| Farrell, Matt | Travel time from Seattle to Dallas. | $217.50 | 6.5 | $1,413.75 |
| 01/21/2013 | | | | |
| Farrell, Matt | Travel time from Dallas to Seattle. | $217.50 | 6.5 | $1,413.75 |
| 01/25/2013 | | | | |
| Farrell, Matt | Travel time from Seattle to Dallas. | $217.50 | 6.5 | $1,413.75 |
| 01/28/2013 | | | | |
| Farrell, Matt | Travel time from Dallas to Seattle. | $217.50 | 6.5 | $1,413.75 |
| Subtotal for Non-Working Travel: | | | 96.0 | $23,505.00 |
| *Preparation of Fee Applications* | | | | |
| 01/02/2013 | | | | |
| Gutierrez, Dalia | Finalize Tully's first monthly fee application data in order to upload to billing tool. | $200.00 | 1.5 | $300.00 |
| Gutierrez, Dalia | Prepare estimated fees and expenses for Tully's for the month of December 2012. | $200.00 | 0.2 | $40.00 |
| Gutierrez, Dalia | Update first monthly fee data per feedback received from C. Austin. | $200.00 | 1.8 | $360.00 |
| 01/03/2013 | | | | |
| Austin, Carisa | Research service list to prepare cover letter and related exhibits for the first monthly fee statement. | $200.00 | 1.4 | $280.00 |
| Gutierrez, Dalia | Prepare reports needed for first monthly fee application. | $200.00 | 0.5 | $100.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## January 01, 2013 - January 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 01/08/2013 | | | | |
|   Gutierrez, Dalia | Review Tully's December fee data. | $200.00 | 2.9 | $580.00 |
|   Gutierrez, Dalia | Review Tully's December expense data. | $200.00 | 0.7 | $140.00 |
|   Gutierrez, Dalia | Continue to review Tully's fee data. | $200.00 | 1.3 | $260.00 |
| 01/10/2013 | | | | |
|   Gutierrez, Dalia | Update December data with feedback received from M. Farrell. | $200.00 | 1.9 | $380.00 |
|   Gutierrez, Dalia | Prepare draft of Tully's second monthly statement for review by C. Austin. | $200.00 | 1.0 | $200.00 |
|   Gutierrez, Dalia | Prepare reports needed for Tully's second monthly statement. | $200.00 | 0.8 | $160.00 |
| 01/15/2013 | | | | |
|   Farrell, Matt | Provide language regarding services provided for first fee application. | $435.00 | 1.0 | $435.00 |
| 01/22/2013 | | | | |
|   Farrell, Matt | Analyze and comment on TCG fee application. | $435.00 | 0.8 | $348.00 |
| 01/25/2013 | | | | |
|   Austin, Carisa | Call with M. Farrell and D. Gutierrez regarding fee and expense detail in first fee application. | $200.00 | 0.6 | $120.00 |
|   Farrell, Matt | Call with C. Austin and D. Gutierrez regarding fee and expense detail in first fee application. | $435.00 | 0.6 | $261.00 |
|   Gutierrez, Dalia | Update Tully's first monthly data with feedback received from M. Farrell. | $200.00 | 3.2 | $640.00 |
|   Gutierrez, Dalia | Call with M. Farrell and C. Austin to discuss first monthly fee and expense data. | $200.00 | 0.6 | $120.00 |
| 01/29/2013 | | | | |
|   Farrell, Matt | Review and comment on first fee application and related fee and expense detail. | $435.00 | 1.8 | $783.00 |
| 01/30/2013 | | | | |
|   Austin, Carisa | Call with M. Farrell and D. Gutierrez regarding changes to first fee application. | $200.00 | 0.5 | $100.00 |
|   Farrell, Matt | Call with C. Austin and D. Gutierrez regarding changes to first fee application. | $435.00 | 0.5 | $217.50 |
|   Farrell, Matt | Make revisions to first fee application. | $435.00 | 1.0 | $435.00 |
|   Gutierrez, Dalia | Call with M. Farrell and C. Austin to discuss updates to Tully's first monthly fee data. | $200.00 | 0.5 | $100.00 |
| 01/31/2013 | | | | |
|   Gutierrez, Dalia | Update Tully's first monthly fee data with feedback received from M. Farrell. | $200.00 | 2.9 | $580.00 |
|   Subtotal for Preparation of Fee Applications: | | | 28.0 | $6,939.50 |
| Total | | | 308.0 | $121,684.50 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2013 - January 31, 2013

### Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Baldwin, Gene | $575.00 | 27.5 | $15,812.50 |
| Carringer, Rob | $575.00 | 52.5 | $30,187.50 |
| Farrell, Matt | $435.00 | 109.7 | $47,719.50 |
| Baldwin, Gene | $287.50 | 12.0 | $3,450.00 |
| Carringer, Rob | $287.50 | 25.5 | $7,331.25 |
| Farrell, Matt | $217.50 | 58.5 | $12,723.75 |
| Austin, Carisa | $200.00 | 2.5 | $500.00 |
| Gutierrez, Dalia | $200.00 | 19.8 | $3,960.00 |