# Exhibit B

**Professional Expenses for the Period
January 1, 2013 through January 31, 2013**