# Exhibit A

**Professional Fees for the Period
February 1, 2013 through February 28, 2013**

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Summary by Category
## February 01, 2013 - February 28, 2013

| Categories | Hours | Fees |
|---|---:|---:|
| Asset Disposition | 75.2 | $34,350.00 |
| Cash Flow Projections | 13.5 | $5,872.50 |
| Debtor in Possession Financing | 0.5 | $217.50 |
| Debtor Interaction | 1.6 | $696.00 |
| Non-Working Travel | 45.5 | $9,896.25 |
| Preparation of Fee Applications | 20.3 | $4,530.00 |
| Fee's Category Subtotal : | 156.6 | $55,562.25 |

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Asset Disposition*

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 02/01/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell (CRG) regarding close issues. | $575.00 | 0.2 | $115.00 |
| | Farrell, Matt | Update call with G. Baldwin (CRG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with G. Bush (BSK) and S. Pearson (TCG) regarding close issues and next steps. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Meet with S. Pearson (TCG) and C. Campbell (TCG) regarding close issues and next steps. | $435.00 | 1.0 | $435.00 |
| 02/04/2013 | | | | | |
| | Baldwin, Gene | Call with M. Farrell regarding engagement status. | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Call with G. Baldwin regarding engagement status. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) regarding close items. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Prepare for close call with buyer. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Participate in close call with Buyer, S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.7 | $304.50 |
| 02/05/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell (CRG) regarding close. | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Research SBUX asset purchase agreement and Boeing requirements. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Create list of contracts not assumed in order to reconcile to cure listing. | $435.00 | 1.2 | $522.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close issues and next steps. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Respond to G. Bush (BSK) regarding SBUX asset purchase agreement and Boeing requirements. | $435.00 | 0.1 | $43.50 |
| | Farrell, Matt | Meet with S. Pearson (TCG) and C. Campbell (TCG) regarding outstanding close items. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Update call with G. Baldwin (CRG) regarding close. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Speak with board member regarding estate issues and close. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Update closing checklist for engagement team. | $435.00 | 1.1 | $478.50 |
| | Farrell, Matt | Speak with S. Pearson (TCG) regarding close issues. | $435.00 | 0.4 | $174.00 |
| 02/06/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell (CRG) regarding close status and issues. | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Follow-up on outstanding close items. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Revise draft press release regarding the sale. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Update call with G. Baldwin (CRG) regarding close status and issues. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Update absolute priority schedule for revised close date and related changes. | $435.00 | 0.9 | $391.50 |
| | Farrell, Matt | Send updated absolute priority schedule for revised close date and related changes to G. Bush (BSK). | $435.00 | 0.2 | $87.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| *Asset Disposition* | | | | | |
| 02/06/2013 | | | | | |
| | Farrell, Matt | Draft email to Heartland regarding bank account information and close. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Update pro-rations file for prior week disbursements. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding open issues related to close. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Speak with S. Pearson (TCG) and C. Campbell (TCG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Follow-up on outstanding sale items for closing. | $435.00 | 0.4 | $174.00 |
| 02/07/2013 | | | | | |
| | Baldwin, Gene | Discuss sale closing issues with M. Farrell. | $575.00 | 0.2 | $115.00 |
| | Farrell, Matt | Update call with G. Baldwin (CRG) on close process. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Prepare for closing checklist call. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Participate in closing checklist call with Global Baristas, G. Bush (BSK), S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Call with T. McDonald (Buyer) regarding cash to proforma reconciliation. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Revise closing checklist for group for review. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Analyze response from State regarding tax appeal. | $435.00 | 0.1 | $43.50 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close issues. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Speak to S. Pearson (TCG) regarding debtor in possession inventory. | $435.00 | 0.3 | $130.50 |
| 02/08/2013 | | | | | |
| | Baldwin, Gene | Discuss latest issues with M. Farrell regarding closing, Boeing consent, debtor in possession and other matters. | $575.00 | 1.0 | $575.00 |
| | Farrell, Matt | Discuss latest issues with G. Baldwin regarding closing, Boeing consent, debtor in possession and other matters. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Analyze debtor in possession inventory files. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Review draft asset purchase agreement amendment to provide comments. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Read and comment on revised draft debtor in possession transition agreement. | $435.00 | 0.1 | $43.50 |
| | Farrell, Matt | Read information on Washington Department of Revenue audit and response. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Review revised asset purchase agreement amendment. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Speak to G. Bush (BSK) regarding asset purchase agreement amendment. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Speak to S. Pearson (TCG) regarding debtor in possession inventory files. | $435.00 | 0.2 | $87.00 |
| 02/09/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell (CRG) regarding close issues. | $575.00 | 0.3 | $172.50 |
| | Farrell, Matt | Update absolute priority schedule for close. | $435.00 | 0.3 | $130.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
### February 01, 2013 - February 28, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Asset Disposition* | | | | |
| 02/09/2013 | | | | |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) and G. Bush (BSK) regarding close issues. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Read and respond to emails regarding close issues. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Update call with G. Baldwin (CRG) regarding close issues. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding close issues. | $435.00 | 0.5 | $217.50 |
| 02/11/2013 | | | | |
| Baldwin, Gene | Update call with M. Farrell and R. Carringer on closing details and challenges. | $575.00 | 1.0 | $575.00 |
| Carringer, Rob | Update call with M. Farrell and G. Baldwin on closing details and challenges. | $575.00 | 1.0 | $575.00 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding bank issues related to close. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Respond to emails regarding close process questions from TCG management and related parties. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Update call with G. Bush (BSK) regarding close issues and updates. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update call with R. Carringer and G. Baldwin on closing details and challenges. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Call with Buyer, S. Pearson (TCG) and C. Campbell (TCG) regarding DPI inventory. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) and C. Campbell (TCG) regarding DPI inventory. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with G. Bush (BSK) and S. Pearson (TCG) regarding Boeing issues and DPI inventory analysis. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Analyze DPI inventory file and send to Global. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding DPI inventory file and close issues. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Analyze draft board certification and buyer representation document from Buyer. | $435.00 | 0.2 | $87.00 |
| 02/12/2013 | | | | |
| Baldwin, Gene | Follow up on sale process. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Call with S. Pearson (TCG), C. Campbell (TCG) and G. Bush (BSK) regarding DPI and inventory issues. | $435.00 | 0.9 | $391.50 |
| Farrell, Matt | Call with Heartland, S. Pearson (TCG) and C. Campbell (TCG)regarding transition and items for closing. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding DPI issues and financial requirements. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Participate in closing checklist call with Global, B. Strout (BSK), C. Campbell (TCG), S. Pearson (TCG) and P. Lamb (CBS). | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Analyze waiver and release from P. Lamb (CBS). | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Update pro-rations file for prior week disbursements. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update closing checklist per revisions from update call. | $435.00 | 0.6 | $261.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Asset Disposition* | | | | | |
| 02/12/2013 | | | | | |
| | Farrell, Matt | Call with C. Campbell (TCG) and K. Carter (TCG) regarding closing inventory count. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Call with C. Campbell (TCG) and human resource manager regarding contracts. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding DPI inventory open items. | $435.00 | 0.1 | $43.50 |
| 02/13/2013 | | | | | |
| | Farrell, Matt | Draft and send DPI inventory proposal to Buyer. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Update funds flow for closing and send to Buyer. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Analyze and revise latest gift card aging and send to Buyer. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Analyze revised cure amounts and provide comments to C. Campbell (TCG). | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) regarding DPI and close. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with C. Campbell (TCG) and S. Pearson (TCG) regarding DPI and close update. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Research deposit documentation to send to new Heartland contact. | $435.00 | 0.3 | $130.50 |
| 02/15/2013 | | | | | |
| | Baldwin, Gene | Follow up on sale process. | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Call with Buyer and G. Bush (BSK) regarding DPI inventory treatment. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Follow-up call with G. Bush (BSK) regarding next steps for DPI inventory. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Follow-up call with S. Pearson (TCG) regarding close issues and DPI next steps. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Participate in closing call with Buyer, S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Update call with S. Pearson (TCG) and C. Campbell (TCG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| 02/18/2013 | | | | | |
| | Baldwin, Gene | Call with M. Farrell regarding close updates and open items. | $575.00 | 0.2 | $115.00 |
| | Farrell, Matt | Call with G. Baldwin (CRG) regarding close updates and open items. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Revise closing checklist for group. | $435.00 | 0.3 | $130.50 |
| 02/19/2013 | | | | | |
| | Baldwin, Gene | Update sale process. | $575.00 | 0.5 | $287.50 |
| | Baldwin, Gene | Call with M. Farrell regarding close issues. | $575.00 | 0.2 | $115.00 |
| | Farrell, Matt | Call with G. Baldwin (CRG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Follow-up on additional closing open items. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close items. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Update absolute priority schedule and recovery estimates. | $435.00 | 0.4 | $174.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Asset Disposition* | | | | |
| 02/19/2013 | | | | |
| Farrell, Matt | Analyze DPI inventory listing for additional costs for absolute priority schedule. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Create daily rolling cash balance file with activity. | $435.00 | 1.1 | $478.50 |
| Farrell, Matt | Create roll-forward from 2/6/13 through 2/15/13 to continue for Estate post-close. | $435.00 | 1.2 | $522.00 |
| Farrell, Matt | Analyze analysis from bankruptcy attorney regarding potential DPI claim. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Revise draft press release for G. Bush (BSK) review. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Read real estate and cure issues regarding close. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Follow-up on open items for close. | $435.00 | 0.6 | $261.00 |
| 02/20/2013 | | | | |
| Baldwin, Gene | Follow-up on sale process matters | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Analyze personal property taxes for 2013 in context of sale. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Respond to email from C. Campbell (TCG) regarding personal property taxes for 2013 in context of sale. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Read emails regarding closing items. | $435.00 | 0.9 | $391.50 |
| Farrell, Matt | Speak to G. Bush (BSK) regarding close issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Create consolidated list of outstanding close items. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Speak with S. Pearson (TCG) regarding close issues. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Speak with G. Bush (BSK) and C. Campbell (TCG) regarding lease issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Research lease issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Follow-up call with G. Bush (BSK) regarding lease issues. | $435.00 | 0.1 | $43.50 |
| 02/21/2013 | | | | |
| Baldwin, Gene | Follow up on status of sale process. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Revise closing checklist and open items list from closing call. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Updated close listing. | $435.00 | 1.2 | $522.00 |
| Farrell, Matt | Participate in update call with Buyer, S. Pearson (TCG), C. Campbell (TCG) and G. Bush (BSK) regarding open items for closing. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Participate in follow-up meeting with S. Pearson (TCG) and C. Campbell (TCG) regarding close items. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with G. Bush (TCG) regarding inventory issues for close. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Analyze items delivered related to closing. | $435.00 | 1.2 | $522.00 |
| 02/22/2013 | | | | |
| Baldwin, Gene | Follow up on sale process. | $575.00 | 0.5 | $287.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
### February 01, 2013 - February 28, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Asset Disposition* | | | | | |
| 02/22/2013 | | | | | |
| | Baldwin, Gene | Call with M. Farrell regarding close update and remaining issues. | $575.00 | 0.2 | $115.00 |
| | Farrell, Matt | Call with G. Baldwin (CRG) regarding close update and remaining issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Update closing checklists and send to group. | $435.00 | 0.4 | $174.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close updates and open items. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Call with C. Campbell (TCG) regarding lease issues. | $435.00 | 0.2 | $87.00 |
| 02/24/2013 | | | | | |
| | Farrell, Matt | Analyze comments to privilege letter and funds flow from Buyer including follow-up on open items. | $435.00 | 0.7 | $304.50 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding close issues. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with S. Pearson (TCG) regarding close update. | $435.00 | 0.4 | $174.00 |
| 02/25/2013 | | | | | |
| | Baldwin, Gene | Update sale process issues and open items. | $575.00 | 0.5 | $287.50 |
| | Farrell, Matt | Respond to team regarding emails regarding close and open issues. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Call with L. Ream (UCC) regarding stalking horse declaration on fee reimbursement. | $435.00 | 0.4 | $174.00 |
| 02/26/2013 | | | | | |
| | Baldwin, Gene | Update call with M. Farrell (CRG) regarding sale process. | $575.00 | 0.2 | $115.00 |
| | Baldwin, Gene | Attend conference call with Board. | $575.00 | 1.3 | $747.50 |
| | Farrell, Matt | Prepare for closing checklist call. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Follow-up with S. Pearson (TCG) and C. Campbell (TCG) regarding closing checklist. | $435.00 | 1.0 | $435.00 |
| | Farrell, Matt | Update closing checklists for update call. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Participate in board call regarding update to sale process and cash. | $435.00 | 1.3 | $565.50 |
| | Farrell, Matt | Call with S. Pearson (TCG), C. Campbell (TCG), P. Lamb (CBS) and G. Bush (BSK) regarding international licensee issues. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Update call with G. Baldwin (CRG) regarding sale process. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Call with G. Bush (BSK) regarding Farnam issues. | $435.00 | 0.1 | $43.50 |
| | Farrell, Matt | Call with S. Pearson (TCG) and G. Bush (BSK) regarding open items for close. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Analyze draft third amendment to asset purchase agreement. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Research issues from UCC Counsel regarding Kachi break-up fee documents. | $435.00 | 0.8 | $348.00 |
| | Farrell, Matt | Review draft closing documents sent by Buyer. | $435.00 | 1.2 | $522.00 |

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Asset Disposition** | | | | |
| 02/27/2013 | | | | |
| Baldwin, Gene | Status update on sale process. | $575.00 | 0.5 | $287.50 |
| Baldwin, Gene | Update call with M. Farrell regarding close issues. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Speak with C. Campbell (TCG) regarding close issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with US Bank regarding accounts and administrative rights. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Revise funds flow in order to compare termination documents. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Research regarding equipment lease issues. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Update call with G. Baldwin (CRG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Analyze judge ruling at sale hearing in relation to close timing and potential issues. | $435.00 | 1.5 | $652.50 |
| Farrell, Matt | Compare absolute priority schedule filed in declaration with current absolute priority schedule. | $435.00 | 0.3 | $130.50 |
| 02/28/2013 | | | | |
| Baldwin, Gene | Speak with M. Farrell (CRG) regarding the equipment lease issues. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Review blackline of employee manual from Buyer. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Resolve equipment lease issues. | $435.00 | 1.4 | $609.00 |
| Farrell, Matt | Call regarding equipment lease issues with S. Pearson (TCG), C. Campbell (TCG) and C. Tobin (BSK). | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Follow-up with bankruptcy attorney on information related to equipment lease. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Meet with S. Pearson (TCG) regarding equipment lease issues and analysis. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Speak with G. Baldwin (CRG) regarding the equipment lease issues. | $435.00 | 0.2 | $87.00 |
| Subtotal for Asset Disposition: | | | 75.2 | $34,350.00 |
| **Cash Flow Projections** | | | | |
| 02/05/2013 | | | | |
| Farrell, Matt | Create updated cash flow forecast. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Reconcile prior week activity. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Reconcile forecast to prior week in order to create professional fee payment analysis. | $435.00 | 0.8 | $348.00 |
| 02/06/2013 | | | | |
| Farrell, Matt | Reconcile cash balances to begin reconciling prior weeks. | $435.00 | 1.1 | $478.50 |
| Farrell, Matt | Analyze cash flow need through April 2013. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Respond to T. McDonald (Buyer) regarding cash flow reconciliation to pro forma. | $435.00 | 0.5 | $217.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Cash Flow Projections* | | | | | |
| 02/07/2013 | | | | | |
| | Farrell, Matt | Meet with M. Engel (TCG) regarding daily cash update reporting process. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Build cash flow roll-forward to track daily cash, activity, float and transactions. | $435.00 | 0.7 | $304.50 |
| 02/12/2013 | | | | | |
| | Farrell, Matt | Continue to update cash flow projection files in order to send to C. Campbell (TCG) and S. Pearson (TCG) for review. | $435.00 | 0.6 | $261.00 |
| | Farrell, Matt | Update cash flow projections for prior week activity. | $435.00 | 0.4 | $174.00 |
| 02/13/2013 | | | | | |
| | Farrell, Matt | Update daily cash flow and send to S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.2 | $87.00 |
| 02/19/2013 | | | | | |
| | Farrell, Matt | Analyze prior week disbursements to input into analysis for forecast. | $435.00 | 0.9 | $391.50 |
| | Farrell, Matt | Create daily cash flow forecast and send cash flow files to TCG management. | $435.00 | 0.5 | $217.50 |
| | Farrell, Matt | Update cash flow forecast files for prior week activity. | $435.00 | 0.7 | $304.50 |
| 02/20/2013 | | | | | |
| | Farrell, Matt | Review check run to compare to projections. | $435.00 | 0.3 | $130.50 |
| 02/21/2013 | | | | | |
| | Farrell, Matt | Research issues regarding next weeks' tax payment. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Update cash flow forecast. | $435.00 | 0.3 | $130.50 |
| | Farrell, Matt | Reconcile 2/20/13 bank activity. | $435.00 | 0.2 | $87.00 |
| 02/22/2013 | | | | | |
| | Farrell, Matt | Reconcile 2/21/13 bank activity to compare to daily cash flow forecast. | $435.00 | 0.3 | $130.50 |
| 02/25/2013 | | | | | |
| | Farrell, Matt | Reconcile 2/22/13 bank activity to compare versus projections. | $435.00 | 0.2 | $87.00 |
| 02/26/2013 | | | | | |
| | Farrell, Matt | Reconcile 2/25/13 bank activity to compare against cash flow forecast. | $435.00 | 0.1 | $43.50 |
| | Farrell, Matt | Update cash flow forecast files including absolute priority schedule and recovery estimates. | $435.00 | 0.7 | $304.50 |
| 02/27/2013 | | | | | |
| | Farrell, Matt | Reconcile 2/26/13 bank activity and compare to forecast. | $435.00 | 0.2 | $87.00 |
| | Farrell, Matt | Create cash receipt covenant test including updated cash flow forecast for debtor in possession lender. | $435.00 | 0.9 | $391.50 |
| | Farrell, Matt | Create daily cash flow forecast to determine draw need. | $435.00 | 0.4 | $174.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Cash Flow Projections* | | | | |
| 02/27/2013 | | | | |
| Farrell, Matt | Update cash flow forecast per prior week results. | $435.00 | 0.6 | $261.00 |
| 02/28/2013 | | | | |
| Farrell, Matt | Review check run and compare to projections. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Reconcile 2/27/13 bank activity and compare to forecast. | $435.00 | 0.2 | $87.00 |
| Subtotal for Cash Flow Projections: | | | 13.5 | $5,872.50 |
| *Debtor in Possession Financing* | | | | |
| 02/04/2013 | | | | |
| Farrell, Matt | Read and respond to debtor in possession lender email regarding debtor in possession payoff letter. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Research debtor in possession lender regarding default. | $435.00 | 0.1 | $43.50 |
| 02/19/2013 | | | | |
| Farrell, Matt | Create DIP lender reporting. | $435.00 | 0.2 | $87.00 |
| Subtotal for Debtor in Possession Financing: | | | 0.5 | $217.50 |
| *Debtor Interaction* | | | | |
| 02/06/2013 | | | | |
| Farrell, Matt | Read and respond to email regarding transfer agent. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Walk-through US Bank system with C. Campbell (TCG). | $435.00 | 0.6 | $261.00 |
| 02/07/2013 | | | | |
| Farrell, Matt | Meet with S. Pearson (TCG) and C. Campbell (TCG) regarding distributor transition agreement. | $435.00 | 0.6 | $261.00 |
| 02/12/2013 | | | | |
| Farrell, Matt | Call with C. Campbell (TCG) and transfer agent regarding continuing services. | $435.00 | 0.3 | $130.50 |
| Subtotal for Debtor Interaction: | | | 1.6 | $696.00 |
| *Non-Working Travel* | | | | |
| 02/01/2013 | | | | |
| Farrell, Matt | Travel time from Seattle, WA to Dallas, TX. | $217.50 | 6.5 | $1,413.75 |
| 02/04/2013 | | | | |
| Farrell, Matt | Travel time from Dallas, TX to Seattle, WA. | $217.50 | 6.5 | $1,413.75 |
| 02/07/2013 | | | | |
| Farrell, Matt | Travel time from Seattle, WA to Dallas, TX. | $217.50 | 6.5 | $1,413.75 |
| 02/18/2013 | | | | |
| Farrell, Matt | Travel time from Dallas, TX to Seattle, WA. | $217.50 | 6.5 | $1,413.75 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Non-Working Travel* | | | | |
| 02/21/2013 | | | | |
| Farrell, Matt | Travel time from Seattle, WA to Dallas, TX. | $217.50 | 6.5 | $1,413.75 |
| 02/25/2013 | | | | |
| Farrell, Matt | Travel time from Dallas, TX to Seattle, WA. | $217.50 | 6.5 | $1,413.75 |
| 02/28/2013 | | | | |
| Farrell, Matt | Travel time from Seattle, WA to Dallas, TX. | $217.50 | 6.5 | $1,413.75 |
| Subtotal for Non-Working Travel: | | | 45.5 | $9,896.25 |
| *Preparation of Fee Applications* | | | | |
| 02/06/2013 | | | | |
| Farrell, Matt | Finalize and send first fee application to Debtor for review. | $435.00 | 0.2 | $87.00 |
| Gutierrez, Dalia | Review Tully's fee data in preparation for second monthly fee application. | $200.00 | 3.1 | $620.00 |
| Gutierrez, Dalia | Continue to review January fee data in preparation for second monthly fee application. | $200.00 | 1.9 | $380.00 |
| Gutierrez, Dalia | Review January expense data in preparation for second monthly application. | $200.00 | 2.0 | $400.00 |
| 02/07/2013 | | | | |
| Gutierrez, Dalia | Update fees and expenses per C. Austin review. | $200.00 | 1.1 | $220.00 |
| 02/12/2013 | | | | |
| Gutierrez, Dalia | Update fee data with feedback received from M. Farrell. | $200.00 | 2.9 | $580.00 |
| Gutierrez, Dalia | Prepare exhibits needed for second monthly fee application. | $200.00 | 0.5 | $100.00 |
| Gutierrez, Dalia | Prepare draft of second monthly fee application. | $200.00 | 0.6 | $120.00 |
| 02/14/2013 | | | | |
| Gutierrez, Dalia | Complete draft of Tully's second monthly fee application for C. Austin review. | $200.00 | 1.6 | $320.00 |
| 02/20/2013 | | | | |
| Farrell, Matt | Review fee application for January 2013. | $435.00 | 1.5 | $652.50 |
| 02/22/2013 | | | | |
| Gutierrez, Dalia | Update Tully's second monthly fee application per feedback received from M. Farrell. | $200.00 | 1.3 | $260.00 |
| 02/25/2013 | | | | |
| Gutierrez, Dalia | Finalize second draft of January fee application. | $200.00 | 1.5 | $300.00 |
| 02/26/2013 | | | | |
| Farrell, Matt | Revise fee application for February 2013 activity. | $435.00 | 0.3 | $130.50 |
| Gutierrez, Dalia | Update Tully's second monthly fee application. | $200.00 | 0.4 | $80.00 |
| Gutierrez, Dalia | Update Tully's first monthly fee application. | $200.00 | 0.3 | $60.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2013 - February 28, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Preparation of Fee Applications** | | | | |
| 02/27/2013 | | | | |
| Gutierrez, Dalia | Update Tully's January fee application with feedback received from I. Cannon-Geary. | $200.00 | 1.1 | $220.00 |
| Subtotal for Preparation of Fee Applications: | | | 20.3 | $4,530.00 |
| Total | | | 156.6 | $55,562.25 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---:|---:|---:|
| Baldwin, Gene | $575.00 | 10.7 | $6,152.50 |
| Carringer, Rob | $575.00 | 1.0 | $575.00 |
| Farrell, Matt | $435.00 | 81.1 | $35,278.50 |
| Farrell, Matt | $217.50 | 45.5 | $9,896.25 |
| Gutierrez, Dalia | $200.00 | 18.3 | $3,660.00 |