# Exhibit B

**Professional Expenses for the Period
February 1, 2013 through February 28, 2013**

**TC Global, Inc.**

**Deloitte Financial Advisory Services LLP**

**Expenses Sorted by Category for the Fee Period**

**February 01, 2013 - February 28, 2013**

| Category | Date | Description | Amount |
|---|---|---|---|
| **_Airfare_** | | | |
| Farrell, Matt | 02/03/2013 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $1,064.39 |
| Farrell, Matt | 02/18/2013 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $1,357.30 |
| Farrell, Matt | 02/25/2013 | Roundtrip coach airfare from Dallas, TX to Seattle, WA. | $1,072.09 |
| Subtotal for Airfare: | | | $3,493.78 |
| **_Auto Rental_** | | | |
| Farrell, Matt | 02/01/2013 | Rental car expense in Seattle for M. Farrell - 4 days. | $243.44 |
| Farrell, Matt | 02/07/2013 | Rental car expense in Seattle for M. Farrell - 3 days. | $187.15 |
| Farrell, Matt | 02/21/2013 | Rental car expense in Seattle for M. Farrell - 3 days. | $187.15 |
| Farrell, Matt | 02/28/2013 | Rental car expense in Seattle for M. Farrell - 3 days. | $187.15 |
| Subtotal for Auto Rental: | | | $804.89 |
| **_Hotel_** | | | |
| Farrell, Matt | 02/04/2013 | Hotel accommodation in Seattle, WA. | $197.36 |
| Farrell, Matt | 02/05/2013 | Hotel accommodation in Seattle, WA. | $197.36 |
| Farrell, Matt | 02/06/2013 | Hotel accommodation in Seattle, WA. | $197.36 |
| Farrell, Matt | 02/18/2013 | Hotel accommodation in Seattle, WA. | $187.71 |
| Farrell, Matt | 02/19/2013 | Hotel accommodation in Seattle, WA. | $187.71 |
| Farrell, Matt | 02/20/2013 | Hotel accommodation in Seattle, WA. | $187.71 |
| Farrell, Matt | 02/25/2013 | Hotel accommodation in Seattle, WA. | $187.71 |
| Farrell, Matt | 02/26/2013 | Hotel accommodation in Seattle, WA. | $187.71 |
| Farrell, Matt | 02/27/2013 | Hotel accommodation in Seattle, WA. | $187.71 |
| Subtotal for Hotel: | | | $1,718.34 |
| **_Meals - Travel_** | | | |
| Farrell, Matt | 02/01/2013 | Lunch in Seattle, WA. | $20.00 |
| Farrell, Matt | 02/01/2013 | Breakfast in Seattle, WA. | $6.93 |
| Farrell, Matt | 02/04/2013 | Dinner in Seattle, WA. | $15.27 |
| Farrell, Matt | 02/05/2013 | Lunch in Seattle, WA. | $7.40 |
| Farrell, Matt | 02/05/2013 | Dinner in Seattle, WA. | $20.74 |
| Farrell, Matt | 02/05/2013 | Breakfast in Seattle, WA. | $8.02 |
| Farrell, Matt | 02/06/2013 | Dinner in Seattle, WA. | $41.75 |
| Farrell, Matt | 02/06/2013 | Breakfast in Seattle, WA. | $8.02 |
| Farrell, Matt | 02/06/2013 | Lunch in Seattle, WA. | $8.22 |
| Farrell, Matt | 02/07/2013 | Lunch in Seattle, WA. | $6.88 |
| Farrell, Matt | 02/07/2013 | Breakfast in Seattle, WA. | $8.02 |
| Farrell, Matt | 02/07/2013 | Dinner in Seattle, WA. | $12.92 |
| Farrell, Matt | 02/18/2013 | Lunch in Dallas Airport while traveling. | $6.54 |

# TC Global, Inc.

## Deloitte Financial Advisory Services LLP

## Expenses Sorted by Category for the Fee Period

## February 01, 2013 - February 28, 2013

| Category | Date | Description | Amount |
|---|---|---|---|
| **Meals - Travel** | | | |
| Farrell, Matt | 02/18/2013 | Dinner in Seattle, WA. | $24.30 |
| Farrell, Matt | 02/19/2013 | Breakfast in Seattle, WA. | $8.42 |
| Farrell, Matt | 02/19/2013 | Lunch in Seattle, WA. | $7.40 |
| Farrell, Matt | 02/19/2013 | Dinner in Seattle, WA. | $17.68 |
| Farrell, Matt | 02/20/2013 | Dinner in Seattle, WA. | $23.66 |
| Farrell, Matt | 02/20/2013 | Lunch in Seattle, WA. | $11.26 |
| Farrell, Matt | 02/20/2013 | Breakfast in Seattle, WA. | $5.62 |
| Farrell, Matt | 02/21/2013 | Lunch in Seattle, WA. | $16.89 |
| Farrell, Matt | 02/21/2013 | Breakfast in Seattle, WA. | $10.16 |
| Farrell, Matt | 02/25/2013 | Lunch in Dallas Airport while traveling. | $6.32 |
| Farrell, Matt | 02/25/2013 | Dinner in Seattle, WA. | $18.78 |
| Farrell, Matt | 02/26/2013 | Dinner in Seattle, WA. | $9.45 |
| Farrell, Matt | 02/26/2013 | Breakfast in Seattle, WA. | $5.95 |
| Farrell, Matt | 02/26/2013 | Lunch in Seattle, WA. | $9.24 |
| Farrell, Matt | 02/27/2013 | Lunch in Seattle, WA. | $7.40 |
| Farrell, Matt | 02/27/2013 | Breakfast in Seattle, WA. | $5.95 |
| Farrell, Matt | 02/27/2013 | Dinner in Seattle, WA. | $23.44 |
| Farrell, Matt | 02/28/2013 | Lunch in Seattle, WA. | $7.65 |
| Farrell, Matt | 02/28/2013 | Breakfast in Seattle, WA. | $8.02 |
| Subtotal for Meals - Travel: | | | $398.30 |
| **Miscellaneous Expenses** | | | |
| Farrell, Matt | 02/01/2013 | In-flight internet charge to respond to client emails. | $12.99 |
| Subtotal for Miscellaneous Expenses: | | | $12.99 |
| **Office Supplies & Stationery** | | | |
| Farrell, Matt | 02/20/2013 | Toner for printer at client site, in Seattle, WA. | $35.03 |
| Subtotal for Office Supplies & Stationery: | | | $35.03 |
| **Parking- Travel** | | | |
| Farrell, Matt | 02/04/2013 | Airport parking charges for M. Farrell at DFW Airport - 4 days. | $141.29 |
| Farrell, Matt | 02/04/2013 | Hotel parking for M. Farrell - 3 days. | $129.00 |
| Farrell, Matt | 02/08/2013 | Airport parking charges for M. Farrell at DFW Airport - 3 days. | $115.03 |
| Farrell, Matt | 02/18/2013 | Hotel parking for M. Farrell - 3 days. | $132.00 |
| Farrell, Matt | 02/22/2013 | Airport parking charges for M. Farrell at DFW Airport - 3 days. | $115.03 |
| Farrell, Matt | 02/25/2013 | Hotel parking for M. Farrell - 3 days. | $132.00 |
| Subtotal for Parking- Travel: | | | $764.35 |

| Category | Date | Description | Amount |
|----------|------|-------------|-------:|
| **_Telephone, Conference_** | | | |
| Farrell, Matt | 02/04/2013 | Conference call expense related to Tully's for M. Farrell. | $5.70 |
| Farrell, Matt | 02/07/2013 | Conference call expense related to Tully's for M. Farrell. | $2.23 |
| Farrell, Matt | 02/11/2013 | Conference call expense related to Tully's for M. Farrell. | $3.44 |
| Farrell, Matt | 02/11/2013 | Conference call expense related to Tully's for M. Farrell. | $0.62 |
| Farrell, Matt | 02/11/2013 | Conference call expense related to Tully's for M. Farrell. | $2.28 |
| Farrell, Matt | 02/12/2013 | Conference call expense related to Tully's for M. Farrell. | $2.21 |
| Farrell, Matt | 02/12/2013 | Conference call expense related to Tully's for M. Farrell. | $4.16 |
| Farrell, Matt | 02/15/2013 | Conference call expense related to Tully's for M. Farrell. | $0.80 |
| Farrell, Matt | 02/15/2013 | Conference call expense related to Tully's for M. Farrell. | $3.08 |
| Farrell, Matt | 02/21/2013 | Conference call expense related to Tully's for M. Farrell. | $2.27 |
| Farrell, Matt | 02/25/2013 | Conference call expense related to Tully's for M. Farrell. | $1.26 |
| Farrell, Matt | 02/25/2013 | Conference call expense related to Tully's for M. Farrell. | $0.06 |
| Farrell, Matt | 02/26/2013 | Conference call expense related to Tully's for M. Farrell. | $2.81 |
| Subtotal for Telephone, Conference: | | | $30.92 |
| Total | | | $7,258.60 |

**Recapitulation**

| Category | Amount |
|----------|-------:|
| Airfare | $3,493.78 |
| Hotel | $1,718.34 |
| Auto Rental | $804.89 |
| Parking- Travel | $764.35 |
| Meals - Travel | $398.30 |
| Office Supplies & Stationery | $35.03 |
| Telephone, Conference | $30.92 |
| Miscellaneous Expenses | $12.99 |