# Kieckhafer, Schiffer & Company LLP

6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900  FAX: (949) 250-2956

| | |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA 98124 | **Invoice Date:** January 31, 2013<br>**Invoice Number:** 00307568<br>**Client Number:** TULLYS 001 |

*For professional services rendered for the period ending January 31, 2013*

**Consulting for 2013**

| Date | Description | Amount |
|---|---|---|
| 1/02/13 | Scan workpapers to Document. | $24.00 |
| 1/09/13 | Tax notice and research. | 28.75 |
| 1/09/13 | TCAP notices. | 37.50 |
| 1/10/13 | TCAP Form 8804. | 75.00 |
| 1/10/13 | Assistance with notices for TCAP LLC. | 220.00 |
| 1/11/13 | Research re: Form 8804 & 8805 | 295.00 |
| 1/11/13 | Tax notice. | 112.50 |
| 1/16/13 | Tax notice for late filed partnership return. | 37.50 |
| 1/17/13 | Tax notice for late filed partnership return. | 37.50 |
| 1/17/13 | KOM Consulting - December 2012: Coordinate and conduct initial call w/ Cathy Campbell & Karen Carter to ascertain scope of audit & appeal issues. Comprehensive review & analysis of audit workpapers, contracts, & supporting documents. Formation of appeal issues w/ client. Preparation of place-holder appeal petition & submission to WADR. Coordinate submission & review process w/ Appeals division. Follow-up on assignment of admin law judge. | 2,300.00 |

**Total Consulting for 2013**  3,167.75

**Total**  $3,167.75

Tully's Coffee Corporation
Page 2

## Accounts Receivable Statement
### As of January 31, 2013

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---|---|---|
| 6/30/12 | Invoice | 00306346 | $4,983.75 | | $4,983.75 |
| 7/31/12 | Invoice | 00306524 | 680.00 | | 680.00 |
| 12/31/12 | Invoice | 00307420 | 19,714.35 | | 19,714.35 |
| 1/22/13 | Adjustment | | | | (4,983.75) |
| 1/22/13 | Adjustment | | | | (680.00) |
| 1/31/13 | Invoice | 00307568 | 3,167.75 | | 3,167.75 |
| | | | | **Total** | **$22,882.10** |

*Payments are due <u>15</u> days after receipt of the invoice.*
*Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321*

EXHIBIT A

Case 12-20253-MLB    Doc 696-1    Filed 04/23/13    Ent. 04/23/13 11:47:48    Pg. 2 of 3

# Kieckhafer, Schiffer & Company LLP

6201 Oak Canyon Drive, Suite 200
Irvine, CA  92618
Phone: (949) 250-3900   FAX: (949) 250-2956

|  |  |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA  98124 | **Invoice Date:** March 31, 2013<br>**Invoice Number:** 00308060<br>**Client Number:** TULLYS 001 |

*For professional services rendered for the period ending March 31, 2013*

**Consulting for 2013**

| | | | |
|---|---|---|---:|
| | 3/14/13 | KOM Consulting: For February 1-28, 2013    Review and analysis of Audit Division response to petition filed with Appeals Division.  Discuss with Tullys the purpose and impact of the response and next steps in the appeals process. | $250.00 |
| | | **Total Consulting for 2013** | 250.00 |
| | | **Total** | **$250.00** |

Accounts Receivable Statement
As of April 3, 2013

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---:|---|---:|
| 12/31/12 | Invoice | 00307420 | $19,714.35 | | $19,714.35 |
| 1/31/13 | Invoice | 00307568 | 3,167.75 | | 3,167.75 |
| 3/31/13 | Invoice | 00308060 | 250.00 | | 250.00 |
| | | | | **Total** | **$23,132.10** |

*Payments are due <u>15 </u>days after receipt of the invoice.*
Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321
