# petersonsullivan LLP

Certified Public Accountants
& Advisors

601 Union Street, Suite 2300  Seattle, WA 98101
(206) 382-7777 MAIN  (206) 382.7700 FAX
pscpa.com

Tully's Coffee 401 (k) Savings Plan- Post Petition
3100 Airport Way S
Seattle, WA  98134

Date: 03/31/2013

Invoice: 75009
ID: 090258.0

For Professional Services as Follows:

Progress billing for audit of 2012 financial statements of the 401(k) plan related
to services for the period October 16, 2012 - March 15, 2013

| | | |
|---|---|---|
| Bowman | 3.5 hours | |
| Daley | 3.2 hours | |
| Crofoot | 3.4 hours | |
| Houck | 13.0 hours | |
| Others | 3.7 hours | $ 3,511.25 |

Out-of-pocket costs: Postage                                                                 9.00

Total Amount Due This Invoice    $   3,520.25

Payment is due on receipt of invoice. Interest will be charged at an annual rate of 12% after 30 days.

EXHIBIT A

# Billing Worksheet
Biller - Group - Client Master - Sort Name
For the Period: 10/16/2012 - 03/15/2013
WIP Approved Through ( 03/15/2013 )

**Biller: Bowman, Bob (374) | Group: TULLYS**
**Master Client: 090258 - Tully's Coffee 401 (k) Savings Plan- Post Petition**

Tully's Coffee 401 (k) Savings Plan- Post Petition (0)
3100 Airport Way S
Phone: 206-292-5055
Seattle, WA 98134

| | |
|---|---|
| Partner: | Lee, David (263) |
| Biller: | Bowman, Bob (374) |
| Audit Manager: | Bowman, Bob (374) |
| Responsible Person: | Bowman, Bob (374) |
| FYE | December |
| Last Invoice | 03/31/2013 |
| Fee | 0.00 |

| | |
|---|---|
| WIP as of 03/15/2013 | 0.00 |
| Progress | 0.00 |
| NetWIP | 0.00 |
| Invoiced | |
| App Retainer | |
| Net Invoice | |
| Reason Code | |
| Allocation | |
| Type of Bill | |

Billing
Method

Eng Desc

**WIP - Tully's Coffee 401 (k) Savings Plan- Post Petition (0) -**

| | | | | Memo | | Hours | WIP | Billed | Adj |
|---|---|---|---|---|---|---|---|---|---|
| ACCTG | Comp | 134 Compilation stmnts & letters | Kim,Candic | 01/28/2013 | update el | 0.10 | | 7.25 | 0.00 |
| | | | | | **Comp Totals** | 0.10 | | 7.25 | |
| | | | | | **ACCTG Totals** | 0.10 | | 7.25 | |
| AUDIT | Audit | 201 Audit | Crofoot,Je | 10/16/2012 | | 0.10 | | 13.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 10/16/2012 | | 0.10 | | 25.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/16/2012 | | 2.10 | | 231.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/17/2012 | | 0.50 | | 55.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/18/2012 | | 1.80 | | 198.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Crofoot,Je | 10/19/2012 | | 0.50 | | 65.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/19/2012 | | 1.80 | | 198.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/24/2012 | | 0.60 | | 66.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/25/2012 | | 0.50 | | 55.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Daley,Jera | 10/30/2012 | | 1.00 | | 155.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/05/2012 | | 1.90 | | 209.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/06/2012 | | 0.40 | | 44.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/07/2012 | | 0.40 | | 44.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Crofoot,Je | 11/14/2012 | | 2.80 | | 364.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/19/2012 | | 0.40 | | 44.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Daley,Jera | 11/19/2012 | | 1.00 | | 155.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/20/2012 | | 0.30 | | 33.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 11/20/2012 | | 0.20 | | 50.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 11/26/2012 | | 1.70 | | 425.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/26/2012 | | 1.20 | | 132.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Daley,Jera | 11/27/2012 | | 0.60 | | 93.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 11/27/2012 | | 0.60 | | 150.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/27/2012 | | 0.90 | | 99.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 11/28/2012 | | 0.10 | | 25.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Houck,Nell | 11/30/2012 | | 0.20 | | 22.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 12/10/2012 | | 0.40 | | 100.00 | 0.00 |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 12/11/2012 | | 0.40 | | 100.00 | 0.00 |

# Billing Worksheet

Biller - Group - Client Master - Sort Name
For the Period: 10/16/2012 - 03/15/2013
WIP Approved Through ( 03/15/2013 )

**Biller: Bowman, Bob (374) | Group: TULLYS**

WIP - Tully's Coffee 401 (k) Savings Plan- Post Petition (0) -

| Type | Group | Code | Name | Date | Memo | Hours | WIP | Billed | Adj |
|---|---|---|---|---|---|---|---|---|---|
| AUDIT | Audit | 201 Audit | Daley,Jera | 01/28/2013 | | 0.60 | | 93.00 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 10/16/2012 | finalize hard copies | 0.70 | | 50.75 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Baty-McGov | 10/22/2012 | f/s proforma | 0.40 | | 29.00 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 11/19/2012 | fs draft #1 | 0.70 | | 50.75 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 11/26/2012 | start draft #2 | 0.20 | | 14.50 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 11/27/2012 | fs draft #2 | 0.90 | | 65.25 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 11/27/2012 | fs draft #3 | 0.40 | | 29.00 | 0.00 |
| AUDIT | Audit | 204 Audit stmnts & letters | Baty-McGov | 12/04/2012 | el | 0.30 | | 21.75 | 0.00 |
| | | | | | Audit Totals | 26.70 | | 3504.00 | |
| | | | | | AUDIT Totals | 26.70 | | 3504.00 | |
| EXP | BExp | BX22 Postage / Freight (USPS, | Firm,Inter | 10/17/2012 | USPS | | | 3.00 | 0.00 |
| EXP | BExp | BX22 Postage / Freight (USPS, | Firm,Inter | 02/14/2013 | USPS | | | 6.00 | 0.00 |
| | | | | | BExp Totals | | | 9.00 | |
| | | | | | EXP Totals | | | 9.00 | |
| | | | | | Tully's Coffee 401 (k) Savings Plan- Post Petition (0) | 26.80 | | 3520.25 | |