# peterson sullivan LLP

Certified Public Accountants & Advisors

601 Union Street, Suite 2300  Seattle, WA 98101
(206) 382-7777 MAIN  (206) 382.7700 FAX
pscpa.com

Tully's Coffee 401 (k) Savings Plan- Post Petition    Date: 04/10/2013
3100 Airport Way S
Seattle, WA  98134                                     Invoice:  75047
                                                       ID:  090258.0

For Professional Services as Follows:

Progress billing for audits of financial statements of the 401(k) plan related
to services for the period October 10, 2012 - October 15, 2012

| | |
|---|---|
| Lee | 1.0 hours |
| Matson | 1.3 hours |
| Bowman | 0.5 hours |
| Crofoot | 0.7 hours |
| Houck | 1.7 hours |
| Others | 2.4 hours |

                                Total Amount Due This Invoice    $    1,416.25

Payment is due on receipt of invoice.  Interest will be charged at an annual rate of 12% after 30 days.

# Billing Worksheet

Biller - Group - Client Master - Sort Name
For the Period: 10/10/2012 - 10/15/2012
WIP Approved Through ( 03/15/2013 )

**Biller: Bowman, Bob (374) | Group: TULLYS**
**Master Client: 090258 - Tully's Coffee 401 (k) Savings Plan- Post Petition**

Tully's Coffee 401 (k) Savings Plan- Post Petition (0)
3100 Airport Way S
Phone: 206-292-5055
Seattle, WA 98134

| | | |
|---|---|---|
| Partner: | Lee, David (263) | |
| Biller: | Bowman, Bob (374) | |
| Audit Manager: | Bowman, Bob (374) | |
| Responsible Person: | Bowman, Bob (374) | |
| FYE | December | |
| Last Invoice | 03/31/2013 | |
| Fee | 0.00 | |

| | |
|---|---|
| WIP as of 10/15/2012 | 1416.25 |
| Progress | 0.00 |
| NetWIP | 1416.25 |
| | Billing |
| Invoiced | |
| App Retainer | |
| Net Invoice | |
| | Method |
| Reason Code | |
| Allocation | |
| Type of Bill | |

Eng Desc

| WIP - Tully's Coffee 401 (k) Savings Plan- Post Petition (0) - | | | | Memo | Hours | Amount | Cumulative | Invoice |
|---|---|---|---|---|---|---|---|---|
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/10/2012 | | 1.20 | 132.00 | 132.00 | |
| AUDIT | Audit | 201 Audit | Crofoot,Je | 10/10/2012 | | 0.70 | 91.00 | 223.00 | |
| AUDIT | Audit | 201 Audit | Lee,David | 10/10/2012 | | 1.00 | 360.00 | 583.00 | |
| AUDIT | Audit | 201 Audit | Matson,Mat | 10/10/2012 | | 1.30 | 468.00 | 1051.00 | |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 10/10/2012 | | 0.40 | 100.00 | 1151.00 | |
| AUDIT | Audit | 201 Audit | Bowman,Bob | 10/12/2012 | | 0.10 | 25.00 | 1176.00 | |
| AUDIT | Audit | 201 Audit | Houck,Nell | 10/15/2012 | | 0.50 | 55.00 | 1231.00 | |
| AUDIT | Audit | 202 Proofreading Audit stmts | Lane,Taylo | 10/11/2012 | | 0.75 | 82.50 | 1313.50 | |
| AUDIT | Audit | 202 Proofreading Audit stmts | Whims,Sara | 10/11/2012 | | 0.75 | 37.50 | 1351.00 | |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 10/10/2012 | pre to proof | 0.50 | 36.25 | 1387.25 | |
| AUDIT | Audit | 204 Audit stmnts & letters | Kim,Candic | 10/10/2012 | fs draft #4 | 0.40 | 29.00 | 1416.25 | |
| | | | | Audit Totals | 7.60 | 1416.25 | | |
| | | | | AUDIT Totals | 7.60 | 1416.25 | | |
| | | | | Tully's Coffee 401 (k) Savings Plan- Post Petition (0) | 7.60 | 1416.25 | | |