# EXHIBIT A



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

| | |
|---|---|
| INVOICE DATE | 12/27/12 |
| INVOICE NUMBER | 3640090 |
| | CJV |

Employer's Identification No. 93-0408771

0010100     TC GLOBAL, INC., DBA TULLY'S COFFEE
00018       SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 11/30/12**

| | |
|---|---:|
| Balance From Previous Statement | $0.00 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services (see attached for detail) | $4,001.00 |
| Disbursements and Other Charges | 214.47 |
| **TOTAL CURRENT AMOUNT DUE** | **4,215.47** |
| Total Outstanding Balance as of 12/27/12 | $4,215.47 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204

\\stoel.com\data\SRBill\E79EFB2E.doc



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

**0010100**  **TC GLOBAL, INC., DBA TULLY'S COFFEE**  INVOICE DATE  12/27/12
**00018**    **SECTION 327 COUNSEL**                 INVOICE NUMBER 3640090
                                                                    CJV

Employer's Identification No. 93-0408771

| CURRENT SERVICES THROUGH 11/30/12 | ATTY | HOURS |
|---|---|---|
| Emails re shareholder relations issue | CJV | .2 |
| Review and provide comments on IR materials/CEO script | CJV | .3 |
| Telephone call to counsel for company; draft notice insurance carrier re bankruptcy filing | SDP | 1.0 |
| Work on letter to insurance carrier; forward same to counsel | SDP | .6 |
| Review press release and provide comments | CJV | .2 |
| Respond to question on notice to insurance carrier | SDP | .1 |
| Draft 8-K; follow-up re shareholders meeting and shareholder communications | CJV | 1.4 |
| Work on 8-K issues | CJV | .7 |
| Review memo from insurance broker; research case law on various provisions; memo to client re discovery period and change of control provision | SDP | 1.5 |
| Email re press coverage of bankruptcy | CJV | .2 |
| Review materials received from bankruptcy court | CJV | .1 |
| Telephone conferences with Scott Pearson and executive committee members; draft FAQ re bankruptcy process; email to Scott Pearson re same | CJV | 1.5 |

**TOTAL CURRENT SERVICES** $4,001.00

| TIME RECAP | HOURS | RATE |
|---|---|---|
| STEVAN D. PHILLIPS (SDP) | 3.2 | 510 |
| CHRISTOPHER J. VOSS (CJV) | 4.6 | 515 |
| TIMEKEEPER TOTALS | 7.8 | |



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 12/27/12 |
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3640090 |
| | | | CJV |

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 11/30/12

| ITEM | AMOUNT |
|---|---:|
| Document Reproduction | 10.68 |
| Computerized Research - Lexis PHILLIPS, STEVEN | 203.79 |
| **TOTAL CURRENT CHARGES** | **$214.47** |

2

\\stoel.com\data\SRBill\E79EFB2E.doc



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197

*Telephone* **(206) 624-0900**

*Fax* **(206) 386-7500**

For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| | | | |
|---|---|---|---|
| TO: | TC GLOBAL, INC., DBA TULLY'S COFFEE<br>CATHY CAMPBELL, CFO<br>3100 AIRPORT WAY SOUTH<br>SEATTLE, WA 98121 | INVOICE DATE | 01/16/13 |
| | | INVOICE NUMBER | 3644137<br>CJV |

Employer's Identification No. 93-0408771

0010100     TC GLOBAL, INC., DBA TULLY'S COFFEE
00018       SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 12/31/12**

| | |
|---|---:|
| Balance From Previous Statement | $4,215.47 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services<br>(see attached for detail) | $5,594.50 |
| **TOTAL CURRENT AMOUNT DUE** | **5,594.50** |
| Total Outstanding Balance as of 01/16/13 | $9,809.97 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204

\\stoel.com\data\SRBill\A559943C.doc



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 01/16/13 |
|---|---|---|---|
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3644137 |
| | | | CJV |

Employer's Identification No. 93-0408771

| CURRENT SERVICES THROUGH 12/31/12 | ATTY | HOURS |
|---|---|---|
| Review and revise draft 8-K and email to Cathy Campbell re same | CJV | .2 |
| Review SEC correspondence and email re reporting obligations | CJV | 1.0 |
| Review Regulation S-X and email to Cathy Campbell re requirements for auditor review of interim financial statements | CJV | .2 |
| Follow-up with Cathy Campbell re 8-K filings of monthly financial statements | CJV | .2 |
| Email from/to Cathy Campbell re 8-K filing obligations | CJV | .3 |
| Work on 8-K | CJV | .1 |
| Work on 8-K | CJV | .9 |
| Emails re shareholder FAQ; review and revise draft 8-K | CJV | .4 |
| Email from/to Cathy Campbell re filing monthly financial reports; review precedents of other companies operating under Chapter 11 | CJV | .5 |
| Telephone conference with Cathy Campbell re monthly financial report; organize documents and explain project to word processing department | CJV | 1.0 |
| Review monthly financial report exhibit to 8-K and telephone call to Cathy Campbell re same | CJV | .2 |
| Emails from/to Cathy Campbell re shareholder inspection rights; review statute re same | CJV | .5 |
| Emails to/from Scott Pearson re letter from shareholder; draft response to same | CJV | 1.0 |
| Telephone conference with Cathy Campbell re shareholder demand to inspect share register | CJV | .3 |
| Attend board meeting; review statute and case law re shareholder inspection right/granting access to shareholder list and draft reporting note re same | CJV | 2.6 |
| Emails re delivery of shareholder list | CJV | .1 |
| Review correspondence from TC Global and letter from shareholder and response to same re notice to insurance carrier | SDP | .2 |
| Email from/to Cathy Campbell re request from private asset manager; office conference re same | CJV | .3 |
| Emails re disclosure of insurance coverage | CJV | .2 |
| Emails re disclosure of insurance coverage to shareholder | CJV | .2 |
| Emails re response to Brouillet letter | CJV | .1 |
| **TOTAL CURRENT SERVICES** | | **$5,594.50** |



ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

**0010100**  TC GLOBAL, INC., DBA TULLY'S COFFEE  INVOICE DATE  01/16/13
**00018**    SECTION 327 COUNSEL                 INVOICE NUMBER  3644137
                                                 CJV

Employer's Identification No. 93-0408771

| TIME RECAP | HOURS | RATE |
|---|---|---|
| STEVAN D. PHILLIPS (SDP) | .2 | 525 |
| CHRISTOPHER J. VOSS (CJV) | 2.9 | 515 |
| CHRISTOPHER J. VOSS (CJV) | 7.4 | 540 |
| TIMEKEEPER TOTALS | 10.5 | |



ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

INVOICE DATE 02/15/13

INVOICE NUMBER 3649599
CJV

Employer's Identification No. 93-0408771

0010100    TC GLOBAL, INC., DBA TULLY'S COFFEE
00018      SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 01/31/13**

| | |
|---|---:|
| Balance From Previous Statement | $9,809.97 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services (see attached for detail) | $1,725.00 |
| **TOTAL CURRENT AMOUNT DUE** | **1,725.00** |
| Total Outstanding Balance as of 02/15/13 | $11,534.97 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

**0010100**    **TC GLOBAL, INC., DBA TULLY'S COFFEE**        INVOICE DATE    02/15/13
**00018**        **SECTION 327 COUNSEL**                             INVOICE NUMBER    3649599
                                                                                                                 CJV

Employer's Identification No. 93-0408771

| CURRENT SERVICES THROUGH 01/31/13 | ATTY | HOURS |
|---|---|---|
| Attend Tully's bankruptcy hearing (NO CHARGE - 3.2 HOURS) | CJV | .0 |
| Review hearing transcript; email from/to Scott Pearson re shareholder issue | CJV | .6 |
| Follow-up with Scott Pearson re response to shareholder letter | CJV | .4 |
| Review letters from insurance carrier and forward comments to client re same | SDP | .2 |
| Telephone conference with Scott Pearson re shareholder communications strategy; office conference with Steve Phillips re insurance coverage issues | CJV | 1.0 |
| Attend board meeting; address issues relating to ongoing reporting obligations and shareholder communications issues | CJV | 1.0 |
| **TOTAL CURRENT SERVICES** | | **$1,725.00** |

| TIME RECAP | HOURS | RATE |
|---|---|---|
| STEVAN D. PHILLIPS (SDP) | .2 | 525 |
| CHRISTOPHER J. VOSS (CJV) | 3.0 | 540 |
| TIMEKEEPER TOTALS | 3.2 | |

1



ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

INVOICE DATE 03/12/13
INVOICE NUMBER 3653468
CJV

Employer's Identification No. 93-0408771

0010100     TC GLOBAL, INC., DBA TULLY'S COFFEE
00018        SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 02/28/13**

| | |
|---|---:|
| Balance From Previous Statement | $11,534.97 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services (see attached for detail) | $3,201.00 |
| Disbursements and Other Charges | 126.65 |
| **TOTAL CURRENT AMOUNT DUE** | **3,327.65** |
| Total Outstanding Balance as of 03/12/13 | $14,862.62 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204

\\stoel.com\data\SRBill\9D2407DD.doc



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 03/12/13 |
|---|---|---|---|
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3653468 |
| | | | CJV |

Employer's Identification No. 93-0408771

| **CURRENT SERVICES THROUGH 02/28/13** | **ATTY** | **HOURS** |
|---|---|---|
| Review guidance on 34 Act reporting obligations for issuers in bankruptcy proceedings | CJV | .3 |
| Review policy; conference call with client re possibility of insurance coverage and dealing with change of control provision in insurance policy | SDP | 1.8 |
| Consultations re proposed purchase of insurance and related issues; conference with CJ Voss re same and other issues for discussion with TCG officers in preparation for Board of Directors meeting | DBL | 1.2 |
| Telephone conference with Scott Pearson, Cathy Campbell and Steve Phillips re insurance coverage issues | CJV | 1.3 |
| Email from/to Scott Pearson re shareholder communications | CJV | .1 |
| Review email inquiry; check on relevant statutes; analyze with CJ Voss relevant corporate and UCC law regarding registering transfers of stock of company in bankruptcy | LJS | .3 |
| Email re transfer agent requirements; review corporate statute and office conference re same | CJV | .4 |
| Emails from and to and follow-up conference with CJ Voss re question whether TC Global requires bankruptcy court approval to discontinue transfer agent services | DBL | .2 |
| Email to Cathy Campbell re transfer agent services | CJV | .3 |
| **TOTAL CURRENT SERVICES** | | **$3,201.00** |

| **TIME RECAP** | **HOURS** | **RATE** |
|---|---|---|
| DAVID B. LEVANT (DBL) | 1.4 | 570 |
| STEVAN D. PHILLIPS (SDP) | 1.8 | 525 |
| L. JOHN STEVENSON (LJS) | .3 | 540 |
| CHRISTOPHER J. VOSS (CJV) | 2.4 | 540 |
| TIMEKEEPER TOTALS | 5.9 | |



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 03/12/13 |
|---|---|---|---|
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3653468 |
| | | | CJV |

Employer's Identification No. 93-0408771

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 02/28/13**

| ITEM | AMOUNT |
|---|---|
| Conference Calls | 4.16 |
| Document Reproduction | 14.40 |
| Computerized Research - Lexis PHILLIPS, STEVEN | 24.39 |
| Computerized Research - Lexis PHILLIPS, STEVEN | 29.10 |
| Computerized Research - Lexis PHILLIPS, STEVEN | 2.74 |
| Computerized Research - Lexis PHILLIPS, STEVEN | 29.09 |
| Computerized Research - Lexis PHILLIPS, STEVEN | 4.91 |
| Computerized Research - Lexis PHILLIPS, STEVEN | .86 |
| **TOTAL CURRENT CHARGES** | **$126.65** |

2

\\stoel.com\data\SRBill\9D2407DD.doc

Case 12-20253-MLB    Doc 699-1    Filed 04/23/13    Ent. 04/23/13 11:58:26    Pg. 12 of 14



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone***(206) 624-0900**
*Fax***(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

INVOICE DATE 04/19/13

INVOICE NUMBER 3661836
CJV

Employer's Identification No. 93-0408771

| | | |
|---|---|---|
| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | |
| 00018 | SECTION 327 COUNSEL | |

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 03/31/13**

| | |
|---|---|
| Balance From Previous Statement | $14,862.62 |
| Payment(s) Received | 0.00 |

Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services (see attached for detail) | $432.00 | |
| **TOTAL CURRENT AMOUNT DUE** | | **432.00** |
| Total Outstanding Balance as of **04/19/13** | | $15,294.62 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



ONE UNION SQUARE

600 UNIVERSITY STREET, SUITE 3600

SEATTLE, WA 98101-3197

*Telephone***(206) 624-0900**

*Fax***(206) 386-7500**

For Billing Inquiries 1-800-305-8453

Or Email Billing@stoel.com

**0010100**  TC GLOBAL, INC., DBA TULLY'S COFFEE  
**00018**  SECTION 327 COUNSEL

INVOICE DATE 04/19/13  
INVOICE NUMBER 3661836  
CJV

Employer's Identification No. 93-0408771

| CURRENT SERVICES THROUGH 03/31/13 | ATTY | HOURS |
|---|---|---|
| Email from/to Scott Pearson re shareholder communications | CJV | .1 |
| Emails from/to Scott Pearson re shareholder communication | CJV | .1 |
| Email from/to Scott Pearson re shareholder communications issue; review press article re delay in closing | CJV | .4 |
| Emails re investor relations matters | CJV | .1 |
| Emails re status conference | CJV | .1 |

**TOTAL CURRENT SERVICES** $432.00

| TIME RECAP | HOURS | RATE |
|---|---|---|
| CHRISTOPHER J. VOSS (CJV) | .8 | 540 |
| TIMEKEEPER TOTALS | .8 | |