CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number:   130491
File Number    TUL003.0168

Re:  <u>SPECIAL COUNSEL</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| | Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|---|
| * | 130491 | 09/12/13 | $20,504.85 | $0.00 | $20,504.85 | $ _____ |
| | | | | | $20,504.85 | $ _____ |

* - Current Bill

If you have already paid any portion of the total balance, we thank you.  If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____Check or money order payable to Carney Badley Spellman

_____Visa/MC No: _____Exp Date: _____ Amount to Charge: _____

Name on Account:_____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE,  WA 98134-2116

September 12, 2013
Bill Number:  130491
File Number    TUL003.0168

Re:   SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES


PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/20/13 | SSS | Review Master License Agreement for Singapore Kitchen Language Pte Ltd and analyze effects of expiration of the agreement.(1.2)  Draft detailed email re same.(0.3) | 1.50 Hrs | 275.00 /hr | $412.50 |
| 03/22/13 | SSS | Review license agreement with Kitchen Language to determine whether licensee has a requirement to give notice of its intent not to renew the agreement.(0.2)  Email summary re same. (0.1) | 0.30 Hrs | 275.00 /hr | $82.50 |
| 03/26/13 | CSP | Review re insurance tail issue (.4) | 0.40 Hrs | 360.00 /hr | $144.00 |
| 03/28/13 | SSS | Review correspondence from Kitchen Language re expiration of Master License Agreement.(0.3)  Draft response letter regarding rights and responsibilities upon expiration.(0.5) | 0.80 Hrs | 275.00 /hr | $220.00 |
| 03/29/13 | SSS | Review email correspondence re Art Display Agreement.(.2)  Draft revised Agreement providing for commission payable to Tully's upon consummation of sale of Artworks.(.7) | 0.90 Hrs | 275.00 /hr | $247.50 |
| 04/01/13 | JMK | Conference w/ P. Lamb re bankruptcy issues. | 0.10 Hrs | 350.00 /hr | $35.00 |
| 04/01/13 | PRL | Review email from S. Pearson re art display agreement (0.3). | 0.30 Hrs | 405.00 /hr | $121.50 |
| 04/02/13 | PRL | Review email from J. Cullen re access agreement (.1).  Review changes to access agreement (0.3). | 0.40 Hrs | 405.00 /hr | $162.00 |
| 04/03/13 | RJW | Review of correspondence from P. Lamb, including revised License Agreement from buyers regarding headquarters space.(0.1)  Preparation of comparison vs. earlier draft.(0.1)  Review of revisions.(0.1) | 0.30 Hrs | 335.00 /hr | $100.50 |

Page 1

Case 12-20253-MLB    Doc 877-1    Filed 10/01/13    Ent. 10/01/13 10:46:33    Pg. 2 of 30

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130491
File Number   TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/03/13 | PRL | Telephone call from R. Weber re review of limited access agreement (0.2). Review email from M. Farrell re access agreement (0.2). | 0.40 Hrs | 405.00 /hr | $162.00 |
| 04/04/13 | EKM | Employment: Telephone conference with C. Campbell regarding Holly Laik and successor liability for EEOC agreement. | 0.20 Hrs | 325.00 /hr | $65.00 |
| 04/04/13 | PRL | Telephone call from G. Bush (0.2). | 0.20 Hrs | 405.00 /hr | $81.00 |
| 04/05/13 | PRL | Telephone call from G. Bush (0.2) re prepping for closing. Review email from M. Farrell re updated closing lists (0.2). Review closing checklists (0.5). Work on closing deliveries package (0.3). | 1.20 Hrs | 405.00 /hr | $486.00 |
| 04/08/13 | KRM | Review of revised closing checklist and closing documents(.2). Attend meeting with P. Lamb and S. Schalla regarding closing and execution of signature pages (.3). Review of closing documents and prepare signature pages for execution(1.6). | 2.10 Hrs | 180.00 /hr | $378.00 |
| 04/08/13 | EKM | Employment. Legal research re successor liability in ADA cases and conciliation agreements with the EEOC. | 1.90 Hrs | 325.00 /hr | $617.50 |
| 04/08/13 | PRL | Conference with E. Maurer re successor liability for EEOC settlement (0.5). Review email from E. Maurer re same (0.3). Telephone conference with Tully's Board (1.0). | 1.80 Hrs | 405.00 /hr | $729.00 |
| 04/09/13 | EKM | Employment: Review cases. Conference with P. Lamb.(1.6) Advise C. Campbell in email regarding question of successor liability.(0.5) | 2.10 Hrs | 325.00 /hr | $682.50 |
| 04/09/13 | PRL | Review email from S. Pearson re lease issues (0.2). Review E. Maurer re successor liability issue (0.3). | 0.50 Hrs | 405.00 /hr | $202.50 |
| 04/11/13 | KRM | Finalize signature pages to closing documents (.4. ) Prepare signing list .(4) | 0.80 Hrs | 180.00 /hr | $144.00 |

# CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130491
File Number    TUL003.0168

## PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/15/13 | PRL | Preparation of letter re TCAPP (1.5).  Telephone call from J. Cullen and M. Avenatti (0.3).  Review email from S. Pearson re response letter (0.2).  Review emails from J. Cullen re TCAPP note (0.3).  Review email from M. Farrell re Boeing update (0.2).  Review revised letter re TCAPP note with J. Cullen changes (0.3) Preparation of email to S. Pearson re revised letter (0.3).  Review email from S. Pearson re same (0.2).  Review emails from M. Farrell (0.5).  Preparation of emails to J. Cullen (0.3).  Preparation of emails to Pearson (0.3). | 4.10 Hrs | 405.00 /hr | $1,660.50 |
| 04/16/13 | PRL | Review email from J. Day (0.2).  Review emails from M. Farrell re closing signatures, etc. (0.5). | 0.70 Hrs | 405.00 /hr | $283.50 |
| 04/16/13 | EKM | Employment:  Complete research on ERISA notice and disclosure obligations to individual employees. | 1.60 Hrs | 325.00 /hr | $520.00 |
| 04/17/13 | PRL | Telephone call from S. Pearson (0.3).  Telephone conference with S. Pearson and J. Day (0.5).  Review emails from S. Pearson (0.8).  Review updated funds flow memo (0.3).  Work on closing items (0.7). | 2.60 Hrs | 405.00 /hr | $1,053.00 |
| 04/17/13 | KRM | Review of signing list and closing documents.(.3) Add additional document and update signing list. (.5)  Email closing documents to P. Lamb.(.1) | 0.90 Hrs | 180.00 /hr | $162.00 |
| 04/18/13 | PRL | Telephone conference with S. Pearson (0.3).  Review emails from S. Pearson (0.5).  Preparation of emails to S. Pearson (0.3).   Work on closing items (0.5). | 1.80 Hrs | 405.00 /hr | $729.00 |
| 04/19/13 | PRL | Telephone conference with S. Pearson, J. Day and M. Farrell (1.0). | 1.00 Hrs | 405.00 /hr | $405.00 |
| 04/22/13 | PRL | Telephone conference with S. Pearson, J. Day and M. Farrell (0.5).  Work on signature page packets for closing (0.5). | 1.00 Hrs | 405.00 /hr | $405.00 |
| 04/23/13 | KRM | Review of email regarding missing closing documents and email to P. Lamb regarding same. (.6)  Email closing document for signature. (.2) | 0.80 Hrs | 180.00 /hr | $144.00 |

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130491
File Number   TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 04/23/13 | PRL | Telephone call from M. Farrell re closing signatures, etc. (0.3).  Review email from M. Farrell re closing questions (0.1).  Review closing questions (0.3).  Preparation of answers for M. Farrell (0.3).  Review email from J. Day (0.4).  Review emails from J. Cullen (0.5).  Preparation of emails to J. Cullen (0.5).  Review emails from J. Day and M. Farrell (0.4).  Work on closing items and conference with K. Madden re same (0.3).  Review emails from S. Pearson (0.5) | 3.60 Hrs | 405.00 /hr | $1,458.00 |
| 04/24/13 | PRL | Telephone call from M. Farrell re items on closing signatures list (0.3).  Review emails from M. Farrell, J. Day and S. Pearson (1.0).  Review emails from J. Cullen re TCAPP (1.0).  Preparation of emails to J. Cullen re same (1.0).  Review emails from M. Farrell (0.3). | 3.60 Hrs | 405.00 /hr | $1,458.00 |
| 04/24/13 | KRM | Review of minute books for completeness.(0.2) Email to P. Lamb regarding same.(0.2) | 0.40 Hrs | 180.00 /hr | $72.00 |
| 04/25/13 | PRL | Telephone call from J. Day (0.3).  Review emails from J. Day, M. Farrell, C. Tobin-Presser (1.0).  Review emails from S. Pearson (0.5).  Review emails re lease issue (1.0).  Review S. Schalla analysis re asset purchase agreement (0.3).  Preparation of emails to S. Pearson, M. Farrell and J. Day (1.0). | 4.10 Hrs | 405.00 /hr | $1,660.50 |
| 04/25/13 | SSS | Conference with Pat Lamb re various matters.(0.3) Review Asset Purchase Agreement.(1.8) | 2.10 Hrs | 275.00 /hr | $577.50 |
| 04/26/13 | RJW | Review of correspondence from P. Lamb, including drafts of Lease Agreement between Landlord and Global Baristas (.1).  Review of the letter and Lease Agreement (.3). Made revisions to the Lease Agreement (.3).  Correspondence to C. Tobin-Presser, including the revised documents (.1).  Review of correspondence from C. Tobin-Presser regarding reimbursement of rent to Global Baristas (.1).  Correspondence to C. Tobin-Presser regarding rent reimbursement (.1). | 1.00 Hrs | 335.00 /hr | $335.00 |

Case 12-20253-MLB   Doc 877-1   Filed 10/01/13   Ent. 10/01/13 10:46:33   Pg. 5 of 30

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130491
File Number    TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/26/13 | PRL | Telephone call from G. Bush (0.4). Telephone call from S. Pearson (0.3). Telephone call from C. Tobin-Presser (0.3). Telephone conference with client and BSK (0.5). Review emails from J. Day re Boeing (0.3). Review email from S. Pearson re Singapore (0.3). Review letter agreement re home office lease (0.3). Preparation of email to C. Evans re TCAPP (0.3). Review email from G. Bush (0.3). | 3.00 Hrs | 405.00 /hr | $1,215.00 |
| 04/26/13 | SSS | Review and analyze bankruptcy counsel's analysis of transfer of TCAP without consent. | 0.60 Hrs | 275.00 /hr | $165.00 |
| 04/26/13 | KRM | Review and process requested emails. | 1.60 Hrs | 180.00 /hr | $288.00 |
| 04/29/13 | PRL | Review time entries re B. Bush questions (1.0). Telephone conference with G. Bush re same (1.0). Telephone call from G. Bush (0.4). Telephone calls from S. Pearson (0.8). Review email from C. Evans (0.3). | 3.50 Hrs | 405.00 /hr | $1,417.50 |
| 04/29/13 | KRM | Review of email regarding requested items.(0.2) Search and produce requested emails.(0.9) | 1.10 Hrs | 180.00 /hr | $198.00 |
| 04/30/13 | PRL | Review emails from G. Bush, S. Pearson and M. Farrell (1.0). Telephone call from S. Pearson (0.5). | 1.50 Hrs | 405.00 /hr | $607.50 |
| 04/30/13 | KRM | Review and process requested emails. | 1.70 Hrs | 180.00 /hr | $306.00 |

TOTAL PROFESSIONAL SERVICES $20,193.00

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| SUSAN S. SCHALLA | 6.20 Hrs | 275.00 /hr | $1,705.00 |
| C. SCOTT PENNER | 0.40 Hrs | 360.00 /hr | $144.00 |
| ELIZABETH K. MAURER | 5.80 Hrs | 325.00 /hr | $1,885.00 |
| JASON M. KETTRICK | 0.10 Hrs | 350.00 /hr | $35.00 |
| KELLI R. MADDEN | 9.40 Hrs | 180.00 /hr | $1,692.00 |
| PATRICK R. LAMB | 35.30 Hrs | 405.00 /hr | $14,296.50 |
| ROBERT J. WEBER | 1.30 Hrs | 335.00 /hr | $435.50 |
| | 58.50 | | $20,193.00 |

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130491
File Number     TUL003.0168

DISBURSEMENTS

Through September 4, 2013

Computer Research
      Computer Research                            311.85

                TOTAL DISBURSEMENTS     $311.85

                 TOTAL THIS BILL     $20,504.85

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number:  130493
File Number   TUL003.0168

Re:  <u>SPECIAL COUNSEL</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 130491 | 09/12/2013 | $20,504.85 | $0.00 | $20,504.85 | $ _____ |
| * 130493 | 09/12/13 | $5,069.50 | $0.00 | $5,069.50 | $ _____ |
| | | | | $25,574.35 | $ _____ |

\* - Current Bill

If you have already paid any portion of the total balance, we thank you.  If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____Check or money order payable to Carney Badley Spellman

_____Visa/MC No: _____ Exp Date: _____ Amount to Charge: _____

Name on Account:_____

Signature: _____

Case 12-20253-MLB   Doc 877-1   Filed 10/01/13   Ent. 10/01/13 10:46:33   Pg. 8 of 30



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number: 130493
File Number    TUL003.0168

Re:   SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 05/01/13 | KRM | Finalize review of emails and prepare documents for delivery to Bush Strout. | 1.80 Hrs | 180.00 /hr | $324.00 |
| 05/01/13 | PRL | Review emails from G. Bush re response to Foster document request (0.3). Work on same (1.1). Po email to J. Cullen re same (0.1). | 1.50 Hrs | 405.00 /hr | $607.50 |
| 05/02/13 | KRM | Prepare emails for delivery to Bush Strout. | 0.20 Hrs | 180.00 /hr | $36.00 |
| 05/06/13 | PRL | Telephone call from S. Pearson and C. Campbell (0.5). Review email from J. Cullen re questions re TCAPP note (0.2). Preparation of email to C. Campbell re same (0.5). Telephone call to C. Campbell re same. (0.5). Preparation of email to J. Cullen re same (0.3). | 2.00 Hrs | 405.00 /hr | $810.00 |
| 05/07/13 | PRL | Review email from J. Cullen re additions to TCAPP letter (0.1). Preparation of email to J. Cullen re same (0.1). | 0.20 Hrs | 405.00 /hr | $81.00 |
| 05/13/13 | SSS | Review loan from TCAPP to AFCM, along with subsequent amendments.(0.2) Revise letter agreement with AFCM to better describe who the payor and payee are in the Promissory Note.(0.7) | 0.90 Hrs | 275.00 /hr | $247.50 |
| 05/13/13 | PRL | Work on final closing documents signature list.(0.4) Review email from J. Cullen re same.(0.3) Preparation of emails to J. Cullen.(0.3) | 1.00 Hrs | 405.00 /hr | $405.00 |
| 05/14/13 | KRM | Revise signature pages with current date and prepare signature package. | 0.70 Hrs | 180.00 /hr | $126.00 |
| 05/15/13 | PRL | Conference with S. Schalla and K. Madden re financing list of closing items (1.5). Review email from J. Cullen (0.2). Review emails from G. Bush and S. Pearson re closing signature list (0.3) | 2.00 Hrs | 405.00 /hr | $810.00 |

Page 1

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number: 130493
File Number TUL003.0168

## PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 05/15/13 | KRM | Review of latest closing checklist.(.2) Conference with P. Lamb and S. Schalla to review signature pages.(.3) Update signature pages and signing list and email to P. Lamb.(.9) | 1.40 Hrs | 180.00 /hr | $252.00 |
| 05/15/13 | SSS | Meeting with Pat Lamb and Kelli Madden.(0.4) Review Asset Purchase Agreement closing conditions and ensure we have all required documents and signature pages.(0.8) | 1.20 Hrs | 275.00 /hr | $330.00 |
| 05/17/13 | PRL | Finalize closing items lists and preparation of email to J. Cullen re same. | 1.00 Hrs | 405.00 /hr | $405.00 |
| 05/20/13 | PRL | Review email from J. Cullen re closing documents (0.1). | 0.10 Hrs | 405.00 /hr | $40.50 |
| 05/20/13 | KRM | Prepare full documents and signature pages for delivery. | 0.90 Hrs | 180.00 /hr | $162.00 |
| 05/29/13 | PRL | Review emails from C. Campbell re status of Irvine company matter (0.5). Review files re same (0.5). Preparation of email to C. Campbell re same (0.2). | 1.00 Hrs | 405.00 /hr | $405.00 |
| | | TOTAL PROFESSIONAL SERVICES | | | $5,041.50 |

## PROFESSIONAL SERVICES

| | Time | Rate | Value |
|---|------|------|-------|
| SUSAN S. SCHALLA | 2.10 Hrs | 275.00 /hr | $577.50 |
| KELLI R. MADDEN | 5.00 Hrs | 180.00 /hr | $900.00 |
| PATRICK R. LAMB | 8.80 Hrs | 405.00 /hr | $3,564.00 |
| | 15.90 | | $5,041.50 |

## DISBURSEMENTS

Through September 4, 2013

Legal Messenger
Legal Messenger                                           28.00

TOTAL DISBURSEMENTS          $28.00

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130493
File Number   TUL003.0168

| TOTAL THIS BILL | $5,069.50 |
|---|---|

# CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number:   130494
File Number   TUL003.0168

Re:  SPECIAL COUNSEL

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 130491 | 09/12/2013 | $20,504.85 | $0.00 | $20,504.85 | $ _____ |
| 130493 | 09/12/2013 | $5,069.50 | $0.00 | $5,069.50 | $ _____ |
| * 130494 | 09/12/13 | $23,274.97 | $0.00 | $23,274.97 | $ _____ |
| | | | | $48,849.32 | $ _____ |

* - Current Bill

If you have already paid any portion of the total balance, we thank you.  If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____Check or money order payable to Carney Badley Spellman

_____Visa/MC No: _____ Exp Date: _____ Amount to Charge: _____

Name on Account:_____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number:   130494
File Number   TUL003.0168

Re:   SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 06/03/13 | PRL | Review emails from G. Bush re signature pages for closing documents (0.3). Review email from J. Cullen (0.2). Preparation of email to J. Cullen (0.2). Preparation of email to G. Bush (0.2). | 0.90 Hrs | 405.00 /hr | $364.50 |
| 06/04/13 | PRL | Tully's Board of Directors' call (1.0). | 1.00 Hrs | 405.00 /hr | $405.00 |
| 06/05/13 | PRL | Telephone call from S. Pearson (0.5). Review email from G. Bush re lease assignment form (0.1). Review form (0.5). | 1.10 Hrs | 405.00 /hr | $445.50 |
| 06/07/13 | RJW | Review of proposed Assignment of the Lease on 45th in Seattle, WA. | 0.40 Hrs | 335.00 /hr | $134.00 |
| 06/07/13 | PRL | Review issues re form of lease assignment (0.5). Preparation of email to G. Bush re same (0.1). Review email from G. Bush re same (0.1). | 0.70 Hrs | 405.00 /hr | $283.50 |
| 06/10/13 | PRL | Review emails from J. Cullen (0.2). Preparation of emails to J. Cullen (0.2). | 0.40 Hrs | 405.00 /hr | $162.00 |
| 06/11/13 | PRL | Review email from J. Cullen (0.1). Preparation of email to C. Evans (0.2). Review email from C. Evans (0.1). | 0.40 Hrs | 405.00 /hr | $162.00 |
| 06/12/13 | PRL | Review email from C. Evans (0.1). Review revised TCAPP letter (0.3). Preparation of email to J. Cullen (0.1). Review draft closing checklist (0.5). Review email from C. Campbell (0.1). Review email from A. Schwabe (0.1). Review email from J. Cullen (0.2). Preparation of email to J. Cullen (0.2). Preparation of emails to J. Cullen and C. Evans (0.3). | 1.90 Hrs | 405.00 /hr | $769.50 |

Page 1

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130494
File Number   TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 06/13/13 | PRL | Telephone conference with J. Cullen and C. Evans (0.3). Revision of TCAPP letter (0.4). Preparation of email to J. Cullen and C. Evans re same (0.2). Review email from S. Pearson (0.1). Review emails from J. Cullen and C. Evans approving final TCAPP letter (0.3). Review email from C. Campbell and review letter from D&O carrier (0.4). | 1.70 Hrs | 405.00 /hr | $688.50 |
| 06/17/13 | PRL | Review emails from S. Pearson (0.1). Review emails from A. Shwab (0.2). Review email from C. Evans (0.1). Preparation of email to C. Evans (0.1). Review email from G. Bush (0.1). Review signed TCAPP letter (0.1). Review closing checklist (0.5). Finalize signature pages for execution (0.3). Review email from A. Shwab re closing checklist (0.2). Preparation of emails to J. Cullen, C. Evans and A. Shwab (0.3). | 2.00 Hrs | 405.00 /hr | $810.00 |
| 06/17/13 | KRM | Review of signing list and prepare signature pages. | 1.20 Hrs | 180.00 /hr | $216.00 |
| 06/18/13 | PRL | Telephone call from G. Bush (0.2). Telephone calls from A. Shwab (0.3). Review email from G. Bush (0.1). Review employee termination letter (0.3). Review updated closing checklist (0.3). Review email from A. Shwab (0.1). Work on open closing items (0.5). Review emails from A. Shwab re Farnam and DPI (0.4). | 2.20 Hrs | 405.00 /hr | $891.00 |
| 06/18/13 | SSS | Review buyer's and seller's versions of closing checklists for consistency.(0.2) Identify items outstanding in preparation for closing.(0.4) | 0.60 Hrs | 275.00 /hr | $165.00 |
| 06/18/13 | KRM | Review of closing list from Foster Pepper and prepare signing list. | 1.20 Hrs | 180.00 /hr | $216.00 |
| 06/19/13 | KRM | Prepare and organize signature pages and closing documents for execution. | 3.00 Hrs | 180.00 /hr | $540.00 |

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130494
File Number   TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 06/19/13 | PRL | Review email from G. Bush (0.1). Work on preparing and finalizing documents for signing (0.5). Review email from A. Shwab (0.1). Review updated closing checklist (0.3). Review emails from A. Shwab and S. Pearson re same. (0.5). Preparation of to A. Shwab re same (0.2). Review email email from G. Bush re escrow letter (0.1). Review escrow letter (0.2). Review emails from S. Pearson and A. Shwab re signing, etc. (0.4). Preparation of emails to G. Bush, A. Shwab, S. Pearson re closing items (0.5). | 2.90 Hrs | 405.00 /hr | $1,174.50 |
| 06/19/13 | SSS | Review closing checklist.(0.2) Review draft Escrow Agreement and analyze whether it responds to closing requirements in Asset Purchase Agreement.(0.3) | 0.50 Hrs | 275.00 /hr | $137.50 |
| 06/20/13 | PRL | Prepare for signing meeting with S. Pearson (0.5). Meeting with S. Pearson (1.0). Telephone conference with S. Pearson, G. Bush and S. Anderson (0.3). Telephone call from A. Shwab (0.2). Tully's Board call (1.0). Review emails from J. Cullen (0.3). Review emails from A. Shwab (0.3). | 3.60 Hrs | 405.00 /hr | $1,458.00 |
| 06/20/13 | KRM | Prepare the signature page packages for execution and attend signing with Mr. Pearson. (1.0) Verify documents have been executed. (.2) | 1.20 Hrs | 180.00 /hr | $216.00 |
| 06/21/13 | KRM | Prepare original signature pages for delivery to Mr. Bush.(9) Prepare vehicle bill of sale and email to P. Lamb. (.3) | 1.20 Hrs | 180.00 /hr | $216.00 |
| 06/21/13 | PRL | Telephone call from S. Pearson re vehicle titles (0.2). Telephone call from G. Bush (0.1). Telephone call to G. Bush re document delivery and vehicle titles (0.2). Telephone calls from G. Bush and A. Shwab (0.3). Telephone call from S. Pearson (0.2). Preparation of email to S. Phillips (0.4). Review emails from A. Shwab and C. Campbell re vehicle titles (0.5). Preparation of emails to A. Shwab and C. Campbell re same (0.3). Review email from S. Pearson (0.1). | 2.30 Hrs | 405.00 /hr | $931.50 |

Page 3

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130494
File Number    TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 06/24/13 | KRM | Email communications regarding signature pages. | 0.40 Hrs | 180.00 /hr | $72.00 |
| 06/24/13 | PRL | Telephone call from G. Bush (0.2). Telephone call from S. Pearson (0.2). Review email from J. Cullen (0.2). Review emails from J. Cullen (0.2). Review emails from J. Cullen (0.2). Review email from J. Cullen re closing document issues (0.5). Review issues re various documents (1.0). Review emails from G. Bush, S. Pearson and C. Campbell re same (1.0). Review J. Cullen email re vehicle titles (0.1). Review email from S. Phillips re D&O (0.3). Review emails re timing of delivery of original TCAPP letter (0.5). Revision of closing documents (0.5). | 4.90 Hrs | 405.00 /hr | $1,984.50 |
| 06/24/13 | SSS | Revise closing documents to final form per correspondence with J. Cullen.(0.9)  Confer with P. Lamb and K. Madden.(0.3) | 1.20 Hrs | 275.00 /hr | $330.00 |
| 06/25/13 | KRM | Prepare minute books for delivery.(.3)  Conference with P. Lamb and Ms. Campbell regarding signature pages (.3)  Prepare signing list and additional documents for signature. (3.30) | 3.90 Hrs | 180.00 /hr | $702.00 |
| 06/25/13 | PRL | Telephone calls from G. Bush (0.4). Review email from H. Shea. (0.1). Review emails from S. Anderson, C. Campbell and S. Pearson re closing (0.5). Preparation of email to J. Cullen re revised documents (0.3). Review email from J. Cullen re same (0.2). Review email from J. Cullen re assignment of contract (0.2). Review assignment (0.3). Preparation of emails to coordinate document signing (0.4). Review email from J. Cullen re waiver and release (0.2). Review revised waiver (0.3). Preparation of email to J. Cullen re same (0.1). Review email from C. Campbell (0.1). Review emails re closing documents (1.0). Review vehicle title emails (0.3). Work on closing documents (1.0). | 5.40 Hrs | 405.00 /hr | $2,187.00 |
| 06/25/13 | SSS | Discuss closing requirements with P. Lamb and K. Madden.(0.2)  Review board consent to Asset Purchase Agreement to determine whether additional consent is needed.(0.1) | 0.30 Hrs | 275.00 /hr | $82.50 |

Page 4

Case 12-20253-MLB    Doc 877-1    Filed 10/01/13    Ent. 10/01/13 10:46:33    Pg. 16 of 30

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130494
File Number    TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 06/26/13 | PRL | Telephone call from S. Pearson (0.5). Telephone call to S. Pearson (0.3). Review email from H. Suga (0.2). Review email from M. Avenatti (0.2). Review revised release (0.3). Coordinate delivery of documents (0.5). Review emails from J. Cullen (0.4). Review emails from S. Pearson (0.5). Review emails re funds escrow issues (0.5). Review emails re waiver from C. Campbell (0.3). Preparation of emails re same (0.3). Review emails re closing documents (0.5). Review emails from D&O insurance renewal (0.3). Review emails from J. Cullen, G. Bush and S. Pearson (0.8). | 5.60 Hrs | 405.00 /hr | $2,268.00 |
| 06/26/13 | KRM | Review of executed signature pages and prepare for delivery to Mr. Cullen.(.7) | 0.70 Hrs | 180.00 /hr | $126.00 |
| 06/26/13 | SSS | Review Asset Purchase Agreement regarding accumulated employee severance benefits and whether Buyer will assume those obligations. | 0.30 Hrs | 275.00 /hr | $82.50 |
| 06/27/13 | PRL | Review email from J. Cullen (0.2). Review emails re closing (0.4). Telephone call from S. Pearson (0.5). Review email from J. Cullen re closing checklist (0.3). Review closing checklist (0.5). Review emails re Nissan vehicle (0.5). Review bill of sale (0.3). Work on delivering final documents (0.5). Review emails re employee questions (1.0). Preparation of emails re employee questions (1.0). | 5.20 Hrs | 405.00 /hr | $2,106.00 |
| 06/27/13 | KRM | Prepare bill of sale for 2012 Nissan truck.(.3) Prepare documents for delivery to Mr. Cullen. (.2) | 0.50 Hrs | 180.00 /hr | $90.00 |

# CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130494
File Number    TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 06/28/13 | PRL | Telephone call from G. Bush (.2).  Review emails from S. Pearson, S. Anderson and G. Bush re: severance questions (1.0).  Review severance issue and company severance policy (1.0). Telephone call from G. Bush re: same (.3). Conference with L. Luke (.3).  Review L. Luke analysis (.5).  Review additional emails from G. Bush and S. Pearson (.5).  Preparation of email to S. Pearson (.3).  Work on communications to employees re: same (.5).  Telephone call from S. Peason to discuss (.4).  Telephone call from S. Pearson re: closing issues (.4).  Review emails re: Liberty cancellation (.5). | 5.90 Hrs | 405.00 /hr | $2,389.50 |
| 06/28/13 | KRM | Email communications with P. Lamb regarding turning over minute books and registered agent service. (.1) Prepare minute book receipts and prepare documents for delivery.  (.3) | 0.40 Hrs | 180.00 /hr | $72.00 |
| 06/28/13 | LJL | Review correspondence received from counsel re severance pay policy issue (0.1); Review Severance Pay Policy (0.3); Correspondence to counsel (0.2); Conference with counsel (0.1); Review correspondence received from counsel and client (0.2); Prepare draft language regarding inquiries about Severance Pay Policy and recommendations regarding responses to inquiries (0.3). | 1.20 Hrs | 325.00 /hr | $390.00 |

TOTAL PROFESSIONAL SERVICES $23,268.00

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| LUCINDA J. LUKE | 1.20 Hrs | 325.00 /hr | $390.00 |
| SUSAN S. SCHALLA | 2.90 Hrs | 275.00 /hr | $797.50 |
| KELLI R. MADDEN | 13.70 Hrs | 180.00 /hr | $2,466.00 |
| PATRICK R. LAMB | 48.10 Hrs | 405.00 /hr | $19,480.50 |
| ROBERT J. WEBER | 0.40 Hrs | 335.00 /hr | $134.00 |
| | 66.30 | | $23,268.00 |

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130494
File Number    TUL003.0168

DISBURSEMENTS

Through September 4, 2013

Postage

| | | |
|---|---|---|
| Postage | | 6.97 |
| TOTAL DISBURSEMENTS | | $6.97 |
| TOTAL THIS BILL | | $23,274.97 |

Case 12-20253-MLB    Doc 877-1    Filed 10/01/13    Ent. 10/01/13 10:46:33    Pg. 19 of 30

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE,  WA  98134-2116

September 12, 2013
Bill Number:   130495
File Number    TUL003.0168

Re:  <u>SPECIAL COUNSEL</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 130491 | 09/12/2013 | $20,504.85 | $0.00 | $20,504.85 | $ _____ |
| 130493 | 09/12/2013 | $5,069.50 | $0.00 | $5,069.50 | $ _____ |
| 130494 | 09/12/2013 | $23,274.97 | $0.00 | $23,274.97 | $ _____ |
| * 130495 | 09/12/13 | $14,999.50 | $0.00 | $14,999.50 | $ _____ |
| | | | | $63,848.82 | $ _____ |

\* - Current Bill

If you have already paid any portion of the total balance, we thank you.  If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____Check or money order payable to Carney Badley Spellman

_____Visa/MC No: _____ Exp Date: _____ Amount to Charge: _____

Name on Account:_____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number: 130495
File Number    TUL003.0168

Re:  SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 07/01/13 | PRL | Review email from J. Cullen (0.1). Check status of TCAPP letter (0.2). Preparation of email to J. Cullen re status (0.1). Preparation of email to G. Bush (0.1). Review status of closing (0.2). Preparation of emails to G. Bush (0.3). Telephone call from B. Bush re C. Campbell (0.3). | 1.30 Hrs | 405.00 /hr | $526.50 |
| 07/02/13 | PRL | Review email from S. Anderson (0.2). Review draft letter to shareholders (0.5). | 0.70 Hrs | 405.00 /hr | $283.50 |
| 07/03/13 | SSS | Review minutes and board consents for discussions of deferment of 2012 bonuses, setting 2013 bonuses aside, and reimbursement of legal expenses incurred by officers. | 0.30 Hrs | 275.00 /hr | $82.50 |
| 07/03/13 | PRL | Review email from G. Bush (0.3). Review Farnam attachment (0.2). Review email from A. Schwab re Board documents re various issues (0.3). Review Board documents re same (0.5). Review emails re shareholder letters (0.3). Review emails from S. Pearson re questions about Singapore termination (0.3). Preparation of email to A. Shwab re Board documents (0.3). Preparation of email to C. Campbell re need for Singapore response (0.3). Review email from S. Pearson re same (0.1). Review email re need for C. Campbell consulting agreement (0.3). Preparation of emails to S. Anderson re Board issues (0.3). Review emails from S. Anderson re same (0.3). | 3.50 Hrs | 405.00 /hr | $1,417.50 |

Case 12-20253-MLB    Doc 877-1    Filed 10/01/13    Ent. 10/01/13 10:46:33    Pg. 21 of 30

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130495
File Number  TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 07/08/13 | PRL | Review emails from S. Anderson re Board issues (0.5).  Preparation of email to S. Anderson re same (0.3).  Review C. Campbell agreement (0.5).  Preparation of email re same (0.2).  Review email from S. Anderson re Board issues (0.2)  Review email from C. Campbell (0.2). | 1.90 Hrs | 405.00 /hr | $769.50 |
| 07/08/13 | SSS | Draft Consultant Agreement in which Cathy Campbell will be authorized to take certain action on behalf of the company.(1.2)  Draft related unanimous board consent approving the Consultant Agreement.(0.5) | 1.70 Hrs | 275.00 /hr | $467.50 |
| 07/09/13 | PRL | Review email from S. Anderson and J. Hendrickson (0.5).  Review emails from G. Bush (0.1).  Review draft exhibit to C. Campbell agreement (0.3).  Review S. Anderson changes to Board consents (0.3).  Review emails re same from S. Anderson and J. Hendrickson (0.3).  Review emails from C. Campbell re various issues (0.3).  Review emails from J. Hendrickson and G. Bush re same (0.5).  Preparation of emails to C. Campbell, S. Anderson and G. Bush (0.5). | 2.80 Hrs | 405.00 /hr | $1,134.00 |
| 07/09/13 | SSS | Revise draft board of directors consent regarding Consultant Agreement with Cathy Campbell, to reflect directors' comments. | 0.20 Hrs | 275.00 /hr | $55.00 |
| 07/10/13 | PRL | Review emails from S. Anderson and J. Hendrickson re Board consents (0.3).  Review emails from C. Campbell and G. Bush re secondary signeds (0.3).  Review draft Board consent (0.3).  Preparation of email re same (0.2). | 1.10 Hrs | 405.00 /hr | $445.50 |
| 07/10/13 | SSS | Draft corporate resolutions authorizing Jan Hendrickson to be additional check signer, and raising amount requiring two signers to $5000. | 0.50 Hrs | 275.00 /hr | $137.50 |

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number: 130495
File Number TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 07/11/13 | PRL | Review email from J. Hendrickson (0.2). Review emails from C. Campbell (0.3). Review email from S. Anderson re employee severance (0.5). Review documents related to same (1.0). Review email from G. Bush (0.3). Review email from C. Campbell (0.2). Preparation of emails to C. Campbell (0.3). Preparation of emails to G. Bush re severance (0.2). | 3.00 Hrs | 405.00 /hr | $1,215.00 |
| 07/12/13 | PRL | Finalize consulting agreement for C. Campbell (0.5). Review email from J. Hendrickson (0.2). Review email from C. Campbell (0.2). Review emails from S. Anderson re severance issues (0.5). Review emails from C. Campbell and S. Anderson re various matters (0.5). | 1.90 Hrs | 405.00 /hr | $769.50 |
| 07/15/13 | PRL | Telephone conference with S. Anderson, J. Hendrickson and G. Bush (1.0). Telephone call from G. Bush (0.4). Review emails from G. Bush (0.5). Review S. Pearson claim (0.5). Review S. Pearson attorney letter (0.5). Preparation of emails re employment/severance issues (1.0). Review email from J. Cullen re Tully's International (0.2). Review files re same (0.5). Preparation of email to J. Cullen (0.2). | 4.80 Hrs | 405.00 /hr | $1,944.00 |
| 07/15/13 | LJL | Review correspondence received regarding severance pay issue. | 1.00 Hrs | 325.00 /hr | $325.00 |
| 07/16/13 | PRL | Telephone call from C. Campbell (0.3). Review email from G. Bush (0.1). Review B. Leaverton letter (0.5). Review emails re same from G. Bush and J. Hendrickson (0.5). | 1.40 Hrs | 405.00 /hr | $567.00 |
| 07/16/13 | KRM | Review of corporate files for Tully's Coffee International.(.2) Email documents to P. Lamb.(.1) | 0.30 Hrs | 180.00 /hr | $54.00 |
| 07/17/13 | PRL | Review emails re severance issues (0.7). | 0.70 Hrs | 405.00 /hr | $283.50 |

| CARNEY |
|---|
| BADLEY |
| SPELLMAN |

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number: 130495
File Number TUL003.0168

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 07/18/13 | PRL | Telephone calls from G. Bush and A. Schwab (0.5). Telephone conference with G. Bush and S. Anderson (1.0). Review email from A. Schwab (0.2). Review need for new Board consent (0.3). Review Board consent (0.5). Preparation of email re same (0.2). Review emails from S. Anderson (0.3). Review severance issues with L. Luke (0.5). | 3.50 Hrs | 405.00 /hr | $1,417.50 |
| 07/18/13 | SSS | Draft board resolutions authorizing signor for plan of liquidation and disclosure statement, check signing, accountants' access to bank accounts, and post-closing adjustment analysis. | 0.80 Hrs | 275.00 /hr | $220.00 |
| 07/18/13 | LJL | Conference with counsel (.20); review correspondence received from counsel (.20); review handbook (.20); telephone conference with counsel (1.0) | 1.60 Hrs | 325.00 /hr | $520.00 |
| 07/19/13 | LJL | Review correspondence received from counsel (.30); review Severance Pay Policy received by counsel (.20); correspondence to counsel (.60). | 1.10 Hrs | 325.00 /hr | $357.50 |
| 07/19/13 | PRL | Review emails from S. Anderson (0.4). Review emails from J. Hendrickson (0.4). Review emails from G. Bush (0.5). Review emails from L. Luke re severance (0.5). Review emails re severance policy (0.5). | 2.30 Hrs | 405.00 /hr | $931.50 |
| 07/22/13 | PRL | Review emails from J. Hendrickson and A. Shwab re Board authority (0.5). Review emails re executed Board consent (0.3). | 0.80 Hrs | 405.00 /hr | $324.00 |
| 07/23/13 | PRL | Review emails from S. Anderson, S. Loeb and J. Hendrickson (0.3). | 0.30 Hrs | 405.00 /hr | $121.50 |
| 07/23/13 | KRM | Review and process signature pages for consents. | 0.20 Hrs | 180.00 /hr | $36.00 |
| 07/25/13 | KRM | Review of executed signature pages and prepare fully executed consent of Board of Directors.(0.5) Email to P. Lamb and update minute book records and corporate database.(0.2) | 0.70 Hrs | 180.00 /hr | $126.00 |
| 07/29/13 | PRL | Review emails re S. Pearson settlement (0.7). | 0.70 Hrs | 405.00 /hr | $283.50 |

TOTAL PROFESSIONAL SERVICES $14,814.50

Case 12-20253-MLB    Doc 877-1    Filed 10/01/13    Ent. 10/01/13 10:46:33    Pg. 24 of 30

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130495
File Number    TUL003.0168

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| LUCINDA J. LUKE | 3.70 Hrs | 325.00 /hr | $1,202.50 |
| SUSAN S. SCHALLA | 3.50 Hrs | 275.00 /hr | $962.50 |
| KELLI R. MADDEN | 1.20 Hrs | 180.00 /hr | $216.00 |
| PATRICK R. LAMB | 30.70 Hrs | 405.00 /hr | $12,433.50 |
| | 39.10 | | $14,814.50 |

## DISBURSEMENTS

Through September 4, 2013

Legal Messenger
    Legal Messenger                                                   185.00

TOTAL DISBURSEMENTS          $185.00

TOTAL THIS BILL          $14,999.50

## CARNEY
## BADLEY
## SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number: 130496
File Number TUL003.0168

Re: <u>SPECIAL COUNSEL</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 130491 | 09/12/2013 | $20,504.85 | $0.00 | $20,504.85 | $ _____ |
| 130493 | 09/12/2013 | $5,069.50 | $0.00 | $5,069.50 | $ _____ |
| 130494 | 09/12/2013 | $23,274.97 | $0.00 | $23,274.97 | $ _____ |
| 130495 | 09/12/2013 | $14,999.50 | $0.00 | $14,999.50 | $ _____ |
| * 130496 | 09/12/13 | $7,167.00 | $0.00 | $7,167.00 | $ _____ |
| | | | | $71,015.82 | $ _____ |

* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____Check or money order payable to Carney Badley Spellman

_____Visa/MC No: _____Exp Date: _____ Amount to Charge: _____

Name on Account:_____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION
3100 AIRPORT WAY S
SEATTLE, WA 98134-2116

September 12, 2013
Bill Number: 130496
File Number    TUL003.0168

Re:   SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/07/13 | PRL | Telephone call from A. Schwab (.2). | 0.20 Hrs | 405.00 /hr | $81.00 |
| 08/08/13 | PRL | Read email from J. Hendrickson regarding Board of Directors consent (.2).  Preparation of email to J. Hendrickson regarding same (.3).  Read email from J. Hendrickson (.2).  Read additional email from J. Hendrickson regarding Campbell consent (.2). Read emails from G. Bush regarding same (.3). Preparation of Board of Director consent regarding signing authority (.3).  Preparation of email to J. Hendrickson regarding same (.2). Preparation of emails to C. Campbell, J. Hendrickson and G. Bush (.5). | 2.20 Hrs | 405.00 /hr | $891.00 |
| 08/08/13 | KRM | Review of status of signature pages of corporate consents and email communications with P. Lamb regarding same. | 0.30 Hrs | 180.00 /hr | $54.00 |
| 08/08/13 | SSS | Draft unanimous written board consent authorizing Cathy Campbell to sign all documents relating to the Asset Purchase Agreement on behalf of Tully's. | 0.40 Hrs | 275.00 /hr | $110.00 |
| 08/09/13 | PRL | Read email from J. Hendrickson (.2).  Preparation of email to J. Hendrickson regarding S. Pearson settlement (.3).  Email from J. Hendrickson regarding same (.3).  Preparation of email to J. Hendrickson regarding status of outstanding signatures (.3). | 1.10 Hrs | 405.00 /hr | $445.50 |
| 08/09/13 | KRM | Review of Board of Director consents and determine missing signature pages.(1.0)  Email to P. Lamb regarding status.(0.1) | 1.10 Hrs | 180.00 /hr | $198.00 |

Page 1

# CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130496
File Number   TUL003.0168

## PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/12/13 | PRL | Read email from A. Schwab (.2).  Work on separation/release agreement for S. Pearson (.5).  Preparation of Board of Director Consent regarding same (.3). | 1.00 Hrs | 405.00 /hr | $405.00 |
| 08/13/13 | PRL | Read email from J. Hendrickson (.2).  Read emails from G. Bush (.2). Preparation of email to J. Hendrickson (.2).  Work on S. Pearson agreement (.5).  Read emails from J. Hendrickson, C. Campbell and G. Bush regarding C. Campbell authority and Board of Director consent regarding same (.5).  Preparation of emails to A. Schwab regarding same (.2). | 1.80 Hrs | 405.00 /hr | $729.00 |
| 08/14/13 | KRM | Review of email communications regarding preparing Board of Directors consent Mr. Pearson's resignation and settlement agreement. | 1.70 Hrs | 180.00 /hr | $306.00 |
| 08/15/13 | PRL | Read S. Pearson agreement (.5). | 0.50 Hrs | 405.00 /hr | $202.50 |
| 08/15/13 | LJL | Prepare draft Separation Agreement and General Release | 4.50 Hrs | 325.00 /hr | $1,462.50 |
| 08/16/13 | KRM | Update minute book receipt and prepare minute books for delivery to Mr. Cullen at Foster Pepper. Research registered agent services in Nevada and Washington.(0.7) Email communications with P. Lamb regarding change of registered agent service.(0.1) Update corporate database.(0.4) Revise Board of Director consent regarding resignation of Scott Pearson and election of officers.  Email consent to P. Lamb.(0.1) | 1.30 Hrs | 180.00 /hr | $234.00 |
| 08/19/13 | PRL | Preparation of email regarding outstanding Board of Director consent signatures (.3). | 0.30 Hrs | 405.00 /hr | $121.50 |
| 08/19/13 | KRM | Review and process executed minute book receipt. | 0.20 Hrs | 180.00 /hr | $36.00 |
| 08/20/13 | KRM | Review and process signature page to Board of Directors consent.(0.2)  Email to P. Lamb outstanding consents in need of execution.(0.1) | 0.30 Hrs | 180.00 /hr | $54.00 |

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:   130496
File Number   TUL003.0168

## PROFESSIONAL SERVICES

Thru September 04, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 08/22/13 | PRL | Read email from C. Campbell regarding TCAP payments (.3). Read files regarding UCC payment question (.5). Preparation of email to C. Campbell regarding same (.3). Read emails from J. Hendrickson regarding status of S. Pearson documentation (.5). Preparation of email to J. Hendrickson regarding same (.3). Revision of Board of Director consent regarding same (.5). Preparation of email to J. Hendrickson (.2). Read emails from G. Bush and A. Schwab regarding S. Pearson (.3). Preparation of emails to J. Hendrickson regarding same (.5). | 3.40 Hrs | 405.00 /hr | $1,377.00 |
| 08/22/13 | KRM | Review of signature pages.(0.1) Email communications with P. Lamb regarding status of outstanding consents. (0.1) | 0.20 Hrs | 180.00 /hr | $36.00 |
| 08/23/13 | PRL | Telephone call from G. Bush (.2). Read Court documents forwarded by G. Bush (.5). Preparation of email to C. Campbell regarding TCAP question (.3). | 1.00 Hrs | 405.00 /hr | $405.00 |

TOTAL PROFESSIONAL SERVICES $7,148.00

## PROFESSIONAL SERVICES

| | Time | Rate | Value |
|---|---|---|---|
| LUCINDA J. LUKE | 4.50 Hrs | 325.00 /hr | $1,462.50 |
| SUSAN S. SCHALLA | 0.40 Hrs | 275.00 /hr | $110.00 |
| KELLI R. MADDEN | 5.10 Hrs | 180.00 /hr | $918.00 |
| PATRICK R. LAMB | 11.50 Hrs | 405.00 /hr | $4,657.50 |
| | 21.50 | | $7,148.00 |

## DISBURSEMENTS

Through September 4, 2013

Legal Messenger
　　　Legal Messenger                                                19.00

TOTAL DISBURSEMENTS          $19.00

Page 3

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

September 12, 2013
Bill Number:  130496
File Number   TUL003.0168

TOTAL THIS BILL                 $7,167.00