# Exhibit A

**Professional Fees for the Period
March 1, 2013 through August 31, 2013**

# TC Global, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Summary by Category

## March 01, 2013 - August 31, 2013

| Categories | Hours | Fees |
|---|---:|---:|
| Asset Disposition | 95.9 | $45,409.50 |
| Case Administration | 17.1 | $8,064.00 |
| Cash Flow Projections | 14.3 | $6,247.50 |
| Cash Management | 4.0 | $1,812.50 |
| Claims | 3.8 | $1,683.00 |
| Debtor in Possession Financing | 0.2 | $87.00 |
| Preparation of Fee Applications | 44.0 | $10,122.50 |
| Fees Category Subtotal : | 179.3 | $73,426.00 |

| Adjustment | | |
|---|---|---:|
| Less: Voluntary Reduction - Preparation of Fee Applications | | ($555.00) |
| Adjustment Subtotal : | | ($555.00) |
| Total | 179.3 | $72,871.00 |

**TC Global, Inc.**

**Deloitte Financial Advisory Services LLP**

**Fees Sorted by Category for the Fee Period**

**March 01, 2013 - August 31, 2013**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Asset Disposition** | | | | |
| 03/01/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding equipment lease issues. | $575.00 | 0.1 | $57.50 |
| Farrell, Matt | Research questions on payoff amount for auto loan. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Analyze letter from equipment lessor to assess risks. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding equipment lease issues. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Call with US Bank contact regarding account access and signature block after close of sale. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with S. Pearson (TCG), C. Campbell (TCG) and C. Presser (BSK) regarding equipment lease issues. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) regarding equipment lease strategy. | $435.00 | 0.3 | $130.50 |
| 03/03/2013 | | | | |
| Baldwin, Gene | Follow-up regarding outstanding close items and issues. | $575.00 | 0.5 | $287.50 |
| 03/04/2013 | | | | |
| Baldwin, Gene | Respond to status of sale process. | $575.00 | 0.5 | $287.50 |
| Baldwin, Gene | Call with M. Farrell regarding close progress. | $575.00 | 0.3 | $172.50 |
| Carringer, Rob | Call with M. Farrell on estate progress and options to present or write material on the auction and outcome. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding close progress. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding close issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Read emails regarding lease issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Follow-up on open items for closing of sale. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with R. Carringer on estate progress and options to present or write material on the auction and outcome. | $435.00 | 0.5 | $217.50 |
| 03/05/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell (CRG) regarding closing update and issues. | $575.00 | 0.3 | $172.50 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding closing update and issues. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with BK attorney's regarding issues with equipment lease and close. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Prepare for closing call with TC Global. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Participate in closing checklist call with Buyer, S. Pearson (TCG), C. Campbell (TCG), P. Lamb (CBS) and J. Day (BSK). | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding equipment lease issues and close. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Analyze equipment lease issues and potential impact to estate. | $435.00 | 0.4 | $174.00 |

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| _Asset Disposition_ | | | | |
| 03/05/2013 | | | | |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) regarding close issues. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Update closing checklist in preparation for update call. | $435.00 | 0.2 | $87.00 |
| 03/06/2013 | | | | |
| Farrell, Matt | Call with J. Day (BSK) regarding equipment lease resolution. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update closing checklist and send to group. | $435.00 | 0.2 | $87.00 |
| 03/07/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding close issues. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding close issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding close issues and next steps. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Continue working on close items and issues, including equipment lease and licensee issues. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with J. Day (BSK) regarding close issues and next steps. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with Buyer, J. Day (BSK), P. Lamb (CBS), C. Campbell (TCG) and S. Pearson (TCG) regarding closing checklist. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Update closing checklists in preparation for update call. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Follow-up regarding close items and analyze draft close documents from P. Lamb (CBS). | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update draft absolute priority schedule and send to S. Pearson (TCG). | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with J. Day (BSK) regarding closing issues and status. | $435.00 | 0.2 | $87.00 |
| 03/08/2013 | | | | |
| Baldwin, Gene | Read emails regarding status update on sale process. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Finalize closing item checklist and send to group. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Draft update email for TCG board. | $435.00 | 0.3 | $130.50 |
| 03/11/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding updates and issues with close. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Follow-up on open items regarding close. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding updates and issues with close. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Participate in call with S. Pearson (TCG), C. Campbell (TCG), J. Day (BSK) and C. Presser (BSK) regarding close update and next steps. | $435.00 | 0.8 | $348.00 |
| 03/12/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding close issues and status. | $575.00 | 0.2 | $115.00 |

**TC Global, Inc.**

**Deloitte Financial Advisory Services LLP**

**Fees Sorted by Category for the Fee Period**

**March 01, 2013 - August 31, 2013**

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### *Asset Disposition*

**03/12/2013**

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Farrell, Matt | Participate in closing update call with Buyer, Debtor and counsel. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with J. day (BSK), C. Presser (BSK), S. Pearson (TCG) and C. Campbell (TCG) regarding close issues. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding close issues and status. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) and C. Campbell (TCG) regarding close issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Update closing checklists and send to group. | $435.00 | 0.3 | $130.50 |

**03/13/2013**

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Baldwin, Gene | Status update call with M. Farrell. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Status update call with G. Baldwin (CRG). | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding close issues and next steps. | $435.00 | 0.4 | $174.00 |

**03/14/2013**

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Baldwin, Gene | Status call with M. Farrell to discuss and prepare for alternatives if sale does not close. | $575.00 | 1.0 | $575.00 |
| Farrell, Matt | Read emails regarding close. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Status call with G. Baldwin to discuss and prepare for alternatives if sale does not close. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Reconcile license agreements on assumption list to licensees. | $435.00 | 0.1 | $43.50 |

**03/15/2013**

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Farrell, Matt | Call with S. Pearson (TCG), C. Campbell (TCG), J. Day (BSK) and C. Presser (BSK) regarding open items to close. | $435.00 | 0.9 | $391.50 |
| Farrell, Matt | Participate in closing call with Buyer. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) regarding close issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with J. Day (BSK) regarding close issues and open items. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) regarding updates to close. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Update closing checklists and send to group. | $435.00 | 0.2 | $87.00 |

**03/19/2013**

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Baldwin, Gene | Analyze status of sale. | $575.00 | 0.4 | $230.00 |
| Baldwin, Gene | Review letters to court filed by interested parties regarding concerns of closing. | $575.00 | 0.6 | $345.00 |
| Farrell, Matt | Call with Buyer regarding closing update. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update closing checklists and send to group. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Follow-up call with J. Day (BSK), C. Presser (BSK), P. Lamb (CBS), C. Campbell (TCG) and S. Pearson (TCG) regarding close issues and next steps. | $435.00 | 0.9 | $391.50 |
| Farrell, Matt | Follow-up call with S. Pearson (TCG) regarding close issues. | $435.00 | 0.3 | $130.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Asset Disposition** | | | | |
| 03/20/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding ANI letter to the Court. | $575.00 | 0.1 | $57.50 |
| Baldwin, Gene | Call with M. Farrell regarding close updates and issues. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Revise closing checklist for comments from Buyer. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding close updates and issues. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding ANI letter to the Court. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Follow-up on outstanding close issues. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with S. Pearson (TCG) and C. Campbell (TCG) regarding close updates and issues. | $435.00 | 0.6 | $261.00 |
| 03/21/2013 | | | | |
| Baldwin, Gene | Review sale status update. | $575.00 | 0.5 | $287.50 |
| Baldwin, Gene | Call with M. Farrell regarding deposit issues and closing status. | $575.00 | 0.1 | $57.50 |
| Carringer, Rob | Read emails regarding business issues with closing. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Review equipment lease motion and provide comments. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with J. Day regarding closing open items. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Research deposit withdrawal and use of proceeds in order to respond to Global. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Respond to Debtor group on issues regarding deposits. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding deposit issues and status. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding deposit issues and closing status. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Call with Buyer regarding closing issues. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Research emails regarding deposit. | $435.00 | 0.1 | $43.50 |
| 03/22/2013 | | | | |
| Baldwin, Gene | Discuss close status and issues with M. Farrell. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Revise closing checklists in preparation for closing update call. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Review health insurance assumption motions. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding closing calls, open items, next steps and options. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Follow-up on open items to close. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Discuss close status and issues with G. Baldwin (CRG). | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with J. Day (BSK), C. Presser (BSK) and S. Pearson (TCG) regarding deposit issues. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding deposit issues, open items and next steps. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Participate in closing update call with Buyer. | $435.00 | 0.3 | $130.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **_Asset Disposition_** | | | | |
| 03/25/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding sale process and potential plan process. | $575.00 | 0.3 | $172.50 |
| Baldwin, Gene | Draft mails regarding sale process and potential plan process. | $575.00 | 0.7 | $402.50 |
| Farrell, Matt | Call with G. Baldwin regarding sale process and potential plan process. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding open issues to close. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Update call regarding close with J. Day (BSK), C. Presser (BSK), S. Pearson (TCG) and C. Campbell (TCG). | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Research questions regarding new Boeing store. | $435.00 | 0.2 | $87.00 |
| 03/26/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding close update, options and next steps. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Call with G. Baldwin (CRG) regarding close update, options and next steps. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding close issues and options. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Follow-up on open items to close with group. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Prepare plan of reorganization absolute priority schedule scenario. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Run data room query regarding file access for TCG attorneys. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with J. Day (BSK) regarding data room access report. | $435.00 | 0.2 | $87.00 |
| 03/27/2013 | | | | |
| Farrell, Matt | Call with S. Pearson (TCG), C. Campbell (TCG), J. Day (BSK) and C. Presser (BSK) regarding outstanding items to close and next steps. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Research email regarding employment practices tail from S. Pearson (TCG). | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Draft and send email regarding need for fourth amendment to asset purchase agreement. | $435.00 | 0.2 | $87.00 |
| 03/28/2013 | | | | |
| Farrell, Matt | Participate in call with S. Pearson (TCG), C. Campbell (TCG), J. Day (BSK) and C. Presser (BSK) regarding open issues to closing. | $435.00 | 1.1 | $478.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding Boeing consent. | $435.00 | 0.2 | $87.00 |
| 03/29/2013 | | | | |
| Farrell, Matt | Analyze form landlord consent for extension of assumption and rejection timing. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Call with C. Campbell (TCG) regarding property taxes and closing of sale. | $435.00 | 0.4 | $174.00 |
| 04/01/2013 | | | | |
| Baldwin, Gene | Analyze status of closing and issues. | $575.00 | 0.3 | $172.50 |

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Asset Disposition** | | | | |
| 04/03/2013 | | | | |
| Baldwin, Gene | Research and respond to emails regarding close issues. | $575.00 | 0.7 | $402.50 |
| 04/04/2013 | | | | |
| Farrell, Matt | Call with S. Pearson regarding sale update and status for hearing tomorrow. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Analyze draft landlord consent letter including equipment lease settlement and asset purchase agreement amendment to provide comments. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Analyze revised asset purchase agreement amendment to provide comments and revisions. | $435.00 | 0.3 | $130.50 |
| 04/05/2013 | | | | |
| Farrell, Matt | Call with G. Bush regarding lease assumption extension and needed information. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Read emails regarding court hearing and open issues to close. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson (TCG) regarding hearing update and preparation for board call. | $435.00 | 0.8 | $348.00 |
| 04/08/2013 | | | | |
| Baldwin, Gene | Prepare for and attend board meeting | $575.00 | 1.5 | $862.50 |
| Farrell, Matt | Research issues and questions regarding close. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Speak to S. Pearson (TCG) regarding close and preparation for board call. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Analyze and provide comments to draft lease assumption motion. | $435.00 | 0.5 | $217.50 |
| 04/09/2013 | | | | |
| Baldwin, Gene | Follow up call with M. Farrell regarding board meeting. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Analyze revised motion with business performance language. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Read EEOC response from counsel regarding impact to estate and buyer. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Follow up call with G. Baldwin regarding board meeting. | $435.00 | 0.5 | $217.50 |
| 04/10/2013 | | | | |
| Farrell, Matt | Comment on draft asset purchase agreement amendment. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with C. Campbell regarding financial request from buyer. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Call with G. Bush regarding close issues. | $435.00 | 0.2 | $87.00 |
| 04/11/2013 | | | | |
| Farrell, Matt | Call with C. Presser regarding close issues and next steps. | $435.00 | 0.1 | $43.50 |
| 04/14/2013 | | | | |
| Farrell, Matt | Analyze issues regarding real estate leases. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with S. Pearson to discuss issues regarding real estate leases. | $435.00 | 0.4 | $174.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Asset Disposition* | | | | |
| 04/15/2013 | | | | |
| Baldwin, Gene | Read and respond to emails regarding sale status. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Review TCAP letter from P. Lamb. | $435.00 | 0.1 | $43.50 |
| 04/16/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding sale status. | $575.00 | 0.3 | $172.50 |
| Farrell, Matt | Research questions regarding LTM store-level earnings before interest, taxes and amortization from buyer. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Update funds flow at request of buyer. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with G. Baldwin regarding sale status. | $435.00 | 0.3 | $130.50 |
| 04/17/2013 | | | | |
| Baldwin, Gene | Read and respond to emails regarding close. | $575.00 | 0.1 | $57.50 |
| Farrell, Matt | Follow-up on open items and issues to close. | $435.00 | 0.2 | $87.00 |
| 04/18/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding sale issues. | $575.00 | 0.5 | $287.50 |
| Carringer, Rob | Update with M. Farrell on Tully's performance. | $575.00 | 0.4 | $230.00 |
| Farrell, Matt | Call with G. Baldwin regarding sale issues. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Update with R. Carringer on Tully's performance. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with S. Pearson regarding AFCM issues for close. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with S. Pearson and J. Day to discuss open issues to close and next steps. | $435.00 | 0.5 | $217.50 |
| 04/19/2013 | | | | |
| Farrell, Matt | Call with S. Pearson regarding close issues and next steps. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Call with P. Lamb, J. Day and S. Pearson regarding AFCM issues. | $435.00 | 0.5 | $217.50 |
| 04/22/2013 | | | | |
| Farrell, Matt | Call with S. Pearson on operating issues from close delays, close issues and next steps. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Participate in update call with S. Pearson, C. Campbell, P. Lamb and J. Day. | $435.00 | 0.4 | $174.00 |
| 04/23/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding status of close issues and timing. | $575.00 | 0.2 | $115.00 |
| Farrell, Matt | Reconcile signature pages from Carney Badley & Spellman and provide comments. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with G. Baldwin regarding status of close issues and timing. | $435.00 | 0.2 | $87.00 |
| 04/24/2013 | | | | |
| Farrell, Matt | Call with S. Pearson to discuss open issues to close and resolution. | $435.00 | 0.8 | $348.00 |
| Farrell, Matt | Call with S. Pearson, C. Campbell, J. Day, C. Tobin-Presser and P. Lamb regarding close issues. | $435.00 | 0.9 | $391.50 |

## TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Asset Disposition*

**04/25/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Speak with S. Pearson regarding close update and next steps. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Analyze research from bankruptcy counsel. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Analyze and provide comments to draft HQ lease. | $435.00 | 0.4 | $174.00 |

**04/26/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Participate in team call regarding close with G .Bush, S. Pearson, C. Campbell and P. Lamb. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Analyze draft lease docs between Buyer and HQ landlord. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update call with S. Pearson regarding close. | $435.00 | 0.4 | $174.00 |

**04/29/2013**

| | | | | |
|------|-------------|------|-------|------|
| Baldwin, Gene | Inquire regarding sale status update and issues. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Call with S. Pearson regarding updates to close. | $435.00 | 0.4 | $174.00 |

**04/30/2013**

| | | | | |
|------|-------------|------|-------|------|
| Baldwin, Gene | Participate in call with R. Carringer and M. Farrell regarding TCG update. | $575.00 | 1.0 | $575.00 |
| Carringer, Rob | Participate in call with M. Farrell and G. Baldwin regarding TCG update. | $575.00 | 1.0 | $575.00 |
| Farrell, Matt | Prepare for TCG update call with G. Baldwin and R. Carringer. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Participate in call with R. Carringer and G. Baldwin regarding TCG update. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Call with S. Pearson and G. Bush regarding buyer requests. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Review email to respond to buyer requests regarding financial information. | $435.00 | 1.4 | $609.00 |

**05/01/2013**

| | | | | |
|------|-------------|------|-------|------|
| Baldwin, Gene | Call with R. Carringer on status update and progress in bankruptcy. | $575.00 | 0.5 | $287.50 |
| Carringer, Rob | Call with G. Baldwin on status update and progress in bankruptcy. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Prepare information package for buyer request to assist with final diligence. | $435.00 | 1.5 | $652.50 |
| Farrell, Matt | Gather emails together of requested information at Buyer's request. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson regarding close update and open items. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Analyze and provide comments to draft stipulation for corporate office and store lease. | $435.00 | 0.2 | $87.00 |

**05/02/2013**

| | | | | |
|------|-------------|------|-------|------|
| Baldwin, Gene | Inquire regarding sale status update and issues. | $575.00 | 0.4 | $230.00 |
| Farrell, Matt | Call with S. Pearson and C. Campbell regarding open issues to close. | $435.00 | 0.7 | $304.50 |

**05/03/2013**

| | | | | |
|------|-------------|------|-------|------|
| Baldwin, Gene | Review documents/emails on sale status update. | $575.00 | 0.6 | $345.00 |

**Deloitte Financial Advisory Services LLP**

**Fees Sorted by Category for the Fee Period**

**March 01, 2013 - August 31, 2013**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Asset Disposition* | | | | |
| 05/03/2013 | | | | |
| Carringer, Rob | Email correspondence with M. Farrell on real estate leases and hearing outcome on leases. | $575.00 | 0.8 | $460.00 |
| Farrell, Matt | Call with G. Bush regarding outcome of court hearing. | $435.00 | 0.2 | $87.00 |
| 05/06/2013 | | | | |
| Farrell, Matt | Call with S. Pearson regarding hearing update and open issues. | $435.00 | 0.7 | $304.50 |
| 05/07/2013 | | | | |
| Farrell, Matt | Call with S. Pearson regarding outstanding items and next steps for close. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Prepare for call with backup bidder. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Create comparison analysis to version filed with court in January. | $435.00 | 0.6 | $261.00 |
| 05/09/2013 | | | | |
| Baldwin, Gene | Call with M. Farrell regarding outstanding issues and updates to close. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Call with G. Baldwin regarding outstanding issues and updates to close. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Analyze files for buyer and provide comments. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Call with S. Pearson regarding outstanding issues. | $435.00 | 0.4 | $174.00 |
| Farrell, Matt | Call with S. Pearson, C. Campbell and G. Bush regarding diligence documents. | $435.00 | 0.6 | $261.00 |
| 05/10/2013 | | | | |
| Carringer, Rob | Review emails from company and attorneys on sale progress. | $575.00 | 0.8 | $460.00 |
| Farrell, Matt | Prepare diligence document for G. Bush (BSK). | $435.00 | 0.4 | $174.00 |
| 05/13/2013 | | | | |
| Baldwin, Gene | Review emails regarding sale process. | $575.00 | 0.3 | $172.50 |
| Farrell, Matt | Prepare list of open items to close. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Call with buyer regarding diligence questions. | $435.00 | 0.6 | $261.00 |
| Farrell, Matt | Call with S. Pearson regarding close updates. | $435.00 | 0.7 | $304.50 |
| 05/14/2013 | | | | |
| Baldwin, Gene | Review emails regarding status of sale and M. Farrell's transition. | $575.00 | 0.4 | $230.00 |
| 05/23/2013 | | | | |
| Baldwin, Gene | Review term sheet from ANI to provide comments. | $575.00 | 0.8 | $460.00 |
| 05/24/2013 | | | | |
| Carringer, Rob | Review Tully's emails from board on sale progress. | $575.00 | 0.5 | $287.50 |
| 06/04/2013 | | | | |
| Juniper, Michael | Attend Tully's board conference call to discuss status of sale. | $450.00 | 0.8 | $360.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Asset Disposition** | | | | |
| 06/12/2013 | | | | |
| Carringer, Rob | Prepare email to bidder on progress to close. | $575.00 | 0.7 | $402.50 |
| 06/18/2013 | | | | |
| Juniper, Michael | Update closing flow of funds worksheet for Tully's with latest data. | $450.00 | 1.0 | $450.00 |
| 06/20/2013 | | | | |
| Juniper, Michael | Finalize flow of funds version 7 with gift card data for client review. | $450.00 | 0.5 | $225.00 |
| Juniper, Michael | Finalize flow of funds version 9 including updated gift card data. | $450.00 | 0.4 | $180.00 |
| Juniper, Michael | Call with client (C. Campbell) and attorney (G. Bush) to discuss gift cards calculation for flow of funds including follow up email . | $450.00 | 1.0 | $450.00 |
| Juniper, Michael | Finalize flow of funds version 8 including new wiring instructions for client. | $450.00 | 0.6 | $270.00 |
| 06/21/2013 | | | | |
| Carringer, Rob | Read emails from Kaachi and company on pending closing. | $575.00 | 1.0 | $575.00 |
| 06/25/2013 | | | | |
| Carringer, Rob | Review risk analysis on Tully's. | $575.00 | 0.5 | $287.50 |
| Carringer, Rob | Review pending operating issues with sale closing. | $575.00 | 0.9 | $517.50 |
| 06/26/2013 | | | | |
| Carringer, Rob | Call with S. Pearson to discuss various closing issues. | $575.00 | 0.5 | $287.50 |
| Juniper, Michael | Review cure costs including asset purchase agreement. | $450.00 | 1.4 | $630.00 |
| 06/27/2013 | | | | |
| Juniper, Michael | Call with G. Busch (atty) to review reconciliation of flow of funds. | $450.00 | 0.1 | $45.00 |
| Juniper, Michael | Finalize version 10 flow of funds in order to reconcile prior version. | $450.00 | 1.3 | $585.00 |
| 07/03/2013 | | | | |
| Juniper, Michael | Review and update latest waterfall of estimated sources and uses. | $450.00 | 1.1 | $495.00 |
| Subtotal for Asset Disposition: | | | 95.9 | $45,409.50 |
| **Case Administration** | | | | |
| 05/06/2013 | | | | |
| Farrell, Matt | Update TCG absolute priority schedule for recent balances. | $435.00 | 0.8 | $348.00 |
| 05/07/2013 | | | | |
| Carringer, Rob | Call with M. Juniper, M. Farrell (Deloitte) and S. Pearson (Tully's) on work transition. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Call with M. Juniper, R. Carringer (Deloitte) and S. Pearson (Tully's) on work transition. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Update absolute priority schedule. | $435.00 | 0.8 | $348.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Case Administration** | | | | |
| 05/07/2013 | | | | |
| Juniper, Michael | Call with R. Carringer, M. Farrell (Deloitte) and S. Pearson (Tully's) on work transition. | $450.00 | 0.5 | $225.00 |
| 05/08/2013 | | | | |
| Carringer, Rob | Call with S. Pearson and M. Farrell to discuss transition of responsibilities and update. | $575.00 | 0.5 | $287.50 |
| Farrell, Matt | Call with S. Pearson and R. Carringer to discuss transition of responsibilities and update. | $435.00 | 0.5 | $217.50 |
| Farrell, Matt | Meet with M. Juniper (Deloitte) to discuss case background and tasks in case. | $435.00 | 0.4 | $174.00 |
| Juniper, Michael | Meet with M. Farrell (Deloitte) to discuss case background and tasks in case. | $450.00 | 0.4 | $180.00 |
| 05/10/2013 | | | | |
| Carringer, Rob | Review report on company performance received from S. Pearson. | $575.00 | 0.5 | $287.50 |
| 05/15/2013 | | | | |
| Farrell, Matt | Discuss Tully's transition activities including cash management with M. Juniper. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Continue to review cash flow and other business operations for transition with M. Juniper. | $435.00 | 1.0 | $435.00 |
| Farrell, Matt | Finalize review and transition of Tully's activities with M. Juniper. | $435.00 | 0.4 | $174.00 |
| Juniper, Michael | Discuss Tully's transition activities including cash management with M. Farrell. | $450.00 | 1.0 | $450.00 |
| Juniper, Michael | Continue to review cash flow and other business operations for transition with M. Farrell. | $450.00 | 1.0 | $450.00 |
| Juniper, Michael | Finalize review and transition of Tully's activities with M. Farrell. | $450.00 | 0.4 | $180.00 |
| 05/16/2013 | | | | |
| Juniper, Michael | Review emails from company regarding cash activity, transition work and banking. | $450.00 | 1.6 | $720.00 |
| 06/26/2013 | | | | |
| Carringer, Rob | Call with M. Juniper on closing topics, check writing and paying accounts payable early. | $575.00 | 0.7 | $402.50 |
| Carringer, Rob | Call with M. Juniper to discuss post-close cash issues at Tully's. | $575.00 | 0.4 | $230.00 |
| Carringer, Rob | Call with G. Bush and M. Juniper on closing issues with funds flow and check writing. | $575.00 | 0.5 | $287.50 |
| Juniper, Michael | Call with R. Carringer to discuss post-close cash issues at Tully's. | $450.00 | 0.4 | $180.00 |
| 07/02/2013 | | | | |
| Carringer, Rob | Call with G. Bush to discuss how to manage estate check writing, budgeting, and controls. | $575.00 | 0.5 | $287.50 |
| 07/09/2013 | | | | |
| Juniper, Michael | Call with G. Bush (Attorney) and C. Campbell (TC Global) on post-close cash and working capital adjustment process. | $450.00 | 0.7 | $315.00 |
| 07/16/2013 | | | | |
| Juniper, Michael | Revise net proceeds calculation for company to include in letter to shareholders. | $450.00 | 1.1 | $495.00 |

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Case Administration* | | | | |
| 07/30/2013 | | | | |
| Juniper, Michael | Update sources / uses of cash per attorney request and call with A. Shwab (Attorney) to review. | $450.00 | 1.0 | $450.00 |
| Subtotal for Case Administration: | | | 17.1 | $8,064.00 |
| *Cash Flow Projections* | | | | |
| 03/01/2013 | | | | |
| Farrell, Matt | Reconcile 2/28/13 bank activity to compare to projections. | $435.00 | 0.2 | $87.00 |
| 03/04/2013 | | | | |
| Farrell, Matt | Update cash flow projections and absolute priority schedule recoveries for prior week activity. | $435.00 | 0.7 | $304.50 |
| Farrell, Matt | Reconcile cash activity for 3/1/13, resolve issues and compare to projections. | $435.00 | 0.3 | $130.50 |
| 03/05/2013 | | | | |
| Farrell, Matt | Reconcile 3/4/13 bank activity and revise cash flow projections. | $435.00 | 0.3 | $130.50 |
| 03/06/2013 | | | | |
| Farrell, Matt | Reconcile 3/5/13 bank activity to compare to projections. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Update absolute priority schedule for recent changes and analyze results. | $435.00 | 0.4 | $174.00 |
| 03/07/2013 | | | | |
| Farrell, Matt | Reconcile 3/6/13 bank activity to compare to projections. | $435.00 | 0.2 | $87.00 |
| 03/08/2013 | | | | |
| Farrell, Matt | Reconcile 3/7/13 bank activity to compare to projections. | $435.00 | 0.2 | $87.00 |
| 03/11/2013 | | | | |
| Farrell, Matt | Reconcile 3/8/13 bank activity and compare to projections. | $435.00 | 0.2 | $87.00 |
| 03/12/2013 | | | | |
| Farrell, Matt | Reconcile 3/11/13 bank activity and compare to projections. | $435.00 | 0.2 | $87.00 |
| 03/13/2013 | | | | |
| Farrell, Matt | Reconcile 3/12/13 bank activity and compare to projections. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Update cash flow forecasts for prior week activity. | $435.00 | 0.4 | $174.00 |
| 03/14/2013 | | | | |
| Farrell, Matt | Reconcile 3/13/13 cash and compare to cash flow forecast. | $435.00 | 0.1 | $43.50 |
| 03/15/2013 | | | | |
| Farrell, Matt | Compare actual to budget for prior week in order to update absolute priority schedule. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Reconcile 3/15/13 cash activity to compare to projections. | $435.00 | 0.1 | $43.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Cash Flow Projections* | | | | |
| 03/18/2013 | | | | |
| Farrell, Matt | Reconcile 3/15/13 bank activity, compare to projections and roll projections forward. | $435.00 | 0.3 | $130.50 |
| Farrell, Matt | Update projections and absolute priority schedule for prior week activity and cash balances. | $435.00 | 0.3 | $130.50 |
| 03/19/2013 | | | | |
| Farrell, Matt | Reconcile 3/18/13 bank activity and compare to projections. | $435.00 | 0.2 | $87.00 |
| 03/20/2013 | | | | |
| Farrell, Matt | Reconcile 3/18/13 bank activity and compare to the projections. | $435.00 | 0.1 | $43.50 |
| 03/21/2013 | | | | |
| Farrell, Matt | Reconcile 3/20/13 cash flow activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 03/22/2013 | | | | |
| Farrell, Matt | Revise cash flow forecast and send to debtor in possession lender. | $435.00 | 0.2 | $87.00 |
| Farrell, Matt | Reconcile 3/21/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 03/25/2013 | | | | |
| Farrell, Matt | Reconcile 3/22/13 cash activity to compare to projections. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Roll-forward cash flow forecast and support. | $435.00 | 0.5 | $217.50 |
| 03/26/2013 | | | | |
| Farrell, Matt | Update cash flow forecast for prior week activity. | $435.00 | 0.4 | $174.00 |
| 03/27/2013 | | | | |
| Farrell, Matt | Reconcile 3/26/13 bank activity to compare to projections. | $435.00 | 0.1 | $43.50 |
| 03/28/2013 | | | | |
| Farrell, Matt | Reconcile 3/27/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 03/29/2013 | | | | |
| Farrell, Matt | Reconcile 3/28/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 04/01/2013 | | | | |
| Farrell, Matt | Reconcile 3/29/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Update cash flow projections for prior week balances and activity. | $435.00 | 0.4 | $174.00 |
| 04/02/2013 | | | | |
| Farrell, Matt | Reconcile 4/1/13 bank activity and compare to projections. | $435.00 | 0.2 | $87.00 |
| 04/03/2013 | | | | |
| Farrell, Matt | Reconcile 4/2/13 bank activity and compare to the projections. | $435.00 | 0.1 | $43.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Cash Flow Projections*

**04/04/2013**

| | Farrell, Matt | Reconcile 4/3/12 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
|--|---------------|-----------------------------------------------------------|---------|-----|--------|

**04/05/2013**

Farrell, Matt — Reconcile 4/4/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

**04/08/2013**

Farrell, Matt — Reconcile 4/5/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

**04/09/2013**

Farrell, Matt — Reconcile 4/8/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

Farrell, Matt — Create revised cash flow forecast files for prior week activity. — $435.00 — 0.4 — $174.00

**04/10/2013**

Farrell, Matt — Reconcile 4/9/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

Farrell, Matt — Finalize updated cash flow including draft email regarding update for management and board. — $435.00 — 0.3 — $130.50

**04/15/2013**

Farrell, Matt — Reconcile 4/12/13 bank activity and compare to the projections. — $435.00 — 0.1 — $43.50

**04/16/2013**

Farrell, Matt — Reconcile 4/15/13 bank activity to compare to projections. — $435.00 — 0.1 — $43.50

**04/17/2013**

Farrell, Matt — Reconcile 4/16 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

**04/18/2013**

Farrell, Matt — Reconcile 4/17/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

**04/19/2013**

Farrell, Matt — Reconcile 4/18/13 activity and compare to projections. — $435.00 — 0.1 — $43.50

**04/22/2013**

Farrell, Matt — Reconcile 4/19/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

Farrell, Matt — Update cash flow projections for prior two weeks of activity, roll forward and send to management for review. — $435.00 — 0.6 — $261.00

**04/23/2013**

Farrell, Matt — Reconcile 4/22/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

**04/24/2013**

Farrell, Matt — Reconcile 4/23/13 bank activity and compare to projections. — $435.00 — 0.1 — $43.50

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Cash Flow Projections** | | | | |
| 04/25/2013 | | | | |
| Farrell, Matt | Reconcile 4/24/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 04/26/2013 | | | | |
| Farrell, Matt | Reconcile 4/25/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 04/29/2013 | | | | |
| Farrell, Matt | Reconcile 4/26/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 04/30/2013 | | | | |
| Farrell, Matt | Reconcile 4/29/13 bank activity and compare to the projections. | $435.00 | 0.1 | $43.50 |
| 05/01/2013 | | | | |
| Farrell, Matt | Reconcile 4/30/13 bank activity to compare to projections. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Reforecast 13-week cash flow. | $435.00 | 0.9 | $391.50 |
| 05/02/2013 | | | | |
| Farrell, Matt | Reconcile 5/1/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 05/03/2013 | | | | |
| Farrell, Matt | Reconcile 5/2/13 bank activity to compare to projections. | $435.00 | 0.1 | $43.50 |
| 05/06/2013 | | | | |
| Farrell, Matt | Reconcile 5/3/13 bank activity to compare to projections. | $435.00 | 0.1 | $43.50 |
| Farrell, Matt | Update weekly cash flow forecast and reconcile prior week activity. | $435.00 | 0.2 | $87.00 |
| 05/07/2013 | | | | |
| Farrell, Matt | Reconcile 5/6/13 bank activity and compare to projections. | $435.00 | 0.2 | $87.00 |
| 05/08/2013 | | | | |
| Farrell, Matt | Reconcile 5/7/13 bank activity and compare to the projections. | $435.00 | 0.1 | $43.50 |
| 05/09/2013 | | | | |
| Farrell, Matt | Reconcile 5/8/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 05/10/2013 | | | | |
| Farrell, Matt | Reconcile 5/9/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 05/13/2013 | | | | |
| Farrell, Matt | Reconcile 5/10/13 bank activity and compare to projections. | $435.00 | 0.1 | $43.50 |
| 05/31/2013 | | | | |
| Juniper, Michael | Update cash flow files for prior two weeks. | $450.00 | 1.8 | $810.00 |
| Subtotal for Cash Flow Projections: | | | 14.3 | $6,247.50 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Cash Management** | | | | |
| 06/24/2013 | | | | |
| Juniper, Michael | Update 13-week cash flow with actuals and new projections. | $450.00 | 1.1 | $495.00 |
| 06/25/2013 | | | | |
| Juniper, Michael | Call with C. Campbell to discuss latest cash flow forecast. | $450.00 | 0.5 | $225.00 |
| Juniper, Michael | Follow up call with R. Carringer to discuss cash flow. | $450.00 | 0.7 | $315.00 |
| Juniper, Michael | Call with R. Carringer (Deloitte), A. Shwab and G. Busch (attorneys) to discuss post-close cash operations. | $450.00 | 0.5 | $225.00 |
| 08/23/2013 | | | | |
| Juniper, Michael | Call with C. Campbell (TCG) on wind-down accounting. | $450.00 | 0.3 | $135.00 |
| Juniper, Michael | Review plan of reorganization sources and uses for attorneys. | $450.00 | 0.3 | $135.00 |
| 08/26/2013 | | | | |
| Juniper, Michael | Review Tully's June/July fee applications in order to provide comments. | $450.00 | 0.3 | $135.00 |
| 08/27/2013 | | | | |
| Carringer, Rob | Call with M. Juniper (Deloitte) on open items. | $575.00 | 0.1 | $57.50 |
| Juniper, Michael | Follow up email with G. Bush (Attorney) on billing issues. | $450.00 | 0.1 | $45.00 |
| Juniper, Michael | Call with R. Carringer (Deloitte) on open items. | $450.00 | 0.1 | $45.00 |
| Subtotal for Cash Management: | | | 4.0 | $1,812.50 |
| **Claims** | | | | |
| 03/25/2013 | | | | |
| Farrell, Matt | Review draft claims reconciliation including setup meeting to discuss. | $435.00 | 0.3 | $130.50 |
| 04/02/2013 | | | | |
| Farrell, Matt | Call with Tully's management and Rust Omni regarding claims reconciliation process. | $435.00 | 0.8 | $348.00 |
| 04/26/2013 | | | | |
| Farrell, Matt | Create summary of professional fee claims. | $435.00 | 0.5 | $217.50 |
| 05/09/2013 | | | | |
| Farrell, Matt | Analyze equity objections from Rust Omni. | $435.00 | 0.2 | $87.00 |
| 06/03/2013 | | | | |
| Juniper, Michael | Call with S. Pearson and C. Campbell, Tully's management, to review status of claims process. | $450.00 | 2.0 | $900.00 |
| Subtotal for Claims: | | | 3.8 | $1,683.00 |

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Debtor in Possession Financing** | | | | |
| 04/02/2013 | | | | |
| Farrell, Matt | Call with debtor in possession lender regarding facility and pay-off. | $435.00 | 0.2 | $87.00 |
| Subtotal for Debtor in Possession Financing: | | | 0.2 | $87.00 |
| **Preparation of Fee Applications** | | | | |
| 03/04/2013 | | | | |
| Farrell, Matt | Review and comment on revised fee application for January 2013. | $435.00 | 0.3 | $130.50 |
| Gutierrez, Dalia | Final update to Tully's January fee application. | $200.00 | 0.6 | $120.00 |
| 03/13/2013 | | | | |
| Gutierrez, Dalia | Review February fee data for Tully's. | $200.00 | 2.4 | $480.00 |
| Gutierrez, Dalia | Review February expense data for Tully's. | $200.00 | 1.1 | $220.00 |
| 03/14/2013 | | | | |
| Farrell, Matt | Analyze third fee applications for February 2013. | $435.00 | 0.3 | $130.50 |
| 03/19/2013 | | | | |
| Gutierrez, Dalia | Prepare draft of Tully's February monthly. | $200.00 | 2.9 | $580.00 |
| 03/21/2013 | | | | |
| Farrell, Matt | Review completed fee application for February activity and send comments and revisions. | $435.00 | 0.5 | $217.50 |
| 03/22/2013 | | | | |
| Gutierrez, Dalia | Update Tully's February monthly with feedback received from M. Farrell. | $200.00 | 1.0 | $200.00 |
| 04/04/2013 | | | | |
| Farrell, Matt | Review fee applications for January and February, send to TCG for review and approval. | $435.00 | 0.1 | $43.50 |
| Gutierrez, Dalia | Begin review of fee data in preparation for March monthly. | $200.00 | 2.1 | $420.00 |
| 04/08/2013 | | | | |
| Farrell, Matt | Provide summary fee information to Bush Strout for filing of notices. | $435.00 | 0.2 | $87.00 |
| 04/18/2013 | | | | |
| Gutierrez, Dalia | Review March fee data for Tully's in preparation for fourth monthly. | $200.00 | 2.6 | $520.00 |
| Gutierrez, Dalia | Review expense data for Tully's in preparation for March monthly. | $200.00 | 0.9 | $180.00 |
| 04/19/2013 | | | | |
| Farrell, Matt | Analyze and provide comments on March fees and expenses. | $435.00 | 0.4 | $174.00 |
| Gutierrez, Dalia | Update March fee data with feedback received from M. Farrell. | $200.00 | 1.2 | $240.00 |
| Gutierrez, Dalia | Create fee and expense reports needed for Tully's fourth fee application. | $200.00 | 0.5 | $100.00 |

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Preparation of Fee Applications*

**04/19/2013**

| | | | | |
|------|-------------|------|-------|------|
| Gutierrez, Dalia | Prepare first draft of Tully's fourth monthly application. | $200.00 | 1.9 | $380.00 |

**04/22/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Analyze completed fee application for March. | $435.00 | 0.6 | $261.00 |
| Gutierrez, Dalia | Update Tully's March application per feedback received from M. Farrell. | $200.00 | 0.6 | $120.00 |
| Gutierrez, Dalia | Update first monthly fee application, section 7 and 9, with update received from M. Farrell. | $200.00 | 0.3 | $60.00 |
| Gutierrez, Dalia | Update second monthly fee application, sections 5, 7 and 9, with updates received from M. Farrell. | $200.00 | 0.3 | $60.00 |

**04/23/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Analyze revised fee first and second applications and provide comments. | $435.00 | 0.1 | $43.50 |
| Gutierrez, Dalia | Update third monthly fee application, section 5, 7 and 9, with updates received from M. Farrell. | $200.00 | 0.3 | $60.00 |
| Gutierrez, Dalia | Call with I. Cannon-Geary to discuss Tully's fee applications. | $200.00 | 0.1 | $20.00 |

**05/09/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Correspond with D. Gutierrez regarding review of April data. | $435.00 | 0.2 | $87.00 |
| Gutierrez, Dalia | Pull April fee and expense reports for Tully's. | $200.00 | 0.4 | $80.00 |
| Gutierrez, Dalia | Correspond with M. Farrell regarding review of April data. | $200.00 | 0.2 | $40.00 |

**05/13/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Review Tully's April 2013 data for monthly fee application. | $435.00 | 0.3 | $130.50 |
| Gutierrez, Dalia | Review fees for Tully's April monthly. | $200.00 | 2.9 | $580.00 |
| Gutierrez, Dalia | Prepare draft of Tully's April monthly. | $200.00 | 1.9 | $380.00 |
| Gutierrez, Dalia | Update Tully's April monthly with feedback received from M. Farrell. | $200.00 | 0.6 | $120.00 |

**05/14/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Analyze and provide comments to April monthly fee application. | $435.00 | 0.3 | $130.50 |
| Gutierrez, Dalia | Update Tully's April monthly with feedback received from M. Farrell. | $200.00 | 0.5 | $100.00 |

**05/16/2013**

| | | | | |
|------|-------------|------|-------|------|
| Farrell, Matt | Final review of April fee application. | $435.00 | 0.2 | $87.00 |
| Gutierrez, Dalia | Update Pinnacle fifth monthly with feedback received from I. Cannon-Geary. | $200.00 | 1.5 | $300.00 |

**06/12/2013**

| | | | | |
|------|-------------|------|-------|------|
| Gutierrez, Dalia | Prepare word portion of Tully's May fee application. | $200.00 | 1.5 | $300.00 |
| Gutierrez, Dalia | Update School Specialty May data with feedback received from team. | $200.00 | 0.4 | $80.00 |
| Juniper, Michael | Review Tully's time for prior months. | $450.00 | 0.7 | $315.00 |

# TC Global, Inc.

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

## March 01, 2013 - August 31, 2013

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **_Preparation of Fee Applications_** | | | | |
| 06/13/2013 | | | | |
| Gutierrez, Dalia | Prepare email to M. Juniper regarding request for updated May description of services needed for monthly fee application. | $200.00 | 0.2 | $40.00 |
| 06/14/2013 | | | | |
| Gutierrez, Dalia | Finalize draft of Tully's May monthly fee application for review by C. Austin. | $200.00 | 0.5 | $100.00 |
| 06/17/2013 | | | | |
| Gutierrez, Dalia | Update Tully's sixth monthly fee application with comments received from C. Austin. | $200.00 | 0.6 | $120.00 |
| 06/20/2013 | | | | |
| Gutierrez, Dalia | Prepare email to M. Juniper regarding review status of monthly fee application. | $200.00 | 0.2 | $40.00 |
| 06/27/2013 | | | | |
| Gutierrez, Dalia | Correspond with M. Juniper regarding review status of Tully's May monthly fee application. | $200.00 | 0.2 | $40.00 |
| 07/08/2013 | | | | |
| Gutierrez, Dalia | Review June fees for Tullys, in preparation for fee application. | $200.00 | 1.0 | $200.00 |
| 07/09/2013 | | | | |
| Gutierrez, Dalia | Update Tully May monthy with feedback received from M. Juniper. | $200.00 | 1.9 | $380.00 |
| Juniper, Michael | Review time entries for Tullys June fee application. | $450.00 | 1.3 | $585.00 |
| 07/21/2013 | | | | |
| Gutierrez, Dalia | Prepare Tully's June monthly fee application. | $200.00 | 1.7 | $340.00 |
| 08/05/2013 | | | | |
| Gutierrez, Dalia | Review Tully's July fee and expense data in preparation for monthly fee application. | $200.00 | 0.5 | $100.00 |
| 08/12/2013 | | | | |
| Gutierrez, Dalia | Prepare Tully's July monthly fee application for review by M. Juniper. | $200.00 | 1.2 | $240.00 |
| 08/22/2013 | | | | |
| Gutierrez, Dalia | Prepare email to M. Juniper regarding review status of June and July monthly fee applications. | $200.00 | 0.2 | $40.00 |
| 08/27/2013 | | | | |
| Gutierrez, Dalia | Update Tully's June monthly fee application for final review by M. Juniper. | $200.00 | 0.5 | $100.00 |
| Gutierrez, Dalia | Update Tully's July monthly fee application for final review by M. Juniper. | $200.00 | 1.1 | $220.00 |
| Subtotal for Preparation of Fee Applications: | | | 44.0 | $10,122.50 |
| Total | | | 179.3 | $73,426.00 |

| Adjustment | | |
|---|---|---|
| Less: Voluntary Reduction - Preparation of Fee Applications | | ($555.00) |
| Adjustment Subtotal : | | ($555.00) |
| Total | 179.3 | $72,871.00 |

**Recapitulation**

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Baldwin, Gene | $575.00 | 16.9 | $9,717.50 |
| Carringer, Rob | $575.00 | 12.3 | $7,072.50 |
| Juniper, Michael | $450.00 | 26.0 | $11,700.00 |
| Farrell, Matt | $435.00 | 85.6 | $37,236.00 |
| Gutierrez, Dalia | $200.00 | 38.5 | $7,700.00 |
| Less: Voluntary Reduction - Preparation of Fee Applications | | | ($555.00) |
| Total | | 179.3 | $72,871.00 |