# Exhibit B

**Professional Expenses for the Period
March 1, 2013 through August 31, 2013**

# TC Global, Inc.
## Deloitte Financial Advisory Services LLP
## Expenses Sorted by Category for the Fee Period
## March 01, 2013 - August 31, 2013

| Category | Date | Description | Amount |
|---|---|---|---|
| **Parking - Travel** | | | |
| Farrell, Matt | 03/01/2013 | Airport parking charges for M. Farrell at DFW Airport - 3 days. | $115.03 |
| Subtotal for Parking - Travel: | | | $115.03 |
| **Telephone, Conference** | | | |
| Farrell, Matt | 03/01/2013 | Conference call expense related to Tully's for M. Farrell. | $2.97 |
| Farrell, Matt | 03/05/2013 | Conference call expense related to Tully's for M. Farrell. | $1.57 |
| Farrell, Matt | 03/07/2013 | Conference call expense related to Tully's for M. Farrell. | $1.99 |
| Farrell, Matt | 03/07/2013 | Conference call expense related to Tully's for M. Farrell. | $0.25 |
| Farrell, Matt | 03/12/2013 | Conference call expense related to Tully's for M. Farrell. | $1.51 |
| Farrell, Matt | 03/15/2013 | Conference call expense related to Tully's for M. Farrell. | $0.85 |
| Farrell, Matt | 03/15/2013 | Conference call expense related to Tully's for M. Farrell. | $3.99 |
| Farrell, Matt | 03/19/2013 | Conference call expense related to Tully's for M. Farrell. | $5.10 |
| Farrell, Matt | 03/19/2013 | Conference call expense related to Tully's for M. Farrell. | $1.44 |
| Farrell, Matt | 03/21/2013 | Conference call expense related to Tully's for M. Farrell. | $4.53 |
| Farrell, Matt | 03/22/2013 | Conference call expense related to Tully's for M. Farrell. | $1.83 |
| Farrell, Matt | 03/22/2013 | Conference call expense related to Tully's for M. Farrell. | $1.00 |
| Farrell, Matt | 03/22/2013 | Conference call expense related to Tully's for M. Farrell. | $2.35 |
| Farrell, Matt | 03/25/2013 | Conference call expense related to Tully's for M. Farrell. | $3.18 |
| Farrell, Matt | 03/25/2013 | Conference call expense related to Tully's for M. Farrell. | $4.70 |
| Farrell, Matt | 03/26/2013 | Conference call expense related to Tully's for M. Farrell. | $1.21 |
| Farrell, Matt | 03/28/2013 | Conference call expense related to Tully's for M. Farrell. | $3.79 |
| Farrell, Matt | 04/02/2013 | Conference call expense related to Tully's for M. Farrell. | $3.61 |
| Farrell, Matt | 04/18/2013 | Conference call expense related to Tully's for M. Farrell. | $1.42 |
| Farrell, Matt | 04/25/2013 | Conference call expense related to Tully's for M. Farrell. | $6.87 |
| Farrell, Matt | 04/29/2013 | Conference call expense related to Tully's for M. Farrell. | $0.07 |
| Farrell, Matt | 04/30/2013 | Conference call expense related to Tully's for M. Farrell. | $2.17 |
| Farrell, Matt | 04/30/2013 | Conference call expense related to Tully's for M. Farrell. | $1.57 |

# TC Global, Inc.
# Deloitte Financial Advisory Services LLP
# Expenses Sorted by Category for the Fee Period
# March 01, 2013 - August 31, 2013

| Category | Date | Description | Amount |
|---|---|---|---|
| *Telephone, Conference* | | | |
| Farrell, Matt | 05/01/2013 | Conference call expense related to Tully's for M. Farrell. | $1.30 |
| Farrell, Matt | 05/07/2013 | Conference call expense related to Tully's for M. Farrell. | $14.14 |
| Subtotal for Telephone, Conference: | | | $73.41 |
| Total | | | $188.44 |

## Recapitulation

| Category | Amount |
|---|---|
| Parking - Travel | $115.03 |
| Telephone, Conference | $73.41 |