# Kieckhafer, Schiffer & Company LLP
6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900   FAX: (949) 250-2956

| | |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA 98124 | **Invoice Date:** April 30, 2013<br>**Invoice Number:** 00308264<br>**Client Number:** TULLYS 001 |

*For professional services rendered for the period ending April 30, 2013*

**Consulting for 2013**

| | | | |
|---|---|---|---|
| | 4/22/13 | KOM Consulting: Confirmations of post audit adjustment reduction in tax assessment from leasehold improvements acceptance by the Department. Review terms and calculations. Follow-up audit supervisor regarding payment date issues due to appeals process. Update Tullys tax group. | $300.00 |
| | | **Total** | $300.00 |

*Payments are due 15 days after receipt of the invoice.*
*Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321*

# Kieckhafer, Schiffer & Company LLP
6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900  FAX: (949) 250-2956

| | |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA 98124 | **Invoice Date:** June 30, 2013<br>**Invoice Number:** 00308744<br>**Client Number:** TULLYS 001 |

For professional services rendered for the period ending June 30, 2013

**Consulting for 2013**

| Date | Description | Amount |
|---|---|---|
| 6/12/13 | FBAR Correspondence | $147.50 |
| 6/12/13 | Extension due date confirmations. | 112.50 |
| 6/20/13 | KOM Consulting: Status update discussions with Appeals Division regarding petition. Proposal of settlement based solely on Tullys calculation & reporting methods with with presiding administrative law judge. Follow up & planning process with CFO. | 325.00 |
| 6/24/13 | Prepare and process 2011 & 2012 FBARs. | 130.00 |
| 6/25/13 | Foreign bank account reporting | 590.00 |
| | **Total Consulting for 2013** | 1,305.00 |
| | **Total** | **$1,305.00** |

### Accounts Receivable Statement
As of June 30, 2013

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---|---|---|
| 1/31/13 | Invoice | 00307568 | $3,167.75 | | $3,167.75 |
| 3/31/13 | Invoice | 00308060 | 250.00 | | 250.00 |
| 4/30/13 | Invoice | 00308264 | 300.00 | | 300.00 |
| 6/30/13 | Invoice | 00308744 | 1,305.00 | | 1,305.00 |
| | | | | **Total** | **$5,022.75** |

*Payments are due <u>15</u> days after receipt of the invoice.*
*Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321*

# Kieckhafer, Schiffer & Company LLP

6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900   FAX: (949) 250-2956

| | |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA 98124 | **Invoice Date:** July 31, 2013<br>**Invoice Number:** 00308922<br>**Client Number:** TULLYS 001 |

*For professional services rendered for the period ending July 31, 2013*

## Consulting for 2013

| | | | |
|---|---|---|---|
| 7/25/13 | KOM Consulting: Ongoing discussions with administrative law judge regarding potential for settlement attributed to appeals petition. Further analysis of audit file & details related to audit procedures, results, & remaining issued on Department positions & amounts. Review & planning regarding settlement process & strategy with CFO. Settlement proposal draft & introduction of negotiations process w/Tullys & Department. | | |
| | | **Total Consulting for 2013** | 1,800.00 |
| | | **Total** | **$1,800.00** |

### Accounts Receivable Statement
### As of July 31, 2013

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---|---|---|
| 4/30/13 | Invoice | 00308264 | 300.00 | | 300.00 |
| 6/30/13 | Invoice | 00308744 | 1,305.00 | | 1,305.00 |
| 7/31/13 | Invoice | 00308922 | 1,800.00 | | 1,800.00 |
| | | | | **Total** | **$3,405.00** |

*Payments are due **15** days after receipt of the invoice.*
Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321

# Kieckhafer, Schiffer & Company LLP

6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900   FAX: (949) 250-2956

| | |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA 98124 | **Invoice Date:** August 31, 2013<br>**Invoice Number:** 00309108<br>**Client Number:** TULLYS 001 |

*For professional services rendered for the period ending August 31, 2013*

**Consulting for 2013**

| Date | Description | Amount |
|---|---|---|
| 8/13/13 | KOM Consulting: Settlement proposal and strategy. Tax mitigation review attributed to contract terms. | $250.00 |
| 8/27/13 | Call with Cathy to discuss sale of assets of company. | 137.50 |
| | **Total Consulting for 2013** | 387.50 |
| | **Total** | **$387.50** |

## Accounts Receivable Statement
### As of August 31, 2013

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---|---|---|
| 4/30/13 | Invoice | 00308264 | $300.00 | | $300.00 |
| 6/30/13 | Invoice | 00308744 | 1,305.00 | | 1,305.00 |
| 7/31/13 | Invoice | 00308922 | 1,800.00 | | 1,800.00 |
| 8/31/13 | Invoice | 00309108 | 387.50 | | 387.50 |
| | | | | **Total** | **$3,792.50** |

*Payments are due 15 days after receipt of the invoice.*
Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321