# Exhibit A



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

INVOICE DATE 05/21/13

INVOICE NUMBER 3667942
CJV

Employer's Identification No. 93-0408771

0010100    TC GLOBAL, INC., DBA TULLY'S COFFEE
00018      SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 04/30/13**

| | |
|---|---|
| Balance From Previous Statement | $15,425.42 |
| Payment(s) Received | 0.00 |
| Late Fees | 99.08 |

Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services (see attached for detail) | $972.00 | |
| Disbursements and Other Charges | 4.20 | |
| **TOTAL CURRENT AMOUNT DUE** | | **976.20** |
| Total Outstanding Balance as of 05/21/13 | | $16,500.70 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204


ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone***(206) 624-0900**
*Fax***(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| | | |
|---|---|---|
| TO: TC GLOBAL, INC., DBA TULLY'S COFFEE<br>CATHY CAMPBELL, CFO<br>3100 AIRPORT WAY SOUTH<br>SEATTLE, WA 98121 | INVOICE DATE | 05/21/13 |
| | INVOICE NUMBER | 3667942<br>CJV |

Employer's Identification No. 93-0408771

0010100      TC GLOBAL, INC., DBA TULLY'S COFFEE
00018         SECTION 327 COUNSEL

### STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 04/30/13

| | | |
|---|---:|---:|
| Balance From Previous Statement | | $15,425.42 |
| Payment(s) Received | | 0.00 |
| Late Fees | | 99.08 |
| Current Activity: | | |
| Fees for Professional Services<br>(see attached for detail) | $972.00 | |
| Disbursements and Other Charges | 4.20 | |
| **TOTAL CURRENT AMOUNT DUE** | | **976.20** |
| Total Outstanding Balance as of 05/21/13 | | $16,500.70 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**ONE UNION SQUARE**
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

**0010100**   **TC GLOBAL, INC., DBA TULLY'S COFFEE**   INVOICE DATE    05/21/13
**00018**     **SECTION 327 COUNSEL**                   INVOICE NUMBER  3667942
                                                                        CJV

Employer's Identification No. 93-0408771

| **CURRENT SERVICES THROUGH 04/30/13** | **ATTY** | **HOURS** |
|---|---|---|
| Telephone conference with Scott Pearson re shareholder communications issues; attend board meeting | CJV | 1.2 |
| Review asset purchase agreement re ownership of claims | CJV | .3 |
| Emails re shareholder communications | CJV | .3 |
| **TOTAL CURRENT SERVICES** | | **$972.00** |

| **TIME RECAP** | **HOURS** | **RATE** |
|---|---|---|
| CHRISTOPHER J. VOSS (CJV) | 1.8 | 540 |
| TIMEKEEPER TOTALS | 1.8 | |

1



| | | | |
|---|---|---|---|
| | | ONE UNION SQUARE | |
| | | **600 UNIVERSITY STREET, SUITE 3600** | |
| | | **SEATTLE, WA 98101-3197** | |
| | | *Telephone* **(206) 624-0900** | |
| | | *Fax* **(206) 386-7500** | |
| | | For Billing Inquiries 1-800-305-8453 | |
| | | Or Email Billing@stoel.com | |

| | | | |
|---|---|---|---|
| **0010100** | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 05/21/13 |
| **00018** | SECTION 327 COUNSEL | INVOICE NUMBER | 3667942 |
| | | | CJV |

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 04/30/13

| ITEM | AMOUNT |
|---|---:|
| Document Reproduction | 4.20 |
| **TOTAL CURRENT CHARGES** | **$4.20** |



ONE UNION SQUARE  
**600 UNIVERSITY STREET, SUITE 3600**  
**SEATTLE, WA 98101-3197**  
*Telephone* **(206) 624-0900**  
*Fax* **(206) 386-7500**  
For Billing Inquiries 1-800-305-8453  
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE  
CATHY CAMPBELL, CFO  
3100 AIRPORT WAY SOUTH  
SEATTLE, WA 98121

INVOICE DATE 06/30/13  
INVOICE NUMBER 3675809  
CJV

Employer's Identification No. 93-0408771

0010100  TC GLOBAL, INC., DBA TULLY'S COFFEE  
00018    SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 05/31/13**

| | |
|---|---|
| Balance From Previous Statement | $16,500.70 |
| Payment(s) Received | 0.00 |

Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services (see attached for detail) | $270.00 | |
| **TOTAL CURRENT AMOUNT DUE** | | **270.00** |
| Total Outstanding Balance as of 06/30/13 | | $16,700.70 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

INVOICE DATE         06/30/13

INVOICE NUMBER       3675809
                     CJV

Employer's Identification No. 93-0408771

0010100     TC GLOBAL, INC., DBA TULLY'S COFFEE
00018       SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 05/31/13**

| | |
|---|---:|
| Balance From Previous Statement | $16,500.70 |
| Payment(s) Received | 0.00 |

Current Activity:

| | | |
|---|---:|---:|
| Fees for Professional Services (see attached for detail) | $270.00 | |
| **TOTAL CURRENT AMOUNT DUE** | | **270.00** |
| Total Outstanding Balance as of 06/30/13 | | $16,700.70 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone***(206) 624-0900**
*Fax***(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 06/30/13 |
|---|---|---|---|
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3675809 |
| | | | CJV |

Employer's Identification No. 93-0408771

| **CURRENT SERVICES THROUGH 05/31/13** | **ATTY** | **HOURS** |
|---|---|---|
| Emails from/to Scott Pearson re shareholder communications; telephone conference with Scott Pearson re same | CJV | .5 |
| **TOTAL CURRENT SERVICES** | | **$270.00** |

| **TIME RECAP** | **HOURS** | **RATE** |
|---|---|---|
| CHRISTOPHER J. VOSS (CJV) | .5 | 540 |
| TIMEKEEPER TOTALS | .5 | |

1



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| | | |
|---|---|---|
| TO: TC GLOBAL, INC., DBA TULLY'S COFFEE<br>CATHY CAMPBELL, CFO<br>3100 AIRPORT WAY SOUTH<br>SEATTLE, WA 98121 | INVOICE DATE | 07/18/13 |
| | INVOICE NUMBER | 3679791<br>CJV |

Employer's Identification No. 93-0408771

| | |
|---|---|
| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE |
| 00018 | SECTION 327 COUNSEL |

### STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 06/30/13

| | |
|---|---:|
| Balance From Previous Statement | $16,770.70 |
|     Payment(s) Received | (15,294.62) |
|     Adjustments of Previous Balance | (229.88) |
| Current Activity: | |
| Fees for Professional Services<br>(see attached for detail) | $1,372.50 |
| **TOTAL CURRENT AMOUNT DUE** | **1,372.50** |
| Total Outstanding Balance as of 07/18/13 | $2,618.70 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



|  |  |
|---|---|
| ONE UNION SQUARE | |
| 600 UNIVERSITY STREET, SUITE 3600 | |
| SEATTLE, WA 98101-3197 | |
| *Telephone* **(206) 624-0900** | |
| *Fax* **(206) 386-7500** | |
| For Billing Inquiries 1-800-305-8453 | |
| Or Email Billing@stoel.com | |

| TO: | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 07/18/13 |
|---|---|---|---|
| | CATHY CAMPBELL, CFO | | |
| | 3100 AIRPORT WAY SOUTH | INVOICE NUMBER | 3679791 |
| | SEATTLE, WA 98121 | | CJV |

Employer's Identification No. 93-0408771

0010100    TC GLOBAL, INC., DBA TULLY'S COFFEE
00018      SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 06/30/13**

| | | |
|---|---|---|
| Balance From Previous Statement | | $16,770.70 |
|    Payment(s) Received | | (15,294.62) |
|    Adjustments of Previous Balance | | (229.88) |
| Current Activity: | | |
| Fees for Professional Services (see attached for detail) | $1,372.50 | |
| **TOTAL CURRENT AMOUNT DUE** | | **1,372.50** |
| Total Outstanding Balance as of 07/18/13 | | $2,618.70 |

Statements are due within 30 days after the invoice date printed on the statement.  A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

**0010100**   **TC GLOBAL, INC., DBA TULLY'S COFFEE**           INVOICE DATE          07/18/13
**00018**     **SECTION 327 COUNSEL**                            INVOICE NUMBER        3679791
                                                                                       CJV

Employer's Identification No. 93-0408771

| CURRENT SERVICES THROUGH 06/30/13 | ATTY | HOURS |
|---|---|---|
| Telephone call from Tully's | SDP | .9 |
| Telephone conference with Scott Pearson re status of case | CJV | .5 |
| Respond to questions | SDP | .2 |
| Answer question on waiver of attorney-client | SDP | 1.0 |

**TOTAL CURRENT SERVICES**                                                              **$1,372.50**

| TIME RECAP | HOURS | RATE |
|---|---|---|
| STEVAN D. PHILLIPS (SDP) | 2.1 | 525 |
| CHRISTOPHER J. VOSS (CJV) | .5 | 540 |
| TIMEKEEPER TOTALS | 2.6 | |

1



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| | | |
|---|---|---|
| TO: | TC GLOBAL, INC., DBA TULLY'S COFFEE<br>CATHY CAMPBELL, CFO<br>3100 AIRPORT WAY SOUTH<br>SEATTLE, WA 98121 | INVOICE DATE  09/17/13<br><br>INVOICE NUMBER  3690034<br>CJV |

Employer's Identification No. 93-0408771

0010100    TC GLOBAL, INC., DBA TULLY'S COFFEE
00018      SECTION 327 COUNSEL

### STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 08/31/13

| | |
|---|---:|
| Balance From Previous Statement | $2,618.70 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services<br>(see attached for detail)    $2,538.00 | |
| Disbursements and Other Charges    2.41 | |
| **TOTAL CURRENT AMOUNT DUE** | **2,540.41** |
| Total Outstanding Balance as of 09/17/13 | $5,159.11 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

INVOICE DATE 09/17/13

INVOICE NUMBER 3690034
CJV

Employer's Identification No. 93-0408771

0010100       TC GLOBAL, INC., DBA TULLY'S COFFEE
00018         SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 08/31/13**

| | |
|---|---|
| Balance From Previous Statement | $2,618.70 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services (see attached for detail) | $2,538.00 |
| Disbursements and Other Charges | 2.41 |
| **TOTAL CURRENT AMOUNT DUE** | **2,540.41** |
| Total Outstanding Balance as of 09/17/13 | $5,159.11 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 09/17/13 |
|---|---|---|---|
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3690034 |
| | | | CJV |

Employer's Identification No. 93-0408771

| CURRENT SERVICES THROUGH 08/31/13 | ATTY | HOURS |
|---|---|---|
| Email from Scott Anderson re shareholder communications | CJV | .1 |
| Email from/to Scott Anderson; review and revise draft letter to shareholders; office conference with bankruptcy counsel re exiting 34 Act reporting system | CJV | .9 |
| Emails from/to Cathy Campbell re shareholder matter | CJV | .1 |
| Emails re shareholder communications/disclosure | CJV | .3 |
| Emails re shareholder communications | CJV | .1 |
| Email to Cathy Campbell re shareholder communications | CJV | .1 |
| Emails from/to Cathy Campbell re 8-K filing | CJV | .4 |
| Review 8-K disclosure requirement and draft 8-K; email from Cathy Campbell re transfer agent request re issuing clean stock certificate; review SEC guidance re same and prepare letter to transfer agent | CJV | 1.0 |
| Emails from/to Jan Hendrickson re 8-K filing | CJV | .1 |
| Telephone conference with bankruptcy counsel re plan of liquidation | CJV | .6 |
| Telephone conference with Cathy Campbell, Jan Hedrickson and Gayle Bush re 8-K disclosure | CJV | .6 |
| Review and revise draft 8-K | CJV | .4 |

**TOTAL CURRENT SERVICES**    $2,538.00

| TIME RECAP | HOURS | RATE |
|---|---|---|
| CHRISTOPHER J. VOSS (CJV) | 4.7 | 540 |
| | | |
| TIMEKEEPER TOTALS | 4.7 | |

1



ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| 0010100 | TC GLOBAL, INC., DBA TULLY'S COFFEE | INVOICE DATE | 09/17/13 |
| 00018 | SECTION 327 COUNSEL | INVOICE NUMBER | 3690034 |
| | | | CJV |

Employer's Identification No. 93-0408771

**CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 08/31/13**

| **ITEM** | **AMOUNT** |
| --- | --- |
| Conference Calls | 2.41 |
| **TOTAL CURRENT CHARGES** | **$2.41** |