**Below is the Order of the Court.**

_Karen A. Overstreet_
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: | Case No. 12-20253-KAO |
| TC GLOBAL, INC., | AMENDED ORDER DENYING DEBTOR'S MOTION FOR DETERMINATION OF POST-CLOSING PURCHASE PRICE ADJUSTMENTS |
| Debtor. | |

THIS MATTER came before the Court upon the Motion for Determination of Post-Closing Purchase Price Adjustments (the "Motion") filed by TC Global, Inc. ("Debtor"), debtor-in-possession herein. Capitalized terms herein have the meaning set forth in the Motion unless otherwise indicated. The Court has reviewed the files and records herein including: (1) the Motion and supporting documents [Docket Nos. 820-822]; (2) Global Baristas, LLC's Response and supporting documents [Docket Nos. 872-873]; (3) Debtor's Reply in support of the Motion [Docket No. 885]; (4) the Reply in support of the Motion filed by the Unsecured Creditors Committee [Docket No. 886]; (5) Global Baristas, LLC's Objection to Debtor's Proposed Form of Order Re the Motion and supporting documents [Docket Nos. 927-928]; (6) Debtor's Reply in Support of Form of Proposed Order Re the Motion [Docket No. 938]; and the pleadings and files herein. The Court finds and concludes that Debtor cannot seek the relief requested in the Motion as a contested matter, and an action by Debtor to enforce the Purchase Price adjustment

ORDER DENYING DEBTOR'S MOTION FOR DETERMINATION OF POST-CLOSING PURCHASE PRICE ADJUSTMENTS - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51330381.2

Case 12-20253-KAO    Doc 971    Filed 10/29/13    Ent. 10/29/13 16:11:04    Pg. 1 of 2

provisions of the APA, including Section 2.6(a)(iii)-(vi), is an action to recover money and must therefore be brought as an adversary proceeding pursuant to Fed. R. Bankr. P. 7001(1). The Court further revokes all its holdings, findings, conclusions and orders made during the October 4, 2013 oral argument on the Motion that the adjustments in Section 2.6(a) of the APA are mandatory.

NOW, THEREFORE, it is hereby ORDERED that the Motion is denied without prejudice to Debtor's commencement of an adversary proceeding seeking the relief requested in the Motion.

/ / /End of Order/ / /

Presented by:

FOSTER PEPPER PLLC

*/s/ Jack Cullen*
Jack Cullen, WSBA No. 7330
Attorneys for Global Baristas, LLC

ORDER DENYING DEBTOR'S MOTION FOR DETERMINATION OF POST-CLOSING PURCHASE PRICE ADJUSTMENTS - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51330381.2

Case 12-20253-KAO    Doc 971    Filed 10/29/13    Ent. 10/29/13 16:11:04    Pg. 2 of 2