**Bush Strout & Kornfeld LLP**

601 Union St., Suite 5000

Seattle, WA 98101-2373

Phone (206) 292-2110; Fax 292-2104

Federal Tax I.D. #91-1560644

TULLY'S                                                    November 25, 2013

[via email]                                               Invoice # 18919

In Reference To: CLIENT/MATTER NO. 1977-20121

                ADVICE

<u>**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**</u>      <u>$102179.06</u>

Professional services

| | | Hours | Amount |
|---|---|---|---|
| | <u>ADVERSARY PROCEEDINGS</u> | | |
| 10/4/2013 CMT | Prepare for argument, attend hearing and conference with J. Cullen re: purchase price adjustments (2.4); Conference with A. S. Willig and A. A. Shwab regarding complaint (.3); Conferences with G. E. Bush regarding same (.5). | 3.20 | 1,216.00 |
| ASW | Conference with C. M. Tobin-Presser re Global Baristas adversary proceeding. | 0.30 | 120.00 |
| 10/7/2013 CMT | Work on complaint for breach of contract. | 1.90 | 722.00 |
| 10/8/2013 CMT | Work on complaint for breach of contract. | 2.20 | 836.00 |
| 10/10/2013 CMT | Work on complaint. | 2.60 | 988.00 |
| CMT | Work on summary judgment motion. | 1.40 | 532.00 |
| 10/14/2013 CMT | Work on summary judgment motion and revisions to Complaint. | 4.20 | 1,596.00 |

| | | Hours | Amount |
|---|---|---|---|
| 10/14/2013 GEB | Review and comment on adversary complaint re post-closing adjustments. | 0.60 | 300.00 |
| 10/17/2013 CMT | Work on price adjustment complaint. | 0.50 | 190.00 |
| 10/22/2013 CMT | Finalize complaint for filing. | 0.50 | 190.00 |
| 10/24/2013 GEB | Read new adversary complaint re TCAP and telephone calls with P. Lamb re same and review documents regarding TCAP. | 2.60 | 1,300.00 |
| 10/28/2013 CMT | Revise Complaint re: purchase price adjustments. | 0.20 | 76.00 |
| GEB | Read Amended Complaint re purchase price adjustments. | 0.30 | 150.00 |
| GEB | Telephone calls with P. Lamb regarding TCAPP Complaint. | 0.50 | 250.00 |
| 10/29/2013 ASW | Edits to summary judgment motion re postclosing adjustments. | 0.60 | 240.00 |
| CMT | Email correspondence with C. Campbell (.1); Finalize amended complaint (.2); Work on summary judgment motion (2.3). | 2.60 | 988.00 |
| GEB | Telephone calls with P. Lamb regarding TCAPP issues and telephone call from R. Powers re same (.2); Review Asset Purchase Agreement regarding TCAPP sub-license (.3). | 0.50 | 250.00 |
| 10/30/2013 ASW | Conference with C. M. Tobin-Presser re closing adjustment adversary proceeding issues. | 0.20 | 80.00 |
| CMT | Revisions to summary judgment motion (.8); Conference with A. S. Willig regarding same (.2); Email correspondence with G. E. Bush (.2). | 1.20 | 456.00 |

|            |     |                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/30/2013 | AAS | Review cure accounting for purchase price adjustment.                                                                         | 0.50  | 87.50  |
| 11/1/2013  | CMT | Revisions to summary judgment motion.                                                                                         | 0.50  | 190.00 |
|            | GEB | Conference with R. Powers regarding Superior Court suit.                                                                      | 0.50  | 250.00 |
|            |     | SUBTOTAL:                                                                                                                     | [ 27.60 | 11,007.50] |

CLAIMS ANALYSIS AND OBJECTIONS TO CLAIMS

| | | | | |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/26/2013  | GEB | Telephone call with counsel re documents and re employee termination claims (.4); Review documents regarding termination claims and office conference regarding termination policy and claims (.8). | 1.20 | 600.00 |
|            | GEB | Review impact of amended claim on distribution.                                                                               | 0.20  | 100.00 |
|            | GEB | Read and comment on objection received from termination claimants.                                                           | 0.40  | 200.00 |
| 9/27/2013  | GEB | Work on claims details regarding rejected contracts.                                                                          | 0.80  | 400.00 |
|            | GEB | Telephone call from J. Cullen regarding IT search results and progress in obtaining documents from GB regarding Retail Severance Policy. | 0.40 | 200.00 |
|            | GEB | Conference with A. A. Shwab regarding employee termination claims and analysis of documents regarding termination and retention. | 1.20 | 600.00 |
| 9/30/2013  | AAS | Work on claims objections (.4); prepare pleadings for approval of Pearson settlement (1.4); emails re WA DOR settlement (.6). | 2.40 | 420.00 |
|            | GEB | Review reply and read response from counsel for wage termination claimants and conference with C. M. Tobin-Presser. | 0.90 | 450.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 10/1/2013 CMT | Email correspondence and telephone call with C. Campbell regarding Old Town lease rejection claim. | 0.20 | 76.00 |
| CMT | Work on Harbor Properties Objection and Old Town Objection and Post Montgomery objection. | 3.30 | 1,254.00 |
| GEB | Review motion and declaration regarding proposed compromise with S. Pearson and draft portions of declaration of S. Anderson in support of motion for approval of compromise (1.3); Telephone call from B. Leaverton and numerous conferences with A. A. Shwab regarding compromise motion and supporting declarations (1.6). | 2.90 | 1,450.00 |
| GEB | Telephone calls with S. Anderson. | 0.60 | 300.00 |
| GEB | Review DOR settlement. | 0.30 | 150.00 |
| AAS | Work on Pearson settlement and pleadings (4.0); Emails regarding Washington DOR claim (.1); Conference with G. E. Bush regarding claims of former employees (.2); Emails with C. Campbell regarding claims (.1). | 4.80 | 840.00 |
| 10/2/2013 CMT | Work on objections to Headquarters rejection claim and  Embarcadero rejection claim. | 1.80 | 684.00 |
| GEB | Numerous telephone calls with B. Leaverton and conferences with A. A. Shwab regarding Pearson settlement and pleadings. | 1.30 | 650.00 |
| GEB | Telephone calls with S. Anderson. | 0.60 | 300.00 |
| GEB | Review materials regarding claim of Campbell. | 0.50 | 250.00 |
| AAS | Work on pleadings in support of Pearson settlement. | 1.60 | 280.00 |
| 10/3/2013 CMT | Email to R. Hyatt re Headquarters lease. | 0.20 | 76.00 |

| | Hours | Amount |
|---|---|---|
| 10/3/2013 CMT Conference with A. S. Willig, G. E. Bush and A. A. Shwab regarding severance claim issues. | 0.40 | 152.00 |
| CMT Conference with R. Hyatt re: headquarters lease rejection claim. | 0.20 | 76.00 |
| ASW Conference with G. E. Bush, C. M. Tobin-Presser, A. A. Shwab re employee claims. | 0.40 | 160.00 |
| GEB Review documents regarding employee claims and begin discovery list of documents. | 1.80 | 900.00 |
| GEB Telephone call with J. Cullen regarding request for history of Retail Employee Termination Policy. | 0.30 | 150.00 |
| GEB Office conference re termination claim documents. | 0.40 | 200.00 |
| AAS Conference regarding former employee claims (.4); Review claims (.3). | 0.70 | 122.50 |
| 10/7/2013 CMT Email correspondence with R. Hyatt re Headquarters lease. | 0.20 | 76.00 |
| ASW Edit pleadings re new creditor bar date. | 0.20 | 80.00 |
| ASW Conferences with A. A. Shwab re new creditor bar date. | 0.20 | 80.00 |
| 10/8/2013 CMT Work on lease rejection claims. | 2.50 | 950.00 |
| CMT Review severance claims info sent by G. E. Bush. | 0.20 | 76.00 |
| ASW Emails with transferee of claims. | 0.20 | 80.00 |
| AAS Work on objection to First Shattuck claim (4.2); Telephone call with O. Lee regarding Spinelli claim (.3); Work on claims analysis (.3). | 4.80 | 840.00 |
| 10/9/2013 CMT Review documents from G. E. Bush. | 0.10 | 38.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/9/2013 | CMT | Telephone call to S. Rediger re: Harbor claim. | 0.10 | 38.00 |
| | CMT | Work on lease rejection claims. | 2.70 | 1,026.00 |
| | ASW | Telephone call and emails with King County re personal property taxes. | 0.40 | 160.00 |
| | ASW | Review plan re tax payments. | 0.20 | 80.00 |
| | CMT | Communications with R. Hyatt regarding Rayonier claim (.5); Communications with S. Rediger regarding Harbor claim (.4). | 0.90 | 342.00 |
| | CMT | Finalize Post-Montgomery claim objection. | 0.40 | 152.00 |
| | AAS | Work on objection to First Shattuck claim (5.0); Emails regarding severance policy records (.1); Emails regarding Pearson settlement (.1). | 5.20 | 910.00 |
| 10/10/2013 | ASW | Emails with King County re tax claim itemization. | 0.20 | 80.00 |
| | ASW | Telephone call with and emails with C. Campbell re King County tax claim. | 0.20 | 80.00 |
| | CMT | Work on Headquarters lease rejection claim and Harbor lease rejection claim. | 1.10 | 418.00 |
| 10/14/2013 | ASW | Conference with G. E. Bush re former employee claims objections. | 0.20 | 80.00 |
| | ASW | Begin objection to certain claims of former employees. | 0.70 | 280.00 |
| | ASW | Emails with claims agent and shares transfer agent re claim. | 0.20 | 80.00 |
| | GEB | Telephone call with P. Lamb regarding employee issues. | 0.30 | 150.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/14/2013 | GEB | Read documents received from J. Cullen. | 0.20 | 100.00 |
|  | AAS | Work on objection to First Shattuck claim (3.1); Emails regarding Pearson claim (.2). | 3.30 | 577.50 |
| 10/15/2013 | CMT | Work on objection to First Shattuck claim. | 4.10 | 1,558.00 |
|  | CMT | Respond to email from R. Hyatt re Headquarters lease; Email to S. Rediger re Harbor lease. | 0.20 | 76.00 |
|  | CMT | Finalize objection to Embarcadero lease claim. | 1.20 | 456.00 |
|  | ASW | Work on objections to former employee claims. | 3.20 | 1,280.00 |
|  | ASW | Meeting with G. E. Bush re claims objections. | 0.70 | 280.00 |
|  | ASW | Telephone call with shareholder re shares and plan. | 0.10 | 40.00 |
|  | GEB | Office conference with attorneys regarding termination claims, post-closing adjustments and S. Pearson claim. | 0.80 | 400.00 |
|  | GEB | Telephone call with J. Cullen re documents. | 0.40 | 200.00 |
|  | AAS | Finalize pleadings for approval of Pearson compromise (.4); Work on objection to First Shattuck claim (1.2); Emails regarding shareholder notice (.1); Review store closure letters (.2); Work on former employee claims issues (.5). | 2.40 | 420.00 |
| 10/16/2013 | ASW | Work on objections to former employee claims. | 2.70 | 1,080.00 |
|  | ASW | Review secured claims. | 0.60 | 240.00 |
|  | ASW | Emails with Computershare re share inquiries. | 0.10 | 40.00 |
|  | ASW | Emails with C. Campbell re former employees. | 0.10 | 40.00 |
|  | ASW | Research re employment issues. | 1.70 | 680.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 10/16/2013 AAS | Work on former employee claims issues (.3); Prepare objection to First Shattuck claim (2.5); Review secured claims (.5). | 3.30 | 577.50 |
| 10/17/2013 ASW | Telephone calls and emails with Pierce county re claims and plan treatment. | 0.40 | 160.00 |
| CMT | Work on lease rejection claims with C. Campbell (Strickland, Harbor, Colonnade, 425). | 4.60 | 1,748.00 |
| ASW | Work on claims objections re severance pay. | 2.60 | 1,040.00 |
| ASW | Emails with Pierce county re claims. | 0.10 | 40.00 |
| AAS | Work on former employee claims issues. | 0.40 | 70.00 |
| AAS | Telephone call with K. Chang regarding First Shattuck claim. | 0.40 | 70.00 |
| 10/18/2013 ASW | Emails with counsel for Pierce county re claims. | 0.20 | 80.00 |
| ASW | Conference with A. A. Shwab re revised claims list and review. | 0.20 | 80.00 |
| ASW | Review secured claims and list. | 0.30 | 120.00 |
| ASW | Work on employee claims objections. | 2.30 | 920.00 |
| CMT | Work on lease rejection claims - Colonnade, Rainier Commons, Post-Montgomery, 425. | 1.90 | 722.00 |
| AAS | Review secured claims (.4); Work on claims analysis (1.4); Work on severance policy issues (.4); Review objections to former employee claims (1.4). | 3.60 | 630.00 |
| 10/21/2013 CMT | Meeting with S. Anderson and J. Hendrickson, G. E. Bush, A. A. Shwab and A. S. Willig [NO CHARGE]. | 0.90 | NO CHARGE |

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 10/21/2013 | CMT | Work on lease claim objections and severance claim objections [NO CHARGE]. | 1.80 | NO CHARGE |
| | ASW | Emails with C. Campbell re personal property tax claims. | 0.40 | 160.00 |
| | ASW | Prepare Declarations re employee claims. | 1.20 | 480.00 |
| | ASW | Work on discovery re employee claims. | 2.40 | 960.00 |
| | ASW | Telephone call with claimant re plan. | 0.10 | 40.00 |
| | AAS | Work on objection to former employee claims (1.9); Prepare declaration in support of objection to severance claims (2.0); Conference regarding severance claims (1.5); Review request for documents (.2); Finalize motion for compromise of Pearson claim (.4). | 6.00 | 1,050.00 |
| | GEB | Conference with Board regarding pending claims issues. | 1.60 | 800.00 |
| 10/22/2013 | ASW | Revisions to employee claim pleadings and discovery. | 1.20 | 480.00 |
| | CMT | Revisions to retail severance claim objection (.9); Conference with A. S. Willig regarding discovery (.2) [ALL AT NO CHARGE]. | 1.10 | NO CHARGE |
| | CMT | Email to R. Brunette; Work on claims objections. | 0.50 | 190.00 |
| | CMT | Email from C. Campbell and email correspondence with V. Braxton re: Old Town objection. | 0.30 | 114.00 |
| | AAS | Work on declaration in support of objection to severance claims (.6); Prepare exhibits to declaration (.5); Work on objection (.3); Work on objection to First Shattuck claim (2.9); Telephone call with Z. Mosner regarding DOR claim settlement (.2). | 4.50 | 787.50 |

|            |     | | Hours | Amount |
|------------|-----|-----|-------|--------|
| 10/23/2013 | ASW | Review former employee claims. | 2.10 | 840.00 |
|            | ASW | Telephone calls with claims agent re claims information. | 0.20 | 80.00 |
|            | ASW | Review emails re King County tax claim. | 0.20 | 80.00 |
|            | ASW | Memos re employee claims. | 0.70 | 280.00 |
|            | AAS | Document DOR settlement (1.9); Work on objection to First Shattuck claim (.2). | 2.10 | 367.50 |
| 10/24/2013 | ASW | Review corporate employee claims. | 0.40 | 160.00 |
|            | AAS | Work on DOR settlement (.4); Review employee claims (.6); Work on claims analysis (1.0); Revise Pearson settlement pleadings (.9); Emails regarding same (.3). | 3.20 | 560.00 |
| 10/25/2013 | ASW | Conferences with G. E. Bush re claims objections. | 0.60 | 240.00 |
|            | ASW | Edits to employee claims objections and Declarations. | 1.20 | 480.00 |
|            | ASW | Emails with C. Campbell re store closure issues. | 0.40 | 160.00 |
|            | CMT | Email correspondence re: potential settlement of Madison lessor claim. | 0.20 | 76.00 |
|            | GEB | Meetings with A. S. Willig, and review and edit objections and supporting declarations to severance claims. | 3.20 | 1,600.00 |
|            | AAS | Telephone call and email with C. Campbell regarding claims (.3); Work on claims analysis (.5); Emails regarding DOR settlement (.2). | 1.00 | 175.00 |
| 10/28/2013 | CMT | Work on lease rejection claims. | 0.70 | 266.00 |

| | | Hours | Amount |
|---|---|---|---|
| 10/28/2013 ASW | Edits to pleadings re retail and corporate employees' claims objections. | 0.70 | 280.00 |
| ASW | Telephone calls with and emails with C. Campbell re to pleadings re retail and corporate employees' claims objections. | 0.30 | 120.00 |
| GEB | Review severance documents and work on response (2.2); Review declaration of C. Campbell (.2); Review draft discovery requests regarding termination documents (.4). | 2.80 | 1,400.00 |
| GEB | Question from C. Campbell re claims payment process (.2); Work on objection to severance claims (.6); Review and approve edits of C. Campbell to declaration re severance (.2). | 1.00 | 500.00 |
| AAS | Telephone calls and emails with C. M. Tobin-Presser regarding lease rejection claims (.3); Work on DOR settlement (.5); Work on objection to lease rejection claims (2.4); Emails with C. Campbell and A. S. Willig regarding claims distribution (.2) [1.7 HOURS -- REMAINDER BILLED AT NO CHARGE]. | 1.70 | 297.50 |
| 10/29/2013 ASW | Research re bona fide dispute issues. | 1.20 | 480.00 |
| CMT | Finalize Colonnade objection (.6); Email correspondence re: 425 (.2); Email correspondence re: Madison (.1). | 0.90 | 342.00 |
| CMT | Email correspondence re: motion to allow admin claims [NO CHARGE]. | 0.20 | NO CHARGE |
| ASW | Emails with G. E. Bush re tax claims issues. | 0.10 | 40.00 |
| ASW | Emails with C. Campbell re tax claims issues. | 0.10 | 40.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2013 | GEB | Work on issues re objection to claims for severance (.8); Read motion and declaration filed by claimants for $600,000 in administrative claims for severance (1.1) | 1.90 | 950.00 |
| | GEB | Review final form settlement documents with S. Pearson (.2); Read DOR documents (.3). | 0.50 | 250.00 |
| | AAS | Work on objection to lease rejection claims (2.9); Finalize DOR settlement and prepare for filing (.3); Emails regarding the same (.2); Emails regarding Pearson settlement (.3); Finalize pleadings and prepare for filing (.3); Work on motion to allow claims (1.2); Work on claims analysis (3.0) [4.1 HOURS -- REMAINDER BILLED AT NO CHARGE]. | 4.10 | 717.50 |
| 10/30/2013 | ASW | Review cases cited by employees re administrative expense motion. | 0.80 | 320.00 |
| | ASW | Research re applicability of state law re employee administrative expense motion. | 1.10 | 440.00 |
| | ASW | Conferences and emails with G. E. Bush re former employee claims motion. | 0.60 | 240.00 |
| | ASW | Review former employee claims motion. | 0.60 | 240.00 |
| | ASW | Edit claims allowance motion. | 0.40 | 160.00 |
| | ASW | Telephone calls with and emails with L. Nelsen re King County taxes. | 0.30 | 120.00 |
| | CMT | Conference with A. S. Willig regarding employee administrative expense motion [NO CHARGE]. | 0.20 | NO CHARGE |
| | CMT | Email correspondence re resolution of Harbor landlord claim. | 0.20 | 76.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/30/2013 | CMT | Conference with A. A. Shwab regarding lease rejection claims and prepare summary. | 0.30 | 114.00 |
|  | CMT | Email to R. Hyatt re Headquarters lease. | 0.10 | 38.00 |
|  | GEB | Outline list of issues and questions regarding response to motion to allow severance claims and conference with A. S. Willig re same. | 1.30 | 650.00 |
|  | GEB | Read and notate declaration from Dringenberg and documents attached exhibits. | 0.60 | 300.00 |
|  | GEB | Review authorities cited in motion and review Lardy case. | 2.10 | 1,050.00 |
|  | AAS | Review motion for admin expenses (.6); Telephone call with C. Campbell regarding lease rejection claims (.2); Work on claims analysis (3.8); Finalize motion to allow claims and cause filing (1.2) [2.9 HOURS -- REMAINDER BILLED AT NO CHARGE]. | 2.90 | 507.50 |
| 10/31/2013 | ASW | Telephone call with C. Campbell re employee claims. | 0.20 | 80.00 |
|  | ASW | Work on objection re employee claims. | 2.10 | 840.00 |
|  | ASW | Conference with G. E. Bush re employee claims. | 0.20 | 80.00 |
|  | GEB | Review and revise Declarations of C. Campbell and S. Pearson. | 0.70 | 350.00 |
|  | GEB | Study Lardy case and termination policies of Tully's and conference with A. S. Willig re same. | 2.40 | 1,200.00 |
|  | AAS | Work on claims analysis (.5); Work on objection to lease rejection claim (1.2); Telephone calls and emails regarding First Shattuck claim (.5). | 2.20 | 385.00 |
| 11/1/2013 | ASW | Continue review of case law cited by employees. | 2.30 | 920.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2013 | ASW | Work on objection re former employee claims. | 1.20 | 480.00 |
|  | CMT | Telephone call with G. Kaplan (.4); Email correspondence with A. A. Shwab (.2); Conference with G. E. Bush (.3); Email correspondence with G. Kaplan (.2); Research (.4). | 1.50 | 570.00 |
|  | CMT | Finalize objection to 424 lease and email correspondence with C. Campbell regarding same (.1); Telephone call from lessor's attorney and email to same (.3). | 1.30 | 494.00 |
|  | CMT | Email correspondence with Embarcadero lessor. | 0.30 | 114.00 |
|  | ASW | Work on pleadings re former employee claims. | 3.40 | 1,360.00 |
|  | GEB | Work on employee claims issues and on objection. | 1.90 | 950.00 |
| 11/4/2013 | CMT | Conference with A. A. Shwab regarding First Shattuck claim [NO CHARGE]. | 0.40 | NO CHARGE |
|  | ASW | Conference with G. E. Bush re claims objections. | 0.30 | 120.00 |
|  | GEB | Draft Declaration of S. Pearson regarding termination claims and background information (2.2); Email and telephone call with S. Pearson (.6); Conferences with A. S. Willig re termination claims (.8); Review and draft objection to termination claims (.8). | 4.40 | 2,200.00 |
|  | AAS | Conference with A. S. Willig regarding claims distribution (.2); Work on First Shattuck claim objection (1.3); Work on claims analysis (.5); Conference with G. E. Bush regarding Campbell claim (.5); Research regarding severance claims (1.3) [1.9 HOURS -- REMAINDER BILLED AT NO CHARGE]. | 1.90 | 332.50 |
|  | SUBTOTAL: |  | [  185.00 | 61,435.50] |

|                          |                                                                                                                      | Hours | Amount |
|--------------------------|----------------------------------------------------------------------------------------------------------------------|-------|--------|

## CONTRACT/LEASE ASSUMPTION/REJECTION

| 9/27/2013 GEB | Telephone calls with J. Cullen and C. Campbell to resolve details regarding assigned leases and work on getting assignments back to counsel for GB. | 0.70 | 350.00 |
| GEB | Telephone call with C. Campbell regarding lease assignments. | 0.40 | 200.00 |
| 10/7/2013 AAS | Emails regarding lease assumptions and cures. | 0.30 | 52.50 |
| 10/8/2013 ASW | Review lease rejection issue and email to C. M. Tobin-Presser re same. | 0.30 | 120.00 |
| 10/17/2013 AAS | Review cure payments. | 0.20 | 35.00 |

| | SUBTOTAL: | [ 1.90 | 757.50] |

## DISCLOSURE STATEMENT AND PLAN PROCESS

| 9/25/2013 GEB | Continued work on amendments to Plan, dividend analysis and draft language and formatting. | 3.30 | 1,650.00 |
| GEB | Telephone call to court re amended Plan and Disclosure Statement. | 0.10 | 50.00 |
| 9/26/2013 GEB | Receive and answer inquiries from creditor regarding process of Plan and refer creditor to L. Ream for additional information. | 0.40 | 200.00 |
| 9/30/2013 AAS | Calls and emails re plan solicitation packages. | 1.30 | 227.50 |
| 10/1/2013 ASW | Letter and emails with SEC re Plan. | 0.20 | 80.00 |
| ASW | Prepare draft of Oversight Committee Bylaws. | 0.70 | 280.00 |
| ASW | Telephone call with D. Neu re Oversight Committee. | 0.30 | 120.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/1/2013 | GEB | Conference call with Board re status of pending matters and Plan confirmation status. | 0.50 | 250.00 |
| 10/2/2013 | ASW | Review 1141 issues. | 0.40 | 160.00 |
| | ASW | Edits to Plan re SEC comments. | 0.40 | 160.00 |
| | GEB | Conference with A. S. Willig and consider changes to Plan. | 0.60 | 300.00 |
| 10/3/2013 | ASW | Edits to plan re injunction. | 1.10 | 440.00 |
| 10/6/2013 | ASW | Edits to Plan. | 0.40 | 160.00 |
| | ASW | Email to SEC counsel re edits to Plan. | 0.20 | 80.00 |
| 10/7/2013 | ASW | Review letter and telephone calls with claimant re plan inquiry. | 0.20 | 80.00 |
| | ASW | Emails with Omni re creditor inquiries. | 0.20 | 80.00 |
| | ASW | Telephone call with and emails with counsel for SEC re plan revisions. | 0.60 | 240.00 |
| | ASW | Emails with C. Campbell and corporate counsel re plan revisions re SEC. | 0.20 | 80.00 |
| | ASW | Telephone call with creditor re claims and Disclosure Statement. | 0.10 | 40.00 |
| | ASW | Research re dissolution issues. | 0.30 | 120.00 |
| | AAS | Telephone calls and emails with shareholders and creditors regarding Plan voting. | 1.80 | 315.00 |
| 10/8/2013 | ASW | Email to Board re Plan revisions. | 0.60 | 240.00 |
| | ASW | Emails with corporate counsel re Plan revisions. | 0.30 | 120.00 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 10/8/2013 | ASW | Emails with SEC counsel re Plan revisions. | 0.10 | 40.00 |
| | ASW | Emails with C. Campbell re Plan revisions. | 0.10 | 40.00 |
| | AAS | Telephone calls and emails with regarding Plan solicitation packets. | 0.50 | 87.50 |
| 10/9/2013 | ASW | Emails with S. Anderson and J. Hendrickson re plan. | 0.20 | 80.00 |
| | ASW | Telephone call with claimant re plan. | 0.10 | 40.00 |
| | ASW | Telephone call with shareholder re case. | 0.10 | 40.00 |
| | AAS | Telephone call with City of Seattle regarding Plan and Disclosure Statement. | 0.20 | 35.00 |
| 10/10/2013 | ASW | Telephone call with shareholder re share position. | 0.10 | 40.00 |
| | ASW | Emails with C. Campelll and Omni re shareholder and share position. | 0.20 | 80.00 |
| 10/11/2013 | ASW | Email to L. Ream re revisions to plan. | 0.20 | 80.00 |
| 10/16/2013 | ASW | Edits to plan re secured claims. | 0.40 | 160.00 |
| 10/17/2013 | AAS | Emails regarding secured claims and revise exhibit to Plan. | 0.40 | 70.00 |
| 10/18/2013 | AAS | Revise exhibit to Plan and Disclosure Statement. | 0.30 | 52.50 |
| 10/22/2013 | ASW | Emails with C. Campbell and creditor re plan. | 0.10 | 40.00 |
| 10/23/2013 | ASW | Email to C. Campbell re plan treatment issues. | 0.60 | 240.00 |
| 10/24/2013 | AAS | Emails and telephone calls regarding ballots. | 0.20 | 35.00 |
| 10/25/2013 | AAS | Review objection to Disclosure Statement. | 0.20 | 35.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/25/2013 | ASW | Review objection to plan and Disclosure Statement by former employees. | 0.30 | 120.00 |
| 10/28/2013 | CMT | Revisions to response to objection to disclosure statement. | 0.50 | 190.00 |
| | ASW | Draft Reply re Former Employee objection to Plan. | 1.60 | 640.00 |
| | ASW | Finalize redlined second amended plan for filing. | 1.40 | 560.00 |
| | ASW | Review ballot declaration and summary and finalize for filing. | 0.60 | 240.00 |
| | GEB | Review and comment on Disclosure Statement and Plan objection from claimants. | 0.40 | 200.00 |
| | GEB | Review revisions to Plan draft. | 0.30 | 150.00 |
| | AAS | Emails regarding Plan (.2); Review response to objection (.2). | 0.40 | 70.00 |
| 10/29/2013 | ASW | Finalize Preconfirmation Report. | 1.30 | 520.00 |
| | ASW | Prepare Confirmatiion Order. | 1.20 | 480.00 |
| 10/30/2013 | ASW | Telephone call with and email with L. Schweet re order. | 0.10 | 40.00 |
| 10/31/2013 | ASW | Emails with L. Schweet re confirmation order. | 0.20 | 80.00 |
| | ASW | Emails with L. Ream re confirmation order. | 0.10 | 40.00 |
| | ASW | Conference with A. A. Shwab re confirmation order. | 0.10 | 40.00 |
| | ASW | Conference with G. E. Bush re confirmation order. | 0.10 | 40.00 |
| | ASW | Email with board re confirmation order. | 0.10 | 40.00 |

| | Hours | Amount |
|---|---|---|
| 10/31/2013 AAS   Finalize exhibit to Disclosure Statement. | 0.20 | 35.00 |
| 11/1/2013 ASW   To court for plan confirmation hearing. | 0.70 | 280.00 |
| ASW   Finalize confirmation order, clean plan. | 0.40 | 160.00 |
| GEB   Attend confirmation hearing and conference with clients. | 0.70 | 350.00 |
| 11/2/2013 ASW   Emails with C. Campbell re plan implementation. | 0.30 | 120.00 |
| 11/4/2013 ASW   Emails with creditor re plan and distributions. | 0.20 | 80.00 |
| ASW   Emails with C. Campbell re plan and distributions. | 0.20 | 80.00 |
| ASW   Review plan re administrative bar date. | 0.10 | 40.00 |
| SUBTOTAL: | [   29.70 | 11,262.50] |
| FEES | | |
| 9/30/2013 AAS   Finalize fee applications. | 0.30 | 52.50 |
| GEB   Prepare narrative description of various portions of fee application of BSK. | 1.70 | 850.00 |
| 10/1/2013 ASW   Message and emails with C. Campbell re fee applications and funds on hand. | 0.20 | 80.00 |
| CMT   Work on fee application. | 0.80 | 304.00 |
| ASW   Edit fee application. | 0.40 | 160.00 |
| AAS   Telephone calls and emails regarding fee applications. | 0.60 | 105.00 |
| 10/2/2013 AAS   Emails regarding fee applications. | 0.10 | 17.50 |

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
| 10/11/2013 | ASW | Conference with C. M. Tobin-Presser re fee app issues.                                    | 0.10  | 40.00  |
| 10/14/2013 | CMT | Email correspondence with M. Juniper.                                                     | 0.30  | 114.00 |
| 10/15/2013 | ASW | Conference with G. E. Bush re fee application.                                            | 0.20  | 80.00  |
|            | GEB | Telephone call with W. Courshon and review application for compensation.                  | 1.40  | 700.00 |
| 10/16/2013 | ASW | Edit supplement re Deloitte fees.                                                         | 0.40  | 160.00 |
|            | ASW | Emails with Deloitte re fee application supplement and revised order.                     | 0.10  | 40.00  |
| 10/21/2013 | CAH | Revise Supplemental Declaration and proposed order as to agreed reduction amounts re BSK fee app. | 0.10  | 9.50   |
|            | ASW | Edit statement re fees.                                                                   | 0.20  | 80.00  |
|            | GEB | Telephone call to L. Ream and telephone call with T. Rupp re HMS fee application.         | 0.40  | 200.00 |
| 10/28/2013 | CMT | Hearing on HMS fee application.                                                           | 0.40  | 152.00 |
|            |     | SUBTOTAL:                                                                                 | [  7.70 | 3,144.50] |

GENERAL ADMINISTRATION

|           |     |                                                                                                     | Hours | Amount |
|-----------|-----|-----------------------------------------------------------------------------------------------------|-------|--------|
| 9/26/2013 | GEB | Email with client regarding procedural steps and tasks.                                             | 0.50  | 250.00 |
|           | GEB | Telephone call with L. Ream regarding administrative matters.                                        | 0.40  | 200.00 |
| 9/30/2013 | GEB | Conference with C. Campbell.                                                                        | 0.80  | 400.00 |
| 10/2/2013 | GEB | Emails with J. Cullen and with A. A. Shwab regarding lease assignment documents and direct delivery of same. | 0.40  | 200.00 |

| | | Hours | Amount |
|---|---|---|---|
| 10/4/2013 AAS | Emails with C. Campbell. | 0.20 | 35.00 |
| 10/7/2013 AAS | Emails with J. Hendrickson (.1); Prepare Motion to Set Claims Bar Date and issue Notice of Amended Schedules (2.0). | 2.10 | 367.50 |
| 10/14/2013 GEB | Telephone calls with clients regarding status and procedural steps (.4); Conference call with Board regarding outstanding administrative issues and schedules for potential objection on termination claims, adversary on post-closing adjustment, re settlement approval, and claims issues (.6). | 1.00 | 500.00 |
| AAS | Emails regarding shareholder notices. | 0.20 | 35.00 |
| 10/15/2013 CMT | Meeting with A. A. Shwab, A. S. Willig and G. E. Bush regarding various [NO CHARGE]. | 0.80 | NO CHARGE |
| AAS | Emails regarding shareholder notice (.1); Conference with G. E. Bush, C. M. Tobin-Presser, A. S. Willig (1.1). | 1.20 | 210.00 |
| 10/16/2013 CMT | Respond to shareholder inquiry. | 0.20 | 76.00 |
| 10/17/2013 AAS | Telephone call with shareholder. | 0.20 | 35.00 |
| 10/21/2013 ASW | Attend board meeting re plan and claims. | 0.90 | 360.00 |
| AAS | Telephone call with shareholder regarding notice. | 0.20 | 35.00 |
| 10/22/2013 CMT | Telephone call from shareholder. | 0.10 | 38.00 |
| 10/23/2013 CMT | Review AFCM email. | 0.20 | 76.00 |
| AAS | Telephone call with shareholder regarding Plan. | 0.20 | 35.00 |
| 10/24/2013 CMT | Email to A. A. Shwab re: TCAP inquiry. | 0.10 | 38.00 |

|            |     | | Hours | Amount |
|------------|-----|---|-------|--------|
| 10/24/2013 | AAS | Email regarding tax issues (.2); Telephone call with shareholder (.1). | 0.30 | 52.50 |
| 10/25/2013 | CMT | Email to A. Burnatowski re: TCAPP. | 0.30 | 114.00 |
|            | AAS | Telephone call with shareholders regarding Plan. | 0.30 | 52.50 |
| 10/28/2013 | AAS | Telephone call with shareholder regarding Plan and claim. | 0.20 | 35.00 |
| 10/30/2013 | GEB | Telephone call with P. Lamb regarding administrative issue. | 0.40 | 200.00 |

|            |     | | | |
|------------|-----|---|-------|--------|
|            | SUBTOTAL: | | [    11.20 | 3,344.50] |

SALES OF ASSETS

|            |     | | Hours | Amount |
|------------|-----|---|-------|--------|
| 9/30/2013  | AAS | Review pleadings for determination of post-closing adjustments (.1); conference re cure payments (.1). | 0.20 | 35.00 |
| 10/1/2013  | CMT | Finalize reply re: purchase price adjustments. | 0.30 | 114.00 |
|            | CMT | Review Committee response to purchase-adjustment response. | 0.10 | 38.00 |
| 10/2/2013  | AAS | Review pleadings regarding post-closing adjustments (.2); Review Lease Assignments and cause delivery to J. Cullen (.8). | 1.00 | 175.00 |
| 10/3/2013  | CMT | Prepare for purchase price adjustment argument. | 0.30 | 114.00 |
|            | AAS | Conference regarding post-closing adjustments. | 0.20 | 35.00 |
| 10/4/2013  | GEB | Attend hearing on post-closing adjustments [NO CHARGE]. | 1.70 | NO CHARGE |
|            | AAS | Attend hearing regarding purchase price adjustment [NO CHARGE]. | 2.00 | NO CHARGE |

|  | | Hours | Amount |
|---|---|---|---|
| 10/4/2013 AAS | Conference with C. M. Tobin-Presser regarding purchase price adjustment. | 0.20 | 35.00 |
| 10/14/2013 ASW | Edit complaint re closing adjustments. | 0.40 | 160.00 |
| GEB | Telephone call with C. M. Tobin-Presser re post-closing issues. | 0.20 | 100.00 |
| AAS | Review cure payments for purposes of post-closing adjustments. | 1.60 | 280.00 |
| 10/15/2013 ASW | Review excise tax issues. | 1.10 | 440.00 |
| ASW | Review email and telephone call with C. Campbell re excise tax. | 0.20 | 80.00 |
| GEB | Conference with A. S. Willig and read Asset Purchase Agreement provisions re taxes. | 0.60 | 300.00 |
| 10/16/2013 GEB | Review state tax issues, review Asset Purchase Agreement, and telephone call with P. Lamb re same (.8); Conference with A. S. Willig re tax issues (.3). | 1.10 | 550.00 |
| ASW | Review issues re allocation and excise tax. | 0.90 | 360.00 |
| ASW | Conference with C. Campbell re sale transaction issues. | 0.20 | 80.00 |
| ASW | Telephone call with shareholder re case. | 0.10 | 40.00 |
| 10/17/2013 ASW | Messages with C. Campbell re excise tax. | 0.10 | 40.00 |
| 10/18/2013 AAS | Review emails regarding tax issues. | 0.10 | 17.50 |
| 10/21/2013 ASW | Review excise tax issues. | 0.30 | 120.00 |
| GEB | Work on sales tax issues including numerous calls and emails with P. Lamb and J. Cullen (.7); Read authorities and Asset Purchase Agreement provisions regarding sales taxes (.8). | 1.50 | 750.00 |

|            |     |                                                                                                                    | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/22/2013 | ASW | Research re transfer tax issues.                                                                                    | 0.90  | 360.00   |
|            | GEB | Review authorities re tax on sale and emails re same (.8); Review complaint re purchase price adjustments (.4); Emails with A. S. Willig re tax issues (.5). | 1.70  | 850.00   |
| 10/23/2013 | ASW | Review response re order on adjustments.                                                                            | 0.10  | 40.00    |
|            | ASW | Review emails re sales taxes.                                                                                       | 0.10  | 40.00    |
|            | CMT | Prepare reply re: presentation of purchase price adjustment order.                                                 | 0.60  | 228.00   |
| 10/24/2013 | ASW | Review pleadings and edit Reply re order on post-closing adjustments.                                               | 0.90  | 360.00   |
|            | GEB | Telephone call with C. Campbell re allocation issues.                                                              | 0.30  | 150.00   |
|            | GEB | Email to J. Cullen and telephone call with P. Lamb re allocation.                                                  | 0.40  | 200.00   |
|            | CMT | Conference with A. S. Willig regarding purchase price adjustment order and review same.                            | 0.40  | 152.00   |
| 10/25/2013 | CMT | Prepare for and hearing on presentation of purchase price adjustment order.                                        | 3.20  | 1,216.00 |
|            | GEB | Begin to review summary judgment pleadings regarding post-closing adjustments.                                     | 0.80  | 400.00   |
| 10/29/2013 | GEB | Review summary judgment draft and edit regarding purchase price adjustments.                                       | 0.60  | 300.00   |
|            | GEB | Telephone call to P. Lamb regarding questions for calculation of state tax claims.                                 | 0.40  | 200.00   |
| 10/30/2013 | CMT | Email correspondence from C. Campbell re: pro rata expenses.                                                       | 0.10  | 38.00    |

|  |  | Hours | Amount |
|---|---|---|---|
| 10/30/2013 GEB | Work on summary judgment re purchase price adjustment. | 0.80 | 400.00 |
|  | SUBTOTAL: | [    25.70 | 8,797.50] |

### SCHEDULES AND STATEMENT OF FIN. AFFAIR

|  |  | Hours | Amount |
|---|---|---|---|
| 9/25/2013 GEB | Conference with clients and A. A. Shwab regarding amending Schedules to include non-listed claims and Gretchen's claim. | 0.80 | 400.00 |
| 9/27/2013 GEB | Review amended Schedules. | 0.30 | 150.00 |
| 10/14/2013 AAS | Cause mailing of Notice of Amended Schedules and Claims Bar Date. | 0.70 | 122.50 |
| 10/17/2013 AAS | Emails regarding Notice of Amended Schedules. | 0.20 | 35.00 |
|  | SUBTOTAL: | [     2.00 | 707.50] |

### SETTLEMENT/MEDIATION

|  |  | Hours | Amount |
|---|---|---|---|
| 9/26/2013 GEB | Inquiry regarding DOR tax settlement. | 0.20 | 100.00 |
|  | SUBTOTAL: | [     0.20 | 100.00] |

|  |  |  |
|---|---|---|
| | For professional services rendered | $100,557.00 |
| | Additional charges: | |

|  |  | Price |  |
|---|---|---|---|
| 10/2/2013 CAH | Messenger service--delivery of Lease Assignments to J. Cullen (Foster Pepper). | 5.00 | 5.00 |

| | | Price | Amount |
|---|---|---:|---:|
| 10/4/2013 PJS | USBC fee for audio CD of 10/4/2013 hearing. | 30.00 | 30.00 |
| CKP | Messenger service. | 22.50 | 22.50 |
| 10/7/2013 CKP | Computerized Legal Research | 1,173.92 | 1,173.92 |
| 10/14/2013 CKP | Pacer Search Fees | 0.10 | 89.20 |
| 10/17/2013 CKP | Messenger service. | 10.00 | 10.00 |
| 10/18/2013 CKP | Messenger service. | 5.00 | 5.00 |
| 10/25/2013 CAH | Photocopies (10/1/13-10/25/13) | 0.20 | 238.40 |
| CAH | Postage (10/1/13-10/25/13) (13 pieces) | 30.44 | 30.44 |
| 10/28/2013 CKP | Fax Charges for October | 0.20 | 0.60 |
| CKP | Messenger service. | 7.00 | 7.00 |
| 10/30/2013 CKP | Messenger service. | 10.00 | 10.00 |

| | | |
|---|---|---:|
| | Total costs | $1,622.06 |
| | Total amount of this bill | $102,179.06 |
| | Previous balance | $361,880.84 |
| 10/16/2013 | Write off of fees attributable to preparation of Plan and Disclosure Statement per U.S. Trustee email 10/16/13 | ($22,600.00) |
| 10/28/2013 | Payment - Thank You. Check No. WIRE | ($339,280.84) |
| | Total payments and adjustments | ($361,880.84) |
| | **Balance due** | **$102,179.06** |

TULLY'S

                                                                     Amount

Previous balance of Client funds                                $10,000.00
10/7/2013 Wire to TCAP, Inc. account per 10/4/13 email request by C. Campbell    ($10,000.00)

New balance of Client funds                                          $0.00