# CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TC GLOBAL
C/O ARTHUR A. SHWAB
BUSH STROUT & KORNFELD LLP
601 UNION ST STE 5000
SEATTLE, WA 98101

October 18, 2013
Bill Number: 131878
File Number TUL003.0168

Re: SPECIAL COUNSEL

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| | Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|---|
| | 133664 | 11/19/2013 | $11,153.00 | $0.00 | $11,153.00 | $ _____ |
| * | 131878 | 10/18/13 | $986.50 | $0.00 | $986.50 | $ _____ |
| | | | | | $12,139.50 | $ _____ |

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____ Check or money order payable to Carney Badley Spellman

_____ Visa/MC No: _____ Exp Date: _____ Amount to Charge: _____

Name on Account: _____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TC GLOBAL
C/O ARTHUR A. SHWAB
BUSH STROUT & KORNFELD LLP
601 UNION ST STE 5000
SEATTLE, WA 98101

October 18, 2013
Bill Number: 131878
File Number TUL003.0168

Re: SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

Thru September 30, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 09/16/13 | PRL | Review emails re Board consent re execution of documents by C. Campbell. | 0.50 Hrs | 405.00 /hr | $202.50 |
| 09/16/13 | KRM | Review of redline of Board of Directors consent and executed version of consent. (.2) Email to P.Lamb regarding same.(.1) | 0.30 Hrs | 180.00 /hr | $54.00 |
| 09/18/13 | PRL | Review emails re limiting notice to shareholders (0.7). Review D & O notice letter (0.3). | 1.00 Hrs | 405.00 /hr | $405.00 |
| 09/20/13 | LJL | Review correspondence received from counsel; review 5C, D & E of Settlement Agreement; review Employment Agreement; correspondence to counsel. | 1.00 Hrs | 325.00 /hr | $325.00 |

TOTAL PROFESSIONAL SERVICES $986.50

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| LUCINDA J. LUKE | 1.00 Hrs | 325.00 /hr | $325.00 |
| KELLI R. MADDEN | 0.30 Hrs | 180.00 /hr | $54.00 |
| PATRICK R. LAMB | 1.50 Hrs | 405.00 /hr | $607.50 |
| | 2.80 | | $986.50 |

TOTAL THIS BILL $986.50

Page 1

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

October 18, 2013
Bill Number: 131878
File Number TUL003.0168

# CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TC GLOBAL
C/O ARTHUR A. SHWAB
BUSH STROUT & KORNFELD LLP
601 UNION ST STE 5000
SEATTLE, WA 98101

November 19, 2013
Bill Number: 133664
File Number   TUL003.0168

Re: SPECIAL COUNSEL

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 131878 | 10/18/2013 | $986.50 | $0.00 | $986.50 | $ _____ |
| * 133664 | 11/19/13 | $11,153.00 | $0.00 | $11,153.00 | $ _____ |
|  |  |  |  | $12,139.50 | $ _____ |

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____ Check or money order payable to Carney Badley Spellman

_____ Visa/MC No: _____ Exp Date: _____ Amount to Charge: _____

Name on Account: _____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TC GLOBAL
C/O ARTHUR A. SHWAB
BUSH STROUT & KORNFELD LLP
601 UNION ST STE 5000
SEATTLE, WA 98101

November 19, 2013
Bill Number: 133664
File Number  TUL003.0168

Re: SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES
Thru October 31, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 10/01/13 | PRL | Review emails from A. Shwab (0.3). Preparation of emails to A. Shwab (0.3). | 0.50 Hrs | 405.00 /hr | $202.50 |
| 10/07/13 | PRL | Review email from A. Willig (0.3). Review Form 15 question (0.3). Preparation of email to C. J. Voss re same (0.2). Review emails from C. J. Voss and C. Campbell re same (0.3). Review email from A. Willig re dissolution email (0.3). | 1.40 Hrs | 405.00 /hr | $567.00 |
| 10/10/13 | PRL | Telephone call from A. Willig re questions on closing with Global (0.3). | 0.30 Hrs | 405.00 /hr | $121.50 |
| 10/14/13 | PRL | Telephone call from G. Bush re employee claims (0.4). | 0.40 Hrs | 405.00 /hr | $162.00 |
| 10/15/13 | PRL | Telephone call from G. Bush re sales tax question (0.4). Review asset purchase agreement re sales tax liability (1.0). Conference with G. Mastrodonato re same (0.3). Review email from P. Sutton (0.1). Review bankruptcy court pleadings re employee claims (1.5) | 3.30 Hrs | 405.00 /hr | $1,336.50 |
| 10/15/13 | LJL | Review Motion to Appoint Former Employees Committee and Response to Motion (0.2); legal research.(1.0) | 1.20 Hrs | 325.00 /hr | $390.00 |
| 10/16/13 | PRL | Review email from G. Bush re sales tax (0.3). Review emails from S. Anderson and J. Hendricksen re Monday meeting (0.3). Review issues employee claims and Board analysis (1.0). | 1.60 Hrs | 405.00 /hr | $648.00 |
| 10/16/13 | LJL | Correspondence to counsel regarding severance pay issue.(0.3) | 0.30 Hrs | 325.00 /hr | $97.50 |



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TULLY'S COFFEE CORPORATION

November 19, 2013
Bill Number: 133664
File Number  TUL003.0168

PROFESSIONAL SERVICES

Thru October 31, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 10/18/13 | PRL | Review asset purchase agreement re tax and employment questions (1.0). Review Tully's written employee documents (1.0). Prepare for meeting with Board members (0.5). Review email from A. Shwab (0.3). | 2.80 Hrs | 405.00 /hr | $1,134.00 |
| 10/21/13 | GCM | Email correspondence with P. Lamb re dispute over liability for retail sales tax under APA.(0.3) Research same.(0.1) Follow-up email correspondence with P. Lamb re same. Conference with P. Lamb to discuss same.(0.2) | 0.60 Hrs | 495.00 /hr | $297.00 |
| 10/21/13 | PRL | Telephone call from G. Bush (0.3). Prepare for meeting re employee issues (1.0). Meeting with G. Bush, A. Willig, S. Anderson and J. Hendrickson (1.5). Review emails from G. Bush (0.5). Review emails from A. Willig (0.3). | 3.60 Hrs | 405.00 /hr | $1,458.00 |
| 10/21/13 | LJL | Review Severance Policy; review board inquiry (0.2); telephone conference with counsel regarding severance pay matter. (0.3) | 0.50 Hrs | 325.00 /hr | $162.50 |
| 10/22/13 | PRL | Telephone call from C. Evans (0.3). Telephone call from G. Bush (0.3). Review email from A. Willig (0.3). Review email from C. Campbell re State of California sales tax (0.3). Preparation of email re AFCM issues (0.5). Review emails re same (0.3). | 2.00 Hrs | 405.00 /hr | $810.00 |
| 10/23/13 | PRL | Review emails from S. Anderson and J. Hendrickson (0.3). Review email from G. Bush (0.3). | 0.50 Hrs | 405.00 /hr | $202.50 |
| 10/24/13 | PRL | Telephone call from C. Evans (0.3). Telephone call from G. Bush (0.4). Telephone call to C. Evans (0.4). Review email from C. Evans (0.2). Review complaint re AFCM (1.0). Preparation of email to G. Bush (0.3). Review email from A. Shwab re Department of Revenue settlement (0.4). Review GMCR agreement re disclosure to Department of Revenue (0.7). Review emails from G. Bush and J. Cullen re sale tax (0.5). | 4.20 Hrs | 405.00 /hr | $1,701.00 |

|  | LAW OFFICES |
|---|---|
| **CARNEY** | A PROFESSIONAL SERVICE CORPORATION |
| **BADLEY** | 701 FIFTH AVENUE, SUITE 3600 |
| **SPELLMAN** | SEATTLE, WA 98104-7010 |
|  | FAX (206) 622-8983 |
|  | TEL (206) 622-8020 |
|  | TAX ID #: 91-0911710 |

TULLY'S COFFEE CORPORATION

November 19, 2013
Bill Number: 133664
File Number  TUL003.0168

PROFESSIONAL SERVICES

Thru October 31, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 10/25/13 | PRL | Review emails from A. Shwab re Department of Revenue settlement (0.5). Preparation of email to A. Shwab re same (0.5). Review email from C. Campbell (0.3). | 1.30 Hrs | 405.00 /hr | $526.50 |
| 10/28/13 | PRL | Review emails from A. Shwab (0.3). Review email from C. Campbell (0.2). Preparation of email to A. Shwab (0.2). | 0.70 Hrs | 405.00 /hr | $283.50 |
| 10/29/13 | PRL | Telephone call from G. Bush (0.3) | 0.30 Hrs | 405.00 /hr | $121.50 |
| 10/30/13 | PRL | Telephone call from G. Bush (0.3). Review license documents and asset purchase agreement. | 0.50 Hrs | 405.00 /hr | $202.50 |
| 10/31/13 | PRL | Telephone call from G. Bush (0.3). Review license documents (1.0). Review asset purchase agreement (0.5). | 1.80 Hrs | 405.00 /hr | $729.00 |

TOTAL PROFESSIONAL SERVICES  $11,153.00

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| LUCINDA J. LUKE | 2.00 Hrs | 325.00 /hr | $650.00 |
| GEORGE C. MASTRODONATO | 0.60 Hrs | 495.00 /hr | $297.00 |
| PATRICK R. LAMB | 25.20 Hrs | 405.00 /hr | $10,206.00 |
| | 27.80 | | $11,153.00 |

TOTAL THIS BILL  $11,153.00

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TC GLOBAL
C/O ARTHUR A. SHWAB
BUSH STROUT & KORNFELD LLP
601 UNION ST STE 5000
SEATTLE, WA 98101

November 22, 2013
Bill Number: 134194
File Number  TUL003.0168

Re: <u>SPECIAL COUNSEL</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of Bill | Bill amount | Credits/Late Fees | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 131878 | 10/18/2013 | $986.50 | $0.00 | $986.50 | $ _____ |
| 133664 | 11/19/2013 | $11,153.00 | $0.00 | $11,153.00 | $ _____ |
| * 134194 | 11/22/13 | $324.00 | $0.00 | $324.00 | $ _____ |
| | | | | $12,463.50 | $ _____ |

* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____ Check or money order payable to Carney Badley Spellman

_____ Visa/MC No: _____ Exp Date: _____ Amount to Charge: _____

Name on Account: _____

Signature: _____



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

TC GLOBAL
C/O ARTHUR A. SHWAB
BUSH STROUT & KORNFELD LLP
601 UNION ST STE 5000
SEATTLE, WA 98101

November 22, 2013
Bill Number: 134194
File Number TUL003.0168

Re: SPECIAL COUNSEL

FOR PROFESSIONAL SERVICES

PROFESSIONAL SERVICES
Thru November 22, 2013

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 11/01/13 | PRL | Review email from C. Campbell re audit confirmations (0.3). Review attachments (0.3). Preparation of email to C. Campbell (0.2). | 0.80 Hrs | 405.00 /hr | $324.00 |
| | | TOTAL PROFESSIONAL SERVICES | | | $324.00 |

PROFESSIONAL SERVICES

| PATRICK R. LAMB | 0.80 Hrs | 405.00 /hr | $324.00 |
|---|---|---|---|
| | 0.80 | | $324.00 |

TOTAL THIS BILL  $324.00