

RUST | Omni
CONSULTING | BANKRUPTCY

Rust Consulting/Omni Bankruptcy
PO BOX 142589
DRAWER #9094
Irving, TX 75014-2589
**P** 818.906.8300 **I** **F** 818.783.2737

| | |
|---|---|
| DATE: | 11/14/13 |
| INVOICE #: | 1304 |
| MATTER #: | 40111 |

**TO:** Tully's Coffee
C/O Bush Strout & Kornfeld
Attn: Arthur Shwab, Esq.
601 Union Street, Suite 5000
Seattle, WA 98101

## STATEMENT OF ACCOUNT
### *Period Ending October 31, 2013*

| Total Invoice | $ | 36,298.57 |
|---|---|---|

OUTSTANDING INVOICES:

| | | Balance Forward | Payments | Balance |
|---|---|---|---|---|
| | | 27,111.06 | 13,446.22 | 13,664.84 |
| | | | | - |
| | | | | - |
| | | | | - |

| PAST DUE BALANCE | | $ | 13,664.84 |
|---|---|---|---|

| **Total Due** | **$** | **49,963.41** |
|---|---|---|

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ACCOUNT NAME: Rust Consulting, Inc.
FBO: Omni Management Group
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

Re:   Tully's Coffee - Case Administration                    4011141

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 1.70 | 42.50 |
| Website Monitor | WEB | 75.00 | 4.90 | 367.50 |
| Catherine Nownes | CN | 175.00 | 1.90 | 332.50 |
| Catherine Rojo | CR | 110.00 | 3.80 | 418.00 |
| Darleen Sahagun | DS | 50.00 | 0.20 | 10.00 |
| J.P. O'Leary | JO | 75.00 | 0.70 | 52.50 |
| Kristen Corbett | KC | 80.00 | 7.00 | 560.00 |
| Scott Ewing | SE | 195.00 | 0.20 | 39.00 |
| Will Sediq | WS | 75.00 | 5.10 | 382.50 |
| Yelena Bederman | YB | 125.00 | 0.20 | 25.00 |

Total Fees:                                                  2,229.50

| | | | | |
|---|---|---|---|---|
| 10/01/13 | CN | Review e-mail received and respond to Paula Sutton re: declaration of service and notices to serve | 0.10 | 17.50 |
| 10/01/13 | WEB | Update web site with court docket information. | 0.30 | 22.50 |
| 10/02/13 | CN | Call with Laurin Scweet re: employees filed claims and solicitation service | 0.20 | 35.00 |
| 10/02/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/03/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/04/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 10/07/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/08/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/09/13 | CR | Retrieve calls from dedicated line and log all; retrieve emails from inbox and log all | 1.00 | 110.00 |
| 10/09/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/10/13 | CN | Review e-mail received and respond to Aimee Willig re: shareholder information received from Arthur Schwab | 0.10 | 17.50 |

| | | | | |
|---|---|---|---|---|
| 10/10/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.50 | 55.00 |
| 10/10/13 | CR | Checking outlook boxes throughout the day; logging/forwarding | 0.20 | 22.00 |
| 10/10/13 | SCAN | Scanning ballots. | 1.70 | 42.50 |
| 10/10/13 | KC | Review and respond to creditor inquiries; update work flow log. | 1.70 | 136.00 |
| 10/10/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 10/11/13 | CN | Review e-mail received and respond to creditor/shareholder emails re: transfer or updating information | 0.10 | 17.50 |
| 10/11/13 | CN | Review e-mail received and respond to Aimee Willig re: shareholder information | 0.10 | 17.50 |
| 10/11/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/11/13 | JO | Review and respond to creditor inquiries; update work flow log. | 0.30 | 22.50 |
| 10/14/13 | CN | Processing amended schedule parties notices and emailing to Arthur Schwab for approval | 0.30 | 52.50 |
| 10/14/13 | CN | Review e-mail received and respond to Paula Sutton re: notice for case management parties | 0.10 | 17.50 |
| 10/14/13 | KC | Review and respond to creditor inquiries; update work flow log. | 1.00 | 80.00 |
| 10/14/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/15/13 | YB | Update web site with court docket information. | 0.10 | 12.50 |
| 10/15/13 | WS | Update TC forward addresses for TC returned ballots | 0.70 | 52.50 |
| 10/15/13 | WS | Update TC creditor addresses requested by mail | 0.20 | 15.00 |
| 10/16/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 10/17/13 | CN | Review e-mail received and respond to Paula Sutton re: changes to declaration of service on amended schedules | 0.10 | 17.50 |
| 10/17/13 | CR | Retrieving messages from dedicated line; log all and send to kristin | 1.00 | 110.00 |
| 10/17/13 | WEB | Update web site with court docket information. | 0.30 | 22.50 |
| 10/18/13 | CN | Call with Arthur Schwab re: CIT proof of claim and voicemail from shareholder | 0.20 | 35.00 |

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/18/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |
| 10/18/13 | CR | Checking outlook boxes throughout the day; logging/forwarding | 0.20 | 22.00 |
| 10/18/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/21/13 | CN | Review e-mail received and respond to Arthur Schwab re: voicemail from shareholder | 0.10 | 17.50 |
| 10/21/13 | CN | Review e-mail received and respond to Carol Hartung re: proof of service | 0.10 | 17.50 |
| 10/21/13 | KC | Review and respond to creditor inquiries; update work flow log. | 2.40 | 192.00 |
| 10/21/13 | WEB | Update web site with court docket information. | 0.40 | 30.00 |
| 10/21/13 | DS | Review and organize case documents; file. | 0.20 | 10.00 |
| 10/22/13 | KC | Review and respond to creditor inquiries; update work flow log. | 1.30 | 104.00 |
| 10/22/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 10/22/13 | WS | Review and respond to creditor inquiries; update work flow log. | 0.50 | 37.50 |
| 10/23/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.20 | 22.00 |
| 10/23/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.20 | 16.00 |
| 10/23/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/23/13 | JO | Review and respond to creditor inquiries; update work flow log. | 0.40 | 30.00 |
| 10/23/13 | WS | Review and respond to creditor inquiries; update work flow log. | 1.50 | 112.50 |
| 10/23/13 | WS | Verifying transfers. | 0.20 | 15.00 |
| 10/24/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.20 | 22.00 |
| 10/24/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 10/25/13 | CN | Review and respond to creditor inquiries; update work flow log. | 0.40 | 70.00 |
| 10/25/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |

Inv#        1304
Date        Nov 14, 2013
Client Number  40111

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/25/13 | WS | Add Amended schedules bar date to TC website | 0.10 | 7.50 |
| 10/28/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.20 | 22.00 |
| 10/28/13 | WEB | Update web site with court docket information. | 0.40 | 30.00 |
| 10/28/13 | WS | Review and respond to creditor inquiries; update work flow log. | 0.40 | 30.00 |
| 10/28/13 | WS | Add DKT 956 to TC plan and DS tab | 0.10 | 7.50 |
| 10/29/13 | SE | Review Case Management Service list; request for list received from binahy@schweetlaw.com | 0.20 | 39.00 |
| 10/29/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |
| 10/29/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.40 | 32.00 |
| 10/29/13 | WEB | Update web site with court docket information. | 0.50 | 37.50 |
| 10/29/13 | WS | Review and respond to creditor inquiries; update work flow log. | 1.00 | 75.00 |
| 10/29/13 | WS | Assist with creditor inquiry by phone | 0.20 | 15.00 |
| 10/30/13 | YB | Preparation of liability report. | 0.10 | 12.50 |
| 10/30/13 | WEB | Update web site with court docket information. | 0.60 | 45.00 |
| 10/30/13 | WS | Assist w/ TC creditor inquiry by phone | 0.20 | 15.00 |

Total Services                                    2,229.50


Total Expenses                                          .00
                                          --------------

Total This Matter                                 2,229.50
                                          --------------

Re:   Tully's Coffee - Claims                          4011145

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 1.70 | 42.50 |
| Armando Zubiate | AZ | 75.00 | 0.40 | 30.00 |
| Catherine Nownes | CN | 175.00 | 1.50 | 262.50 |
| J.P. O'Leary | JO | 75.00 | 3.00 | 225.00 |
| Katrina Lindsey | KL | 75.00 | 0.90 | 67.50 |
| Kristen Corbett | KC | 80.00 | 1.00 | 80.00 |
| Scott Ewing | SE | 195.00 | 0.60 | 117.00 |
| Will Sediq | WS | 75.00 | 0.40 | 30.00 |
| Yelena Bederman | YB | 125.00 | 4.20 | 525.00 |

Total Fees:                                            1,379.50

| | | | | |
|---|---|---|---|---|
| 10/01/13 | SE | Match proof of claims to schedules. | 0.40 | 78.00 |
| 10/01/13 | SCAN | Scan proofs of claim | 0.40 | 10.00 |
| 10/01/13 | SCAN | Scan Transfers and/or Withdrawals | 0.10 | 2.50 |
| 10/01/13 | AZ | Inputting Proofs of Claims. | 0.40 | 30.00 |
| 10/01/13 | JO | Match proof of claims to schedules. | 0.50 | 37.50 |
| 10/02/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimme Willig re: newly filed claims | 0.10 | 17.50 |
| 10/02/13 | SCAN | Scan proofs of claim | 0.20 | 5.00 |
| 10/02/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/02/13 | JO | Match proof of claims to schedules. | 0.20 | 15.00 |
| 10/02/13 | JO | Inputting Proofs of Claims. | 0.50 | 37.50 |
| 10/03/13 | SCAN | Scan proofs of claim | 0.20 | 5.00 |
| 10/03/13 | WS | Verification of claims. | 0.40 | 30.00 |
| 10/04/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/07/13 | KC | Filing Notice of Transfer on ECF | 0.30 | 24.00 |
| 10/07/13 | KL | Process transfers and/or withdrawals. | 0.20 | 15.00 |
| 10/07/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/08/13 | CN | Review transfer information and verify CRG records match, forward information to Arthur Schwab as requested | 0.30 | 52.50 |
| 10/08/13 | YB | Verifying transfer info for CRG | 0.10 | 12.50 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 10/08/13 | KL | Process stipulations, orders and/or objections. | 0.20 | 15.00 |
| 10/09/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/11/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/14/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/15/13 | CN | Call with Sid Gallegos re: shareholder information and transfers | 0.20 | 35.00 |
| 10/17/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/18/13 | KL | Process stipulations, orders and/or objections. | 0.10 | 7.50 |
| 10/18/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/21/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/21/13 | JO | Review and organize claims received for processing. | 0.10 | 7.50 |
| 10/22/13 | SCAN | Scan proofs of claim | 0.20 | 5.00 |
| 10/22/13 | KC | Verification of transfers and/or withdrawals. | 0.10 | 8.00 |
| 10/22/13 | KL | Process transfers and/or withdrawals. | 0.20 | 15.00 |
| 10/22/13 | JO | Inputting Proofs of Claims. | 0.10 | 7.50 |
| 10/23/13 | CN | Call with Aimee Willig re: claim objections and orders | 0.30 | 52.50 |
| 10/23/13 | SCAN | Scan Transfers and/or Withdrawals | 0.10 | 2.50 |
| 10/23/13 | KL | Process stipulations, orders and/or objections. | 0.20 | 15.00 |
| 10/23/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/24/13 | CN | Call with Lauren at Schweet Linde & Coulson, PLLC re: filed employee claims | 0.30 | 52.50 |
| 10/24/13 | SE | Verification of claims input. | 0.10 | 19.50 |
| 10/24/13 | KC | Filing Notice of Transfer on ECF | 0.20 | 16.00 |
| 10/25/13 | SCAN | Scan proofs of claim | 0.10 | 2.50 |
| 10/25/13 | SCAN | Scan proofs of claim | 0.20 | 5.00 |
| 10/25/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/25/13 | JO | Match proof of claims to schedules. | 0.10 | 7.50 |
| 10/25/13 | JO | Inputting Proofs of Claims. | 0.20 | 15.00 |
| 10/28/13 | YB | Process stipulations, orders and/or objections. | 0.10 | 12.50 |
| 10/28/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 10/29/13 | SE | Verification of claims input. | 0.10 | 19.50 |

| 10/30/13 | CN | Review claims liability report and employee claims report and forward to Arthur Schwab as requested | 0.30 | 52.50 |
|----------|------|------|------|------|
| 10/30/13 | YB | Process stipulations, orders and/or objections. | 0.40 | 50.00 |
| 10/30/13 | SCAN | Scan proofs of claim | 0.20 | 5.00 |
| 10/30/13 | KC | Verify stipulations, objections and/or orders. | 0.20 | 16.00 |
| 10/31/13 | YB | Process stipulations, orders and/or objections. | 3.60 | 450.00 |
| 10/31/13 | KC | Verify stipulations, objections and/or orders. | 0.20 | 16.00 |
| 10/31/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |

Total Services                                    1,379.50

Total Expenses                                         .00
                                             --------------

Total This Matter                                 1,379.50
                                             --------------

Re:    Tully's Coffee - Balloting                        4011146

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 6.10 | 152.50 |
| Catherine Nownes | CN | 175.00 | 6.30 | 1,102.50 |
| J.P. O'Leary | JO | 75.00 | 2.20 | 165.00 |
| Kristen Corbett | KC | 80.00 | 6.20 | 496.00 |
| Michelle Ignacio | MI | 157.50 | 7.70 | 1,212.75 |
| Scott Ewing | SE | 195.00 | 0.40 | 78.00 |
| Will Sediq | WS | 75.00 | 16.90 | 1,267.50 |

Total Fees:                                              4,474.25


| | | | | |
|---|---|---|---|---|
| 10/01/13 | MI | Compare Case Mgt parties to serve to parties in equity holders class, gen unsecured class, and priority classes - confirm all parties accounted.  Identify Case Management parties with differing addresses and populate into Ballot table, match to class, pkgid.  Provide report of discrepancies for review | 1.50 | 236.25 |
| 10/01/13 | MI | Grouping and packaging of parties with similar documents together.  Create ballots based on custom groupings.  Prepare CSV files for parties in Conf Ntc and Case Management docs and Series B\Common notices.  Prepare PDF files for various party groupings in class 1, 2, 3(a) with various document combinations.  Prepare document list and counts for all 16 groups | 4.00 | 630.00 |
| 10/01/13 | MI | Creating forms in claims front ends for tabulation, data entry.  Wire up documents for reprinting (create code, add queries to Access front end for Word document merge, test reprinting).  Verify functionality with test data - entry of data and running of | 2.00 | 315.00 |

|            |      | tabulation reports.                                                                                                                                              |      |        |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
| 10/02/13   | MI   | Verify ballot tabulation code for Class 2 parties with blank ballots.                                                                                            | 0.20 | 31.50  |
| 10/07/13   | CN   | Review e-mail received and respond to Arthur Schwab re: Strickland Trust solicitation package                                                                    | 0.10 | 17.50  |
| 10/07/13   | CN   | Research creditor to verify which documents they should have received; respond to their fax with information on 3(b); call with Joy Walden on notice received; plan mailed to her as requested | 0.30 | 52.50  |
| 10/07/13   | CN   | Review e-mail received and respond to Aimee Willig re: plan fax received                                                                                         | 0.10 | 17.50  |
| 10/07/13   | CN   | Verification of ballots                                                                                                                                          | 0.10 | 17.50  |
| 10/07/13   | SCAN | Scanning ballots.                                                                                                                                               | 0.20 | 5.00   |
| 10/07/13   | WS   | Processing ballots.                                                                                                                                              | 0.30 | 22.50  |
| 10/08/13   | CN   | Review e-mail received and respond to John Byrd re: solicitation package with new address                                                                        | 0.10 | 17.50  |
| 10/09/13   | CN   | Verification of ballots.                                                                                                                                         | 0.10 | 17.50  |
| 10/09/13   | CN   | Prepare ballot tabulation reports.                                                                                                                               | 0.10 | 17.50  |
| 10/09/13   | SCAN | Scanning ballots.                                                                                                                                               | 0.30 | 7.50   |
| 10/09/13   | WS   | Processing ballots.                                                                                                                                              | 0.40 | 30.00  |
| 10/10/13   | CN   | Review e-mail received and respond to shareholder emails re: transfer or updating information                                                                    | 0.10 | 17.50  |
| 10/10/13   | CN   | Research shareholder information, verify and reply to Paul Sutton email re: Nygaard ballot                                                                        | 0.20 | 35.00  |
| 10/10/13   | KC   | Verifying ballots received                                                                                                                                       | 0.90 | 72.00  |
| 10/10/13   | WS   | Review and process incoming ballots.                                                                                                                             | 3.30 | 247.50 |
| 10/11/13   | CN   | Research returned creditors information and forward type of ballots sent to Aimee Willig as requested                                                            | 0.30 | 52.50  |
| 10/11/13   | CN   | Prepare ballot tabulation reports.                                                                                                                               | 0.20 | 35.00  |
| 10/11/13   | CN   | Verification of ballots.                                                                                                                                         | 0.20 | 35.00  |
| 10/11/13   | SCAN | Scanning ballots.                                                                                                                                               | 1.30 | 32.50  |
| 10/11/13   | KC   | Verifying ballots received                                                                                                                                       | 1.00 | 80.00  |
| 10/11/13   | KC   | Creating Ballot Reports for Class 1, 2 and 3a                                                                                                                    | 0.10 | 8.00   |
| 10/11/13   | WS   | Review and process incoming ballots.                                                                                                                             | 3.30 | 247.50 |
| 10/15/13   | CN   | Verification of ballots.                                                                                                                                         | 0.80 | 140.00 |
| 10/15/13   | CN   | Prepare ballot tabulation reports.                                                                                                                               | 0.20 | 35.00  |
| 10/15/13   | SCAN | Scanning ballots.                                                                                                                                               | 1.30 | 32.50  |
| 10/15/13   | KC   | Verification of ballots.                                                                                                                                         | 1.00 | 80.00  |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/13 | JO | Verification of ballots. | 1.60 | 120.00 |
| 10/15/13 | WS | Review and process incoming ballots. | 4.00 | 300.00 |
| 10/16/13 | CN | Review e-mail received and respond to Aimee Willig and Arthur Schwab re: ballots received | 0.10 | 17.50 |
| 10/17/13 | CN | Prepare ballot tabulation reports. | 0.20 | 35.00 |
| 10/17/13 | SE | Review and verify incoming ballots | 0.40 | 78.00 |
| 10/17/13 | SCAN | Scanning ballots. | 0.10 | 2.50 |
| 10/17/13 | KC | Verification of ballots. | 0.20 | 16.00 |
| 10/18/13 | CN | Prepare ballot tabulation reports. | 0.20 | 35.00 |
| 10/18/13 | SCAN | Scanning ballots. | 0.20 | 5.00 |
| 10/18/13 | SCAN | Scanning ballots. | 0.70 | 17.50 |
| 10/18/13 | KC | Verifying ballots received | 0.70 | 56.00 |
| 10/18/13 | WS | Review and process incoming ballots. | 1.90 | 142.50 |
| 10/21/13 | CN | Prepare ballot tabulation reports. | 0.20 | 35.00 |
| 10/21/13 | CN | Review e-mail received and respond to Arthur Schwab re: KDSL ballot | 0.10 | 17.50 |
| 10/21/13 | SCAN | Scanning ballots. | 0.80 | 20.00 |
| 10/21/13 | KC | Verifying ballots received. | 0.60 | 48.00 |
| 10/21/13 | JO | Verifying Entry of Ballots | 0.60 | 45.00 |
| 10/21/13 | WS | Review and process incoming ballots. | 1.80 | 135.00 |
| 10/22/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Willig re: ballot results | 0.10 | 17.50 |
| 10/22/13 | CN | Prepare ballot tabulation reports. | 0.10 | 17.50 |
| 10/22/13 | SCAN | Scanning ballots. | 0.20 | 5.00 |
| 10/22/13 | KC | Verifying ballots. | 0.10 | 8.00 |
| 10/22/13 | WS | Review and process incoming ballots. | 0.20 | 15.00 |
| 10/23/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Willig re: ballot results | 0.10 | 17.50 |
| 10/23/13 | CN | Prepare ballot tabulation reports. | 0.10 | 17.50 |
| 10/23/13 | SCAN | Scanning ballots. | 0.20 | 5.00 |
| 10/23/13 | KC | Verifying ballots. | 0.10 | 8.00 |
| 10/23/13 | WS | Review and process incoming ballots. | 0.20 | 15.00 |
| 10/24/13 | CN | Review and process incoming ballots. | 0.60 | 105.00 |
| 10/24/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Willig re: email or faxed ballots | 0.10 | 17.50 |
| 10/24/13 | CN | Prepare ballot tabulation reports. | 0.20 | 35.00 |
| 10/24/13 | SCAN | Scanning ballots. | 0.70 | 17.50 |
| 10/24/13 | KC | Review and process incoming ballots. | 0.70 | 56.00 |
| 10/24/13 | WS | Verification of ballots. | 0.50 | 37.50 |
| 10/25/13 | CN | Prepare ballot tabulation reports. | 0.20 | 35.00 |

| 10/25/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Willig re: final ballot results | 0.10 | 17.50 |
| 10/25/13 | KC | Verification of ballots. | 0.80 | 64.00 |
| 10/25/13 | WS | Review and process incoming ballots. | 1.00 | 75.00 |
| 10/28/13 | CN | Prepare ballot tabulation declaration and forward to Aimee Willig for review and comments | 0.90 | 157.50 |
| 10/28/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Willig re: final ballot results | 0.10 | 17.50 |
| 10/28/13 | SCAN | Scanning ballots. | 0.10 | 2.50 |

Total Services                                          4,474.25


Total Expenses                                               .00
                                                    --------------

Total This Matter                                       4,474.25
                                                    --------------

Re:    Tully's Coffee - Noticing                            4011148

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 0.70 | 17.50 |
| Armando Zubiate | AZ | 75.00 | 32.10 | 2,407.50 |
| Brittney Whitaker | BW | 65.00 | 1.00 | 65.00 |
| Catherine Nownes | CN | 175.00 | 2.60 | 455.00 |
| Catherine Rojo | CR | 110.00 | 3.50 | 385.00 |
| Darleen Sahagun | DS | 50.00 | 38.70 | 1,935.00 |
| J.P. O'Leary | JO | 75.00 | 15.10 | 1,132.50 |
| Katrina Lindsey | KL | 75.00 | 2.60 | 195.00 |
| Kristen Corbett | KC | 80.00 | 1.20 | 96.00 |
| Michelle Ignacio | MI | 157.50 | 1.00 | 157.50 |
| Scott Ewing | SE | 195.00 | 8.90 | 1,735.50 |
| Will Sediq | WS | 75.00 | 16.50 | 1,237.50 |
| Yelena Bederman | YB | 125.00 | 2.00 | 250.00 |

Total Fees:                                                10,069.00


| | | | | |
|---|---|---|---|---|
| 10/01/13 | CN | Prepare/Coordinate hardcopy service of documents - solicitation service and notice to case management parties | 1.50 | 262.50 |
| 10/01/13 | YB | Process mailing of Solicitation. | 0.60 | 75.00 |
| 10/01/13 | SE | Process mailing of Plan Solicitation. | 8.10 | 1,579.50 |
| 10/01/13 | CR | Process mailing of Solicitation. | 3.50 | 385.00 |
| 10/01/13 | AZ | Prepare/Coordinate hardcopy service of documents - Notice of Plan Disclosure Statement and Plan Solicitation. | 0.20 | 15.00 |
| 10/01/13 | AZ | Process mailing of Notice of Plan Disclosure Statement and Plan Solicitation. | 8.00 | 600.00 |
| 10/01/13 | AZ | Review e-mail received and respond to Scott and Katie, Re: Service to Disclosure Statement plan groups | 0.50 | 37.50 |
| 10/01/13 | AZ | Process mailing of Plan Solicitation. | 2.40 | 180.00 |
| 10/01/13 | DS | Process mailing of Plan Solicitation. | 8.10 | 405.00 |
| 10/01/13 | DS | Process mailing of Plan Solicitation. | 6.40 | 320.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/13 | JO | Process mailing of Plan Solicitation. | 3.40 | 255.00 |
| 10/01/13 | JO | Process mailing of Solicitation. | 4.80 | 360.00 |
| 10/01/13 | WS | Process mailing of Plan Solicitation. | 5.20 | 390.00 |
| 10/01/13 | WS | Processing mailing of Plan Solicitation. | 11.00 | 825.00 |
| 10/02/13 | KL | Process address updates. | 2.20 | 165.00 |
| 10/03/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 1.40 | 105.00 |
| 10/03/13 | AZ | Review e-mail received and respond to Katie, Re: DOS's | 0.30 | 22.50 |
| 10/03/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |
| 10/04/13 | MI | Compile parties for separate service lists from solicitation mailing - ballots, notice of plan parties, confirmation notice parties. | 0.50 | 78.75 |
| 10/04/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 4.70 | 352.50 |
| 10/07/13 | YB | Process address updates. | 0.10 | 12.50 |
| 10/07/13 | DS | Prepare affidavit of service(s) and corresponding letter. | 0.90 | 45.00 |
| 10/07/13 | JO | Review and process incoming mail. | 0.20 | 15.00 |
| 10/08/13 | MI | Prepare CSV file from parties served Case Management documents without Ballots using IDs. Extract IDs, create queries to get data. Remove Dupes. Separate into Dom, Intl. Create CSVs | 0.50 | 78.75 |
| 10/08/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 1.10 | 82.50 |
| 10/08/13 | AZ | Prepare service list - Plan Solicitation Service | 0.60 | 45.00 |
| 10/08/13 | DS | Prepare affidavit of service(s) and corresponding letter. | 0.30 | 15.00 |
| 10/08/13 | DS | Process and forward returned mail to updated address received. | 1.20 | 60.00 |
| 10/08/13 | JO | Review and process incoming mail. | 0.30 | 22.50 |
| 10/09/13 | DS | Process mailing of Plan Solicitation. | 0.10 | 5.00 |
| 10/09/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |
| 10/10/13 | AZ | Process and forward returned mail to updated address received. | 0.80 | 60.00 |
| 10/10/13 | AZ | Copying and mailing DOS's to Paula Sutton | 0.70 | 52.50 |
| 10/10/13 | DS | Process and forward returned mail to updated address received. | 1.60 | 80.00 |
| 10/10/13 | JO | Review and process incoming mail. | 0.30 | 22.50 |
| 10/11/13 | AZ | Process and forward returned mail to updated address received. | 0.40 | 30.00 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/11/13 | DS | Process and forward returned mail to updated address received. | 3.20 | 160.00 |
| 10/11/13 | JO | Review and process incoming mail. | 0.20 | 15.00 |
| 10/14/13 | CN | Prepare/Coordinate hardcopy service of documents - Amended schedules notices | 0.40 | 70.00 |
| 10/14/13 | SE | Process mailing of Amended Schedules & Individualized Notices | 0.30 | 58.50 |
| 10/14/13 | KC | Prepare/Coordinate hardcopy service of documents -Notice of Amended Schedules | 1.20 | 96.00 |
| 10/14/13 | AZ | Prepare/Coordinate hardcopy service of documents - Individualized notices for schedule F | 0.20 | 15.00 |
| 10/14/13 | AZ | Process mailing of Individualized notices for schedule F | 0.20 | 15.00 |
| 10/14/13 | AZ | Process mailing of Notice of Amended Schedules | 0.90 | 67.50 |
| 10/14/13 | KL | Process mailing of Amended schedules | 0.40 | 30.00 |
| 10/14/13 | DS | Process mailing of Amended Schedules/2002. | 1.20 | 60.00 |
| 10/15/13 | CN | Discuss return/forwarding mail of solicitation packages with Will and instructions on handling and documenting | 0.20 | 35.00 |
| 10/15/13 | YB | Process address updates. | 0.30 | 37.50 |
| 10/15/13 | DS | Prepare affidavit of service(s) and corresponding letter. | 0.90 | 45.00 |
| 10/15/13 | DS | Process and forward returned mail to updated address received. | 2.00 | 100.00 |
| 10/15/13 | DS | Prepare service list - Amended Schedule and Notice. | 0.40 | 20.00 |
| 10/15/13 | JO | Review and process incoming mail. | 0.40 | 30.00 |
| 10/16/13 | SCAN | Scanning Affidavit of Service | 0.30 | 7.50 |
| 10/16/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 1.30 | 97.50 |
| 10/16/13 | AZ | Email Declarations of Service to Paula Sutton | 0.20 | 15.00 |
| 10/16/13 | DS | Prepare affidavit of service(s) and corresponding letter. | 0.40 | 20.00 |
| 10/16/13 | DS | Process and forward returned mail to updated address received. | 0.30 | 15.00 |
| 10/17/13 | SCAN | Scanning Affidavit of Service | 0.20 | 5.00 |
| 10/17/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 2.20 | 165.00 |
| 10/17/13 | AZ | Emailing signature pages of Declarations to Paula Sutton | 0.10 | 7.50 |
| 10/17/13 | DS | Prepare affidavit of service(s) and corresponding letter. | 0.40 | 20.00 |

| 10/18/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 0.20 | 15.00 |
| 10/18/13 | AZ | Review e-mail received and respond to Paula Sutton, RE: signature page | 0.10 | 7.50 |
| 10/18/13 | JO | Review and process incoming mail. | 0.30 | 22.50 |
| 10/21/13 | AZ | Process and forward returned mail to updated address received. | 0.50 | 37.50 |
| 10/21/13 | DS | Process and forward returned mail to updated address received. | 3.80 | 190.00 |
| 10/21/13 | JO | Review and process incoming mail. | 0.20 | 15.00 |
| 10/22/13 | DS | Process and forward returned mail to updated address received. | 5.00 | 250.00 |
| 10/22/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |
| 10/22/13 | WS | Update forward addresses | 0.30 | 22.50 |
| 10/23/13 | DS | Process mailing of Transfers. | 0.10 | 5.00 |
| 10/23/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |
| 10/24/13 | DS | Process mailing of Transfers. | 0.30 | 15.00 |
| 10/24/13 | JO | Review and process incoming mail. | 0.20 | 15.00 |
| 10/25/13 | YB | Process address updates. | 0.10 | 12.50 |
| 10/25/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |
| 10/28/13 | SCAN | Scan Address Updates | 0.20 | 5.00 |
| 10/28/13 | JO | Review and process incoming mail. | 0.20 | 15.00 |
| 10/29/13 | SE | Review Declaration of Service | 0.10 | 19.50 |
| 10/29/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 1.00 | 75.00 |
| 10/29/13 | AZ | Prepare service list - Docket 961. | 0.30 | 22.50 |
| 10/29/13 | AZ | Process mailing of Docket 961. | 0.60 | 45.00 |
| 10/29/13 | AZ | Reviewing DOS & SL, emailing to Paula Sutton | 0.10 | 7.50 |
| 10/30/13 | CN | Prepare/Coordinate hardcopy service of documents - Claims Motion | 0.50 | 87.50 |
| 10/30/13 | YB | Process mailing of notice and proposed order to allow claims | 0.90 | 112.50 |
| 10/30/13 | SE | Process mailing of Notice & Proposed Order | 0.40 | 78.00 |
| 10/30/13 | AZ | Prepare/Coordinate hardcopy service of documents - Notice and Proposed Order | 0.10 | 7.50 |
| 10/30/13 | AZ | Process mailing of Notice and Proposed Order | 2.10 | 157.50 |
| 10/30/13 | AZ | Copying and mailing AOS's to Barbara Witters | 0.90 | 67.50 |
| 10/30/13 | BW | Service list for Tully's Coffee | 1.00 | 65.00 |
| 10/30/13 | DS | Process mailing of Notice and Proposed Order | 2.10 | 105.00 |
| 10/30/13 | JO | Review and process incoming mail. | 0.20 | 15.00 |
| 10/30/13 | JO | Prepare service list - Notice and Proposed Order | 3.10 | 232.50 |
| 10/30/13 | JO | Process mailing of Notice and Proposed Order | 0.60 | 45.00 |

10/31/13   JO    Review and process incoming mail.        0.20          15.00

Total Services                                            10,069.00

Total Expenses                                                 .00
                                                         --------------

Total This Matter                                        10,069.00
                                                         --------------

Re:   Tully's Coffee - Expenses                          4011190

For Professional Services Rendered:

Expense Detail:

| Reference | Date | Description | | Amount |
|-----------|------|-------------|---|--------|
| --------- | ---- | ----------- | | ------ |
| | | Call Center/Telecommunications | | |
| | 10/03/13 | Phone Charges | | 2.14 |
| | 10/03/13 | Phone Charges | | 3.67 |
| | 10/28/13 | Phones Charges | | 5.50 |
| | | | Subtotal | 11.31 |
| | | Postage/Federal Express | | |
| | 10/21/13 | Shipping/Courier - UPS | | 9.06 |
| | 10/21/13 | Shipping/Courier - UPS | | 18.96 |
| | 10/30/13 | Metered Postage | | 6,404.43 |
| | | | Subtotal | 6,432.45 |
| | | Other | | |
| | 10/29/13 | Pacer Charges | | 133.98 |
| | 10/30/13 | Envelope Costs | | 1,500.72 |
| | | | Subtotal | 1,634.70 |
| | | Photocopies/Faxing/Printing | | |
| | 08/30/13 | Photocopies/Faxing/Printing (August- not billed in error) - 3,797 | | 303.76 |
| | 10/01/13 | Photocopies/Faxing/Printing - 1 | | 0.08 |
| | 10/01/13 | Scanning - 91 | | 9.10 |
| | 10/02/13 | Scanning - 20 | | 2.00 |
| | 10/03/13 | Scanning - 8 | | 0.80 |
| | 10/07/13 | Scanning - 6 | | 0.60 |
| | 10/07/13 | Photocopies/Faxing/Printing - 1 | | 0.08 |
| | 10/09/13 | Scanning - 14 | | 1.40 |
| | 10/10/13 | Scanning - 86 | | 8.60 |
| | 10/11/13 | Scanning - 91 | | 9.10 |
| | 10/15/13 | Photocopies/Faxing/Printing - 11 | | 0.88 |

Inv#      1304
Date      Nov 14, 2013
Client Number  40111

| Date | Description | Amount |
|---|---|---|
| 10/17/13 | Scanning - 10 | 1.00 |
| 10/17/13 | Scanning - 2 | 0.20 |
| 10/18/13 | Scanning -30 | 3.00 |
| 10/18/13 | Scanning - 102 | 10.20 |
| 10/21/13 | Scanning - 89 | 8.90 |
| 10/22/13 | Scanning - 4 | 0.40 |
| 10/22/13 | Scanning - 4 | 0.40 |
| 10/23/13 | Scanning - 4 | 0.40 |
| 10/23/13 | Scanning -8 | 0.80 |
| 10/24/13 | Scanning - 10 | 1.00 |
| 10/24/13 | Scanning -62 | 6.20 |
| 10/25/13 | Scanning - 58 | 5.80 |
| 10/25/13 | Scanning - 9 | 0.90 |
| 10/28/13 | Photocopies/Faxing/Printing - 3 | 0.24 |
| 10/28/13 | Scanning - 3 | 0.30 |
| 10/28/13 | Scanning - 1 | 0.10 |
| 10/30/13 | Scanning - 17 | 1.70 |
| 10/30/13 | Photocopies/Faxing/Printing - 13 | 1.04 |
| 10/31/13 | Photocopies/Faxing/Printing - 16 | 1.28 |
| 10/31/13 | Photocopies/Faxing/Printing - 117,970 | 9,437.60 |
| | Subtotal | 9,817.86 |

Website Hosting

| Date | Description | Amount |
|---|---|---|
| 10/30/13 | Remote internet access and users. | 250.00 |
| | Subtotal | 250.00 |

Total Expenses                                   18,146.32
                                          --------------

Total This Matter                                18,146.32
                                          --------------



**RUST|Omni**
CONSULTING | BANKRUPTCY

Rust Consulting/Omni Bankruptcy
PO BOX 142589
DRAWER #9094
Irving, TX 75014-2589
P 818.906.8300  |  F 818.783.2737

TO: Tully's Coffee
    C/O Bush Strout & Kornfeld
    Attn: Arthur Shwab, Esq.
    601 Union Street, Suite 5000
    Seattle, WA 98101

<table>
<tr><td>DATE:</td><td>10/10/13</td></tr>
<tr><td>INVOICE #:</td><td>1239</td></tr>
<tr><td>MATTER #:</td><td>40111</td></tr>
</table>

| STATEMENT OF ACCOUNT |
| :---: |
| *Period Ending September 30, 2013* |

| Total Invoice | $ | 13,664.84 |
| --- | --- | --- |

OUTSTANDING INVOICES:

| | | Balance Forward | Payments | Balance |
| --- | --- | --- | --- | --- |
| | | 13,446.22 | - | 13,446.22 |
| | | | | - |
| | | | | - |
| | | | | - |

| PAST DUE BALANCE | | $ | 13,446.22 |
| --- | --- | --- | --- |

| **Total Due** | $ | **27,111.06** |
| --- | --- | --- |

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ACCOUNT NAME: Rust Consulting, Inc.
FBO: Omni Management Group
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

Re:    Tully's Coffee - Case Administration                    4011141

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Website Monitor | WEB | 75.00 | 3.10 | 232.50 |
| Catherine Nownes | CN | 175.00 | 7.40 | 1,295.00 |
| Catherine Rojo | CR | 110.00 | 5.40 | 594.00 |
| Darleen Sabagun | DS | 50.00 | 0.30 | 15.00 |
| J.P. O'Leary | JO | 75.00 | 0.50 | 37.50 |
| Katrina Lindsey | KL | 75.00 | 0.90 | 67.50 |
| Kristen Corbett | KC | 80.00 | 2.30 | 184.00 |
| Michelle Ignacio | MI | 157.50 | 6.20 | 976.50 |
| Scott Ewing | SE | 195.00 | 0.50 | 97.50 |
| Will Sediq | WS | 75.00 | 0.20 | 15.00 |
| Yelena Bederman | YB | 125.00 | 0.10 | 12.50 |

Total Fees:                                                        3,527.00


| | | | | |
|---|---|---|---|---|
| 09/03/13 | SE | Review e-mail received and respond to Scott Dario @ Charles Schwab re: Transfer of Stock | 0.10 | 19.50 |
| 09/03/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.30 | 33.00 |
| 09/03/13 | KL | Update web site with court docket information. | 0.20 | 15.00 |
| 09/04/13 | CR | Checking outlook boxes throughout the day; logging/forwarding | 0.20 | 22.00 |
| 09/04/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.50 | 40.00 |
| 09/04/13 | KL | Update web site with court docket information. | 0.20 | 15.00 |
| 09/05/13 | CN | Call with shareholder re: status of bankruptcy | 0.20 | 35.00 |
| 09/05/13 | CN | Review e-mail received and respond to Cathy Campbell re: shareholder inquiry | 0.10 | 17.50 |
| 09/05/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.40 | 32.00 |
| 09/05/13 | KL | Update web site with court docket information. | 0.20 | 15.00 |
| 09/06/13 | CN | Call with shareholder re: status of bankruptcy | 0.20 | 35.00 |

| 09/06/13 | KL | Update web site with court docket information. | 0.20 | 15.00 |
| 09/09/13 | YB | Update web site with court docket information. | 0.10 | 12.50 |
| 09/09/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.20 | 16.00 |
| 09/10/13 | CN | Review e-mail received and respond to Paula Sutton re: service request | 0.10 | 17.50 |
| 09/10/13 | CN | Review e-mail received and respond to shareholder inquiry from website | 0.10 | 17.50 |
| 09/10/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |
| 09/10/13 | KL | Update web site with court docket information. | 0.10 | 7.50 |
| 09/10/13 | JO | Review and organize case documents; file. | 0.10 | 7.50 |
| 09/11/13 | SE | Call with Mark Robbins re: Shareholder notice/tax implications | 0.10 | 19.50 |
| 09/11/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.60 | 48.00 |
| 09/11/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 09/12/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |
| 09/12/13 | CR | Checking outlook boxes throughout the day; logging/forwarding | 0.10 | 11.00 |
| 09/13/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 09/16/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 09/17/13 | MI | Plan Class Report - Preliminary Solicitation analysis. Plan Classes not provided, code updated to remove regular plan class types and include logic for only basic plan classes. Test and verify code, debug errors, prepare customized Excel report & update VBA code. Prepare draft for review | 2.00 | 315.00 |
| 09/17/13 | CN | Call with Arthur Schwab re: plan and DS information | 0.20 | 35.00 |
| 09/17/13 | CN | Call with Arthur Schwab and Amy re: plan and DS information | 0.30 | 52.50 |
| 09/17/13 | CN | Call with Arthur Schwab re: service information | 0.20 | 35.00 |
| 09/17/13 | CN | Call with Aimee Willig re: sample ballots | 0.20 | 35.00 |

Inv#     1239
Date    Oct 10, 2013
Client Number  40111

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/13 | SE | Research Employee POC/Bar Date returns | 0.30 | 58.50 |
| 09/17/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.30 | 24.00 |
| 09/17/13 | WEB | Update web site with court docket information. | 0.10 | 7.50 |
| 09/17/13 | WS | Update website with general information. | 0.10 | 7.50 |
| 09/18/13 | WEB | Update web site with court docket information. | 0.30 | 22.50 |
| 09/19/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.20 | 22.00 |
| 09/19/13 | WEB | Update web site with court docket information. | 0.30 | 22.50 |
| 09/20/13 | CN | Review ballots, update and provide comments to Aimee Willig | 0.30 | 52.50 |
| 09/20/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 09/23/13 | CN | Completion of fee app information and email to Arthur Schwab | 0.30 | 52.50 |
| 09/23/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |
| 09/23/13 | WEB | Update web site with court docket information. | 0.30 | 22.50 |
| 09/24/13 | CN | Review e-mail received and respond to Paula Sutton re: service information | 0.10 | 17.50 |
| 09/24/13 | KC | Review and respond to creditor inquiries; update work flow log. | 0.30 | 24.00 |
| 09/24/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 09/24/13 | DS | Review and organize case documents; file. | 0.30 | 15.00 |
| 09/24/13 | JO | Review and organize case documents; file. | 0.40 | 30.00 |
| 09/25/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 09/26/13 | MI | Create code to populate ballot data, consolidate parties, remove duplicates to generate sample ballots.  Format and mail merge ballot data into Word docs provided. Produce PDF samples of ballots for review | 1.80 | 283.50 |
| 09/26/13 | MI | Prepare updated plan class reports with changes to classes, summary data, verify data | 2.00 | 315.00 |

| Date | | Description | | |
|------|------|-------------|------|------|
| 09/26/13 | CN | Review e-mail received and respond to Paula Sutton re: plan exhibit A and adding to the plan and DS for solicitation service | 0.10 | 17.50 |
| 09/26/13 | CN | Call with Arthur Schwab re: solicitation service and amended schedules | 0.30 | 52.50 |
| 09/26/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Wilig re: plan class parties, shareholders | 0.10 | 17.50 |
| 09/26/13 | CN | Call with shareholder re: not receiving notice, distribution, information for taxes, filing proof of claim | 0.30 | 52.50 |
| 09/26/13 | CN | Updating information for employee filed claims; plan class report for solicitation service | 0.40 | 70.00 |
| 09/26/13 | CR | Review employees served with bar date notice and add claim information from claims database | 3.00 | 330.00 |
| 09/26/13 | WEB | Update web site with court docket information. | 0.30 | 22.50 |
| 09/27/13 | MI | Prepare updated ballots incorporating requested changes | 0.40 | 63.00 |
| 09/27/13 | CN | Call with Arthur Schwab re: amended schedules | 0.20 | 35.00 |
| 09/27/13 | CN | Call with Paula Sutton re: amended schedules | 0.40 | 70.00 |
| 09/27/13 | CN | Preparation of tabulation report | 0.30 | 52.50 |
| 09/27/13 | CN | Review e-mail received and respond to Aimee Willig re: amended plan | 0.10 | 17.50 |
| 09/27/13 | CN | Updating plan class reports with amended schedule information and adding newly scheduled creditors to database | 1.40 | 245.00 |
| 09/27/13 | CR | Working on claims/sch matching spreadsheet for Katie | 1.30 | 143.00 |
| 09/27/13 | WEB | Update web site with court docket information. | 0.60 | 45.00 |
| 09/30/13 | CN | Review e-mail received and respond to Paula Sutton re: plan exhibit A and addign to the plan and DS for solicitation service | 0.10 | 17.50 |
| 09/30/13 | CN | Call with Arthur Schwab re: solicitation service | 0.40 | 70.00 |
| 09/30/13 | CN | Review e-mail received and respond to Arthur Schwab and Aimee Wilig re: updated ballots | 0.10 | 17.50 |

| | | | | |
|---|---|---|---|---|
| 09/30/13 | CN | Updating plan class reports with amended schedule information and adding newly scheduled creditors to database, forwarding updated plan class report to Arthur Schwab | 0.70 | 122.50 |
| 09/30/13 | CN | Review proof of service for 1st priority and forward to Allison Hudson for filing | 0.20 | 35.00 |
| 09/30/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 09/30/13 | WS | Verifying transfers. | 0.10 | 7.50 |

Total Services                                          3,527.00

Total Expenses                                              .00
                                                  --------------

Total This Matter                                      3,527.00
                                                  --------------

Re:   Tully's Coffee - Claims                                    4011145

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 7.80 | 195.00 |
| Armando Zubiate | AZ | 75.00 | 6.80 | 510.00 |
| Catherine Nownes | CN | 175.00 | 1.70 | 297.50 |
| Darleen Sahagun | DS | 50.00 | 2.80 | 140.00 |
| Hannah Dela Cruz | HDC | 75.00 | 4.10 | 307.50 |
| J.P. O'Leary | JO | 75.00 | 38.10 | 2,857.50 |
| Katrina Lindsey | KL | 75.00 | 5.30 | 397.50 |
| Kristen Corbett | KC | 80.00 | 2.50 | 200.00 |
| Michelle Ignacio | MI | 157.50 | 1.50 | 236.25 |
| Scott Ewing | SE | 195.00 | 2.20 | 429.00 |
| Will Sediq | WS | 75.00 | 11.80 | 885.00 |
| Yelena Bederman | YB | 125.00 | 2.20 | 275.00 |

Total Fees:                                                      6,730.25

| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 09/03/13 | KC | Filing Notice of Transfer on ECF | 0.20 | 16.00 |
| 09/04/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/04/13 | JO | Review and organize claims received for processing. | 0.20 | 15.00 |
| 09/04/13 | JO | Inputting Proofs of Claims. | 0.80 | 60.00 |
| 09/05/13 | CN | Review e-mail received and respond to Paula Sutton re: claim request | 0.10 | 17.50 |
| 09/05/13 | AZ | Verification of claims input. | 1.60 | 120.00 |
| 09/06/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/09/13 | SE | Verification of claims input. | 0.10 | 19.50 |
| 09/09/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/09/13 | JO | Review and organize claims received for processing. | 0.10 | 7.50 |
| 09/09/13 | JO | Inputting Proofs of Claims. | 0.10 | 7.50 |
| 09/11/13 | KL | Process transfers and/or withdrawals. | 0.20 | 15.00 |
| 09/11/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/12/13 | KC | Process transfers and/or withdrawals. | 0.10 | 8.00 |
| 09/12/13 | KL | Process transfers and/or withdrawals. | 0.20 | 15.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/12/13 | JO | Review and organize claims received for processing. | 0.10 | 7.50 |
| 09/12/13 | JO | Inputting Proofs of Claims. | 0.10 | 7.50 |
| 09/13/13 | SE | Verification of claims input. | 0.10 | 19.50 |
| 09/13/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/16/13 | SCAN | Scan Acknowledgement Letters. | 0.10 | 2.50 |
| 09/16/13 | KC | Filing Notice of Transfer on ECF | 0.10 | 8.00 |
| 09/16/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/16/13 | JO | Review and organize claims received for processing. | 0.10 | 7.50 |
| 09/16/13 | JO | Inputting Proofs of Claims. | 0.10 | 7.50 |
| 09/17/13 | CN | Verification of claims | 0.40 | 70.00 |
| 09/17/13 | YB | Inputting Proofs of Claims. | 2.10 | 262.50 |
| 09/17/13 | SE | Review and organize claims received for processing. | 0.20 | 39.00 |
| 09/17/13 | SE | Verification of claims input. | 0.10 | 19.50 |
| 09/17/13 | KC | Inputting Proofs of Claims. | 1.10 | 88.00 |
| 09/17/13 | DS | Inputting Proofs of Claims. | 2.80 | 140.00 |
| 09/17/13 | JO | Review and organize claims received for processing. | 0.80 | 60.00 |
| 09/17/13 | JO | Verification of claims input. | 4.20 | 315.00 |
| 09/17/13 | WS | Inputting Proofs of Claims. | 5.10 | 382.50 |
| 09/17/13 | HDC | Inputting Proofs of Claims. | 4.10 | 307.50 |
| 09/18/13 | CN | Verification of claims | 0.40 | 70.00 |
| 09/18/13 | SE | Verification of claims input. | 1.30 | 253.50 |
| 09/18/13 | KC | Verification of claims input. | 1.00 | 80.00 |
| 09/18/13 | KL | Verification of claims input. | 1.40 | 105.00 |
| 09/18/13 | JO | Verification of claims input. | 7.10 | 532.50 |
| 09/18/13 | JO | Review and organize claims received for processing. | 0.10 | 7.50 |
| 09/18/13 | WS | Inputting Proofs of Claims. | 6.20 | 465.00 |
| 09/19/13 | SCAN | Scan proofs of claim | 2.30 | 57.50 |
| 09/19/13 | KL | Verification of claims input. | 3.30 | 247.50 |
| 09/19/13 | JO | Verification of claims input. | 7.00 | 525.00 |
| 09/20/13 | CN | Review e-mail received and respond to Arthur Schwab re: filed claims and report needed | 0.10 | 17.50 |
| 09/20/13 | CN | Call with Arthur Schwab re: filed claims and claims report | 0.20 | 35.00 |
| 09/20/13 | YB | Claims liability report | 0.10 | 12.50 |
| 09/20/13 | SE | Review e-mail received and respond to Paula Sutton @ BSK re: Claim request | 0.10 | 19.50 |
| 09/20/13 | SE | Verification of claims input. | 0.20 | 39.00 |
| 09/20/13 | SCAN | Scan proofs of claim | 2.70 | 67.50 |
| 09/20/13 | SCAN | Scan proofs of claim | 2.50 | 62.50 |
| 09/20/13 | SCAN | Scan proofs of claim | 0.10 | 2.50 |
| 09/20/13 | JO | Review court docket for electronically filed claims. | 0.10 | 7.50 |

Inv#        1239
Date      Oct 10, 2013
Client Number   40111

| 09/20/13 | JO   | Verification of claims input. | 5.20 | 390.00 |
|----------|------|------------------------------|------|--------|
| 09/20/13 | JO   | Inputting Proofs of Claims. | 0.30 | 22.50 |
| 09/23/13 | SE   | Verification of claims input. | 0.10 | 19.50 |
| 09/23/13 | AZ   | Review and organize claims received for processing. | 0.90 | 67.50 |
| 09/23/13 | JO   | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/23/13 | JO   | Review and organize claims received for processing. | 0.10 | 7.50 |
| 09/23/13 | JO   | Verification of claims input. | 0.50 | 37.50 |
| 09/23/13 | JO   | Inputting Proofs of Claims. | 0.10 | 7.50 |
| 09/24/13 | SCAN | Scan proofs of claim | 0.10 | 2.50 |
| 09/24/13 | AZ   | Review and organize claims received for processing. | 2.50 | 187.50 |
| 09/25/13 | JO   | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/26/13 | MI   | Format and reconcile shareholders provided against schedules database.  Match parties by Class and name, address, determine parties to be added, update parties not found in spreadsheet to Previous Equity Holders, Prepare report identifying parties to add, parties found | 1.50 | 236.25 |
| 09/26/13 | JO   | Review Employees served with Bar Date Notice and add claim information from claims database | 4.60 | 345.00 |
| 09/27/13 | JO   | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/27/13 | JO   | Match proof of claims to schedules. | 2.30 | 172.50 |
| 09/27/13 | WS   | Match proof of claims to schedules. | 0.50 | 37.50 |
| 09/30/13 | CN   | Match filed employee claims to schedules to eliminate alternative ballot | 0.50 | 87.50 |
| 09/30/13 | AZ   | Inputting Proofs of Claims. | 1.80 | 135.00 |
| 09/30/13 | KL   | Process transfers and/or withdrawals. | 0.20 | 15.00 |
| 09/30/13 | JO   | Review court docket for electronically filed claims. | 0.10 | 7.50 |
| 09/30/13 | JO   | Review and organize claims received for processing. | 0.30 | 22.50 |
| 09/30/13 | JO   | Verification of claims input. | 1.00 | 75.00 |
| 09/30/13 | JO   | Inputting Proofs of Claims. | 1.80 | 135.00 |

Total Services                                          6,730.25

Total Expenses                                              .00
                                              --------------

Total This Matter                                      6,730.25
                                              --------------

Re:    Tully's Coffee - Balloting                                    4011146

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Michelle Ignacio | MI | 157.50 | 9.00 | 1,417.50 |

Total Fees:                                                          1,417.50

| | | | HOURS | FEES |
|---|---|---|---|---|
| 09/27/13 | MI | Update plan class report & code for unmatched former employees without filed claims for special ballot - Gen Uns Claims.  Prepare updated plan class report.  Update ballot code to push data to tables, remove duplicates, consolidate parties with more than 1 ballot. | 0.80 | 126.00 |
| 09/30/13 | MI | Update and reprint sample ballots with requested changes for review and approval | 0.40 | 63.00 |
| 09/30/13 | MI | Update plan classes - remove parties from Case Mgmt class already in other classes (identify manually by schid in code), remove $0.00 unsecured portion of filed claims by employees from Non Plan Class group, re run Plan class report for review | 1.50 | 236.25 |
| 09/30/13 | MI | Preparing data entry forms for ballots, tabulation reports | 3.00 | 472.50 |
| 09/30/13 | MI | Migrate data into ballot table, group parties and remove dupes. Print ballots for plan classes to PDF.  Provide Party Count reports for claims to verify. Identify shareholder ID's that are MSL parties for separate service lists - different documents. Create service list for Series B, Common parties. Create views for Case Management Shareholders. | 3.30 | 519.75 |

Total Services                                    1,417.50


Total Expenses                                          .00
                                          ----------------

Total This Matter                                 1,417.50
                                          ----------------

Re:    Tully's Coffee - Noticing                          4011148

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 0.60 | 15.00 |
| Armando Zubiate | AZ | 75.00 | 3.00 | 225.00 |
| Darleen Sahagun | DS | 50.00 | 0.80 | 40.00 |
| Hannah Dela Cruz | HDC | 75.00 | 4.20 | 315.00 |
| J.P. O'Leary | JO | 75.00 | 0.70 | 52.50 |
| Katrina Lindsey | KL | 75.00 | 0.80 | 60.00 |
| Michelle Ignacio | MI | 157.50 | 0.30 | 47.25 |
| Yelena Bederman | YB | 125.00 | 0.10 | 12.50 |

Total Fees:                                              767.25


| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 09/05/13 | JO | Review and process incoming mail. | 0.30 | 22.50 |
| 09/06/13 | JO | Process address updates. | 0.10 | 7.50 |
| 09/10/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 0.50 | 37.50 |
| 09/10/13 | AZ | Process mailing of Docket 823. | 0.50 | 37.50 |
| 09/10/13 | AZ | Reviewing DOS and SL, emailing to Paula Sutton to file | 0.30 | 22.50 |
| 09/10/13 | DS | Process mailing of Transfers. | 0.70 | 35.00 |
| 09/11/13 | AZ | Process and forward returned mail to updated address received. | 0.60 | 45.00 |
| 09/12/13 | SCAN | Scan Address Updates | 0.10 | 2.50 |
| 09/12/13 | KL | Updating/Maintaining 2002 List | 0.20 | 15.00 |
| 09/13/13 | AZ | Copying and mailing AOS's to Paula Sutton | 0.40 | 30.00 |
| 09/16/13 | DS | Process mailing of Acknowledgement Letters. | 0.10 | 5.00 |
| 09/16/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |
| 09/16/13 | HDC | Process address updates. | 0.70 | 52.50 |
| 09/16/13 | HDC | Verification of scanned images. | 1.00 | 75.00 |
| 09/16/13 | HDC | Verify data entry of address update(s). | 0.70 | 52.50 |
| 09/17/13 | HDC | Verification of scanned images. | 0.40 | 30.00 |
| 09/19/13 | HDC | Verification of Scanned Images | 1.00 | 75.00 |
| 09/20/13 | SCAN | Scan returned mail | 0.50 | 12.50 |
| 09/20/13 | HDC | Verify data entry of returned mail. | 0.40 | 30.00 |
| 09/23/13 | MI | Prepare balloting groups code and tables for packaging of solicitation docs. | 0.30 | 47.25 |
| 09/23/13 | JO | Review and process incoming mail. | 0.10 | 7.50 |

| Date | | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 09/24/13 | KL | Verify data entry of returned mail. | 0.60 | 45.00 |
| 09/26/13 | AZ | Review e-mail received and respond to Katie Nownes re: upcoming service/preparation | 0.20 | 15.00 |
| 09/27/13 | JO | Process address updates. | 0.10 | 7.50 |
| 09/30/13 | YB | Process address updates. | 0.10 | 12.50 |
| 09/30/13 | AZ | Verification of claims input. | 0.50 | 37.50 |

Total Services                                         767.25

Total Expenses                                            .00
                                                 ----------------

Total This Matter                                      767.25
                                                 ----------------

Re:    Tully's Coffee - Schedules & Sofas                    4011149

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Michelle Ignacio | MI | 157.50 | 2.00 | 315.00 |
| Yelena Bederman | YB | 125.00 | 0.80 | 100.00 |

Total Fees:                                                   415.00

| | | | | |
|---|---|---|---|---|
| 09/27/13 | MI | Format and upload schedules to add to Sched F Amended records (additions, employees, amended data).  Prepare custom, individualized notices of changed amended Sch F record in PDF for each group | 2.00 | 315.00 |
| 09/27/13 | YB | Uploading amended schedule F | 0.80 | 100.00 |

Total Services                                               415.00

Total Expenses                                                  .00
                                                    --------------

Total This Matter                                            415.00
                                                    --------------

Inv#     1239
Date     Oct 10, 2013
Client Number  40111

Re:    Tully's Coffee - Expenses                              4011190

For Professional Services Rendered:

Expense Detail:

| Reference | Date | Description | | Amount |
|-----------|------|-------------|--|--------|
| | | Call Center/Telecommunications | | |
| | 09/30/13 | Phone charges | | 5.50 |
| | | | Subtotal | 5.50 |
| | | Postage/Federal Express | | |
| | 09/27/13 | Metered Postage | | 166.28 |
| | | | Subtotal | 166.28 |
| | | Other | | |
| | 09/30/13 | Envelope costs. | | 49.94 |
| | | | Subtotal | 49.94 |
| | | Photocopies/Faxing/Printing | | |
| | 09/05/13 | Scanning - 20 | | 2.00 |
| | 09/12/13 | Photocopies/Faxing/Printing - 2 | | 0.16 |
| | 09/12/13 | Scanning - 1 | | 0.10 |
| | 09/13/13 | Scanning - 2 | | 0.20 |
| | 09/13/13 | Scanning - 2 | | 0.20 |
| | 09/16/13 | Scanning - 3 | | 0.30 |
| | 09/18/13 | Photocopies/Faxing/Printing - 20 | | 1.60 |
| | 09/19/13 | Scanning - 4 | | 0.40 |
| | 09/19/13 | Scanning - 618 | | 61.80 |
| | 09/20/13 | Scanning - 20 | | 2.00 |
| | 09/20/13 | Scanning - 20 | | 2.00 |
| | 09/20/13 | Scanning - 506 | | 50.60 |
| | 09/20/13 | Scanning - 368 | | 36.80 |
| | 09/24/13 | Scanning - 6 | | 0.60 |
| | 09/30/13 | Photocopies/Faxing/Printing - 2 | | 0.16 |
| | 09/30/13 | Photocopies/Faxing/Printing - 2,215 | | 177.20 |
| | | | Subtotal | 336.12 |

Website Hosting
    09/27/13   Remote internet/users charge.                250.00
                                    Subtotal                250.00


Total Expenses                                              807.84
                                                      --------------


Total This Matter                                          807.84
                                                      --------------



RUST|Omni
CONSULTING | BANKRUPTCY

Rust Consulting/Omni Bankruptcy
PO BOX 142589
DRAWER #9094
Irving, TX 75014-2589
P 818.906.8300 | F 818.783.2737

| DATE: | 11/25/13 |
|---|---|
| INVOICE #: | 1313 |
| MATTER #: | 40111 |

TO: Tully's Coffee
C/O Bush Strout & Kornfeld
Attn: Arthur Shwab, Esq.
601 Union Street, Suite 5000
Seattle, WA 98101

## STATEMENT OF ACCOUNT
### *Period Ending November 4, 2013*

| Total Invoice | $ | 292.34 |
|---|---|---|

OUTSTANDING INVOICES:

| | | Balance Forward | Payments | Balance |
|---|---|---|---|---|
| | | 49,963.41 | - | 49,963.41 |
| | | | | - |
| | | | | - |
| | | | | - |

| PAST DUE BALANCE | $ | 49,963.41 |
|---|---|---|

| **Total Due** | $ | **50,255.75** |
|---|---|---|

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ACCOUNT NAME: Rust Consulting, Inc.
FBO: Omni Management Group
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

PAYMENT TERMS: NET DUE UPON RECEIPT

Tully's Coffee
C/O Bush Strout & Kornfeld
Attn: Arthur Shwab, Esq.
601 Union Street, Suite 5000
Seattle, WA 98101

Re:    Tully's Coffee - Case Administration            4011141

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Website Monitor | WEB | 75.00 | 0.20 | 15.00 |
| Catherine Nownes | CN | 175.00 | 0.10 | 17.50 |
| Catherine Rojo | CR | 110.00 | 0.30 | 33.00 |

Total Fees:                                            65.50

| | | | HOURS | FEES |
|---|---|---|---|---|
| 11/01/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.10 | 11.00 |
| 11/01/13 | WEB | Update web site with court docket information. | 0.20 | 15.00 |
| 11/04/13 | CN | Review e-mail received and respond to Arthur Schwab re: Global Barristas | 0.10 | 17.50 |
| 11/04/13 | CR | Check dedicated voicemail box throughout the day; log any calls received; e-mail daily status to appropriate parties. | 0.20 | 22.00 |

Total Services                                         65.50

Total Expenses                                          .00
                                              ----------------

Total This Matter                                      65.50
                                              ----------------

Re:   Tully's Coffee - Claims                    4011145

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| J.P. O'Leary | JO | 75.00 | 0.10 | 7.50 |

Total Fees:                                          7.50

| | | | | |
|---|---|---|---|---|
| 11/04/13 JO | Review court docket for<br>electronically filed claims. | | 0.10 | 7.50 |

Total Services                                       7.50

Total Expenses                                        .00
                                              ---------------

Total This Matter                                    7.50
                                              ---------------

Inv#      1313
Date      Nov 25, 2013
Client Number  40111

Re:   Tully's Coffee - Noticing                    4011148

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scanning Operator | SCAN | 25.00 | 0.10 | 2.50 |
| Armando Zubiate | AZ | 75.00 | 2.60 | 195.00 |
| Scott Ewing | SE | 195.00 | 0.10 | 19.50 |

Total Fees:                                         217.00


| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 10/08/13 | AZ | Process mailing of Plan Solicitation Service | 0.80 | 60.00 |
| 11/01/13 | SE | Review Declaration of Service | 0.10 | 19.50 |
| 11/01/13 | SCAN | Scanning Affidavit of Service | 0.10 | 2.50 |
| 11/01/13 | AZ | Prepare affidavit of service(s) and corresponding letter. | 0.10 | 7.50 |
| 11/01/13 | AZ | Prepare service list - Docket 977. | 1.50 | 112.50 |
| 11/01/13 | AZ | E-mail Declaration of Service to Paula Sutton @ BS&K | 0.20 | 15.00 |

Total Services                                      217.00



Total Expenses                                         .00
                                               ----------------

Total This Matter                                   217.00
                                               ----------------

Inv#       1313
Date       Nov 25, 2013
Client Number  40111

Re:   Tully's Coffee - Expenses                        4011190

For Professional Services Rendered:


Expense Detail:


| Reference | Date | Description | Amount |
|-----------|------|-------------|--------|

Call Center/Telecommunications
        11/01/13  Phone Charges                           2.34
                                    Subtotal             2.34


Total Expenses                                            2.34
                                              ---------------

Total This Matter                                        2.34
                                              ---------------

Inv#        1313
Date        Nov 25, 2013
Client Number  40111