Exhibit A



**STOEL RIVES LLP — ATTORNEYS AT LAW**

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
CATHY CAMPBELL, CFO
3100 AIRPORT WAY SOUTH
SEATTLE, WA 98121

| | |
|---|---|
| INVOICE DATE | 10/24/13 |
| INVOICE NUMBER | 3699374 |
| | CJV |

Employer's Identification No. 93-0408771

0010100   TC GLOBAL, INC., DBA TULLY'S COFFEE
00018      SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 09/30/13**

| | |
|---|---:|
| Balance From Previous Statement | $5,159.11 |
| Payment(s) Received | 0.00 |
| Current Activity: | |
| Fees for Professional Services (see attached for detail) | $648.00 |
| **TOTAL CURRENT AMOUNT DUE** | **648.00** |
| Total Outstanding Balance as of 10/24/13 | $5,807.11 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
*Telephone* **(206) 624-0900**
*Fax* **(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

**0010100**    TC GLOBAL, INC., DBA TULLY'S COFFEE      INVOICE DATE    10/24/13
**00018**       SECTION 327 COUNSEL                       INVOICE NUMBER   3699374
                                                                                                                         CJV

Employer's Identification No. 93-0408771

| | **CURRENT SERVICES THROUGH 09/30/13** | **ATTY** | **HOURS** |
|---|---|---|---|
| 9/11/13 | Emails re disclosure of board resignations and related matters; review plan of liquidation | CJV | .3 |
| 9/13/13 | Review plan of liquidation; review deregistration and Form 15 requirements; emails to Cathy Campbell re same | CJV | .5 |
| 9/18/13 | Review and revise bankruptcy order | CJV | .1 |
| 9/23/13 | Follow-up re SEC letter and 34 Act filings | CJV | .3 |

        **TOTAL CURRENT SERVICES**                                             **$648.00**

| **TIME RECAP** | **HOURS** | **RATE** |
|---|---|---|
| CHRISTOPHER J. VOSS (CJV) | 1.2 | 540 |
| | | |
| TIMEKEEPER TOTALS | 1.2 | |

1



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone***(206) 624-0900**
*Fax***(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

TO: TC GLOBAL, INC., DBA TULLY'S COFFEE
ATTN: CATHY CAMPBELL, VP
C/O BUSH, STROUT & KORNFELD
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101

INVOICE DATE   11/15/13

INVOICE NUMBER   3702879
CJV

Employer's Identification No. 93-0408771

0010100   TC GLOBAL, INC., DBA TULLY'S COFFEE
00018     SECTION 327 COUNSEL

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 10/31/13**

| | |
|---|---:|
| Balance From Previous Statement | $5,807.11 |
| Payment(s) Received | (5,159.11) |
| Current Activity: | |
| Fees for Professional Services (see attached for detail) | $162.00 |
| **TOTAL CURRENT AMOUNT DUE** | **162.00** |
| Total Outstanding Balance as of 11/15/13 | $810.00 |

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 8 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**ONE UNION SQUARE**
**600 UNIVERSITY STREET, SUITE 3600**
**SEATTLE, WA 98101-3197**
*Telephone***(206) 624-0900**
*Fax***(206) 386-7500**
For Billing Inquiries 1-800-305-8453
Or Email Billing@stoel.com

| | | |
|---|---|---|
| **0010100** | **TC GLOBAL, INC., DBA TULLY'S COFFEE** | INVOICE DATE 11/15/13 |
| **00018** | **SECTION 327 COUNSEL** | INVOICE NUMBER 3702879 |
| | | CJV |

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 10/31/13 | ATTY | HOURS |
|---|---|---|---|
| 10/08/13 | Emails re Form 15 filing | CJV | .1 |
| 10/10/13 | Emails re Form 15 filing | CJV | .2 |

| | | |
|---|---|---|
| **TOTAL CURRENT SERVICES** | | **$162.00** |

| **TIME RECAP** | **HOURS** | **RATE** |
|---|---|---|
| CHRISTOPHER J. VOSS (CJV) | .3 | 540 |
| | | |
| TIMEKEEPER TOTALS | .3 | |

1