# Kieckhafer, Schiffer & Company LLP

6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900   FAX: (949) 250-2956

Tully's Coffee Corporation
Attn: Cathy Campbell
3100 Airport Way South
Seattle, WA 98124

**Invoice Date:** September 30, 2013

**Invoice Number:** 00309246

**Client Number:** TULLYS 001

For professional services rendered for the period ending September 30, 2013

**Consulting for 2013**

| Date | Description | Amount |
|---|---|---:|
| 9/02/13 | Engagement planning. | $75.00 |
| 9/24/13 | KOM Consulting: Settlement proposal conditions and parameters with Tullys and counsel. Presentation of proposal terms to administrative law judge. Coordination of review process with Appeals division. | 1,175.00 |
| | **Total Consulting for 2013** | 1,250.00 |
| | **Total** | **$1,250.00** |

## Accounts Receivable Statement
### As of October 3, 2013

| Date | Description | Invoice Number | Invoice Amount | Cash Applied | Amount |
|---|---|---|---:|---|---:|
| 4/30/13 | Invoice | 00308264 | $300.00 | | $300.00 |
| 6/30/13 | Invoice | 00308744 | 1,305.00 | | 1,305.00 |
| 7/31/13 | Invoice | 00308922 | 1,800.00 | | 1,800.00 |
| 8/31/13 | Invoice | 00309108 | 387.50 | | 387.50 |
| 9/30/13 | Invoice | 00309246 | 1,250.00 | | 1,250.00 |
| | | | | **Total** | **$5,042.50** |

*Payments are due <u>15</u> days after receipt of the invoice.*
Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321

# Kieckhafer, Schiffer & Company LLP

6201 Oak Canyon Drive, Suite 200
Irvine, CA 92618
Phone: (949) 250-3900   FAX: (949) 250-2956

|  |  |
|---|---|
| Tully's Coffee Corporation<br>Attn: Cathy Campbell<br>3100 Airport Way South<br>Seattle, WA 98124 | Invoice Date: October 31, 2013<br>Invoice Number: 00309596<br>Client Number: TULLYS 001 |

*For professional services rendered for the period ending October 31, 2013*

### Consulting for 2013

| | | | | | |
|---|---|---|---|---:|---:|
| SB | 10/14/13 | Read and reply to email from Cathy Campbell regarding CA SUT guidance for reporting on final SUT return after the sale of all assets. | | 1.00 | $225.00 |
| | | | Total | 1.00 | 225.00 |

**Expenses**

| | | | | | |
|---|---|---|---|---:|---:|
| KSC | 10/18/13 | KOM Consulting: Coordination of settlement offer process with administrative law judge. Preparation of Tully's Board settlement terms and amounts. Agreement response and next steps with DOR. | | | 1,050.00 |
| | | | Total Expenses | | 1,050.00 |
| | | | Total Consulting for 2013 | 1.00 | 1,275.00 |
| | | | Total | 1.00 | $1,275.00 |

*Payments are due 15 days after receipt of the invoice.*
*Kieckhafer, Schiffer & Company LLP Taxpayer ID# 33-0688321*