# peterson sullivan LLP

Certified Public Accountants
& Advisors

601 Union Street, Suite 2300 Seattle, WA 98101
(206) 382-7777 MAIN (206) 382.7700 FAX
pscpa.com

Tully's Coffee 401 (k) Savings Plan- Post Petition
3100 Airport Way S
Seattle, WA 98134

Date: 07/31/2013

Invoice: 78036
ID: 090258.0

---

For Professional Services as Follows:

Completion of audit of 2012 financial statements of 401(k) plan

| | |
|---|---|
| Lee | 4.5 hours |
| Daley | 4.0 hours |
| Matson | 1.1 hours |
| Others | 1.7 hours |

Total Amount Due This Invoice $____2,801.00

Payment is due on receipt of invoice. Interest will be charged at an annual rate of 12% after 30 days.

| Date | Employee | Cat | SubCat | Hours | Billed |
|------|----------|-----|--------|-------|--------|
| 6/11/2013 | Crofoot | AUDIT | Audit | 0.2 | 26 |
| 6/11/2013 | Bowman | AUDIT | Audit | 0.1 | 25 |
| 6/12/2013 | Daley | AUDIT | Audit | 4 | 620 |
| 6/21/2013 | Lee | AUDIT | Audit | 2 | 720 |
| 7/8/2013 | Kim | AUDIT | Audit | 0.3 | 22.5 |
| 7/9/2013 | Kim | AUDIT | Audit | 0.2 | 15 |
| 7/9/2013 | Matson | AUDIT | Audit | 1.1 | 407 |
| 7/11/2013 | Hoffman | ACCTG | Rev | 0.3 | 9 |
| 7/11/2013 | Hoffman | AUDIT | Audit | 0.3 | 9 |
| 7/12/2013 | Kim | AUDIT | Audit | 0.3 | 22.5 |
| 7/3/2013 | Lee | AUDIT | Audit | 1.5 | 555 |
| 7/1/2013 | Lee | AUDIT | Audit | 1 | 370 |
| | | | | 11.3 | 2801 |